UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,          :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND         :
THE MCGRAW-HILL COMPANIES, INC.,
                                  :
                   Plaintiffs,
                                  :
        -against-
                                  :
VINOD KUMAR, VIRENDER YADAV
AND SUKHWINDER SINGH D/B/A         :
MODERN BOOKS D/B/A EXPRESS
BOOKS AND JOHN DOES NOS. 1-5,      :

                   Defendants.    :

- - - - - - - - - - - - - - - - x

**JUDGE HAIGHT**

**07 CIV 9399**
07 Civ.



RECEIVED
OCT 1 9 2007
U.S.D.C. S.D.N.Y.
CASHIERS

## COMPLAINT

Plaintiffs Pearson Education, Inc. ("Pearson"), John Wiley & Sons, Inc. ("Wiley"), Cengage Learning Inc. ("Cengage") and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their undersigned attorneys, for their complaint against defendants Vinod Kumar, Virender Yadav and Sukhwinder Singh d/b/a Modern Books d/b/a Express Books and John Doe Nos. 1 through 5, aver:

### Nature of the Action

1.  Plaintiffs are bringing this action to enforce their copyrights and trademarks against defendants' unlawful sale in the United States of non-United States versions of plaintiffs' educational books.

## Jurisdiction and Venue

2.    This Court has subject matter jurisdiction over the first two claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. § 101 et seq., or the Lanham Act, 15 U.S.C. § 1051 et seq. This Court has subject matter jurisdiction over the third claim in this action pursuant to 28 U.S.C. § 1367 because it is so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy within the meaning of Article III of the United States Constitution.

3.    Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391.

## Parties

4.    Pearson is a corporation organized and existing under the laws of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5.    Wiley is a corporation organized and existing under the laws of the State of New York with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6.    Cengage is a corporation organized and existing under the laws of Delaware with its principal place of business at 200 First Stamford Place, 4th Floor, Stamford, Connecticut 06902.

2

7.    McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

8.    Upon information and belief, defendant Vinod Kumar d/b/a Modern Books d/b/a Express Books is a natural person residing at 146 West 29th Street, Apt. 3W1, New York, New York, 10001.

9.    Upon information and belief, defendant Virender Yadav d/b/a Modern Books d/b/a Express Books is a natural person residing at 146 West 29th Street, Apt. 3W1, New York, New York, 10001.

10.    Upon information and belief, defendant Sukhwinder Singh d/b/a Modern Books d/b/a Express Books is a natural person residing at 94-18 109th Street, South Richmond Hill, New York 11419.

11.    Upon information and belief, defendants John Doe Nos. 1-5 are associates of Vinod Kumar, Virender Yadav and Sukhwinder Singh d/b/a Modern Books d/b/a Express Books whose identities are presently unknown to plaintiffs.

<u>The Businesses of Plaintiffs</u>

12.    Each plaintiff publishes a variety of works, including educational books.

13. As a standard practice, each plaintiff requires its authors to assign the copyright to them or grant them the exclusive rights of reproduction and distribution in the United States. This practice enables each plaintiff to maximize dissemination of each work.

14. Plaintiffs invest significant monies to publish their copyrighted works. Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, and promotion.

15. Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced. A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals. This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

16. Plaintiffs' educational books authorized for sale in the United States are of the highest quality (the "United States Editions"). These books are generally printed with strong, hard-cover bindings with glossy protective coatings and, in some cases, contain extra features such as sewn ribbon bookmarks. Plaintiffs frequently offer academic supplements, such as CD-ROMs, computer passwords that provide purchasers with

access to academic websites corresponding to the textbooks, and study guides with the United States Editions.

    17.    Plaintiffs generally create different versions of their educational books that are intended for sale in specific geographic markets outside of the United States (the "Foreign Editions"). The Foreign Editions materially differ from the United States Editions. The Foreign Editions have thinner paper and different bindings, different cover and jacket designs, fewer internal ink colors, if any, lower quality photographs and graphics, and generally lower prices than the United States Editions. Also, the Foreign Editions often lack academic supplements, such as CD-ROMs, website passwords, or study guides. The Foreign Editions are generally marked to indicate their lower cost by a legend indicating, in substance, that the title is a "Low Price Edition" and/or authorized for sale only in a particular country or geographic region. The Foreign Editions are uniformly manufactured outside of the United States.

### Plaintiffs' Copyrights and Trademarks

    18.    Plaintiffs routinely register their copyrights. Pearson has registered the works identified on Schedule A (the "Pearson Copyrights"). Wiley has registered the works identified on Schedule B (the "Wiley Copyrights"). Cengage has registered the works identified on Schedule C (the "Cengage

Copyrights"). McGraw-Hill has registered the works identified on Schedule D (the "McGraw-Hill Copyrights").

19. Plaintiffs also own, themselves or through their parent or affiliate companies, trademarks that they use to differentiate their products from those of their competitors.

20. Pearson PLC, Pearson's ultimate parent company, is the owner of and Pearson is an exclusive licensee of, with the accompanying right and duty to protect and enforce Pearson PLC's rights therein, the well-known trademarks "Pearson," "Pearson Education" and "Prentice Hall." Pearson's affiliate corporation Addison Wesley Longman, Inc., is the owner of, and Pearson is the exclusive licensee of, with the accompanying right and duty to protect and enforce its and its affiliate company's rights therein, the well known trademarks "Addison Wesley" or "Addison-Wesley" (the "Pearson Trademarks"). The United States Registrations for the Pearson Trademarks are identified on Schedule E.

21. Among Wiley's well-known trademarks are "John Wiley & Sons," "Wiley," and the "John Wiley Colophon" (the "Wiley Trademarks"). The United States Registrations for the Wiley Trademarks are identified on Schedule F.

22. Among Cengage's well-known trademarks are "Thomson Learning" (the "Cengage Trademarks"). The United

States Registrations for the Cengage Trademarks are identified on Schedule G.

23. Among McGraw-Hill's well-known trademarks are "McGraw-Hill," "The McGraw-Hill Companies" and "Irwin" (the "McGraw-Hill Trademarks"). The United States Registrations for the McGraw-Hill Trademarks are identified on Schedule H.

## The Infringing Acts of Defendants

24. Defendants have without permission purchased Foreign Editions of plaintiffs' books manufactured outside of the United States and resold them to purchasers in the United States through the Internet at the website AbeBooks.com.

## FIRST CLAIM FOR RELIEF
(Copyright Infringement – 17 U.S.C. § 501)

25. Plaintiffs repeat the averments contained in paragraphs 1 through 24 as if set forth in full.

26. Pearson has received United States Certificates of Copyright Registration for the Pearson Copyrights.

27. Wiley has received United States Certificates of Copyright Registration for the Wiley Copyrights.

28. Cengage has received United States Certificates of Copyright Registration for the Cengage Copyrights.

29. McGraw-Hill has received United States Certificates of Copyright Registration for the McGraw-Hill Copyrights.

30. The Pearson, Wiley, Cengage and McGraw-Hill Copyrights are valid and enforceable.

31. Defendants have infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501.

32. Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage plaintiffs. Plaintiffs have no adequate remedy at law for these wrongs and injuries. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

33. Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

34. Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively (3) statutory damages.

## SECOND CLAIM FOR RELIEF
(Trademark Infringement - 15 U.S.C. § 1114(a))

35. Plaintiffs repeat the averments contained in paragraphs 1 through 34 above as if set forth in full.

8

36.   Pearson is the exclusive licensee of the Pearson Trademarks, with the accompanying right and duty to protect and enforce Pearson's rights therein.   Pearson's licensor parent and affiliate companies have obtained United States Trademark Registrations for the Pearson Trademarks.

37.   Wiley owns the Wiley Trademarks, for which it has obtained United States Trademark Registrations.

38.   Cengage owns or is the exclusive licensee of the Cengage Trademarks, with the accompanying right and duty to protect and enforce all rights therein.   Cengage or its licensors own the Cengage Trademarks, for which Cengage or its licensors have obtained United States Trademark Registrations.

39.   McGraw-Hill owns the McGraw-Hill Trademarks, for which it has obtained United States Trademark Registrations.

40.   The Pearson, Wiley, Cengage and McGraw-Hill Trademarks are valid and enforceable.

41.   Defendants have infringed the Pearson, Wiley, Cengage and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a) by using them on and/or in connection with the works that they have sold.

42.   Defendants' acts complained of herein have irreparably damaged plaintiffs and may continue to do so.   The damage to plaintiffs includes harm to their good will and reputation in the marketplace for which money cannot compensate.

Plaintiffs have no adequate remedy at law for these wrongs. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley, Cengage and McGraw-Hill Trademarks or any colorable imitation of them.

43. Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Trademarks.

44. Plaintiffs are entitled to recover (1) defendants' profits from the infringing books, (2) plaintiffs' damages, (3) the costs of the suit, and (4) reasonable attorneys' fees.

<u>THIRD CLAIM FOR RELIEF</u>
(Common Law Unfair Competition Under State Law)

45. Plaintiffs repeat the averments contained in paragraphs 1 through 44 above as if set forth in full.

46. Defendants' acts complained of herein have damaged and may continue to damage plaintiffs irreparably. The damage to plaintiffs includes harm to their goodwill and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs and injuries. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants,

their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley, Cengage and McGraw-Hill Trademarks or any colorable imitation of them, to restitution of defendants' ill-gotten gains, and to punitive damages in an amount to be determined by the trier of fact in this action.

WHEREFORE, plaintiffs demand judgment:

A.    Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B.    Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willful infringement of the Pearson, Wiley, Cengage and McGraw-Hill Copyrights;

C.    Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley, Cengage and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a);

D.    Awarding plaintiffs their damages and/or defendants' profits from their willful infringement of the

Pearson, Wiley, Cengage and McGraw-Hill Trademarks pursuant to 15 U.S.C. § 1117(a);

      E.    Directing that defendants engage in such additional activities, including, but not limited to, recalls of products and corrective advertising, as may be necessary and appropriate to mitigate the damage defendants have caused;

      F.    Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505 and 15 U.S.C. § 1117;

      G.    Awarding plaintiffs punitive damages in an amount to be determined by the trier of fact in this action; and

      H.    Granting such other and further relief as to this Court seems just and proper.

Dated:  New York, New York
        October 19, 2007

                    DUNNEGAN LLC

                    By _William Dunnegan_
                      William Dunnegan (WD9316)
                      Megan L. Martin (MM4396)
                  Attorneys for Plaintiffs
                    Pearson Education, Inc.,
                    John Wiley & Sons, Inc.,
                    Cengage Learning Inc., and
                    The McGraw-Hill Companies, Inc.
                  350 Fifth Avenue
                  New York, New York 10118
                  (212) 332-8300

Schedule A
"Pearson Copyrights"

<u>Title</u>    (<u>Date of Registration</u>)   (<u>Registration #</u>)

1.   Essentials of Organizational Behavior, 1/12/1984, TX-1-264-630

2.   Organizational Psychology, 6/7/1993, RE-0000629409.

3.   Management of Organizational Behavior: Leading Human Resources, 1/5/2001, TX-5-323-917.

4.   Unix Programming Environment, 1/12/1984, TX-1-271-119.

5.   Organization Development: Behavioral Science Interventions for Organization Improvement, 10/18/1989, TXu-393-177.

6.   Computer Ethics, 12/7/2000, TX-5-201-121.

7.   Event Management For Tourism, Cultural, Business, And Sporting Events, 10/1/2004, TX-6-037-669.

8.   Strategic Human Resource Management, 4/26/2001, TX-5-374-633.

9.   Introduction to Supply Chain Management, 7/6/1998, TX-4-821-212.

10.  Software Architecture: Perspectives on an Emerging Discipline, 1/10/1997, TX-4-446-955.

11.  Modern Political Analysis, 9/18/2002, TX-5-623-689.

12.  Fundamentals of Embedded Software: Where C and Assembly Meet, 12/27/2001, TX-5-448-086.

13.  Philosophy of Religion, 4/29/1991, RE-0528179.

14.  Numerical Methods Using Matlab, 2/27/2004, TX-5-917-228.

15.  Fundamentals of Embedded Software: Where C and Assembly Meet, 12/27/2001, TX-5-448-086.

16.  Digital Signal Processing, 7/31/2003, RE-883-264.

17.  Agile Estimating And Planning, 1/17/2006, TX-6-302-033.

18.  The Mathematics of Coding Theory: Information, Compression,
     Error Correction, and Finite Fields, 2/4/2004, TX-5-904-
     263.

19.  Digital Design: Principles and Practices, 4/19/2004, TX-5-
     916-922.

20.  Digital Signal Processing, 8/5/1999, TX-4-991-935.

21.  Verilog Hdl: A Guide to Digital Design and Synthesis,
     2/21/2003, TX-5-720-696.

22.  Psychological Testing, 5/3/1983, TX-1-131-121.

23.  Digital Communications Systems: With Satellite and Fibre
     Optics Applications, 9/28/1999, TX-5-064-823.

24.  Organization Theory: Structure, Design, and Applications,
     2/14/1990, TX-2-787-480.

25.  Enterprise Resource Planning, 12/8/2004, TX-6-084-449.

26.  The World Since 1945: A Brief History, 5/5/2004, TX-5-959-
     996.

27.  Machines & Mechanisms: Applied Kinematic Analysis,
     6/27/2001, TX-5-401-741.

28.  Mechanics of Flight, 3/12/2004, TX-5-946-894.

29.  Bringing New Technology to Market, 8/29/2002, TX-5-604-264.

30.  Fundamentals of Embedded Software: Where C and Assembly
     Meet, 12/27/2001, TX-5-448-086.

31.  Introduction to Bioinformatics, 6/12/2007, TX-6-587-236.

32.  International Marketing Research, 10/4/1999, TX-5-065-412.

33.  Understanding Financial Statements, 11/12/1991, TXu-497-
     841.

34.  Adaptive Signal Processing, 4/16/1985, TX-1-554-955.

35.  Design With Pic Microcontrollers, 9/2/1997, TX-4-627-825.

36.  Decision Support Systems, 9/18/2002, TX-5-617-857.

37. Wireless Communications and Networking, 10/31/2002, TX-5-663-526.

38. Linear Algebra, 6/14/1999, RE-809-798.

39. E-marketing, 1/17/2003, TX-5-673-663.

40. C. Programming Language, 6/17/1988, TX-2-341-624.

41. Principles of Marketing, 5/5/2004, TX-5-960-913.

42. Management Information Systems: Managing The Digital Firm, 2/2/2007, TX-6-522-788.

43. Computer Systems Design and Architecture, 12/4/1996, TX-4-417-759.

44. Business Ethics: Concepts & Cases, 10/31/2005, TX-6-239-649.

45. Options, Futures And Other Derivatives, 9/10/1996, TX-4-380-815.

46. International Organizational Behavior: Text, Cases, and Exercises, 10/15/2004, TX-6-055-255.

47. Introduction to Robotics: Analysis, Systems, Applications, 7/26/2001, TX-5-417-954.

48. Semiconductor Devices, 7/1/1992, V-2783P261.

49. Consumer Behavior and Managerial Decision Making, 8/29/2001, TX-5-423-447.

50. Fundamentals of Multimedia, 12/22/2003, TX-5-888-794.

51. Computer Systems Design and Architecture, 12/4/1996, TX-4-417-759.

52. Marketing for Hospitality and Tourism, 7/30/2002, TX-5-589-438.

53. Decision Support Systems, 9/18/2002, TX-5-617-857.

54. Sociology, 3/1/2006, TX-6-299-815.

55. Introduction to Finite Elements in Engineering, 3/8/2002, TX-5-484-603.

56. Op-Amps and Linear Integrated Circuits, 10/4/1999, TX-5-069-177.

57. Multimedia Fundamentals: Media Coding and Content Processing, 2/5/2002, TX-5-473-333.

58. Nanotechnology : A Gentle Introduction to the Next Big Idea, 2/6/2003, TX-5-666-647.

59. Polymer Science and Technology, 8/12/2003, TX-5-806-255.

60. A Framework for Human Resource Management, 4/7/2006, TX-6-329-589.

61. Management, 2/5/1986, TX-1-749-755.

62. Telecommunications Switching, Traffic and Networks, 4/27/1995, TX-4-030-326.

63. Management of Organizational Behavior: Leading Human Resources, 1/5/2001, TX-5-323-917.

64. Applied Coding and Information Theory for Engineers, 8/24/1998, TX-4-845-438.

65. Operational Amplifiers and Linear Integrated Circuits, 9/19/2000, TX-5-276-779.

66. The Essential Guide to Rf and Wireless, 1/19/2000, TX-5-068-460.

67. Introduction to Graph Theory, 3/23/2001, TX-5-366-701.

68. Logistics Engineering and Management, 10/15/2003, TX-5-822-830.

69. Wireless Communications and Networks, 12/15/2006, TX-6-495-035.

70. Theory of Vibrations With Applications, 3/7/2000, R-0824627.

71. Global Marketing Management, 10/26/1998, TX-4-875-581.

72. Effective Training: Systems, Strategies, and Practices, 8/27/1998, TX-4-843-745.

73. Semiconductor Optoelectronic Devices, 4/7/1997, TX-4-511-337.

74. A Framework for Marketing Management, 11/29/2002, TX-5-624-436.

75. Introduction to Linear Programming, 1/7/2003, TX-5-659-588.

76. Chemical Process Control: An Introduction to Theory and Practice, 1/12/1984, TX-1-261-307.

77. Electromagnetics For Engineers, 3/9/2005, TX-6-116-685.

78. Cad/Cam: Computer-Aided Design and Manufacturing, 1/12/1984, TX-1-264-532.

79. Globalization and Business, 1/28/2002, TX-5-466-867.

80. Simulating Wireless Communication Systems, 8/11/2004, TX-6-011-859.

81. Strategic Marketing for Nonprofit Organizations, 10/31/2002, TX-5-643-074.

82. Marketing Channels, 3/11/2005, RE-0916380.

83. History and Systems of Psychology, 7/30/2002, TX-5-578-415.

84. An Introduction to Statistical Signal Processing With Applications, 11/4/1992, V-2832P285.

85. Basic Communication Skills for Technology, 12/7/2000, TX-5-199-552.

86. Spring Into Linux, 10/28/2005, TX-6-254-898.

87. Fluid Power With Applications, 7/15/2002, TX-5-603-251.

88. Organization Theory: Structure, Design, and Applications, 2/14/1990, TX-2-787-480.

89. The Strategy Concept and Process: A Pragmatic Approach, 12/27/1990, TX-2-980-725.

90. Modern Wireless Communications, 4/5/2004, TX-5-952-018.

91. Partial Differential Equations: Methods and Applications, 11/26/2002, TX-5-645-499.

92. Digital Signal Processors: Architectures, Implementations, and Applications, 6/1/2004, TX-6-104-297.

93. Electrical Power Distribution and Transmission, 6/6/1996, TX-4-302-396.

94. Digital Logic and Computer Design, 6/1/1979, TX-0-258-870.

95. Programming Languages: Design and Implementation, 1/11/1996, TX-4-185-402.

96. Unix Network Programming: Interprocess Communications, 11/2/1998, TX-4-771-613.

97. Facility Layout and Location: An Analytical Approach, 12/26/1991, TX-3-232-438.

98. Advanced Organic Chemistry: Reactions and Mechanisms, 8/19/2003, TX-5-808-795.

99. Computer System Architecture, 11/13/1992, TX-3-465-662.

100. Time Series Analysis: Forecasting and Control, 7/10/2004, RE-0902016.

101. Electronic Test Instruments, 4/1/1987, TX-2-021-124.

Schedule B
"Wiley Copyrights"

<u>Title</u>    (<u>Date of Registration</u>)    (<u>Registration #</u>)

1.  Advanced Inorganic Chemistry, Sixth Edition (July 20, 1999) (TX-5-017-786)
2.  Advanced Mechanics of Materials, Sixth Edition (January 21, 2003) (TX-5-706-066)
3.  Algorithm Design: Foundations, Analysis and Internet Examples (December 12, 2001) (TX-5-410-276)
4.  Analog Integrated Circuit Design (February 14, 1997) (TX-4-491-581)
5.  Analog MOS Integrated Circuits for Signal Processing (June 13, 1986) (TX-1-844-835)
6.  Analog Signal Processing (April 21, 1999) (TX-4-971-708)
7.  Analysis and Design of Analog Integrated Circuits, Fourth Edition (April 30, 2001) (TX-5-377-540)
8.  Analysis and Use of Financial Statements, Third Edition (March 5, 2003) (TX-5-697-672)
9.  Analysis of Electric Machinery and Drive Systems, Second Edition (April 16, 2004) (TX-5-948-764)
10. Analytical Chemistry, Sixth Edition (May 23, 2003) (TX-5-751-611)
11. Anatomy of Seed Plants, Second Edition (February 2, 1977) (A824354)
12. Antenna Theory: Analysis and Design, Second Edition (January 7, 1997) (TX-4-445-400)
13. Applied Combinatorics, Fourth Edition (October 11, 2001) (TX-5-461-877)
14. Applied Corporate Finance: A User's Manual, Second Edition (May 11, 2005) (TX-6-166-442)
15. Applied Econometric Time Series, Second Edition (September 5, 2003) (TX-5-818-578)
16. Applied Management Science, Second Edition (May 2, 2002) (RX-5-520-970)
17. Applied Numerical Methods for Engineers (February 15, 1994) (TX-3-731-716)
18. Applied Numerical Methods Using MATLAB (June 14, 2005) (TX-6-212-870)
19. Applied Regression Analysis, Third Edition (July 17, 1998) (TX-4-800-470)
20. Automatic Control Systems, Eighth Edition (November 20, 2002) (TX-5-622-535)
21. Basic Animal Nutrition and Feeding, Fifth Edition (February 25, 2005) (TX-6-161-977)

22. Basic Electric Circuit Analysis, Fifth Edition (March 7, 1995) (TX-4-006-949)
23. Basic Engineering Circuit Analysis, Eighth Edition (February 10, 2005) (TX-6-118-290)
24. Basic Inorganic Chemistry, Third Edition (February 24, 1995) (TX-4-012-445)
25. Big C++ (April 30, 2004) (TX-5-954-807)
26. Big Java, Second Edition (May 2, 2005) (TX-6-169-750)
27. Biochemical Calculations, Second Edition (February 11, 1976) (A-712987)
28. Bioinstrumentation (October 10, 2003) (TX-5-824-247)
29. Biomedical Signal Processing and Signal Modeling (January 24, 2001) (TX-5-332-431)
30. C and UNIX: Tools for Software Design (February 21, 1996) (TX-4-192-349)
31. Calculus, Volume 1, Second Edition (April 17, 1967) (A914948) (December 5, 1995) (RE-711-574)
32. Calculus, Volume 2, Second Edition (June 26, 1969) (A-102-813) (June 11, 1997) (RE-759-592)
33. Cell and Molecular Biology, Third Edition (August 5, 1988) (TX-2-367-823)
34. Chemical, Biochemical and Engineering Thermodynamics, Fourth Edition (April 25, 2006) (TX-6-328-844)
35. Chemical Applications of Group Theory, Third Edition (April 13, 1990) (TX-2-804-298)
36. Chemical Reaction Engineering, Third Edition (September 11, 1998) (TX-4-852-934)
37. Circuits, Devices and Systems: A First Course in Electrical Engineering, Fifth Edition (August 21, 1992) (TX-3-385-532)
38. Classical Electrodynamics, Third Edition (August 5, 1998) (TX-4-828-741)
39. Colbert's Evolution of the Vertebrates, Firth Edition (November 15, 2001) (TX-5-459-277)
40. Commercial Banking: The Management of Risk, Third Edition (September 29, 2004) (TX-6-032-001)
41. Communication Systems, Fourth Edition (June 9, 2000) (TX-5-230-210)
42. Computer Aided Logical Design with Emphasis on VLSI, Fourth Edition (April 14, 1993) (TX-3-540-594)
43. Concepts and Applications of Finite Element Analysis, Fourth Edition (December 17, 2001) (TX-5-470-700)
44. Concepts and Models of Inorganic Chemistry, Third Edition (October 14, 1994) (TX-3-919-208)
45. Continuous Univariate Distributions, Volume 2, Second Edition (July 14, 1995) (TX-4-097-696)
46. Control Systems Engineering, Fourth Edition (October 3, 2003) (TX-5-800-945)

47. Convection Heat Transfer, Third Edition (August 9, 2004) (TX-6-009-806)
48. Core Concepts of Accounting Information Systems, Ninth Edition (December 2, 2004) (TX-6-074-111)
49. Corporate Finance: Theory and Practice, Second Edition (April 9, 2001) (TX-5-372-684)
50. Cost Management: Measuring, Monitoring and Motivating Performance (February 1, 2005) (TX-6-103-903)
51. Customer Relationship Management (March 10, 2003) (TX-5-698-433)
52. Customer Relationship Management: A Databased Approach (September 15, 2005) (TX-6-233-879)
53. Data Mining Methods and Models (March 31, 2006) (TX-6-329-585)
54. Data Mining: Multimedia, Soft Computing and Bioinformatics (November 4, 2003) (TX-5-852-718)
55. Data Structures and Algorithms in C++ (May 13, 2003) (TX-5-744-148)
56. Data Structures and Algorithms With Object-Oriented Design Patterns in Java (October 29, 1999) (TX-5-079-800)
57. Data Warehousing Fundamentals: A Comprehensive Guide for IT Professionals (November 13, 2001) (TX-5-385-440)
58. Design and Analysis of Lean Production Systems (January 10, 2002) (TX-5-475-899)
59. Design of Logic-Based Intelligent Systems (July 2, 2004) (TX-5-992-733)
60. Design of Prestressed Concrete Structures, Third Edition (December 8, 1981) (TX-834-845)
61. Design Through Verilog HDL (December 16, 2003) (TX-5-869-420)
62. Device Electronics for Integrated Circuits, Third Edition (January 16, 2003)(TX-5-654-600)
63. Digital Communications (July 22, 1988) (TX-2-365-224)
64. Digital Image Processing, Third Edition (November 13, 2001) (TX-5-425-679)
65. Digital Integrated Circuits (January 23, 1996) (TX-4-179-129)
66. Digital Logic Design Principles (January 10, 2001) (TX-5-327-697)
67. Digital Signal and Image Processing (December 17, 2003) (TX-5-877-772)
68. Digital Signal Processing: A Computer Science Perspective (October 12, 2000) (TX-5-285-529)
69. Digital Telephony, Third Edition (March 3, 2000) (TX-5-151-533)
70. Discrete Mathematics With Algorithms (April 14, 1989) (TX-2-547-040)

71. Discrete Multivariate Distributions (May 14, 1997) (TX-4-529-928)
72. Distributed Computing: Fundamentals, Simulations and Advanced Topics, Second Edition (May 17, 2004) (TX-5-963-283)
73. Economics of Strategy, Third Edition (August 29, 2003) (TX-5-792-450)
74. Electric Circuit Analysis, Third Edition (January 10,1997) (TX-4-453-977)
75. Electrochemical Methods : Fundamentals and Applications, Second Edition (February 9, 2001) (TX-5-348-515)
76. Elementary Numerical Analysis, Third Edition (December 5, 2003) (TX-5-839-199)
77. Elementary Principles of Chemical Processes, Third Edition (February 17, 2005) (TX-6-116-656)
78. Elements of Cartography, Sixth Edition (May 3, 1995) (TX-4-042-052)
79. Elements of Distributed Computing (July 24, 2002) (TX-5-577-995)
80. Elements of Network Protocol Design (July 7, 1998) (TX-4-708-667)
81. Embedded System Design: A Unified Hardware/Software Introduction (December 12, 2001) (TX-5-465-293)
82. Engineering and Chemical Thermodynamics (January 10, 2006) (TX-6-301-979)
83. Engineering Optimization: Methods and Applications, Second Edition (October 1, 2006) (TX-6-444-293)
84. Environmental Engineering Science (January 18, 2001) (TX-5-270-193)
85. Error Correction Coding: Mathematical Methods and Algorithms (August 24, 2005) (TX-6-214-605)
86. Essentials of Fuzzy Modeling and Control (August 19, 1994) (TX-3-882-392)
87. Essentials of Insurance: A Risk Management Perspective (May 24, 1995) (TX-4-016-454)
88. Essentials of Marketing Research, Second Edition (January 22, 2002) (TX-5-594-408)
89. Experiments: Planning, Analysis and Parameter Design Optimization (May 22, 2000) (TX-5-216-930)
90. Facilities Planning, Third Edition (January 15, 2003) (TX-5-654-755)
91. Fiber-Optic Communication Systems, Third Edition (August 16, 2002) (TX-5-594-799)
92. Fields and Waves in Communication Electronics, Third Edition (July 22, 1994) (TX-3-857-813)
93. Finite Element Method For Engineers, Fourth Edition (November 16, 2001) (TX-5-461-355)

94. Flying Circus of Physics with Answers (October 11, 1977) (A-904-102) (December 13, 2005) (RE-923-960)
95. Forecasting: Methods and Applications, Third Edition (May 1, 1998) (TX-4-766-889)
96. Fundamentals of Acoustics, Fourth Edition (March 2, 2000) (TX-5-148-668)
97. Fundamentals of Digital Logic and Microcomputer Design, Fifth Edition (August 3, 2005) (TX-6-206-442)
98. Fundamentals of Digital Signal Processing (May 30, 1986) (TX-1-838-498)
99. Fundamentals of Fluid Mechanics, Fifth Edition (May 2, 2005) (TX-6-169-180)
100. Fundamentals of Ground Water (February 26, 2003) (TX-5-703-722)
101. Fundamentals of Heat and Mass Transfer, Fifth Edition (October 25, 2001) (TX-5-457-784)
102. Fundamentals of Momentum, Heat and Mass Transfer, Fourth Edition (January 2, 2001) (TX-5-319-861)
103. Fundamentals of Physics: Part 1, Sixth Edition (September 8, 2000) (TX-5-266-452)
104. Fundamentals of Physics: Part 2, Sixth Edition (September 8, 2000) (TX-5-266-451)
105. Fundamentals of Physics: Part 3, Sixth Edition (September 8, 2000) (TX-5-266-450)
106. Fundamentals of Queueing Theory, Third Edition (January 13, 1998) (TX-4-732-675)
107. Fundamentals of Risk and Insurance, Ninth Edition (July 23, 2002) (TX-5-568-767)
108. Fundamentals of Soil Science, Eighth Edition (August 29, 1990) (TX-2-900-024)
109. Fundamentals of Thermodynamics, Sixth Edition (November 12, 2002) (TX-5-612-550)
110. Geographic Information Systems: An Introduction, Third Edition (July 26, 2002) (TX-5-578-005)
111. Global Marketing Management, Third Edition (December 16, 2003) (TX-5-869-479)
112. Global Operations and Logistics: Texts and Cases (August 13, 1998) (TX-4-835-959)
113. Global Strategy and Organization (July 1, 2003) (TX-5-755-018)
114. Gravitation and Cosmology (July 28, 1972) (A-357076) (November 17, 2000) (RE-831-808)
115. Groundwater Hydrology, Second Edition (October 27, 1980) (TX-570-304)
116. Handbook of Wireless Networks and Mobile Computing (April 11, 2002) (TX-5-505-327)

117. Information Security: Principles and Practice (December 9, 2005) (TX-6-273-529)
118. Information Storage and Retrieval (June 23, 1997) (TX-4-564-125)
119. Information Technology: Strategic Decision Making for Managers (November 12, 2004) (TX-6-070-100)
120. Information Technology for Management: Transforming Organizations in the Digital Economy, Fourth Edition (August 20, 2004) (TX-6-013-876)
121. Information Technology Project Management, Second Edition (April 20, 2006) (TX-6-371-851)
122. Instrumentation for Engineering Measurements, Second Edition (April 16, 1993) (TX-3-535-621)
123. Internal Combustion Engines: Applied Thermosciences, Second Edition (January 22, 2001) (TX-5-332-515)
124. International Economics, Eighth Edition (July 7, 2003) (TX-5-771-131)
125. International Finance: A Casebook (May 16, 2006) (TX-6-358-163)
126. Introduction to Computational Biochemistry (July 22, 2002) (TX-5-572-673)
127. Introduction to Digital Systems (April 8, 2004) (TX-5-978-552)
128. Introduction to Engineering Programming: Solving Problems with Algorithms (June 9, 2003) (TX-5-753-534)
129. Introduction to Information Systems: Supporting and Transforming Business (April 25, 2006) (TX-6-344-390)
130. Introduction to Information Technology, Second Edition (October 18, 2002) (TX-5-638-512)
131. Introduction to International Economics (January 21, 2005) (TX-6-101-228)
132. Introduction to Multivariate Statistical Analysis, Third Edition (September 5, 2003) (TX-5-818-577)
133. Introduction to Nanotechnology (July 29, 2003) (TX-5-758-401)
134. Introduction to Numerical Analysis, Second Edition (November 15, 1998) (TX-2-495-169)
135. Introduction to Object-Oriented Analysis, Second Edition (August 30, 2001) (TX-5-438-741)
136. Introduction to Optimization, Second Edition (October 21, 2001) (TX-5-453-756)
137. Introduction to Probability and Statistics, Second Edition (August 11, 2006) (TX-6-417-883)
138. Introduction to Probability Theory and Its Applications, Volume 1, Third Edition (April 26, 1968) (A-966318) (October 2, 1996) (RE-735-567)

139. Introduction to Probability Theory and Its Applications, Volume 2, Second Edition (March 17, 1971) (A-229902)
140. Introduction to Semiconductor Materials and Devices (May 22, 1991) (TX-3-066-466)
141. Introduction to Special Relativity (February 19, 1968) (A-976-004) (September 18, 1996) (RE-733-055)
142. Introduction to the Finite Element Method (March 12, 2004) (TX-5-917-507)
143. Introduction to the Theory of Error-Correcting Codes, Third Edition (July 23, 1998) (TX-4-823-490)
144. Introduction to the Theory of Numbers, Fifth Edition (April 3, 1991) (TX-3-036-511)
145. Introduction to VLSI Circuits and Systems (September 4, 2001) (TX-5-411-634)
146. Introductory Functional Analysis with Applications (January 30, 1978) (TX-1-189)
147. Introductory Mining Engineering, Second Edition (September 23, 2002) (TX5-618-693)
148. Introductory Mycology, Fourth Edition (March 28, 1996) (TX-4-217-474)
149. Introductory Statistics, Fifth Edition (August 26, 2003) (TX-5-800-164)
150. Investments: Analysis and Management, Ninth Edition (December 16, 2003) (TX-5-875-313)
151. Kinematics, Dynamics and Design of Machinery, Second Edition (December 16, 2003) (TX-5-875-266)
152. Linear Algebra (February 24, 1997) (TX-4-486-872)
153. Linear Programming and Network Flows, Third Edition (February 24, 2005) (TX-6-191-889)
154. Linear Statistical Inference and Its Applications, Second Edition (April 13, 1973) (A-427-452) (Renewed September 27, 2001) (RE-847-341)
155. Management, Eighth Edition (May 17, 2004) (TX-5-964-667)
156. Management and Organizational Behavior: Essentials (January 23, 1996) (TX-4-179-390)
157. Managerial Accounting, Second Edition (December 16, 2003) (TX-5-839-172)
158. Manufacturing Processes and Systems, Ninth Edition (March 7, 1997) (TX-4-493-076)
159. Marketing Management: Text and Cases, Seventh Edition (March 7, 2000) (TX-5-152-450)
160. Mastering Data Mining (September 5, 2006) (TX-6-434-073)
161. Materials and Processes in Manufacturing, Ninth Edition Update (February 20, 2004) (TX-5-875-263)
162. Mathematical Methods in the Physical Sciences, Third Edition (September 8, 2005) (TX-6-235-927)

163. Medical Instrumentation, Third Edition (May 14, 1998) (TX-4-737-716)
164. Microbial Physiology, Fourth Edition (August 30, 2002) (TX-5-603-865)
165. Microwave Engineering, Third Edition (March 12, 2004) (TX-5-939-958)
166. Modern Algebra: An Introduction, Fifth Edition (June 29, 2004) (TX-5-990-246)
167. Modern Algebra with Applications (December 16, 2003) (TX-5-869-421)
168. Modern Methods for Quality Control and Improvement, Second Edition (December 31, 2001) (TX-5-466-724)
169. Modern Physics, Second Edition (February 27, 1996) (TX-4-230-649)
170. Modern Physics For Engineers (March 22, 1999) (TX-4-956-397)
171. Motion and Time Study: Design and Measurement of Work (September 29, 1980) (TX-554-631)
172. Nonlinear Programming: Theory and Algorithms, Second Edition (March 22, 1993) (TX-3-517-566)
173. Object-Oriented Design and Patterns, Second Edition (August 2, 2005) (TX-6-209-384)
174. Operating Systems Concepts with Java, Sixth Edition (December 16, 2003) (TX-5-868-626)
175. Operations Management: Quality and Competitiveness in a Global Environment, Fifth Edition (April 13, 2007) (TX-6-555-695)
176. Operations Management for MBAs, Second Edition (December 17, 2001) (TX-5-436-231)
177. Operations Research: Principles and Practice, Second Edition (October 13, 1987) (TX-2-169-390)
178. Optical Computing: An Introduction (April 23, 1992) (TX-3-294-076)
179. Ordinary Differential Equations, Fourth Edition (December 6, 1989) (TX-2-700-058)
180. Organic Chemistry, Eighth Edition (August 26, 2003) (TX-5-788-101)
181. Organizational Psychology: A Scientist-Practitioner Approach (June 20, 2002) (TX-5-550-396)
182. Passive and Active Filters: Theory and Implementations (June 30, 1986) (TX-1-857-094)
183. Pattern Classification, Second Edition (August 11, 2006) (TX-6-418-016)
184. Pattern Recognition: Statistical, Structural and Neural Approaches (August 27, 1992) (TX-3-386-116)
185. Power Electronics, Third Edition (December 30, 2002) (TX-5-629-839)

186. Power Generation, Operation and Control, Second Edition (November 1, 1996) (TX-4-384-100)
187. Practical Nonparametric Statistics, Third Edition (February 22, 1999) (TX-4-934-566)
188. Principles of Communications, Fifth Edition (October 25, 2001) (TX-5-444-005)
189. Principles of Electric Machines and Power Electronics, Second Edition (February 19, 1997) (TX-4-484-052)
190. Principles of Highway Engineering and Traffic Analysis, Third Edition (August 11, 2004) (TX-5-999-186)
191. Principles of Polymerization, Fourth Edition (March 23, 2004) (TX-5-946-868)
192. Probability and Statistics for Computer Science (September 2, 2003) (TX-5-812-912)
193. Probability and Statistics with Reliability, Queuing and Computer Science Applications, Second Edition (December 20, 2001) (TX-5-468-753)
194. Process Dynamics and Control, Second Edition (December 12, 2003) (TX-5-834-334)
195. Process Equipment Design (June 25, 1959) (A-396640) (RE-349-535) (September 21, 1987)
196. Product and Process Design Principles, Second Edition (September 4, 2003) (TX-5-786-409)
197. Production and Operations Management: An Applied Modern Approach (March 17, 1997) (TX-4-498-402)
198. Quantum Mechanics, Third Edition (February 6, 1998) (TX-4-729-881)
199. Quantum Physics of Atoms, Molecules, Solids, Nuclei and Particles, Second Edition (July 2, 1985) (TX-1-604-801)
200. Radar Principles (October 2, 1998) (TX-4-626-096)
201. Radio-Frequency and Microwave Circuits: Analysis and Design, Second Edition (August 15, 2006) (TX-6-416-150)
202. Real-Time Systems and Software (April 26, 2001) (TX-5-377-615)
203. Real-Time Systems Design and Analysis, Third Edition (May 28, 2004) (TX-5-965-295)
204. Research Methods For Business: A Skill Building Approach, Fourth Edition (November 14, 2002) (TX-5-635-592)
205. Robot Dynamics and Control (January 26, 1990) (TX-2-735-163)
206. Robot Modeling and Control (February 27, 2006) (TX-6-326-489)
207. Sampling Techniques, Third Edition (August 24, 1977) (A-887-503)
208. Satellite Communications, Second Edition (January 21, 2003) (TX-5-706-104)

209. Semiconductor Devices: Basic Principles (August 4, 2000) (TX-5-253-361)
210. Separation Process Principles, Second Edition (November 22, 2005) (TX-6-275-447)
211. Signals and Linear Systems, Third Edition (February 3, 1987) (TX-2-000-469)
212. Signals and Systems, Second Edition (September 19, 2002) (TX-5-653-714)
213. Software Design: Form Programming to Architecture (May 15, 2003) (TX-5-738-618)
214. Software Quality Engineering: Testing, Quality Assurance and Quantifiable Improvement (April 11, 2005) (TX-6-143-947)
215. Speech and Audio Signal Processing: Processing and Perception of Speech and Music (November 15, 1999) (TX-5-090-222)
216. Statistical Mechanics, Second Edition (October 13, 1987) (TX-2-184-828)
217. Statistics and Data Analysis in Geology, Third Edition (March 29, 2004) (TX-5-989-360)
218. Steel Structures: Controlling Behavior Through Design (June 20, 1994) (TX-3-852-872)
219. Stereochemistry of Organic Compounds (September 15, 1994) (TX-3-879-734)
220. Stochastic Processes, Second Edition (March 28, 1996) (TX-4-217-487)
221. Strategic Human Resources: Frameworks for General Managers (April 26, 1999) (TX-4-961-437)
222. Strategic Management: Creating Value in Turbulent Times (November 12, 2004) (TX-6-071-531)
223. Successful Project Management: A Step-by-Step Approach with Practical Examples, Fourth Edition (October 24, 2005) (TX-6-257-806)
224. Systematic Identification of Organic Compounds, Eighth Edition (October 14, 2003) (TX-5-811-922)
225. Systems Analysis and Design, Third Edition (November 14, 2005) (TX-6-261-334)
226. Systems Analysis and Design: An Object-Oriented Approach with UML (February 22, 2002) (TX-5-477-626)
227. Systems Analysis and Design with UML Version 2.0 (October 22, 2004) (TX-6-029-397)
228. Systems Engineering: Principles and Practice (February 7, 2003) (TX-5-671-870)
229. Textbook of Polymer Science, Third Edition (April 19, 1984) (TX-1-328-760)
230. Theory and Practice of Water and Wastewater Treatment (February 25, 1997) (TX-4-489-595)

231. Thermodynamics and an Introduction to Thermostatistics, Second Edition (August 28, 1985) (TX-1-684-782)

232. Topics in Algebra, Second Edition (A-720-693) (May 11, 1964) (RE-598-491) (November 27, 1992)

233. Transport Phenomena, Second Edition (October 11, 2001) (TX-5-459-935)

234. Understanding Physics, Parts 1-4 (April 2, 2004) (TX-5-948-444)

235. Valuation for Mergers, Buyouts and Restructuring (April 23, 2004) (TX-5-926-215)

236. Virtual Reality Technology, Second Edition (August 15, 2003) (TX-5-788-104)

237. VLSI Digital Signal Processing Systems (March 5, 1999) (TX-4-945-575)

238. VLSI Fabrication Principles: Silicon and Gallium Arsenide, Second Edition (April 22, 1994) (TX-3-770-469)

239. Web Applications: Concepts and Real World Design (May 7, 2004) (TX-5-945-132)

240. Wireless and Mobile Network Architectures (November 14, 2000) (TX-5-302-937)

Schedule C
"Cengage Copyrights"

<u>Title</u>  (<u>Date of Registration</u>) (<u>Registration #</u>)

1.   Human Resource Development, January 12, 2006, TX-6-303-352.
2.   Business Research Methods, February 7, 2005, TX-6-116-887.
3.   Global Strategy, January 3, 2006, TX-6-305-724.
4.   Soil Microbiology: An Exploratory Approach, April 15, 1999, TX-4-965-723.
5.   Wireless Communication Technology, September 15, 2001, TX-5-259-699.
6.   Electronic Communication Systems, June 20, 2002, TX-5-550-415.
7.   Solid Waste Engineering, December 6, 2001, TX-5-558-757.
8.   Vibrations, June 6, 2003, TX-5-782-689.
9.   Invertebrate Zoology: A Functional Evolutionary Approach, August 28, 2003, TX-5-818-299.
10.  Biotechnology: An Introduction, April 4, 2004, TX-5-948-113.
11.  Fundamentals of Analytical Chemistry, August 28, 2003, TX-5-800-626.
12.  Introduction to Microbiology: A Case-Study Approach, May 1, 2003, TX-5-735-278.
13.  Power System Analysis and Design with Personal Computer Applications, January 22, 2002, TX-5-482-389.
14.  Applied Numerical Methods for Engineers Using Matlab and C, October 22, 1999, TX-5-093-942.
15.  Biochemistry, March 28, 2005, TX-6-150-612.

Schedule D
"McGraw-Hill Copyrights"

<u>Title</u>      <u>Registration #</u>    <u>Date of Registration</u>

1. Analysis of Financial Statements, 5th (September 22, 1999) (TX 5-050-764)
2. Project Risk Management, (August 24, 2004) (TX 6-018-875)
3. Functional Analysis, 2nd (September 17, 1990) (TX 2-907-213)
4. Introduction to Radar Systems, 3rd (September 5, 2000) (TX 5-266-505)
5. Real and Complex Analysis, 3rd (August 11, 1986) (TX 1-887-185)
6. Fundamentals of Finite Element Analysis, (October 14, 2003) (TX 5-824-274)
7. Physical Chemistry, 5th Edition (October 17, 2001) (TX 5-470-348)

Schedule E
Pearson Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Pearson" | 2,599,724 | 009, 016, 035, 042 |
| 2. "Pearson" | 2,600,081 | 041 |
| 3. "Pearson" | 2,652,792 | 009, 016 |
| 4. "Pearson" | 2,679,355 | 016 |
| 5. "Pearson" | 2,691,830 | 041 |
| 6. "Pearson" | 2,694,359 | 009 |
| 7. "Prentice-Hall" | 1,332,044 | 016 |
| 8. "Prentice-Hall" | 1,332,639 | 042 |
| 9. "Prentice-Hall" | 1,375,654 | 009 |
| 10. "Addison Wesley" | 2,188,798 | 016 |
| 11. "Addison-Wesley" | 2,400,130 | 016 |

Schedule F
Wiley Trademarks

| | U.S. Trademark | Registration Number | Class |
|---|---|---|---|
| 1. | "JW" Colophon | 2,168,941 | 009, 042 |
| 2. | "Wiley" | 1,003,988 | 009, 016, 036, 038 |
| 3. | "Wiley" | 2,159,987 | 009, 042 |

33

Schedule G
Cengage Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Thomson Learning" | 2,810,953 | 009, 016, 041 |
| 2. "Thomson Learning" | 2,926,467 | 035 |

Schedule H
McGraw-Hill Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "McGraw-Hill" | 1,350,345 | 16 |
| 2. "McGraw-Hill" | 2,899,528 | 16, 41 |
| 3. "The McGraw-Hill Companies" | 3,103,212 | 9,16,35,36,37, 38,39,40,41,42 |
| 4. "Irwin" | 1,718,118 | 16 |