UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC., :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND :
THE MCGRAW-HILL COMPANIES, INC.,
:
              Plaintiffs,
:

    -against-
:

VINOD KUMAR, VIRENDER YADAV
AND SUKHWINDER SINGH D/B/A :
MODERN BOOKS D/B/A EXPRESS
BOOKS AND JOHN DOES NOS. 1-5, :

             Defendants. :

- - - - - - - - - - - - - - - - - - x



JUDGE HAIGHT

'07 CIV 9399

RECEIVED
OCT 19 2007
U.S.D.C. S.D.N.Y.
CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 10/19/07

SIGNATURE OF ATTORNEY