UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PEARSON EDUCATION, INC., **ET AL.**,          CASE NO. 07 CIV. 9399
                Plaintiff(s),


  -against-                                                       **AFFIDAVIT OF SERVICE**

VINOD KUMAR, **ET AL.**,
                Defendant(s).
------------------------------------------------------X
STATE OF NEW YORK    )
                               s.s.:
COUNTY OF NEW YORK  )

      MICHAEL J. KEATING, being duly sworn, deposes and says that he is a United States citizen, an agent of MLQ ATTORNEY SERVICES, is over the age of eighteen years and is not a party to the action.

      That on the 3rd day of December, 2007, at approximately 8:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT; ECF FILING INSTRUCTIONS and JUDGE'S RULES** upon Virender Yadav d/b/a Modern Books d/b/a Express Books at 94-18 109th Street, Richmond Hill, New York 11419 by personally delivering and leaving the same with Virender Yadav, at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

      Virender Yadav is a brown-skinned male, approximately 45 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 180 pounds, with short black and gray hair and light brown eyes.


Sworn to before me this
4th day of December, 2007                      MICHAEL J. KEATING #848345

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission expires February 17, 2010