```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,            :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND           :
THE MCGRAW-HILL COMPANIES, INC.,
                                    :
                Plaintiffs,
                                    :
        -against-                         07 Civ. 9399 (CSH)
                                    :     ECF Case
VINOD KUMAR, VIRENDER YADAV
AND SUKHWINDER SINGH D/B/A          :
MODERN BOOKS D/B/A EXPRESS
BOOKS AND JOHN DOES NOS. 1-5,       :

                Defendants.         :

- - - - - - - - - - - - - - - - - x
```

CASE MANAGEMENT PLAN

This Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed. R. Civ. P., in accordance with Rule 16(f), Fed. R. Civ. P.

A. Initial Disclosures:

    1. Plaintiffs served voluntary disclosure under Rule 26(a) on defendant Virender Yadav on January 9, 2008.

    2. Plaintiffs will serve voluntary disclosure under Rule 26(a) on defendant Vinod Kumar by February 8, 2008.

    3. Defendants Virender Yadav and Vinod Kumar will serve voluntary disclosure under Rule 26(a) on plaintiffs by February 8, 2008.

4. No changes in timing, form, or requirement for disclosures under Rule 26(a) should be made.

B. Subjects of Discovery: Discovery may be needed on the subjects of (i) the liability of defendants' for making infringing sales of plaintiffs' copyrighted materials; (ii) the extent of defendants' infringing sales; and (iii) the amount of defendants' profits from those infringing sales. This will require separate depositions of defendants Virender Yadav and Vinod Kumar, as well as subpoenas of third parties for documents. Discovery should be completed by May 28, 2008. Discovery need not be conducted in phases or limited to or focused on particular issues.

1. Plaintiffs served document requests and interrogatories on defendant Virender Yadav on January 9, 2008.

2. Defendant Virender Yadav provided some responsive documents on January 15, 2008.

3. Plaintiffs will serve document requests and interrogatories on defendant Vinod Kumar by February 8, 2008.

4. Defendants Virender Yadav and Vinod Kumar will serve document requests and interrogatories on plaintiffs by February 8, 2008.

C. Electronically Stored Information: There are no issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

D. Privilege or Protection: There are no issues about claims of privilege or of protection as trial-preparation materials. Parties do not agree on a procedure to assert these claims after production.

E. Rules Changes: Plaintiffs should be allowed to take an additional deposition of Virender Yadav, if necessary. No additional changes should be made to the limitations on discovery and no limitations should be imposed.

F. The court should not issue any other orders under Rule 26(c) or under Rule 16(b) and (c).

Dated:    January 30, 2008

                                     DUNNEGAN LLC

                                     By _William Dunnegan_____
                                          William Dunnegan (WD9316)
                                          Megan L. Martin (MM4396)
                                 Attorneys for Plaintiffs
                                       Pearson Education, Inc.,
                                       John Wiley & Sons, Inc.,
                                       Cengage Learning Inc., and
                                       The McGraw-Hill Companies, Inc.
                                 350 Fifth Avenue
                                 New York, New York 10118
                                 (212) 332-8300

                               _Yadav_____
                                 Virender Yadav
                                 Defendant
                                 10433 92nd Avenue
                                 South Richmond Hill, New York
                                 11418-2923

                               _V. Kumar_____
                                 Vinod Kumar
                                 Defendant
                                 39 /4 Mohmad Pur
                                 Near Bikaji Cama Place
                                 New Delhi 110066
                                 India

SO ORDERED:

_____
     U.S.D.J.