```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,              :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND             :
THE MCGRAW-HILL COMPANIES, INC.,

                                      :

                    Plaintiffs,

                                      :

        -against-                           07 Civ. 9399 (CSH)

                                      :     ECF Case

VINOD KUMAR, VIRENDER YADAV
AND SUKHWINDER SINGH D/B/A            :
MODERN BOOKS D/B/A EXPRESS
BOOKS AND JOHN DOES NOS. 1-5,         :

                    Defendants.       :

- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/15/08

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED and agreed by and between
the undersigned attorney for the plaintiffs and the pro se
defendants that plaintiffs may file the annexed amended
complaint in this action.

Dated:   New York, New York
         April 28, 2008

DUNNEGAN LLC

By _____
William Dunnegan  (WD9316)
Attorneys for Plaintiffs
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

By _____
Virender Yadav
Pro Se Defendant
10433 92nd Avenue
South Richmond Hill
New York 11418-2923
Tradex.usa@conversent.net

By _____
Vinod Kumar
Pro Se Defendant
39/4 Mohmad Pur,
Near Bikaji Cama Place
New Delhi 110066, India
Vn1991@hotmail.com

5/13/08
SO ORDERED:

_____
U.S.D.J.

2

By _____
Virender Yadav
Pro Se Defendant
10433 92nd Avenue
South Richmond Hill
New York 11418-2923
Tradex.usa@conversent.net

By _____
Vinod Kumar
Pro Se Defendant
39/4 Mohmad Pur,
Near Bikaji Cama Place
New Delhi 110066, India
Vn1991@hotmail.com

05/13/08
SO ORDERED:

_____
U.S.D.J.

2