Schedule A
"Pearson Copyrights"

Title
Date of Registration
Registration #

1.   Electronic Commerce:
     A Managerial Perspective
     December 2, 1999
     TX0005110454

2.   Probability and Random
     Process for Electrical
     Engineering
     August 3, 1993
     TX0003590606

3.   Organic Chemistry
     July 20, 2000
     TX0005141194

4.   Training in Interpersonal Skills:
     Tips for Managing People at Work
     November 7, 1996
     TX0004405435

5.   Compensation Management in a
     Knowledge-Based World
     April 7, 1997
     TX0004511421

6.   Process Control: Modeling,
     Design and Simulation
     April 29, 2003
     TX0005736756

7.   From ASICs to SOCs: A
     Practical Approach
     August 12, 2003
     TX0005806238

8.   Strategic Human Resource
     Management
     April 26, 2001
     TX0005374633

9.  Marketing Management
    February 13, 1997
    TX0004478935

10. Understanding Financial
    Statements
    December 10, 1997
    TX0004674181

11. Linear Algebra with
    Applications
    April 7, 1997
    TX0004511390

12. Operating System Concepts
    December 7, 1993
    TX0003699560

13. Security in Computing
    February 4, 2003
    TX0005677562

14. A First Course in Abstract
    Algebra
    February 11, 1999
    TX0004939856

15. Advertising: Principles and
    Practice
    March 23, 2001
    TX0005368142

16. Data Structures and Algorithm
    Analysis in C++
    December 3, 1993
    TX0003678100

17. Operations Management
    May 5, 2003
    TX0005748096

18. Fashion Retailing: A
    Multi-Channel Approach
    March 9, 2005
    TX0006119688

19. Semiconductor Device
    Fundamentals
    February 28, 1996
    TX0004201811

20. Corporate Computer and
    Network Security
    April 29, 2003
    TX0005738767

21. Event Management
    October 1, 2004
    TX0006037669

22. Introduction to Hydrology
    October 31, 2002
    TX0005643126

23. Elements of Chemical
    Reaction Engineering
    June 16, 1999
    TX0004938289

24. Quality Control,
    Seventh Edition
    October 10, 2003
    TX0005960545

25. Discovering Genomics,
    Proteomics and Bioinformatics
    October 29, 2002
    PA0001111777

26. An Introduction to the
    Mechanics of Solids
    March 7, 1980
    TX0000425326

27. Organic Chemistry
    June 27, 2006
    TX0006400788

28. Essentials of Strategic
    Management
    July 30, 2002
    TX0005588793

29. Algorithm Design
    March 29, 2005
    TX0006145191

30. Hartmann and Kester's Plant
    Propagation Principles and
    Practices
    January 15, 2002
    TX0005460783

31. Media Ethics: Cases and
    Moral Reasoning
    February 20, 1998
    TX0004727444

32. A History of Psychology:
    Main Currents in Psychological
    Thought
    August 19, 2003
    TX0005808783

33. Consumer Behavior In Fashion
    March 24, 2003
    TX0005719039

34. Business Ethics: Concepts
    and Cases
    July 26, 2001
    TX0005361630

35. Microeconomics
    March 21, 2005
    TX0006156330

36. Leadership in Organizations
    March 29, 1994
    TX0003790540

37. Marketing Research:
    An Applied Orientation
    December 15, 2006
    TX0006494520

38. Consumer Behavior
    April 7, 1997
    TX0004511384

39. Aerodynamics for Engineers
    January 15, 2002
    TX0005475774

40. Introduction to Logic
    August 22, 2001
    TX0005429425

41. Operations Management
    July 1, 2002
    TX0005563556

42. Quality Management:
    Creating and Sustaining
    Organizational Effectiveness
    June 1, 2004
    TX0005967702

43. Retail Management:
    A Strategic Approach
    December 2, 1997
    TX0004674080

44. Marketing Research
    January 19, 2000
    TX0005031651

45. Introduction to Econometrics
    December 20, 2002
    TX0005659183

46. Statistics for Psychology
    August 24, 1998
    TX0004838804

47. Adaptive Control (2nd Edition)
    May 2, 1995
    TX0004042910

48. Market-Based Management
    January 17, 2003
    TX0005673666

49. International Management:
    Managing Across Borders
    March 9, 2005
    TX0006124995

50. Speech and Language Processing
    March 15, 2000
    TX0005070379

51. Abnormal Psychology:
    The Problem of Maladaptive Behavior
    August 30, 2004
    TX0006018766

52. The C Answer Book
    January 23, 1989
    TX0002494608

53. Management
    December 8, 2004
    TX0006082707

54. Digital Fundamentals
    July 30, 2002
    TX0005581507

55. Water Works Engineering:
    Planning, Design, and Operation
    May 30, 2000
    TX0005236267

56. Human Resource Management
    September 26, 2001
    TX0005446188

57. Knowledge Management
    March 24, 2003
    TX0005720736

58. Enterprise Resource Planning
    December 8, 2004
    TX0006084449

59. Marketing Of High-technology
    Products And Innovations
    August 27, 2004
    TX0006018157

60. Logistics Engineering
    and Management
    October 15, 2003
    TX0005822830

61. Manufacturing Organization
    and Management
    December 22, 1992
    TX0003453188

62. Continuous and Discrete
    Signals and Systems
    January 15, 1998
    TX0004700761

63. Essentials of Computer
    Architecture
    October 13, 2004
    TX0006028951

64. Modern C++ Design
    April 13, 2001
    TX0005286330

65. Entrepreneurship:
    Strategies and Resources
    April 22, 2002
    TX0005584353

66. International Organizational
    Behavior: Text, Cases, and
    Exercises
    October 15, 2004
    TX0006055255

67. E-marketing
    January 17, 2003
    TX0005673663

68. Organization Development
    January 6, 1999
    TX0004925649

69. Linear Algebra And It's
    Applications
    December 20, 2002
    TX0005659182

70.  Understanding And Managing
     Diversity: Readings, Cases,
     and Exercises
     March 15, 2006
     TX0006326758

71.  High-Speed Digital Design:
     A Handbook of Black Magic
     May 11, 1993
     TX0003556188

72.  Introduction to Counseling
     and Guidance
     July 30, 2002
     TX0005584585

73.  Management of Organizational
     Behavior: Leading Human Resources;
     January 5, 2001
     TX0005323917

74.  Managerial Economics:
     Economic Tools for Today's
     Decision Makers
     September 18, 2002
     TX0005617948

75.  Options, Futures And
     Other Derivatives
     September 10, 1996
     TX0004380815

76.  Philosophy of Religion
     January 24, 1990
     TX0002741881

77.  Computer Networks and Internets
     with Internet Applications
     October 15, 2003
     TX0005822829

78.  Financial Management:
     Principles and Applications
     March 26, 2002
     TX0005505825

79. Introduction to Quantum Mechanics
    May 4, 2004
    TX0005959250

80. Mastering Matlab 7
    February 1, 2005
    TX0006101499

81. Modern Control Systems
    October 25, 2000
    TX0005183216

82. Operations Management
    January 28, 2002
    TX0005473252

83. Introduction to Mathematical
    Statistics
    July 22, 2004
    TX0006003451

84. Digital Image Processing
    Using MATLAB
    March 9, 2004
    TX0005919455

85. Java: How To Program;
    March 11, 2003
    TX0005690665

86. Quantitative Analysis
    For Management
    April 7, 2005
    TX0006107136

87. Investments
    March 14, 2000
    TX0005160815

88. Strategy and the Business
    Landscape: Core Concepts
    April 5, 2001
    TX0005285666

89. Modern Management
    April 22, 2002
    TX0005529504

90. Digital Signal Processing
    May 23, 2006
    TX0006347802

91. Organizations: Structure,
    Processes, and Outcomes
    January 7, 1987
    TX0001976276

92. John E. Freund's Mathematical
    Statistics with Applications
    November 10, 2003
    TX0005834468

93. Principles of Risk Management
    and Insurance
    August 20, 2004
    TX0006059440

94. Probability And Statistical
    Inference
    September 13, 2000
    TX0005258643

95. Modern Control Engineering
    June 2, 1997
    TX0004542404

96. An Introduction to Database
    Systems
    September 8, 2003
    TX0005814575

97. RF Circuit Design: Theory
    & Applications
    March 14, 2000
    TX0005148992

98. Statistics for Managers
    Using Microsoft Excel
    April 5, 2004
    TX0005941475

99. Law and Economics
    October 6, 2003
    TX0005832415

100. Patternmaking for
     Fashion Design
     April 5, 2001
     TX0005345783

101. Radar: Principles, Technology,
     Applications
     November 2, 1992
     TXu000542158

102. Foundations of Financial
     Markets and Institutions
     October 9, 2001
     TX0005447065

103. Human-Computer Interaction
     June 8, 1998
     TX0004801248

104. Machines & Mechanisms
     Applied Kinematic Analysis
     August 27, 2004
     TX0006031292

105. Windows System Programming
     November 24, 2004
     TX0006073875

106. Object-Oriented Software
     Engineering: Using UML,
     Patterns, and Java
     October 15, 2003
     TX0005822836

107. C++ Solutions: Companion to
     the C++ Programming Language
     October 19, 1998
     TX0004880404

108. The Mathematics of
     Coding Theory
     February 4, 2004
     TX0005904263

109. Global Marketing Management;
     September 19, 2001
     TX0005450507

110. Capital Markets: Institutions
     and Instruments
     May 15, 1996
     TX0004294129

111. Differential Equations:
     Computing and Modeling
     July 29, 2003
     TX0005758361

112. Business Logistics Management
     February 18, 2000
     TX0005132090

113. Introduction to Management
     Accounting
     January 17, 2006
     TX0006305778

114. Manufacturing Processes
     for Engineering Materials
     September 6, 2002
     TX0005608352

115. Game Theory With Economic
     Applications
     February 10, 1998
     TX0004712799

116. Introduction to Hospitality
     Management
     April 11, 2003
     TX0005713660

117. Computer Ethics
     December 7, 2000
     TX0005201121

118. Geotechnical Engineering:
     Principles and Practices
     July 31, 1998
     TX0004828742

119. Advanced Engineering Mathematics
     January 22, 1998
     TX0004699356

120. Introduction to Digital
     Communications
     October 13, 2004
     TX0006037806

121. Design of Aircraft
     November 26, 2002
     TX0005645510

122. Partial Differential Equations:
     Methods and Applications
     November 26, 2002
     TX0005645499

123. Fundamentals of Management:
     Essential Concepts and
     Applications
     February 1, 2005
     TX0003126727

124. Introduction to Operations
     and Supply Chain Management
     April 7, 2005
     TX0006148566

125. Psychological Testing
     April 7, 1997
     TX0004514941

126. Remote Sensing of the
     Environment: An Earth Resource
     Perspective
     February 18, 2000
     TX0005136418

127. The Knowledge Management Toolkit
     January 18, 2000
     TX0005031577

128. Electromagnetics For Engineers
     March 9, 2005
     TX0006116685

129. Calculus and Analytic Geometry
     October 24, 1995
     TX0004143028

130. Introductory Quantum Mechanics
     September 6, 2002
     TX0005595628

131. Distributed Computing:
     Principles and Applications
     July 7, 2003
     TX0005770757

132. Data Abstraction And Problem
     Solving With Java
     August 15, 2000
     TX0005324372

133. Introduction to Thermal Physics;
     September 7, 1999
     TX0005040436

134. Numerical Methods Using MATLAB
     February 27, 2004
     TX0005917228

135. Introduction to Geographical
     Information Systems
     May 4, 2000
     TX0005212048

136. Modern Systems Analysis and Design
     September 19, 2001
     TX0005443672

137. Wireless Communications
     and Networking
     October 31, 2002
     TX0005663526

138. Social Psychology
     August 29, 2002
     TX0005604956

139. Fundamentals of Neural Networks
     March 29, 1994
     TX0003734012

140. Parallel Programming:
     Techniques and Applications
     July 20, 2000
     TX0005246705

141. Understanding Biotechnology
     April 11, 2003
     TX0005729664

142. Managing Software Requirements:
     A Use Case Approach
     June 25, 2003
     TX0005825137

143. Product Design
     April 5, 2001
     TX0005308096

144. Electrical Power Distribution
     and Transmission
     June 6, 1996
     TX0004302396

145. Essentials of Computer Architecture
     October 13, 2004
     TX0006028951

146. Organizational Behavior
     February 4, 2003
     TX0005668575

147. Operations Management Processes and Value Chains
     May 5, 2004
     TX0005926751

148. Bioprocess Engineering Basic Concepts
     November 7, 2001
     TX0005462906

149. Understanding Financial Statements
     June 12, 2003
     TX0005738540

150. Philosophy of Religion
     January 24, 1990
     TX0002741881

151. Biostatistics How It Works
     August 19, 2003
     TX0005799190

152. Introduction to Mathematical Statistics
     July 22, 2004
     TX0006003451

153. Data and Computer Communications
     June 6, 2003
     TX0005741420

154. Polymer Science and Technology
     August 12, 2003
     TX0005806255

155. Circuit Analysis a Systems Approach
     October 6, 2005
     TX0006244827

156. 8088 and 8086 Microprocessors Programming,
     Interfacing, Software, Hardware, and Applications
     February 24, 1998
     TX0004610331

157. Strategic Marketing for Nonprofit Organizations
     October 31, 2002
     TX0005643074

158. Strategic Compensation a
     Human Resource Management Approach
     April 29, 2003
     TX0005738267

159. Inorganic Chemistry
     September 22, 2003
     TX0005816657

160. Wireless Communications and Networks
     December 15, 2006
     TX0006495035

161. Management Information Systems
     March 25, 2003
     TX0005725172

162. Engineering Fundamentals of the
     Internal Combustion Engine
     July 29, 2003
     TX0005756799

163. Signals & Systems
     January 10, 1997
     TX0004445749

164. Design of Machine Elements
     January 5, 2004
     TX0005854453

165. Solid State Electronic Devices
     January 6, 2000
     TX0005113596

166. Management Information Systems
     Managing the Digital Firm
     March 25, 2003
     TX0005725172

167. Decision Support Systems
     In The 21st Century
     September 18, 2002
     TX0005617857

168. Discrete Mathematics Graph Theory
     August 29, 2001
     TX0005433777

169. Principles of Marketing
     January 15, 2002
     TX0005733315

170. Software Architecture Perspectives
     on an Emerging Discipline
     January 10, 1997
     TX0004446955

Schedule B
"Wiley Copyrights"

<u>Title</u>
<u>Date of Registration</u>
<u>Registration #</u>

1.  Abstract Algebra
    August 26, 2003
    TX0005800163

2.  Principles of Highway
    Engineering and Traffic
    Analysis
    March 8, 1990
    TX0002767694

3.  Introductory Functional
    Analysis with Applications
    January 30, 1978
    TX0000001189

4.  Continuous Multivariate
    Distributions: Vol. 1:
    Models and Applications
    May 26, 2000
    TX0005223473

5.  Introduction to Information
    Systems: Supporting and
    Transforming Business
    April 25, 2006
    TX0006344390

6.  Control Systems Engineering
    October 3, 2003
    TX0005800945

7.  Embedded System Design:
    A Unified Hardware/Software
    Introduction
    December 12, 2001
    TX0005465293

8.   Data Structures and Algorithms
     with Object-Oriented Design
     Patterns in Java
     October 29, 1999
     TX0005079800

9.   Foundations of Multinational
     Financial Management
     November 5, 2004
     TX0006065751

10.  Fundamentals of Risk and
     Insurance
     July 23, 2002
     TX0005568767

11.  Organizational Behavior
     October 24, 2002
     TX0005660467

12.  Medical Instrumentation:
     Application and Design
     May 14, 1998
     TX0004737716

13.  Fundamentals of Physics
     September 16, 1993
     TX0003611651

14.  Algorithm Design: Foundations,
     Analysis, and Internet Examples
     December 12, 2001
     TX0005410276

15.  The Finite Element Method
     for Engineers
     November 16, 2001
     TX0005461355

16.  Practical Nonparametric
     Statistics
     February 22, 1999
     TX0004934566

17.  Experiments: Planning,
     Analysis and Parameter

Design Optimization
May 22, 2000
TX0005216930

18. Elementary Principles Of
Chemical Processes
February 17, 2005
TX0006116656

19. Elementary Numerical Analysis;
December 5, 2003
TX0005839199

20. Fundamentals of Fluid Mechanics
October 14, 2003
TX0005811029

21. Systems Analysis and
Design With UML Version 2.0
October 22, 2004
TX0006029397

22. Kinematics, Dynamics and
Design of Machinery
December 16, 2003
TX0005875266

23. Transport Phenomena
October 11, 2001
TX0005459935

24. Management
October 11, 2001
TX0005447807

25. Continuous Univariate
Distributions
July 14, 1995
TX0004097696

26. Discrete Multivariate
Distributions
May 14, 1997
TX0004529928

27. Successful Project Management:
A step-by-step Approach

with Practical Examples;
October 24, 2005
TX0006257806

28. Quantum Physics of Atoms,
    Molecules, Solids, Nuclei,
    and Particles
    July 2, 1985
    TX0001604801

29. Internal Combustion Engines:
    Applied Thermosciences
    January 22, 2001
    TX0005332515

30. Microwave Engineering
    March 12, 2004
    TX0005939958

31. Strategic Management
    January 2, 2001
    TX0005304984

32. Organizational Psychology:
    A Scientist-Practitioner Approach
    June 20, 2002
    TX0005550396

33. Device Electronics for
    Integrated Circuits
    January 16, 2003
    TX0005654600

34. Systems Engineering Principles
    and Practice
    February 7, 2003
    TX0005671870

35. Incompressible Flow
    February 9, 1996
    TX0004186842

36. Fundamentals of Heat
    and Mass Transfer
    October 25, 2001
    TX0005457784

37. Linear Programming
    and Network Flows
    January 26, 1990
    TX0002731856

38. Stochastic Processes
    March 28, 1996
    TX0004217487

39. Basic Engineering Circuit Analysis
    April 19, 2004
    TX0005973103

40. Chemical, Biochemical
    and Engineering Thermodynamics
    April 25, 2006
    TX0006328844

41. Introduction to Theories
    of Personality
    July 17, 1985
    TX0001614104

42. Introductory Mining Engineering
    September 23, 2002
    TX0005618963

43. Theory and Practice of
    Water and Wastewater Treatment
    February 25, 1997
    TX0004489595

44. Applied Combinatorics
    October 11, 2001
    TX0005461877

45. Analog Signal Processing
    April 21, 1999
    TX0004971708

46. International Business
    January 19, 2006
    TX0006274479

47. Applied Econometric Times Series
    September 5, 2003
    TX0005818578

48.  Highway Engineering
     January 9, 2004
     TX0005906002

49.  Separation Process Principles
     April 28, 1998
     TX0004761248

50.  Classical Electrodynamics
     August 5, 1998
     TX0004828741

51.  Remote Sensing and Image
     Interpretation
     November 26, 2003
     TX0005857396

52.  Information Technology
     Project Management
     February 19, 2003
     TX0005667483

53.  Probability and Statistics
     in Engineering
     March 19, 2003
     TX0005696729

54.  Fundamentals of Queueing Theory
     January 13, 1998
     TX0004732675

55.  Fundamentals of Ground Water
     February 26, 2003
     TX0005703722

56.  Global Operations and Logistics:
     Text and Cases
     August 13, 1998
     TX0004835959

57.  Convection Heat Transfer
     August 9, 2004
     TX0006009806

58. Introduction to Computer Theory
    February 24, 1997
    TX0004478675

59. Automatic Control Systems
    November 20, 2002
    TX0005622535

60. Software Quality Engineering
    April 11, 2005
    TX0006143947

61. Data Structures and
    Algorithms in C++
    May 13, 2003
    TX0005744148

62. Principles of Communication Systems,
    Modulation and Noise
    October 25, 2001
    TX0005444005

63. Basic Animal Nutrition and Feeding
    February 25, 2005
    TX0006161977

64. Bioinstrumentation
    October 10, 2003
    TX0005824247

65. Operating System Concepts
    June 25, 2003
    TX0005739634

66. Thermodynamics and an
    Introduction to Thermostatistics
    October 28, 1985
    TX0001684782

67. Systems Analysis and Design
    March 7, 2000
    TX0005152449

68. Fundamentals of Physics Extended
    March 7, 1997
    TX0004493075

69.  Managerial Economics Analysis, Problems, Cases
     August 29, 2003
     TX0005796634

70.  Corporate Finance Theory and Practice
     February 28, 1997
     TX0004482886

71.  Statistical Digital Signal Processing and Modeling
     May 23, 1996
     TX0004294661