Schedule C
"Cengage Copyrights"

<u>Title</u>
<u>Date of Registration</u>
<u>Registration #</u>

1.  Managing: A Competency-Based
    Approach
    April 20, 2007
    TX0006565634

2.  Advanced Engineering
    Mathematics
    August 22, 2002
    TX0005625435

3.  Organization Theory
    and Design
    September 29, 2006
    TX0006443003

4.  Organizational Behavior
    October 2, 2006
    TX0006433256

5.  Principles of Instrumental
    Analysis
    January 16, 2007
    TX0006499740

6.  Psychopathology: A Competency-Based
    Assessment Model for Social Workers
    December 14, 2000
    TX0005196411

7.  Biology: Concepts and Applications
    February 8, 1991
    TX0002997814

8.  Animal Physiology
    September 30, 2004
    TX0006037766

9.    A First Course in the Finite
      Element Method
      May 29, 2007
      TX0006577547

10.   Human Resource Development
      January 12, 2006
      TX0006303352

11.   Cognitive Psychology
      October 22, 2002
      TX0005665400

12.   Engineering Ethics:
      Concepts and Cases
      January 19, 2000
      TX0005056029

13.   Principles of Microeconomics
      September 29, 2006
      TX0006437003

14.   Principles of Macroeconomics
      September 29, 2006
      TX0006437004

15.   Mechanics of Materials
      January 9, 2004
      TX0005903143

16.   Principles of Economics
      September 29, 2006
      TX00064334553

17.   Management Information Systems
      October 25, 2006
      TX0006441215

18.   Electronic Commerce
      October 24, 2006
      TX0006451224

19.   Management of Electronic Media
      December 6, 2001
      TX0005633122

20. Fundamentals of Financial
    Management
    March 15, 2006
    TX0006328846

21. Operations Research:
    Applications and Algorithms
    March 4, 1994
    TX0003790957

22. Introduction to the Theory
    to Computation
    January 14, 1997
    TX0004456335

23. Global Strategy
    January 3, 2006
    TX0006305724

24. Human Physiology: From
    Cells to Systems
    June 19, 2003
    TX0005573286

25. Numerical Analysis
    March 5, 2001
    TXu000998584

26. Calculus: Early
    Transcendentals
    July 15, 1999
    TX0004241945

27. Group Dynamics
    December 2, 1998
    TX0004399497

28. Information Technology
    Project Management
    August 8, 2007
    TX0006313393

29. Theories of Personality
    September 22, 2000
    TX0005277566

30.   Ethics in Information
      Technology
      September 29, 2006
      TX0006441519

31.   Classical Dynamics of
      Particles and Systems
      July 30, 2003
      TX0005827168

32.   Food and Culture
      August 22, 2003
      TX0005827380

33.   Biochemistry
      November 25, 2002
      TX0005700280

34.   Principles of Heat
      Transfer
      October 19, 2000
      TX0005292081

35.   Database Systems: Design,
      Implementation, and
      Management
      February 18, 1993
      TX0003484811

36.   A+ Guide to Managing and
      Maintaining Your PC
      July 28, 2004
      TX0006003920

37.   Developmental Psychology:
      Childhood and Adolescence
      September 3, 1998
      TX0004844200

38.   Managerial Economics:
      A Problem Solving Approach
      March 19, 2007
      TX0006547795

39. Quantitative Methods
    for Business
    April 24, 2003
    TX0005719469

40. Analytical Mechanics
    April 6, 2004
    TX0005948682

41. Accounting Information
    Systems
    March 1, 2004
    TX0005900590

42. Applied Regression Analysis
    for Business and Economics
    August 14, 2000
    TX0005257126

43. Programming Logic
    and Design
    February 21, 2007
    TX0006514989

44. Introduction to Probability
    and Statistics
    March 9, 2005
    TX0006116659

45. Analog and Digital Signal
    Processing
    March 5, 1999
    TX0004942689

46. Business Research Methods
    February 7, 2005
    TX0006116887

47. Statistics for Management
    and Economics
    January 12, 2005
    TX0006110369

48.  Technical Communication:
     A Reader-Centered Approach
     December 19, 2006
     TX0006496094

49.  Principles of Foundation
     Engineering
     January 22, 2007
     TX0006505845

50.  Systems Analysis & Design
     in a Changing World
     February 21, 2007
     TX0006521414

51.  Fundamentals of Logic Design
     July 7, 2003
     TX0005304154

52.  Invertebrate Zoology
     August 28, 2003
     TX0005318299

53.  Financial Markets and
     Institutions
     December 5, 2006
     TX0006485236

54.  Consumer Behavior
     March 14, 2006
     TX0006340608

55.  Statistics for Business
     and Economics
     January 3, 2006
     TX0006352862

56.  Psychology Applied to
     Modern Life: Adjustment
     in the 21st Century
     July 12, 2005
     TX0006196883

57.  C++ Programming
     October 25, 2006
     TX0006445014

58. Essentials of Management
    February 25, 1994
    TX0003749501

59. Vibrations
    June 26, 2003
    TX0005782689

60. Probability:
    The Science of Uncertainty
    March 19, 2001
    TXu000995888

61. Principles of Geotechnical
    Engineering
    December 7, 2001
    TX0005661123

62. Abnormal Psychology
    October 7, 2004
    TX0006051728

63. Solid Waste Engineering
    December 6, 2001
    TX0005558657

64. Oracle 10g SQL
    October 25, 2006
    TX0006441228

65. Fundamentals of Analytical
    Chemistry
    August 28, 2003
    TX0005800626

66. Concepts of Database Management
    September 24, 2007
    TX0006818729

67. Psychological Testing Principles,
    Applications, and Issues
    March 19, 2001
    TX0006016017

68. Employee Selection
    October 22, 2002
    TX0005660599

69.   Principles of Biostatistics
      May 8, 2000
      TX0005206416

70.   Introduction to Microbiology:
      A Case-Study Approach
      May 1, 2003
      TX0005735278

Schedule D
"McGraw-Hill Copyrights"

Title
Date of Registration
Registration #

1.   Organic Chemistry:
     A Brief Course
     August 8, 2001
     TX0005362457

2.   Production and Operation
     Analysis
     February 7, 2001
     TX0005233471

3.   Conducting and Reading
     Research in Health and Human
     Performance
     October 24, 1997
     TX0004574000

4.   Vander's Human Physiology
     April 26, 2005
     TX0006162292

5.   Intermediate Accounting
     November 12, 1997
     TX0004665617

6.   Atlas of skeletal muscles
     August 23, 1999
     TX0005047445

7.   Time-saver Standards for
     Interior design and Space
     Planning
     August 5, 2001

8.   Convective Heat and Mass
     Transfer
     March 1, 1993
     TX0003492928

9.   Harrison's Principles of
     Internal Medicine
     November 24, 1997
     TX0004680455

10.  Power System Analysis
     February 25, 1994
     TX0003815506

11.  The Ethics of Management
     December 20, 2002
     TX0005643484

12.  Essentials of Negotiation
     July 14, 2000
     TX0005240870

13.  Measuring and Managing
     Knowledge
     April 25, 2001
     TX0005342175

14.  Interpersonal Skills in
     Organizations
     February 8, 2005
     TX0006142923

15.  Criminal Investigation
     October 7, 1999
     TX0005064081

16.  The Science and Design of
     Engineering Materials
     February 17, 1995
     TX0003667430

17.  Fundamentals of Cost
     Accounting
     January 21, 2005
     TX0006096947

18.  Fundamentals of Vibrations
     June 20, 2000
     TX0005244716

19. Case Studies in Finance:
    Managing for Corporate Value
    Creation
    November 20, 2002
    TX0005630838

20. Discrete Mathematics and
    Its Applications
    December 20, 2002
    TX0005643474

21. Strategic Management of
    Technological Innovation
    June 23, 2004
    TX0005986389

22. Fundamentals of Corporate
    Finance
    March 28, 2003
    TX0005701708

23. Crafting and Executing Strategy
    December 7, 2000
    TX0005201165

24. Business Communication:
    Building Critical Skills
    May 5, 2003
    TX0005718074

25. Human Physiology
    March 19, 2001
    TX0005361283

26. Money, Banking and Financial
    Markets
    February 8, 2005
    TX0006613336

27. Financial Accounting
    February 28, 2003
    TX0005697734

28. Statistical Techniques in
    Business and Economics
    April 10, 2000
    TX0005074606

29. Organic Chemistry
    February 9, 2000
    TX0005151331

30. Transnational Management
    September 10, 1999
    TX0005040439

31. Managerial Accounting
    June 14, 2001
    TX0005393475

32. Strategic Management
    December 19, 2002
    TX0005667198

33. Vector Mechanics for Engineers:
    Dynamics
    February 10, 1998
    TX0004709093

34. Applied Linear Statistical Models
    March 27, 1996
    TX0004242500

35. Cost Management
    June 21, 2004
    TX0005988372

36. Human Anatomy
    April 27, 2004
    TX0005956415

37. Managerial Accounting
    September 18, 1996
    TX0004380077

38. Marketing Management: Knowledge
    and Skills
    September 28, 2004
    TX0006049103

39. Hole's Human Anatomy &
    Physiology
    December 15, 2004
    TX0006071274

40. Operations Management for
    Competitive Advantage
    August 16, 2000
    TX0005265436

41. Ecology: Concepts and
    Applications
    July 2, 2001
    TX0005412309

42. Arnhein's Principles of
    Athletic Training
    December 19, 2002
    TX0005626361

43. Vector Mechanics for Engineers:
    Statics
    September 28, 2004
    TX0006037764

44. Business Driven Technology
    May 5, 2005
    TX0006209520

45. Principles of Electronic
    Communication Systems
    February 15, 2007
    TX0006558927

46. Introduction to Geographic
    Information Systems
    October 27, 2006
    TX0006449794

47. Vector Mechanics for Engineers,
    Statics and Dynamics
    December 19, 2005
    TX0006290306

48. Financial Markets & Institutions
    March 5, 2001
    TX0005356114

49. Organizational Behavior
    June 4, 2004
    TX0005981407

50. Microelectronic Circuit
    Design
    February 24, 1997
    TX0004485751

51. Fundamental Managerial
    Accounting Concepts
    February 15, 2005
    TX0006156014

52. Theories of Personality
    May 5, 2005
    TX0006218231

53. New Business Ventures and
    The Entrepreneur
    January 3, 1994
    TX0003701760

54. Unit Operations of Chemical
    Engineering
    December 15, 2004
    TX0006087720

55. Economics: Principles,
    Problems and Policies
    May 15, 2006
    TX0006361716

56. Compensation
    August 24, 2004
    TX0006017696

57. Child Psychology
    March 3, 1986
    TX0001772304

58.  Marketing: the Core
     February 4, 2004
     TX0006030091

59.  Advanced Financial Accounting
     June 21, 2004
     TX0005986569

60.  Understanding Business
     November 24, 2006
     TX0006467295

61.  Economics
     July 3, 2001
     TX0005405876

62.  Database Systems Concepts
     July 31, 2001
     TX0005420188

63.  Environmental Science
     May 5, 2003
     TX0005733460

64.  Animal Diversity
     May 16, 2006
     TX0006355819

65.  Business Communication
     January 31, 1980
     TX0000407157

66.  Fluid Mechanics
     March 10, 2003
     TX0005672904

67.  Business Marketing
     July 19, 2001
     TX0005349318

68.  Marketing
     May 3, 2005
     TX0006211692

69. Supervision: Concepts and
    Skill-Building
    August 20, 1999
    TX0005025972

70. Personal Finance
    March 4, 1994
    TX0003759224

71. Fundamentals of Selling
    January 4, 1993
    TX0003463740

72. Managing Human Resources
    January 11, 1995
    TX0003967877

73. Corporate Finance: Core
    Principles and Applications
    March 29, 2006
    TX0006330495

74. Leadership : Enhancing the
    Lessons of Experience
    December 27, 2001
    TX0005490584

75. Sports in Society
    July 23, 2003
    TX0005789952

76. Contemporary Advertising
    November 22, 1995
    TX0004168974

77. Contemporary Management
    June 22, 2006
    TX0006392655

78. Managerial Economics
    April 27, 2004
    TX0005956482

79. Fundamental Accounting
    Principles
    September 13, 1999
    TX0005040468

80.   Essentials of Anatomy &
      Physiology
      April 27, 2004
      TX0005956204

81.   Consumer Behavior and
      Marketing Strategy
      October 11, 1995
      TX0004143411

82.   Perspectives in Business
      Ethics
      April 26, 2004
      TX0005954247

84.   Management Control Systems
      October 14, 2003
      TX0005824215

85.   Project Management:
      The Managerial Process
      May 5, 2005
      TX0006212962

86.   Negotiation: Readings,
      Exercises, and Cases
      October 1, 2002
      TX0005624572

87.   Fundamentals of Electric
      Circuits
      February 28, 2003
      TX0005706432

88.   Synthesis and Optimization
      of Digital Circuits
      March 22, 1994
      TX0003763958

89.   Human Resource Management:
      Gaining A Competitive Advantage
      May 5, 2005
      TX0006214764

90. Managing Change: A Multiple
    Perspectives Approach
    May 5, 2005
    TX0006220852

91. Organization Development
    and Transformation
    April 23, 2004
    TX0005954185

92. Principles Of Advertising & IMC
    April 23, 2004
    TX0005954714

93. Basic Business Communication
    October 11, 1995
    TX0004129027

94. Design of Concrete Structures
    January 30, 2004
    TX0005906750

95. Health Psychology
    November 13, 2002
    TX0005608847

96. Physical Chemistry
    October 17, 2001
    TX0005470348

97. Introduction To The Finite
    Element Method
    January 25, 2005
    TX0006101281

98. Principles of Environmental
    Science: Inquiry and
    Applications
    May 7, 2003
    TX0005717755

99. Human Resource Strategy:
    A Behavioral Perspective
    For the General Manager
    March 15, 2001
    TX0005359597

100. Fundamentals of Human
     Resource Management
     October 14, 2003
     TX0005837555

101. Functional Analysis
     September 17, 1990
     TX0002907213

102. Systems Analysis and
     Design Methods
     March 17, 2006
     TX0006333132

103. Juran's Quality Planning
     And Analysis for Enterprise
     Quality
     March 3, 2006
     TX0006351562

104. Managerial Economics and
     Organizational Architecture
     July 24, 2003
     TX0005801563

105. Engineering Circuit Analysis
     August 1, 2001
     TX0005361603

106. Design of Machinery
     December 15, 2004
     TX0006079800

107. Financial Markets and
     Corporate Strategy
     November 13, 2001
     TX0005471539

108. A Topical Approach to
     Life-Span Development
     March 17, 2006
     TX0006312113

109. Real and Complex Analysis
     August 11, 1986
     TX0001887185

110. International Management:
     Culture, Strategy And Behavior
     October 22, 2002
     TX0005658674

111. Microwave Transmission
     Networks: Planning,
     Design, and Deployment
     April 30, 2004
     TX0005954726

112. Introduction to Probability
     and Statistics
     April 11, 1995
     TX0004030173

113. Fundamentals of Digital Logic
     with VHDL Design
     August 20, 1999
     TX0004961919

114. Adolescence
     July 24, 2000
     TX0005249141

115. Human Resource Management
     November 14, 2002
     TX0005635775

116. Organizational Behavior
     And Management
     August 8, 2001
     TX0005423450

117. Peter Norton's Intro To
     Computers MS Excel for
     Windows IMK
     May 15, 1995
     TX0004033120

118. Introduction To Operations
     Research
     July 28, 2006
     TX0006407273

119. Grob's Basic Electronics
     May 15, 2006
     TX0006344085

120. Organizational Behavior:
     Human Behavior at Work
     June 14, 2001
     TX0005360845

121. Marketing
     September 18, 1996
     TX0004378194

122. Fluid Mechanics:
     Fundamentals and Applications
     February 8, 2005
     TX0006164685

129. Economics
     August 5, 2004
     TX0006037505

130. Elementary Number Theory
     January 3, 2006
     TX0006317490

131. Heat Transfer
     December 6, 2001
     TX0005490794

132. Ethics in Engineering
     June 23, 2004
     TX0005986214

133. Electronic Commerce:
     Security, Risk Management,
     and Control
     December 6, 2001
     TX0005464917

Schedule E
Pearson Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Pearson" | 2,599,724 | 009, 016, 035, 042 |
| 2. "Pearson" | 2,600,081 | 041 |
| 3. "Pearson" | 2,652,792 | 009, 016 |
| 4. "Pearson" | 2,679,355 | 016 |
| 5. "Pearson" | 2,691,830 | 041 |
| 6. "Pearson" | 2,694,359 | 009 |
| 7. "Prentice-Hall" | 1,332,044 | 016 |
| 8. "Prentice-Hall" | 1,332,639 | 042 |
| 9. "Prentice-Hall" | 1,375,654 | 009 |
| 10. "Addison Wesley" | 2,188,798 | 016 |
| 11. "Addison-Wesley" | 2,400,130 | 016 |
| 12. "Benjamin Cummings" | 2,674,589 | 016 |
| 13. "Benjamin Cummings" | 2,671,773 | 041 |
| 14. "Benjamin Cummings" | 2,671,772 | 041 |
| 15. "Benjamin Cummings" | 2,621,299 | 016 |
| 16. "Benjamin Cummings" | 1,189,279 | 016 |

Schedule F
Wiley Trademarks

| | U.S. Trademark | Registration Number | Class |
|---|---|---|---|
| 1. | "JW" Colophon | 2,168,941 | 009, 042 |
| 2. | "Wiley" | 1,003,988 | 009, 016, 036, 038 |
| 3. | "Wiley" | 2,159,987 | 009, 042 |

Schedule G
McGraw-Hill Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "McGraw-Hill" | 1,350,345 | 16 |
| 2. "McGraw-Hill" | 2,899,528 | 16, 41 |
| 3. "The McGraw-Hill Companies" | 3,103,212 | 9,16,35,36,37, 38,39,40,41,42 |
| 4. "Irwin" | 1,718,118 | 16 |