AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

PEARSON EDUCATION, INC., JOHN WILEY &
SONS, INC., CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,
                Plaintiffs,

V.

VINOD KUMAR, VIRENDER YADAV,
SUKHWINDER SINGH, AND DART AIR, INC.,
D/B/A MODERN BOOKS, ET AL., AND JOHN
DOES NOS. 1-5,
                Defendants.

Supplemental
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07 Civ. 9399 (CSH)

TO: (Name and address of defendant)

Dart Air, Inc.
155 West 29th Street, Ste 9B
New York, New York 10001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Dunnegan
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                                MAY 1 6 2008

CLERK                                                                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 5.19.2008 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Jennifer Siewert | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Zahid Hussain (Manager) 155 West 29th St. #9B

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5.19.2008
Date

Signature of Server

350 Fifth Ave NY, NY 10118
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.