<u>Declaration of Service</u>

JENNIFER SIEWERT hereby declares pursuant to 28 U.S.C. § 1746 that on July 31, 2008, she caused a true copy of the Declaration of Richard Essig, to be served U.S. Express Mail on:

> Vinod Kumar
> 39/4 Mohmad Pur
> Near Bikaji Cama Place, New Delhi 110066
> India
>
> Virender Yadav
> 10433 92nd Avenue
> South Richmond Hill, NY 11418-2923

And Hand to:

> Dart Air, Inc.
> 155 W. 29th Street, Suite 9B
> New York, New York 10001

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31th day of July, 2008.

_____
Jennifer Siewert