```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,           :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND          :
THE MCGRAW-HILL COMPANIES, INC.,
                                   :
              Plaintiffs,
                                   :
          -against-                       07 Civ. 9399 (CSH)
                                   :      ECF Case
VINOD KUMAR, VIRENDER YADAV,
SUKHWINDER SINGH AND               :
DART AIR, INC. ALL D/B/A
MODERN BOOKS D/B/A EXPRESS BOOKS   :
D/B/A UNIQUE BOOKS D/B/A
JHON BOOK STORE D/B/A              :
EXPRESSBOOKS06 D/B/A
QUALITYINSTRUMENTS400              :
AND JOHN DOES NOS. 1-5,
                                   :
              Defendants.
                                   :
- - - - - - - - - - - - - - - - - x
```

DECLARATION OF PATRICK MURPHY IN SUPPORT
OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

PATRICK MURPHY hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am Senior Enforcement Specialist of plaintiff John Wiley & Sons, Inc. ("Wiley"). I am making this declaration in support of plaintiffs' motion for summary judgment on their copyright claims against defendants Vinod Kumar a/k/a Vinod Nautiyal and Dart Air, Inc.

2. My responsibilities at Wiley involve the enforcement of its copyrights, including its copyrights in higher education textbooks.

3. Annexed as Exhibit B are copies of Wiley's Certificate of United States Copyright Registration for the following works:

<u>Title</u>
<u>Date of Registration</u>
<u>Registration #</u>

1. Abstract Algebra
   August 26, 2003
   TX0005800163

2. Principles of Highway Engineering and Traffic Analysis
   March 8, 1990
   TX0002767694

3. Introductory Functional Analysis with Applications
   January 30, 1978
   TX0000001189

4. Continuous Multivariate Distributions: Vol. 1: Models and Applications
   May 26, 2000
   TX0005223473

5. Introduction to Information Systems: Supporting and Transforming Business
   April 25, 2006
   TX0006344390

6. Control Systems Engineering
   October 3, 2003
   TX0005800945

7. Embedded System Design:
   A Unified Hardware/Software
   Introduction
   December 12, 2001
   TX0005465293

8. Data Structures and Algorithms
   with Object-Oriented Design
   Patterns in Java
   October 29, 1999
   TX0005079800

9. Foundations of Multinational
   Financial Management
   November 5, 2004
   TX0006065751

10. Fundamentals of Risk and
    Insurance
    July 23, 2002
    TX0005568767

11. Organizational Behavior
    October 24, 2002
    TX0005660467

12. Medical Instrumentation:
    Application and Design
    May 14, 1998
    TX0004737716

13. Fundamentals of Physics
    September 16, 1993
    TX0003611651

14. Algorithm Design: Foundations,
    Analysis, and Internet Examples
    December 12, 2001
    TX0005410276

15. The Finite Element Method
    for Engineers
    November 16, 2001
    TX0005461355

16. Practical Nonparametric Statistics
    February 22, 1999
    TX0004934566

17. Experiments: Planning, Analysis and Parameter Design Optimization
    May 22, 2000
    TX0005216930

18. Elementary Principles Of Chemical Processes
    February 17, 2005
    TX0006116656

19. Elementary Numerical Analysis;
    December 5, 2003
    TX0005839199

20. Fundamentals of Fluid Mechanics
    October 14, 2003
    TX0005811029

21. Systems Analysis and Design With UML Version 2.0
    October 22, 2004
    TX0006029397

22. Kinematics, Dynamics and Design of Machinery
    December 16, 2003
    TX0005875266

23. Transport Phenomena
    October 11, 2001
    TX0005459935

24. Management
    October 11, 2001
    TX0005447807

25. Continuous Univariate Distributions
    July 14, 1995
    TX0004097696

26. Discrete Multivariate
    Distributions
    May 14, 1997
    TX0004529928

27. Successful Project Management:
    A step-by-step Approach
    with Practical Examples;
    October 24, 2005
    TX0006257806

28. Quantum Physics of Atoms,
    Molecules, Solids, Nuclei,
    and Particles
    July 2, 1985
    TX0001604801

29. Internal Combustion Engines:
    Applied Thermosciences
    January 22, 2001
    TX0005332515

30. Microwave Engineering
    March 12, 2004
    TX0005939958

31. Strategic Management
    January 2, 2001
    TX0005304984

32. Organizational Psychology:
    A Scientist-Practitioner Approach
    June 20, 2002
    TX0005550396

33. Device Electronics for
    Integrated Circuits
    January 16, 2003
    TX0005654600

34. Systems Engineering Principles
    and Practice
    February 7, 2003
    TX0005671870

35. Incompressible Flow
    February 9, 1996
    TX0004186842

36. Fundamentals of Heat
    and Mass Transfer
    October 25, 2001
    TX0005457784

37. Linear Programming
    and Network Flows
    January 26, 1990
    TX0002731856

38. Stochastic Processes
    March 28, 1996
    TX0004217487

39. Basic Engineering Circuit Analysis
    April 19, 2004
    TX0005973103

40. Chemical, Biochemical
    and Engineering Thermodynamics
    April 25, 2006
    TX0006328844

41. Introduction to Theories
    of Personality
    July 17, 1985
    TX0001614104

42. Introductory Mining Engineering
    September 23, 2002
    TX0005618963

43. Theory and Practice of
    Water and Wastewater Treatment
    February 25, 1997
    TX0004489595

44. Applied Combinatorics
    October 11, 2001
    TX0005461877

45. Analog Signal Processing
    April 21, 1999
    TX0004971708

46. International Business
    January 19, 2006
    TX0006274479

47. Applied Econometric Times Series
    September 5, 2003
    TX0005818578

48. Highway Engineering
    January 9, 2004
    TX0005906002

49. Separation Process Principles
    April 28, 1998
    TX0004761248

50. Classical Electrodynamics
    August 5, 1998
    TX0004828741

51. Remote Sensing and Image Interpretation
    November 26, 2003
    TX0005857396

52. Information Technology Project Management
    February 19, 2003
    TX0005667483

53. Probability and Statistics in Engineering
    March 19, 2003
    TX0005696729

54. Fundamentals of Queueing Theory
    March 13, 1998
    TX0004732675

55. Fundamentals of Ground Water
    February 26, 2003
    TX0005703722

56. Global Operations and Logistics:
    Text and Cases
    August 13, 1998
    TX0004835959

57. Convection Heat Transfer
    August 11, 2004
    TX0006009806

58. Introduction to Computer Theory
    February 24, 1997
    TX0004478675

59. Automatic Control Systems
    November 20, 2002
    TX0005622535

60. Software Quality Engineering
    April 11, 2005
    TX0006143947

61. Data Structures and
    Algorithms in C++
    May 13, 2003
    TX0005744148

62. Principles of Communication Systems,
    Modulation and Noise
    October 25, 2001
    TX0005444005

63. Basic Animal Nutrition and Feeding
    February 25, 2005
    TX0006161977

64. Bioinstrumentation
    October 10, 2003
    TX0005824247

65. Operating System Concepts
    June 25, 2003
    TX0005739634

66. Thermodynamics and an
    Introduction to Thermostatistics
    October 28, 1985
    TX0001684782

67. Systems Analysis and Design
    March 7, 2000
    TX0005152449

68. Fundamentals of Physics Extended
    March 7, 1997
    TX0004493075

69. Managerial Economics Analysis, Problems, Cases
    August 29, 2003
    TX0005796634

70. Corporate Finance Theory and Practice
    February 28, 1997
    TX0004482886

71. Statistical Digital Signal Processing and Modeling
    May 23, 1996
    TX0004294661

4. Wiley Foreign Editions of United States books are identical in content to books copyrighted in the United States, except for the quality of the printing and the materials used in manufacturing, including the paper and binding materials, but are printed and published outside of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of June 2008.

_____
Patrick Murphy