CONTINUATION OF (Check which):     ☐ Space 1     ☐ Space 4     ☐ Space 6

# C

**Continuation
of other
Spaces**

---

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼

Judy Spreitzer/Copyright Department

Number/Street/Apt ▼

John Wiley & Sons, Inc., 111 River Street

City/State/ZIP ▼

Hoboken, NJ 07030

• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or
money order payable to *Register
of Copyrights*
3. Deposit Material

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

# D

Rev. June 2002—20,000   Web Rev. June 2002   ♻ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
R

**TX 4-737-716**

EFFECTIVE DATE OF REGISTRATION

5 / 14 / 98
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼ MEDICAL INSTRUMENTATION: APPLICATION AND DESIGN, THIRD EDITION EDITED BY JOHN G. WEBSTER W(1-153680)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR ▼ JOHN G. WEBSTER

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ EDITORIAL REVISION, REPLACE CO-AUTHOR OF REVISED AND ADDITIONAL TEXT OF CHAPTERS, AUTHOR OF REVISED, APPENDIX, JOINT TEXT OF CHAPTERS 3, 8, AND TO CHAPTER

**b** NAME OF AUTHOR ▼ JOHN W. CLARK, JR.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ REVISED AND ADDITIONAL TEXT OF CHAPTER 4

**c** NAME OF AUTHOR ▼ MICHAEL R. NEUMAN

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ REVISED AND ADDITIONAL TEXT OF CHAPTERS 5, 6, 13

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 1996 ◀ Year This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ AUGUST Day ▶ 11 Year ▶ 1997
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

See instructions before completing this space.

APPLICATION RECEIVED MAY 14 1998
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAY 14 1998
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 3 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  *UNAVAILABLE*   Year of Registration ▼  *UNAVAILABLE*

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ *PREVIOUS EDITIONS - PHOTOGRAPHS, A SMALL AMOUNT OF SOME PREVIOUSLY PUBLISHED ILLUSTRATIONS, TEXTUAL DATA, DATA USED WITH PERMISSION*

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ *EDITORIAL REVISIONS, PREFACE, REVISED AND ADDITIONAL TEXT OF CHAPTERS*

See instructions
before completing
this space.

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  John Wiley & Sons, Inc.     Account Number ▼  DA010049

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.
605 Third Avenue, New York, NY 10158

Area Code and Telephone Number ▶ (212) 850-6576

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  John Wiley & Sons, Inc.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

*MARY D'AGNESE*     date ▶ *NOV 12, 1998*

☞  Handwritten signature (X) ▼  *Mary D'Agnese*

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼  Stephanie Bergman/Copyright Department
John Wiley & Sons, Inc.

Number/Street/Apartment Number ▼  605 Third Avenue

City/State/ZIP ▼  New York, NY 10158

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000  ⊕ PRINTED ON RECYCLED PAPER     ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

# CONTINUATION SHEET FOR FORM TX

**FORM TX/CON**

UNITED STATES COPYRIGHT OFFICE

TX 4-737-716

(TX)

**EFFECTIVE DATE OF REGISTRATION**

5 — 14 — 98
(Month) (Day) (Year)

**CONTINUATION SHEET RECEIVED**
MAY 14 1998

Page 3 of 3 pages

---

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.) MEDICAL INSTRUMENTATION: APPLICATION AND DESIGN, THIRD EDITION      WCI-1536807

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.) JOHN WILEY + SONS, INC, 605 THIRD AVENUE, NEW YORK, NY 10158

---

**B**
Continuation of Space 2

**NAME OF AUTHOR:** WALTER H. OLSON
**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)
Was this author's contribution to the work a "work made for hire"? Yes...... No X
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................. (Name of Country) } or { Domiciled in U.S. (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X  Pseudonymous? Yes...... No X
**AUTHOR OF:** (Briefly describe nature of this author's contribution) REVISED AND ADDITIONAL TEXT OF CHAPTERS 1, 14
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:** ROBERT A. PEURA
**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)
Was this author's contribution to the work a "work made for hire"? Yes...... No X
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................. (Name of Country) } or { Domiciled in U.S (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X  Pseudonymous? Yes...... No X
**AUTHOR OF:** (Briefly describe nature of this author's contribution) CO-AUTHOR OF REVISED AND ADDITIONAL TEXT OF CHAPTER 3, AUTHOR OF REVISED AND ADDITIONAL TEXT OF CHAPTERS 7, 10
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:** FRANK P. PRIMIANO, JR.
**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)
Was this author's contribution to the work a "work made for hire"? Yes...... No X
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................. (Name of Country) } or { Domiciled in U.S. (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X  Pseudonymous? Yes...... No X
**AUTHOR OF:** (Briefly describe nature of this author's contribution) REVISED AND ADDITIONAL TEXT OF CHAPTER 9
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:** MELVIN P. SIEDBAND
**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)
Was this author's contribution to the work a "work made for hire"? Yes...... No X
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................. (Name of Country) } or { Domiciled in U.S. (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X  Pseudonymous? Yes...... No X
**AUTHOR OF:** (Briefly describe nature of this author's contribution) REVISED AND ADDITIONAL TEXT OF CHAPTER 12
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:** LAWRENCE A. WHEELER
**DATES OF BIRTH AND DEATH:** Born (Year) Died (Year)
Was this author's contribution to the work a "work made for hire"? Yes...... No X
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ................. (Name of Country) } or { Domiciled in U.S. (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X  Pseudonymous? Yes...... No X
**AUTHOR OF:** (Briefly describe nature of this author's contribution) REVISED AND ADDITIONAL TEXT OF CHAPTER 11
If the answer to either of these questions is "Yes," see detailed instructions attached.

*Use the reverse side of this sheet if you need more space for:*
- *Further continuation of Space 2*
- *Continuation of Spaces 1, 4, 6, or 7 of Form TX*

# CERTIFICATE OF REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER





UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

TX 3-611-651

*TX3-0002611-651*

(TX)                    TXU

EFFECTIVE DATE OF REGISTRATION

9 | 16 | 93
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
FUNDAMENTALS OF PHYSICS, FOURTH EDITION          C (1-52461-1)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

## 2

**a**  **NAME OF AUTHOR ▼**
David Halliday

**DATES OF BIRTH AND DEATH**
Year Born ▼  1916    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
co-author of revised and additional text; compilation of photographs

**b**  **NAME OF AUTHOR ▼**
Robert Resnick

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ U.S.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
co-author of revised and additional text; compilation of photographs

**NAME OF AUTHOR ▼**
Jearl Walker

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
co-author of revised and additional text; compilation of photographs

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1992 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January  Day ▶ 4  Year ▶ 1993
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

APPLICATION RECEIVED
SEP. 16 1993
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
SEP 16 19__
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  TX 2-787-639    Year of Registration ▼  1990

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

previous edition

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

revised and additional text; compilation of photographs

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  John Wiley & Sons, Inc.    Account Number ▼  DA010049

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼

Copyright Department/Mary D'Agnese
John Wiley & Sons, Inc.
605 Third Avenue, New York, NY 10158

Area Code & Telephone Number ▶  (212) 850-6357

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    John Wiley & Sons, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mary D'Agnese    date ▶  September 15, 1993

Handwritten signature (X) ▼

_Mary D'Agnese_

**MAIL
CERTIFI-
CATE TO**

Name ▼  Mary D'Agnese/Copyright Department
John Wiley & Sons, Inc.

Number/Street/Apartment Number ▼  605 Third Avenue

City/State/ZIP ▼  New York, NY 10158

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, DC 20559

**11**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1990—200,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—262-308/11



CERTIFICATE OF REGISTRATION

FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS

**TX 5-410-276**

*TX0005410276*

(TX)    TXU

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

| 12 | 12 | 01 |
|---|---|---|
| Month | Day | Year |

OFFICIAL SEAL    **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼  *Algorithm Design: Foundations, Analysis, and Internet Examples*    W (1-38365-1)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a**  NAME OF AUTHOR ▼  *Michael T. Goodrich*

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
       Domiciled in ▶ _U.S._

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼  *Co-author of entire work*

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼  *Roberto Tamassia*

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
       Domiciled in ▶ _U.S._

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼  *Co-author of entire work*

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
       Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.   *2000* ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.   Month *March*  Day *1*  Year *2001*
Nation  *United States* ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

See instructions before completing this space.

APPLICATION RECEIVED
**DEC 12, 2001**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**DEC 12, 2001**
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY _____   **FORM TX**

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ _____  Year of Registration ▶ _____

**6 DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼  a

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼  b

See instructions before completing this space.

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  John Wiley & Sons, Inc.  Account Number ▼  DA010049  a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼  b
Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158
Area code and daytime telephone number ▶ (212) 850-6576  Fax number ▶
Email ▶

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  John Wiley & Sons, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
MARY D'AGNESE  Date DECEMBER 10, 2001

Handwritten signature (X) ▼
X _Mary D'Agnese_

**9**
Certificate will be mailed in window envelope to this address:
Name ▼  Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.
Number/Street/Apt ▼  605 Third Avenue
City/State/ZIP ▼  New York, NY 10158

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV. June 1999
♻ PRINTED ON RECYCLED PAPER
☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/50

**CERTIFICATE OF REGISTRATION**



# FORM TX
### For a Nondramatic Literary Work
### UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

*United States of America*

**OFFICIAL SEAL**

**TX 5-461-355**

**EFFECTIVE DATE OF REGISTRATION**

11 / 16 / 01
Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼** The Finite Element Method for Engineers, Fourth Edition   Z (1-37078-9)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼** Kenneth H. Huebner

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼ Co-author of preface, revised and additional text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼** Donald L. Dewhirst

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼ Co-author of preface, revised and additional text

**c** **NAME OF AUTHOR ▼** Douglas E. Smith

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼ Co-author of preface, revised and additional text

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◄Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month August Day 24 Year 2001
United States ◄Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

**APPLICATION RECEIVED**
NOV 13 2001
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
NOV 13 2001
**FUNDS RECEIVED**

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

**DO NOT WRITE HERE OFFICE USE ONLY**

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 3 pages

EXAMINED BY _____     FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ *TX 4-001 502*    Year of Registration ▶ *1995*

**DERIVATIVE WORK OR COMPILATION** **6**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼  **a**

*Previous editions - some previously published material*

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼  **b**

*preface, revised and additional text*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

Name ▼    Account Number ▼  **a**

John Wiley & Sons, Inc.    DAO10049

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼  **b**

Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

Area code and daytime telephone number ▶ (212) 850-6576    Fax number ▶

Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the **8**

Check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    John Wiley & Sons, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

*MARY D'AGNESE*    Date ▶ *NOVEMBER 14, 2001*

Handwritten signature (X) ▼

X *Mary D'Agnese*

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.

Number/Street/Apt ▼
605 Third Avenue

City/State/ZIP ▼
New York, NY 10158

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

• SEND ALL 3 ELEMENTS
  IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

⭐ U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/50

PRINTED ON RECYCLED PAPER

# CONTINUATION SHEET FOR FORM TX

**FORM TX/CON**

- If at all possible, try to fit the information called for into the spaces provided on Form TX.
- If you do not have space enough for all of the information you need to give on Form TX, use this continuation sheet and submit it with Form TX.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form TX and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, 6, or 7. The other spaces on Form TX call for specific items of information, and should not need continuation.

TX 5-461-355

(TX) TX TXU

EFFECTIVE DATE OF REGISTRATION

*11  16  01*

(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED

NOV 16 2001

Page 2 of 3 pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**(A)**

**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.)

*2(1-37078-9)*

*The Finite Element Method for Engineers, Fourth Edition*

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.)

*John Wiley + Sons, Inc. 605 Third Avenue, New York, NY 10158*

---

**(B)**

**Continuation of Space 2**

**NAME OF AUTHOR:** *Ted G. Byrom*

**DATES OF BIRTH AND DEATH:**
Born ........ Died ........
(Year)  (Year)

Was this author's contribution to the work a "work made for hire"? Yes ...... No. X

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country) } or { Domiciled in ... *U.S.* (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes .......  No X
Pseudonymous?  Yes .......  No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
*Co-author of preface, revised and additional text*

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ........ Died ........
(Year)  (Year)

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country) } or { Domiciled in ............... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes .......  No ......
Pseudonymous?  Yes .......  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ........ Died ........
(Year)  (Year)

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country) } or { Domiciled in ............... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes .......  No ......
Pseudonymous?  Yes .......  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ........ Died ........
(Year)  (Year)

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country) } or { Domiciled in ............... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes .......  No ......
Pseudonymous?  Yes .......  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ........ Died ........
(Year)  (Year)

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ............... (Name of Country) } or { Domiciled in ............... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes .......  No ......
Pseudonymous?  Yes .......  No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

---

Use the reverse side of this sheet if you need more space for:
- Further continuation of Space 2
- Continuation of Spaces 1, 4, 6, or 7 of Form TX

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes......    No......

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ....................... } or { Domiciled in ........................
    (Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
    (Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous       Yes.....    No.....
Pseudonymous?    Yes.....    No.....

If the answer to either of these questions is "Yes," see detailed instructions attached.

**B**

Continuation of Space 2

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes......    No......

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ....................... } or { Domiciled in ........................
    (Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
    (Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous       Yes.....    No.....
Pseudonymous?    Yes.....    No.....

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes......    No......

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ....................... } or { Domiciled in ........................
    (Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
    (Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous       Yes.....    No.....
Pseudonymous?    Yes.....    No.....

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?    Yes......    No......

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ....................... } or { Domiciled in ........................
    (Name of Country)                              (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**

Born .......... Died ..........
    (Year)              (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous       Yes.....    No.....
Pseudonymous?    Yes.....    No.....

If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**CONTINUATION OF (Check which):**    ☐ Space 1    ☐ Space 4    ☐ Space 6    ☐ Space 7

**C**

Continuation of other Spaces

☆U.S. GOVERNMENT PRINTING OFFICE: 1969—341-428/90 022

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM TX

For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 4-934-566

*TX0004934566*

EFFECTIVE DATE OF REGISTRATION

Feb 22 1999

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

W (1-16068-7)

PRACTICAL NONPARAMETRIC STATISTICS, THIRD EDITION

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼

**a** W. J. CONOVER

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
REVISED AND ADDITIONAL TEXT

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1997 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month DECEMBER Day 14 Year 1998
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

APPLICATION RECEIVED
FEB 22 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 22 1999
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    UNAVAILABLE
Year of Registration ▼.    UNAVAILABLE

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
PREVIOUS EDITION

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
REVISED AND ADDITIONAL TEXT

**6**

See instructions
before completing
this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼
John Wiley & Sons, Inc.
Account Number ▼
DA010049

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.
605 Third Avenue, New York, NY 10158

Area Code and Telephone Number ▶ (212) 850-6576

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of John Wiley & Sons, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
MARY D'AGNESE  date ▶ FEBRUARY 19, 1999

Handwritten signature (X) ▼
Mary D'Agnese

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.
Number/Street/Apartment Number ▼
605 Third Avenue
City/State/ZIP ▼
New York, NY 10158

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10.
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

January 1995—400,000  ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**TX 5-216-930**



EFFECTIVE DATE OF REGISTRATION

| 5 | 22 | 00 |
|---|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Experiments: Planning, Analysis, and Parameter Design Optimization I (T-25511-4)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**NAME OF AUTHOR ▼** Chien-Fu Jeff Wu (C. F. Jeff Wu)

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of entire work

**NAME OF AUTHOR ▼** Michael Hamada

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of entire work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ April   Day ▶ 10   Year ▶ 2000
Nation ▶ United States   ◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By written agreement

See instructions before completing this space

**APPLICATION RECEIVED**
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

*Some previously published material*

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*Entire work, except the above-cited material*

**6**

See instructions
before completing
this space.

---

## —space deleted—

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

John Wiley & Sons, Inc.                          DA010049

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Judy Spreitzer/Copyright Department

John Wiley & Sons, Inc.

605 Third Avenue, New York, NY 10158

Area Code and Telephone Number ▶     (212) 850-6576

Be sure to
give your
daytime phone
number ◀

---

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___ John Wiley & Sons, Inc.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

*MARY D'AGNESE*     Date ▶ *May 15, 2000*

☞ Handwritten signature (X) ▼

*Mary D'Agnese*

**10**

---

**MAIL CERTIFI-CATE TO**

Name ▼  Judy Spreitzer/Copyright Department
         John Wiley & Sons, Inc.

Number/Street/Apt ▼  605 Third Avenue

City/State/ZIP ▼  New York, NY 10158

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,800    ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/47

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION

**TX 6-116-656**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 2 | 17 | 2005 |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

Elementary Principles of Chemical Processes, 3rd Edition  2005 Edition with Integrated Media and Study Tools w/CD-ROM

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼            Issue Date ▼            On Pages ▼

## 2

**a**  **NAME OF AUTHOR ▼**
Richard M Felder

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No     If the answer to either of these questions is Yes see detailed instructions
Pseudonymous?  ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
co-author of Preface, revised and additional text

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**  **NAME OF AUTHOR ▼**
Ronald W Rousseau

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No     If the answer to either of these questions is Yes see detailed instructions
Pseudonymous?  ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
co-author of Preface, revised and additional text

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No     If the answer to either of these questions is Yes see detailed instructions
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given ◀Year in all cases
2003

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published
Month▶ November  Day▶ 30  Year▶ 2004
USA    ◀ Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

John Wiley & Sons, Inc
111 River Street
Hoboken, NJ 07030

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

by written agreement

APPLICATION RECEIVED
**FEB 17 2005**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**FEB 17 2005**
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-8) on the reverse side of this page
See detailed instructions
Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | slm | FORM TX |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work. already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is " Yes " why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes " give  Previous Registration Number ▶   TX 1-796-443    Year of Registration ▶   1986

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Previous edition

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Preface, revised and additional text

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                    Account Number ▼

John Wiley & Sons, Inc                    DAO10049

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

Mable Jackson/Copyright Department
John Wiley & Sons, Inc
111 River Street,
Hoboken, NJ 07030

Area code and daytime telephone number ▶ **(201) 748-6325**    Fax number ▶

Email ▶

**b**

**CERTIFICATION\*** I the undersigned  hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of ___ John Wiley & Sons, Inc

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Mable Jackson    Date ▶ 2/7/05

Handwritten signature (X) ▼

X _ _ _ _ _ _ *Mable Jackson* _ _ _ _ _

| Certificate
will be
mailed in
window
envelope
to this
address | Name ▼
Mable Jackson/Copyright Department  (047168757X) W |
|---|---|
| | Number/Street/Apt ▼
John Wiley & Sons, Inc , 111 River Street |
| | City/State/ZIP ▼
Hoboken, NJ 07030 -5774 |

**9**

\*17 U S C  § 606(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application shall be fined not more than $2 500

June 1999—200 000
WEB REV June 1999    ✪ PRINTED ON RECYCLED PAPER    ✭U S  GOVERNMENT PRINTING OFFICE  1999-454-879/49

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States
Code, attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE...

**TX 5-839-199**

*TX5839199*

EFFECTIVE DATE OF REGISTRATION

| 12 | 5 | 0 3 |
|---|---|---|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Elementary Numerical Analysis, 3rd Edition

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼         Number ▼         Issue Date ▼         On Pages ▼

**2**

**a**  NAME OF AUTHOR ▼
Kendall Atkinson

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No     If the answer to either
Pseudonymous?  ☐ Yes ☑ No     of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of Preface, revised and updated text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼
Weimin Han

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No     If the answer to either
Pseudonymous?  ☐ Yes ☑ No     of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of Preface, revised and updated text

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼         Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
    { Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No     If the answer to either
Pseudonymous?  ☐ Yes ☐ No     of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 13    Year ▶ 2003
USA    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼

John Wiley & Sons, Inc.
111 River Street
Hoboken, N.J. 07030

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

by contractual agreement

APPLICATION RECEIVED
DEC 0 5 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 5 2003
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

|  | EXAMINED BY | FORM TX |
| --- | --- | --- |
|  | CHECKED BY |  |
|  | ☐ CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 3-492-504    Year of Registration ▶ 1993

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Previous edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

Revised and updated text

**6**

*See instructions before completing this space.*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

John Wiley & Sons, Inc.    DAO10049

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Mable Jackson/Copyright Department
John Wiley & Sons, Inc.
111 River Street
Hoboken, N.J. 07030

**b**

Area code and daytime telephone number ▶ (201) 748-6325    Fax number ▶

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶ ☐ author ☐ other copyright claimant ☑ owner of exclusive right(s) ☐ authorized agent of    John Wiley & Sons, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mable Jackson    Date ▶ 12/03/03

Handwritten signature (X) ▼

X Mable Jackson

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Judy Spreitzer/Copyright Department  (0471433373) W

Number/Street/Apt ▼
John Wiley & Sons, Inc., 111 River Street

City/State/ZIP ▼
Hoboken, NJ 07030-5774

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000    WEB REV: June 1999    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE(

TX 5-811-029



EFFECTIVE DATE OF REGISTRATION

| 10 | 14 | 03 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼

Fundamentals of Fluid Mechanics 4th Edition w/CD ROM

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**a** NAME OF AUTHOR ▼

Bruce R. Munson

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
If the answer to either of these questions is 'Yes see detailed instructions
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
co author of revised and updated text

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

Donald F. Young

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
If the answer to either of these questions is 'Yes see detailed instructions
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
co author of revised and updated text

**c** NAME OF AUTHOR ▼

Theodore H. Okiishi

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
If the answer to either of these questions is 'Yes see detailed instructions
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
co author of revised and updated text

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published
Month ▶ August    Day ▶ 07    Year ▶ 2003    USA    ◀ Nation

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

John Wiley & Sons Inc
111 River Street
Hoboken, NJ 07030

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

By written agreement

APPLICATION RECEIVED
OCT 14 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 14 2003
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY _bc_ | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☑ Yes   ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c ☑ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give Previous Registration Number ▶   TX 4 665 652          Year of Registration ▶   1997

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Previous edition

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

Revised and updated text

**a**

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼   John Wiley & Sons  Inc          Account Number ▼   DAO10049

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

Mable Jackson/Copyright Department
John Wiley & Sons  Inc
111 River Street
Hoboken  NJ 07030

Area code and daytime telephone number ▶ (201) 748 6325          Fax number ▶

Email ▶

**b**

**7**

**CERTIFICATION**  I  the undersigned  hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____   John Wiley & Sons  Inc

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Mable Jackson          Date ▶ 10/6/03

Handwritten signature (X) ▼

x _Mable Jackson_

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼   Judy Spreitzer/Copyright Department   (0471456373) W

Number/Street/Apt ▼   John Wiley & Sons  Inc   111 River Street

City/State/ZIP ▼   Hoboken  NJ 07030  5774

**9**

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

As of
July 1
1999
the
filing
fee for
Form TX
is $30

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

June 1999—200 000

WEB REV  June 1999          ♻ PRINTED  ON RECYCLED  PAPER          ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/49

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-829-397**

Month **Oct** Day **22** Year **2004**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Systems Analysis and Design with UML Version 2.0: An Object-Oriented Approach, 2nd Edition

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Alan Dennis

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ CANADA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of Preface, revised and additional text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Barbara Haley Wixom

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of Preface, revised and additional text

**c** NAME OF AUTHOR ▼
David Tegarden

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
co-author of Preface, revised and additional text

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ▼ Year in all cases.
2003

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ July  Day ▶ 27  Year ▶ 2004  Nation USA    ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
John Wiley & Sons, Inc.
111 River Street
Hoboken, N. J. 07030

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

by written agreement

ONE DEPOSIT RECEIVED
OCT 22 2004
TWO DEPOSITS RECEIVED
OCT 22 2004
FUNDS RECEIVED

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ **5**
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX 5-477-626      Year of Registration ▶ 2002

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ **a**  **6**

Previous edition

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**

Preface, revised and additional text

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼ **a**  **7**
John Wiley & Sons, Inc.                              DAO10049

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼ **b**
Mable Jackson/Copyright Department
John Wiley & Sons, Inc.
111 River Street
Hoboken, NJ 07030
Area code and daytime telephone number ▶ (201) 748-6325      Fax number ▶
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**
Check only one ▶ ☐ author ☐ other copyright claimant ☑ owner of exclusive right(s) ☐ authorized agent of _____ John Wiley & Sons, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Mable Jackson      Date ▶ 10/15/04

Handwritten signature (X) ▼
X _Mable Jackson_

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
Mable Jackson/Copyright Department (0471348066) D
Number/Street/Apt ▼
John Wiley & Sons, Inc., 111 River Street
City/State/ZIP ▼
Hoboken, NJ 07030-5774

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000      WEB REV: June 1999      ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49