# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REG **TX 4-493-075**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION
Month: 3   Day: 7   Year: 97

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** TITLE OF THIS WORK ▼
Fundamentals of Physics, Extended, Fifth Edition (1-10559-2)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2** NAME OF AUTHOR ▼
a) David Halliday

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of revised and additional text

NAME OF AUTHOR ▼
b) Robert Resnick

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of revised and additional text

NAME OF AUTHOR ▼
c) Jearl Walker

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NOTE: was prepared) as Author of that part, and leave the space for dates of birth and death blank

---

**3** a) YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1993   ◀Year in all cases.

b) DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 2   Year ▶ 1993
United States   ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

APPLICATION RECEIVED
MAR 07 1997

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 07 1997

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 3 pages

EXAMINED BY _____  FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
TX 3-611-652                                          1993

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼ Previous edition published under the title "Fundamentals of Physics, Fourth Edition - Extended with Modern Physics."

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised and additional text

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                           Account Number ▼
John Wiley & Sons, Inc.                          DA010049

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.
605 Third Avenue, New York, NY 10158
Area Code and Telephone Number ▶ (212) 850-6576

**9**

Be sure to give your daytime phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of John Wiley & Sons, Inc.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
MARY D'AGNESE   date ▶ March 31, 1997

Handwritten signature (X) ▼
Mary D'Agnese

**10**

MAIL CERTIFICATE TO
Name ▼ Stephanie Bergman/Copyright Department
        John Wiley & Sons, Inc.
Number/Street/Apartment Number ▼
        605 Third Avenue
Certificate will be mailed in window envelope
City/State/ZIP ▼
        New York, NY 10158

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582 80,019

# CONTINUATION SHEET FOR FORM TX

**FORM TX/CON**
UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form TX.
- If you do not have space enough for all of the information you need to give on Form TX, use this continuation sheet and submit it with Form TX.
- If you submit this continuation sheet, clip (do not tape or staple) it to Form TX and fold the two together before submitting them.
- PART A of this sheet is intended to identify the basic application. PART B is a continuation of Space 2. PART C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, 6, or 7. The other spaces on Form TX call for specific items of information, and should not need continuation.

TX 4-493-075

EFFECTIVE DATE OF REGISTRATION
3 / 7 / 97
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
MAR 07 1997

Page 3 of 3 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted for the following work:

- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.) *C(1-10559-7)*
  *Fundamentals of Physics, Extended, Fifth Edition*
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.) *John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158*

## B — Continuation of Space 2

**NAME OF AUTHOR:** *John Wiley & Sons, Inc., employer for hire of J. Richard Christman*
Was this author's contribution to the work a "work made for hire"? Yes ___ No ___
DATES OF BIRTH AND DEATH: Born ___ Died ___

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ___ or Domiciled in *U.S.*

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ___ No ___
Pseudonymous? Yes ___ No ___

**AUTHOR OF:** *some textual material*

[Additional author blocks left blank]

Use the reverse side of this sheet if you need more space for:
- Further continuation of Space 2
- Continuation of Spaces 1, 4, 6, or 7 of Form TX

**B** Continuation of Space 2

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| --- | --- |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born .......... Died .......... (Year)         (Year) |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ................ (Name of Country)  } or {  Domiciled in ................ (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous?   Yes...... No...... Pseudonymous? Yes...... No...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| --- | --- |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born .......... Died .......... (Year)         (Year) |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ................ (Name of Country)  } or {  Domiciled in ................ (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous?   Yes...... No...... Pseudonymous? Yes...... No...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| --- | --- |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born .......... Died .......... (Year)         (Year) |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ................ (Name of Country)  } or {  Domiciled in ................ (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous?   Yes...... No...... Pseudonymous? Yes...... No...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

| NAME OF AUTHOR: | DATES OF BIRTH AND DEATH: |
| --- | --- |
| Was this author's contribution to the work a "work made for hire"? Yes...... No...... | Born .......... Died .......... (Year)         (Year) |
| AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ................ (Name of Country)  } or {  Domiciled in ................ (Name of Country) | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous?   Yes...... No...... Pseudonymous? Yes...... No...... |
| AUTHOR OF: (Briefly describe nature of this author's contribution) | If the answer to either of these questions is "Yes," see detailed instructions attached. |

**CONTINUATION OF (Check which):**  ☐ Space 1   ☐ Space 4   ☐ Space 6   ☐ Space 7

**C** Continuation of other Spaces

May 1989  12,000                                                                     ☆U.S. GOVERNMENT PRINTING OFFICE— 1989—241-428/80,022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI **TX 5-796-634**

TX5796634

EFFECTIVE DATE OF REGISTRATION
08 / 29 / 2003
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1 TITLE OF THIS WORK ▼**
Managerial Economics 8th Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a NAME OF AUTHOR ▼**
Lila J Truett

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
co-author of revised and updated text

**b NAME OF AUTHOR ▼**
Dale B Truett

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
co-author of revised and updated text

**c NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ July   Day ▶ 02   Year ▶ 2003
USA ◀ Nation

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
John Wiley & Sons Inc
111 River Street
Hoboken, N.J. 07030

APPLICATION RECEIVED
AUG 29 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 29 2003
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
by contractual agreement

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

|  |  |
|---|---|
| EXAMINED BY  *Joe* | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶ N/A     Year of Registration ▶ N/A

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Previous edition

**a 6**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Revised and updated text

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                         Account Number ▼
John Wiley & Sons Inc          DA010049

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Judy Spreitzer/Copyright Department
John Wiley & Sons Inc
111 River Street Hoboken NJ 07030

**b**

Area code and daytime telephone number ▶ (201) 748 6576     Fax number ▶
Email ▶

**CERTIFICATION*** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _John Wiley & Sons, Inc_
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Mable Jackson     Date ▶ 8/20/03

Handwritten signature (X) ▼
X *Mable Jackson*

| Certificate will be mailed in window envelope to this address | Name ▼  Judy Spreitzer/Copyright Department   (0471444669) D |
|---|---|
| | Number/Street/Apt ▼  John Wiley & Sons Inc  111 River Street |
| | City/State/ZIP ▼  Hoboken NJ 07030 5774 |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500
June 1999—200 000
WEB REV June 1999                      ✩U S GOVERNMENT PRINTING OFFICE 1999-454-879/49

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 4-482-886**

EFFECTIVE DATE OF REGISTRATION

FEB 2_ _ _

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1  TITLE OF THIS WORK ▼**

D(1-07680-5)
CORPORATE FINANCE: THEORY AND PRACTICE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2  a  NAME OF AUTHOR ▼**
ASWATH DAMODARAN

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE WORK

**NOTE**
Under the law, the author of a work made...

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3  a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
1995

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ JANUARY    Day ▶ 2    Year ▶ 1997
United States    ◀ Nation

---

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

APPLICATION RECEIVED
FEB 20 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 28 1997
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM TX

EXAMINED BY [signature]

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
A SMALL AMOUNT OF SOME PREVIOUSLY PUBLISHED DATA IS USED WITH PERMISSION

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
ENTIRE WORK, EXCEPT ABOVE-CITED MATERIAL (SEE 6A) IS NEW.

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☐ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼
John Wiley & Sons, Inc.                             DA010049

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.
605 Third Avenue, New York, NY 10158

Area Code and Telephone Number ▶ (212) 850-6576

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of John Wiley & Sons, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
MARY D'AGNESE    date ▶ FEBRUARY 24, 1997

Handwritten signature (X) ▼
[signature: Mary D'Agnese]

**10**

MAIL CERTIFICATE TO

Name ▼ Stephanie Bergman/Copyright Department
        John Wiley & Sons, Inc.
Number/Street/Apartment Number ▼
        605 Third Avenue
City/State/ZIP ▼
        New York, NY 10158

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

♻ PRINTED ON RECYCLED PAPER                    U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,019

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 4-294-661

EFFECTIVE DATE OF REGISTRATION
5 / 23 / 96
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
STATISTICAL DIGITAL SIGNAL PROCESSING AND MODELING W(1-59431-8)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ / Number ▼ / Issue Date ▼ / On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼ MONSON H. HAYES
DATES OF BIRTH AND DEATH: Year Born ▼ / Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No
AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR Citizen of ▶ / Domiciled in ▶ U.S.
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☒ No / Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ Entire Work

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH: Year Born ▼ / Year Died ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH: Year Born ▼ / Year Died ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 1995 ◀ Year In all cases.
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK: Month ▶ MARCH Day ▶ 28 Year ▶ 1996 — United States ◀ Nation

---

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

John Wiley & Sons, Inc.
605 Third Avenue
New York, NY 10158

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

APPLICATION RECEIVED
MAY 23 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 23 1996
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of pages

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both

a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼
John Wiley & Sons, Inc.                                   DA010049

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Judy Spreitzer/Copyright Department
John Wiley & Sons, Inc.
605 Third Avenue, New York, NY 10158
                    Area Code and Telephone Number ▶ (212) 850-6576

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of John Wiley & Sons, Inc.
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
MARY D'AGNESE                  date▶ 5/16/96

Handwritten signature (X) ▼
*Mary D'Agnese*

**MAIL CERTIFICATE TO**
Name ▼ Stephanie Bergman/Copyright Department
        John Wiley & Sons, Inc.
Number Street Apartment Number ▼
        605 Third Avenue
City State ZIP ▼
        New York, NY 10158

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER                                    U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,019