```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

PEARSON EDUCATION, INC.,              :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND             :
THE MCGRAW-HILL COMPANIES, INC.,
                                      :
                Plaintiffs,
                                      :
        -against-                          07 Civ. 9399 (CSH)
                                      :    ECF Case
VINOD KUMAR, VIRENDER YADAV,
SUKHWINDER SINGH AND                  :
DART AIR, INC. ALL D/B/A
MODERN BOOKS D/B/A EXPRESS BOOKS      :
D/B/A UNIQUE BOOKS D/B/A
JHON BOOK STORE D/B/A                 :
EXPRESSBOOKS06 D/B/A
QUALITYINSTRUMENTS400                 :
AND JOHN DOES NOS. 1-5,
                                      :
                Defendants.
                                      :
-------------------------------x
```

DECLARATION OF WILLIAM SAMPSON IN SUPPORT
OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

WILLIAM SAMPSON hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am Manager, Infringement & Anti-Piracy of plaintiff Cengage Learning Inc. ("Cengage"), formerly Thomson Learning Inc. I am making this declaration in support of plaintiffs' motion for summary judgment on their copyright claims against defendants Vinod Kumar a/k/a Vinod Nautiyal and Dart Air, Inc.

2. My responsibilities at Cengage involve the enforcement of its copyrights, including its copyrights in higher education textbooks.

3. Annexed as Exhibit C are copies of Cengage's Certificate of United States Copyright Registration for the following works:

Title
Date of Registration
Registration Number

1. Advanced Engineering Math
   August 22, 2002
   TX0005625435

2. Organization Theory and Design
   September 29, 2006
   TX0006443003

3. Organizational Behavior
   October 2, 2006
   TX0006433256

4. Principles of Instrumental Analysis
   January 16, 2007
   TX0006499740

5. Psychopathology: A Competency-Based Assessment Model for Social Workers
   December 14, 2000
   TX0005196411

6. Biology: Concepts and Applications
   February 8, 1991
   TX0002997814

7. Animal Physiology
   September 30, 2004
   TX0006037766

8. Human Resource Development
   January 12, 2006
   TX0006303352

9. Cognitive Psychology
   October 22, 2002
   TX0005665400

10. Engineering Ethics:
    Concepts and Cases
    January 19, 2000
    TX0005056029

11. Principles of
    Microeconomics
    September 29, 2006
    TX0006437003

12. Brief Principles of Macroeconomics
    September 29, 2006
    TX0006437004

13. Mechanics of Materials
    January 9, 2004
    TX0005903143

14. Principles of Economics
    September 29, 2006
    TX0006434553

15. Management of Electronic Media
    December 6, 2001
    TX0005633122

16. Fundamentals of Financial
    Management
    March 15, 2006
    TX0006328846

17. Operations Research:
    Applications and Algorithms
    March 4, 1994
    TX0003790957

18. Global Strategy
January 3, 2006
TX0006305724

19. Human Physiology: From
Cells to Systems
June 19, 2003
TX0005673286

20. Numerical Analysis
March 6, 2001
TXu000998584

21. Calculus: Early
Transcendentals
July 16, 1999
TX0004241945

22. Group Dynamics
December 2, 1998
TX0004899497

23. Theories of Personality
September 22, 2000
TX0005277566

24. Classical Dynamics of
Particles and Systems
July 30, 2003
TX0005827168

25. Food and Culture
August 22, 2003
TX0005827380

26. Biochemistry
November 25, 2002
TX0005700280

27. Principles of Heat
Transfer
October 19, 2000
TX0005292081

28. Developmental Psychology:
    Childhood and Adolescence
    September 3, 1998
    TX0004844200

29. Managerial Economics:
    A Problem Solving Approach
    March 19, 2007
    TX0006547795

30. Analytical Mechanics
    April 6, 2004
    TX0005948682

31. Accounting Information
    Systems
    March 1, 2004
    TX0005900590

32. Applied Regression Analysis
    for Business and Economics
    August 14, 2000
    TX0005257126

33. Introduction to Probability
    and Statistics
    March 9, 2005
    TX0006116659

34. Analog and Digital Signal
    Processing
    March 5, 1999
    TX0004942689

35. Business Research Methods
    February 7, 2005
    TX0006116887

36. Statistics for Management
    and Economics
    January 12, 2005
    TX0006110369

37. Technical Communication:
    A Reader-Centered Approach
    December 19, 2006
    TX0006496094

38. Fundamentals of Logic Design
    July 7, 2003
    TX0005804154

39. Invertebrate Zoology
    August 28, 2003
    TX0005818299

40. Financial Markets and Institutions
    December 5, 2006
    TX0006485236

41. Consumer Behavior
    March 14, 2006
    TX0006340608

42. Statistics for Business and Economics
    January 3, 2006
    TX0006352862

43. Psychology Applied to Modern Life: Adjustment in the 21st Century
    July 12, 2005
    TX0006196883

44. Essentials of Management
    February 25, 1994
    TX0003749501

45. Vibrations
    June 26, 2003
    TX0005782689

46. Probability: The Science of Uncertainty
    March 19, 2001
    TXu000995888

47. Principles of Geotechnical Engineering
    December 7, 2001
    TX0005661123

48. Abnormal Psychology
    October 7, 2004
    TX0006051728

49. Solid Waste Engineering
    December 6, 2001
    TX0005558657

50. Fundamentals of Analytical
    Chemistry
    August 28, 2003
    TX0005800626

51. Psychological Testing Principles,
    Applications, and Issues
    August 29, 2000
    TX0005267396

52. Employee Selection
    October 22, 2002
    TX0005660599

53. Principles of Biostatistics
    May 8, 2000
    TX0005206416

54. Introduction to Microbiology:
    A Case-Study Approach
    May 1, 2003
    TX0005735278

    4.  On or about August 31, 2007, Thomson Learning Inc. ("Thomson") changed its corporate name to Cengage Learning Inc. All rights, title and interest in the intellectual property described herein have remained with the same company; only the company's name has changed.

5. Although the copyright claimant for these works is an entity or name other than Cengage, each is a predecessor or fictitious name of Cengage.

- Brooks/Cole Publishing Co. is a fictitious name under which Cengage does business.
- Wadsworth, Inc. is a corporate predecessor of Cengage.
- Wadsworth Publishing Co., Inc. is a corporate predecessor of Cengage.
- South Western Publishing Co. is a fictitious name under which Cengage does business.
- Harcourt, Inc. is the prior owner that transferred ownership by Assignment of Copyright to Thomson Learning Inc., now known as Cengage Learning, Inc., in 2001.

6. Cengage's Foreign Editions of United States books are identical in content to books copyrighted in the United States, except for the quality of the printing, but published outside of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June 2008.

                                                  _/s/ William A. Sampson_
                                                  William Sampson