# CERTIFICATE OF REGISTRATION

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**TX 5-625-435**



*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

8    22    02
Month   Day   Year



OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

0534400779

**1**

**TITLE OF WORK**

Advanced Engineering Math
5th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give:    Volume      Number      Issue Date      On Pages

**2**

**a**   **NAME OF AUTHOR**

Peter V. O'Neil

**DATES OF BIRTH AND DEATH**
Year Born     Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of
OR ☐ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**   **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born     Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c**   **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born     Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001 Year
This information must be given in all cases

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 7   Day 5   Year 02
USA    Nation

**4**

**a**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

See instructions before completing this space.

APPLICATION RECEIVED
AUG 22 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 22 2002
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By written agreement

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

es ☐ No      If your answer is "Yes," why is another registration being sought? (Check appropriate box)

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

our answer is "Yes," give: Previous Registration Number                Year of Registration

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before completing
this space.

**7**

— space deleted —

**8**

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords          b. ☐ Copies Only          c. ☐ Phonorecords Only

See instructions.

**9**

DEPOSIT ACCOUNT If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name                                          Account Number

Brooks/Cole                                   DA021385

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.    c/o Authorized Agent

Name/Address/Apt/City/State/Zip    Lace E. Pendleton

Brooks/Cole Publishing Company

511 Forest Lodge Road          Area Code & Telephone Number    (831)333-3922

Pacific Grove, CA 93950        Fax Number    (8000)730-2215

Be sure to give
your daytime
phone number

**10**

CERTIFICATION* I, the undersigned, hereby certify that I am the
(Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

Brooks/Cole

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lace E. Pendleton                                      date 7/29/2002

Handwritten signature (X)

**11**

MAIL
CERTIFI-
CATE TO:

Name    Lace E. Pendleton
        Brooks/Cole Publishing Company

Number/Street/Apartment Number
511 Forest Lodge Road

City/State/ZIP
Pacific Grove, CA 93950

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3. Deposit material

Mail to
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-443-003**



EFFECTIVE DATE OF REGISTRATION

9        29        06
Month     Day       Year

RATE CONTINUATION SHEET.

---

**1**

**TITLE OF WORK**                                                                                   0324405421

Organization Theory and Design
9th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:   Volume            Number              Issue Date           On Pages

---

**2**

**a**    **NAME OF AUTHOR**                                                        **DATES OF BIRTH AND DEATH**
        Richard L Daft                                                            Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____ Name of Country
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**    **NAME OF AUTHOR**                                                        **DATES OF BIRTH AND DEATH**
                                                                                  Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____ Name of Country
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c**    **NAME OF AUTHOR**                                                        **DATES OF BIRTH AND DEATH**
                                                                                  Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____ Name of Country
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases
2005 Year

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month 01    Day 26    Year 2006
USA    Nation

---

**4**

**a**    **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

**APPLICATION RECEIVED**
SEP 29 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 29 2006
**FUNDS RECEIVED**

See instructions before completing this

**b**    **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Written Contract

---

**MORE ON BACK**    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

**DO NOT WRITE HERE**
Page 1 of _____ pages

EXAMINED BY DS /JRP **FORM TX**

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number**          **Year of Registration**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.          See instructions before completing this space.

Text updated and revised throughout

**—space deleted— 7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of **8**
the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a. ☒ Copies and Phonorecords        b. ☐ Copies Only        c. ☐ Phonorecords Only        See instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **9**
Name                                    Account Number
South-Western                            DA084085

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
Name/Address/Apt/City/State/Zip                              c/o Authorized Agent
Thomson South-Western                    Tom McDonough
10 Davis Drive                           Area Code & Telephone Number    650-413-7483        Be sure to give your daytime phone number
Belmont, CA 94002                        Fax Number    650-595-4603

**CERTIFICATION*** I, the undersigned, hereby certify that I am the ☐ author **10**
(Check only one): ☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of
of the work identified in this application and that the statements made        South-Western
by me in this application are correct to the best of my knowledge.          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Tom McDonough                                    date  7/10/2006

Handwritten signature (X)

**MAIL
CERTIFI-
CATE TO:**
Name  Tom McDonough
Thomson South-Western
Number/Street/Apartment Number
10 Davis Drive
Certificate will be mailed in window envelope
City/State/ZIP
Belmont, CA 94002

**11**
• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-0000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with
the application, shall be fined not more than $2,500.          Produced by Brooks/Cole Publishing Co., Dec. 1995

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

R: **TX 6-433-256**

EFFECTIVE DATE OF REGISTRATION

**OCT 02 2006**

Month    Day    Year

RATE CONTINUATION SHEET.                              0324323638

---

**1**  **TITLE OF WORK**
Organizational Behavior
11th edition

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give:    Volume    Number    Issue Date    On Pages

---

**2 a**  **NAME OF AUTHOR**
Don Hellriegel

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of _Name of Country_
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of revised text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**  **NAME OF AUTHOR**
John W. Slocum

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of _Name of Country_
☐ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of revised text

**c**  **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of _Name of Country_
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

---

**3 a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2005 Year
This information must be given in all cases

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month 01  Day 31  Year 2006  USA  Nation

---

**4 a**  **COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2.
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

See instructions before completing this

ONE DEPOSIT RECEIVED
OCT 02 2006

TWO DEPOSITS RECEIVED
OCT 02 2006

FUNDS RECEIVED

**b**  **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Written Contract

---

MORE ON BACK    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY ~~/9D~~ | | FORM TX |
|---|---|---|
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ CORRESPONDENCE Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number          Year of Registration

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

**6**

Previously published text

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a. ☒ Copies and Phonorecords          b. ☐ Copies Only          c. ☐ Phonorecords Only          See instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**9**

| Name | Account Number |
|---|---|
| South-Western | DA084085 |

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip

Thomson South-Western          c/o Authorized Agent

10 Davis Drive                 Tom McDonough

Belmont, CA 94002              Area Code & Telephone Number  650-413-7483

Fax Number  650-595-4603

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

(Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

**10**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

South-Western

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Tom McDonough          date  7/7/2006

Handwritten signature (X)

| MAIL CERTIFI-CATE TO: | Name  Tom McDonough | **11** |
|---|---|---|
| | Thomson South-Western | |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number  10 Davis Drive | |
| | City/State/ZIP  Belmont, CA 94002 | |

**YOU MUST:**
* Complete all necessary spaces
* Sign your application in space 10

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**Mail to:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

Certificate of Registration

**FORM TX**

For a Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

REC

TX 6-499-740

EFFECTIVE DATE OF REGISTRATION

16    07

Month    Day    Year

RATE CONTINUATION SHEET.

**1**
**TITLE OF WORK**                                                      0495012017

Principles of Instrumental Analysis
6th edition

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work

If published in a periodical or serial give:   Volume        Number              Issue Date           On Pages

**2**
**a** NAME OF AUTHOR                                DATES OF BIRTH AND DEATH
   Douglas A. Skoog                                 Year Born        Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
OR ☒ Citizen of / Domiciled in  Name of Country  USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b** NAME OF AUTHOR                                DATES OF BIRTH AND DEATH
   F. James Holler                                  Year Born        Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
OR ☐ Citizen of / Domiciled in  Name of Country  USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of revised text

**c** NAME OF AUTHOR                                DATES OF BIRTH AND DEATH
   Stanley R. Crouch                                Year Born        Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
OR ☐ Citizen of / Domiciled in  Name of Country  USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of revised text

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
   2005   Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
   Month Dec   Day 6   Year 2006
   USA   Nation

**4**
**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

Thomson Brooks/Cole
10 Davis Drive
Belmont, CA 94002

APPLICATION RECEIVED
JAN 1 6 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 1 6 2007
FUNDS RECEIVED

See instructions before completing this space.

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By written contract

MORE ON BACK       • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number        Year of Registration

TX 4-718-643                                        1998

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

See instructions
before completing
this space.

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords          b. ☐ Copies Only          c. ☐ Phonorecords Only          See instructions.

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name                                               Account Number

Brooks/Cole                                        DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
Thomson Brooks/Cole                    c/o Authorized Agent
10 Davis Drive                         Sandra Chang
Belmont, CA 94002                      Area Code & Telephone Number   650-413-7316
                                       Fax Number   650-595-4603

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the    ☐ author
                              (Check only one): ☐ other copyright claimant
                                                ☐ owner of exclusive right(s)
                                                ☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Brooks/Cole

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sandra Chang                                       date 1/10/2007

Handwritten signature (X)

**10**

MAIL
CERTIFI-
CATE TO:

Name   Sandra Chang
       Thomson Brooks/Cole

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number
       10 Davis Drive

City/State/ZIP
       Belmont, CA 94002

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL ELEMENTS
IN THE SAME PACKAGE:**
1. Application Form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Mail to:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-196-411**

EFFECTIVE DATE OF REGISTRATION

Month 12  Day 14  Year 00

E CONTINUATION SHEET.

0534367666

**1** TITLE OF WORK

Psychopathology
A Competency-Based Assessment Model for Social Workers 1st edition

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:   Volume          Number                Issue Date           On Pages

**2** **a** NAME OF AUTHOR
Marilyn R. Zide

DATES OF BIRTH AND DEATH
Year Born        Year Died

Was this contribution to the work a "work made for hire"?   ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
OR ☒ Citizen of  Name of Country
☐ Domiciled in  USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR
Susan W. Gray

DATES OF BIRTH AND DEATH
Year Born        Year Died

Was this contribution to the work a "work made for hire"?   ☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
OR ☒ Citizen of  Name of Country
☐ Domiciled in  USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of text

**c** NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born        Year Died

Was this contribution to the work a "work made for hire"?   ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR ☐ Citizen of  Name of Country
☐ Domiciled in

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1999  Year
This information must be given in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 11  Day 4  Year 2000
USA  Nation

**4** **a** COPYRIGHT CLAIMANT(S)
Name and address must be given even if the claimant is the same as the author given in space 2.
Wadsworth, a division of Thomson Learning
511 Forest Lodge Road
Pacific Grove, CA  93950

APPLICATION RECEIVED
DEC 14 2000
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
DEC 14 2000
FUNDS RECEIVED

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By assignment

MORE ON BACK   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____ *101*

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number _____  Year of Registration _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

**b.** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before
completing this

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a.** ☒ Copies and Phonorecords    **b.** ☐ Copies Only    **c.** ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name
Wadsworth

Account Number
DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
Wadsworth, a division of Thomson
Learning
511 Forest Lodge Road
Pacific Grove, CA  93950

c/o Authorized Agent
Christina DeVeto

Area Code & Telephone Number  831-333-3922

Fax Number  800-730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

**10**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Wadsworth
Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christina DeVeto                                   date  12/4/2000

Handwritten signature (X) _Christina J. DeVeto_

**Certificate
will be
mailed in
window
envelope**

MAIL
CERTIFI-
CATE TO:

Name  Christina DeVeto
Wadsworth, a division of Thomson Learning

Number/Street/Apartment Number
511 Forest Lodge Road

City/State/Zip
Pacific Grove, CA  93950

• Complete all necessary spaces
• Sign your application in space 10

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C.

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Produced by Brooks/Cole

**CERTIFICATE OF COPYRIGHT REGISTRATION** ✓



# FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**TX 2 997 814**

TX          TXU

EFFECTIVE DATE OF REGISTRATION

2     8     91
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

BIOLOGY: CONCEPTS AND APPLICATIONS 

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**NAME OF AUTHOR ▼**

Cecie Starr

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

author of text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

was prepared as "Author" of that part, and leave the space for dates of birth and death blank

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1990 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 7    Year ▶ 1991
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Wadsworth, Inc.
Belmont CA   94002

See instructions before completing this space

APPLICATION RECEIVED
FEB. 08. 1991
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB. 08. 1991
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

by assignment

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _M HT_    FORM TX

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**TX - 2 997 814**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
   Photos, tables, illustrations and excerpts from various sources

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   Text

See instructions
before completing
this space

**—space deleted—** **7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a **8**
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
  a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **9**
**Name** ▼                                    **Account Number** ▼
Wadsworth Publishing Co.                      021385

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Wadsworth Publishing Co., Attn: R. Kauser
10 Davis Drive
Belmont CA 94002
                    Area Code & Telephone Number ▶  (415) 595-2350

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **10**
                                    Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Wadsworth, Inc.
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
   Robert Kauser                                   date ▶ 1-31-91

☞ Handwritten signature (X) _Robert Kauser_

**MAIL
CERTIFI-
CATE TO** **11**

Name ▼
Wadsworth Publishing Co., Attn: R. Kauser
Number/Street/Apartment Number ▼
10 Davis Drive
City/State/ZIP ▼
Belmont CA 94002

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, DC 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1969—300,000                                    U.S. GOVERNMENT PRINTING OFFICE: 1989-241-428.00,004

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION

TX 6-037-766

EFFECTIVE DATE OF REGISTRATION

09  30  2004
Month  Day  Year

RATE CONTINUATION SHEET
0534554040

---

**1**

**TITLE OF WORK**
ANIMAL PHYSIOLOGY
From Genes to Organisms 1st edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared   Title of Collective Work

If published in a periodical or serial give    Volume        Number        Issue Date        On Pages

---

**2**

**a**  **NAME OF AUTHOR**
Lauralee Sherwood

**DATES OF BIRTH AND DEATH**
Year Born 11/25/1   Year Died

Was this contribution to the work a work made for hire ?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of  Name of Country
☒ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of text

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part

**b**  **NAME OF AUTHOR**
Hillar Klandorf

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a work made for hire ?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of  Name of Country
☒ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of text

**c**  **NAME OF AUTHOR**
Paul H Yancey

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a work made for hire ?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of  Name of Country
☒ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of text

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004  Year
This information must be given in all cases

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month 09  Day 15  Year 2004
USA  Nation

---

**4**

**a**  **COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2
Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

APPLICATION RECEIVED
SEP 30 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
SEP 30 2004

See instructions before completing this space

**b**  **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

---

MORE ON BACK    Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of __ pages

FORM TX

EXAMINED BY    *jbc*

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?
☐ Yes  ☒ No    If your answer is  Yes  why is another registration being sought? (Check appropriate box)
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ____    Year of Registration ____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work  complete only 6b for a compilation
a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A  signature on this form at space 10  and a check in one of
the boxes here in space 8  constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both
a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name                                    Account Number
Brooks/Cole                             DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent
Name/Address/Apt/City/State/Zip
Brooks/Cole Publishing Company         c/o Authorized Agent
10 Davis Drive                         Tom McDonough
Belmont, CA 94002                      Area Code & Telephone Number  (650) 413-7483
                                       Fax Number  (650) 593-9043

Be sure to give
your daytime
phone number

**CERTIFICATION*** I the undersigned  hereby certify that I am the    ☐ author
                                       (Check only one)   ☐ other copyright claimant
                                                          ☐ owner of exclusive right(s)
                                                          ☒ duly authorized agent of
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge        Brooks/Cole

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date  If this application gives a date of publication in space 3  do not sign and submit it before that date
Tom McDonough                                           date  9/22/2004

Handwritten signature  (X)

**10**

**MAIL
CERTIFI
CATE TO**

Name  Tom McDonough
       Brooks/Cole Publishing Company

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number
10 Davis Drive

City/State/ZIP
Belmont, CA 94002

YOU MUST
Complete all necessary spaces
Sign your application in space 10
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3  Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with
the application  shall be fined not more than $2 500

Produced by Brooks/Cole Publishing Co   Dec  1995

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
**For a Nondramatic Literary Work**
**UNITED STATES COPYRIGHT OFFICE**

REGIS

TX 5-421-778

EFFECTIVE DATE OF REGISTRATION

10 / 1 / 01
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
HUMAN RESOURCE DEVELOPMENT, Third Edition (0030319323) (PID 149269)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**
**a**
**NAME OF AUTHOR ▼**
Jon Werner

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Editorial revision and additional text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 8    Day ▶ 1    Year ▶ 2001
US ◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Harcourt, Inc.
6277 Sea Harbor Drive
Orlando FL 32887

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY WRITTEN AGREEMENT

APPLICATION RECEIVED
OCT 01 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 01 2001
FUNDS RECEIVED

**DO NOT WRITE HERE** OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 4-720-188    Year of Registration ▶ 1998

**5**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

HUMAN RESOURCE DEVELOPMENT, Second Edition; permissioned material

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Editorial revision and additional text

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

Harcourt, Inc (HCP)    DA 057088

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Thomson Learning, Inc.
511 Forest Lodge Road
Pacific Grove CA  93950

**b**

Area code and daytime telephone number ▶    Fax number ▶

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Harcourt, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rachel McGee    Date ▶ 9/26/01

X _(handwritten signature)_    Handwritten signature (X) ▼

**Certificate will be mailed in window envelope to this address:**

Name ▼
Thomson Learning, Inc.

Number/Street/Apt ▼
511 Forest Lodge Road

City/State/ZIP ▼
Pacific Grove CA  93950

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999    ☉ PRINTED ON RECYCLED PAPER    ☉U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**TX 5-665-400**

**EFFECTIVE DATE OF REGISTRATION**

OCT 22, 2002
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

0155085352

---

**1**

**TITLE OF WORK**

Cognitive Psychology
3rd edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work**

| If published in a periodical or serial give: | Volume | Number | Issue Date | On Pages |
|---|---|---|---|---|

---

**2**

**NAME OF AUTHOR**

**a** Robert J. Sternberg

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of _____  Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part.

**b NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of _____  Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of _____  Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001  Year
This information must be given in all cases

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 8    Day 2    Year 02
USA    Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Wadsworth Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By written agreement

DO NOT WRITE HERE

**APPLICATION RECEIVED**
OCT 2002
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
OCT 2002
**FUNDS RECEIVED**

FOR COPYRIGHT OFFICE USE ONLY

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of _____ pages

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number _____ Year of Registration _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a. ☒ Copies and Phonorecords        b. ☐ Copies Only        c. ☐ Phonorecords Only

**8**

See Instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name                                        Account Number
Wadsworth                                   DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
Name/Address/Apt/City/State/Zip                                    c/o Authorized Agent
Wadsworth Publishing Company                          Lace E. Pendleton
511 Forest Lodge Road                    Area Code & Telephone Number  (831)333-3922
Pacific Grove, CA 93950                   Fax Number  (800)730-2215

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one) ☐ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☒ duly authorized agent of      Wadsworth
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lace E. Pendleton                                         date 10/5/2002

Handwritten signature (X) _[signature]_

**10**

**MAIL CERTIFI-CATE TO:**
Name Lace E. Pendleton
Wadsworth Publishing Company
Number/Street/Apartment Number
511 Forest Lodge Road
City/State/Zip
Pacific Grove, CA 93950

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF REGISTRATION

REG'

**TX 5-056-029**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

EFFECTIVE DATE OF REGISTRATION

**JAN 19 2000**
Month    Day    Year

OFFICIAL SEAL **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**
Register of Copyrights
United States of America

**1**
TITLE OF THIS WORK ▼
Engineering Ethics: Concepts and Cases, Second Edition
(printed text material only)    0-534-53397-3

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
Charles E. Harris, Jr.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of revision and additional new text except for items from other sources

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Michael S. Pritchard

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of revision and additional new text except for items from other sources

**c** NAME OF AUTHOR ▼
Michael J. Rabins

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of revision and additional new text except for items from other sources

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1999 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 8    Day ▶ 19    Year ▶ 1999    Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Wadsworth/Thomson Learning
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
by assignment

APPLICATION RECEIVED
JAN 19 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 19 2000
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▶** TX 3-897-712    **Year of Registration ▶** 1995

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous edition; photos, figures, excerpts, and essays from various sources

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Text updated and revised throughout

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                            Account Number ▼

Wadsworth Publishing                                              DA-021385

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Wadsworth/Thomson Learning
10 Davis Drive
Belmont, CA 94002

**b**

Area code and daytime telephone number ▶ 650-595-2350                    Fax number ▶ 650-508-1748

Email ▶ joohee.lee@wadsworth.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Wadsworth/Thomson Learning

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joohee Lee                                                          Date ▶ 1/11/2000

☞  Handwritten signature (X) ▼

X  _Joohee Lee_

**Certificate will be mailed in window envelope to this address:**

Name ▼
Attn: Joohee Lee, Wadsworth/Thomson Learning

Number/Street/Apt ▼
10 Davis Drive

City/State/ZIP ▼
Belmont, CA 94002

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000     ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-437-003

**EFFECTIVE DATE OF REGISTRATION**

| 9 | 29 | 06 |
|---|---|---|
| Month | Day | Year |

**RATE CONTINUATION SHEET.**

0324319169

---

**1**

**TITLE OF WORK**
Principles of Microeconomics
4th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work

If published in a periodical or serial give:    Volume          Number          Issue Date          On Pages

---

**2 a**

**NAME OF AUTHOR**
N. Gregory Mankiw

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____ Name of Country
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No    If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____ Name of Country
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No    If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____ Name of Country
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No    If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3 a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2005 Year    This information must be given in all cases.

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 01    Day 27    Year 2006    USA    Nation

---

**4 a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space.

APPLICATION RECEIVED
SEP 29 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 29 2006
FUNDS RECEIVED

**b**
**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Written Contract

---

**MORE ON BACK** ▸ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY DS/QRP

FORM TX

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** _____    **Year of Registration** _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

See instructions
before completing
this space.

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

See Instructions.

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**
South-Western

**Account Number**
DA084085

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
Thomson South-Western

c/o Authorized Agent
Tom McDonough

10 Davis Drive

Belmont, CA 94002

Area Code & Telephone Number    650-413-7483

Fax Number    650-595-4603

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

South-Western

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Tom McDonough

date 7/6/2006

Handwritten signature (X)

**10**

**MAIL
CERTIFI-
CATE TO:**

Certificate
will be
mailed in
window
envelope

Name    Tom McDonough

Thomson South-Western

Number/Street/Apartment Number
10 Davis Drive

City/State/ZIP
Belmont, CA 94002

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 6-437-004

EFFECTIVE DATE OF REGISTRATION

9    29    06
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF WORK**                     0324236972

Brief Principles of Macroeconomics
4th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work**

If published in a periodical or serial give:   Volume       Number       Issue Date       On Pages

---

**2**

**a**   **NAME OF AUTHOR**   N. Gregory Mankiw

**DATES OF BIRTH AND DEATH**
Year Born     Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of
OR ☒ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born     Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c**   **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born     Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005  Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 02   Day 17   Year 2006
USA   Nation

---

**4**

**a**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Thomson South-Western
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space.

**APPLICATION RECEIVED**
SEP 29 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 29 2006
**FUNDS RECEIVED**

**b**   **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Written Contract

---

**MORE ON BACK**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
  DO NOT WRITE HERE
  Page 1 of _____ pages

| EXAMINED BY | 03/JRI | FORM TX |
|---|---|---|
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ CORRESPONDENCE Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**          **Year of Registration**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

**6**

Previously published text

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions before completing this space.

Text updated and revised throughout

---

**—space deleted—**

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

See instructions.

---

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**9**

Name                                    Account Number

South-Western                           DA084085

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Act/City/State/Zip

Thomson South-Western          c/o Authorized Agent   Tom McDonough

10 Davis Drive                 Area Code & Telephone Number  650-413-7483

Belmont, CA 94002              Fax Number  650-595-4603

Be sure to give your daytime phone number

---

**CERTIFICATION** I, the undersigned, hereby certify that I am the   ☐ author

(Check only one):   ☐ other copyright claimant

☐ owner of exclusive right(s)

☒ duly authorized agent of

of the work identified in this application and that the statements made          South-Western

by me in this application are correct to the best of my knowledge.          Name of author or other copyright claimant, or owner of exclusive right(s)

**10**

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Tom McDonough                          date  7/6/2006

Handwritten signature (X)

---

MAIL CERTIFI-CATE TO:

Name  Tom McDonough

Thomson South-Western

Certificate will be mailed in window envelope

Number/Street/Apartment Number

10 Davis Drive

City/State/ZIP

Belmont, CA 94002

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1998

# Certificate of Registration



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5‑903‑143



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**EFFECTIVE DATE OF REGISTRATION**

JAN 9 2004
Month    Day    Year

RATE CONTINUATION SHEET

---

**1**

**TITLE OF WORK**                                                      0534417930

Mechanics of Materials
6th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work

If published in a periodical or serial give    Volume          Number              Issue Date            On Pages

---

**2**

**a**  **NAME OF AUTHOR**                              **DATES OF BIRTH AND DEATH**
James M Gere                                      Year Born          Year Died

Was this contribution to the work a work made for hire ?
☐ Yes  ☒ No

**AUTHOR S NATIONALITY OR DOMICILE**
OR  Citizen of   Name of Country
☒ Domiciled in   USA

**THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Author of entire Revised text & CD‑ROM excluding content from other sources

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of the work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that

**b**  **NAME OF AUTHOR**                              **DATES OF BIRTH AND DEATH**
                                                 Year Born          Year Died

Was this contribution to the work a work made for hire ?
☐ Yes  ☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
OR  ☐ Citizen of   Name of Country
☐ Domiciled in

**THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

**c**  **NAME OF AUTHOR**                              **DATES OF BIRTH AND DEATH**
                                                 Year Born          Year Died

Was this contribution to the work a work made for hire ?
☐ Yes  ☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
OR  ☐ Citizen of   Name of Country
☐ Domiciled in

**THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2002  Year
This information must be given in all cases

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month 12  Day 15  Year 2003
USA  Nation

---

**4**

**a**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2

Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

APPLICATION RECEIVED
JAN 0 9 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 0 9 2004
FUNDS RECEIVED

See instructions before completing this

**b**  **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

---

MORE ON BACK    Complete all applicable spaces (numbers 5-11) on the reverse side of this page    DO NOT WRITE HERE