EXAMINED BY ~~Q.W~~

FORM TX

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No      If your answer is  Yes  why is another registration being sought? (Check appropriate box)

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c.  ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number                    Year of Registration

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work  complete only 6b for a compilation

a  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates

b  **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed

Additional Revised Content

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A  signature on this form at space 10  and a check in one of the boxes here in space 8  constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both

a ☑ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name

Brooks/Cole

Account Number

DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip

Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Tom McDonough

Area Code & Telephone Number  (650) 413-7483

Fax Number  (650) 593-9043

Be sure to give
your daytime
phone number

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the
(Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Brooks/Cole

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date  If this application gives a date of publication in space 3  do not sign and submit it before that date

Tom McDonough                                   date  12/24/2003

Handwritten signature  (X)

**10**

**MAIL
CERTIFI
CATE TO**

Certificate
will be
mailed in
window
envelope

Name  Tom McDonough

Brooks/Cole Publishing Company

Number/Street/Apartment Number

10 Davis Drive

City/State/ZIP

Belmont, CA 94002

Complete all necessary spaces
Sign your application in space 10

1  Application form
2  Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3  Deposit material

Register of Copyrights
Library of Congress
Washington D.C. 20559-6000

**11**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with
the application  shall be fined not more than $2 500

Produced by Brooks/Cole Publishing Co   Dec  1995

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REC

**TX 6-434-553**

**EFFECTIVE DATE OF REGISTRATION**

| 9 | 29 | 06 |
|---|---|---|
| Month | Day | Year |

ATE CONTINUATION SHEET                    0324224729

---

**1** **TITLE OF WORK**
Principles of Economics
4th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give    Volume        Number              Issue Date        On Pages

---

**2**

**a** **NAME OF AUTHOR**
N Gregory Mankiw

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a work made for hire ?
☐ Yes  ☒ No

**AUTHOR S NATIONALITY OR DOMICILE**
☐ Citizen of _Name of Country_
OR ☒ Domiciled in USA

**THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part

**b** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a work made for hire ?
☐ Yes  ☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
☐ Citizen of _Name of Country_
OR ☐ Domiciled in

**THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

**c** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a work made for hire ?
☐ Yes  ☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
☐ Citizen of _Name of Country_
OR ☐ Domiciled in

**THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

---

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2005 Year
_This information must be given in all cases_

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
_Complete this information ONLY if this work has been published_
Month 02  Day 15  Year 2006
USA    Nation

**4** **a** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

_See instructions before completing this_

APPLICATION RECEIVED
SEP 29 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 29 2006
FUNDS RECEIVED

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright
By Written Contract

**MORE ON BACK** Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of    pages

EXAMINED BY  AG /JRP

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?
☒ Yes ☐ No      If your answer is  Yes  why is another registration being sought? (Check appropriate box)
a  ☐ This is the first published edition of a work previously registered in unpublished form
b  ☐ This is the first application submitted by this author as copyright claimant
c  ☒ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number**                    **Year of Registration**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation
a  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates
Previously published text

b  **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed
Text updated and revised throughout

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A  signature on this form at space 10  and a check in one of
the boxes here in space 8  constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See Instructions

**DEPOSIT ACCOUNT**  If registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name                                              Account Number
South-Western                                     DA084085

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent
Name/Address/Apt/City/State/Zip
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Tom McDonough

Area Code & Telephone Number    650-413-7483
Fax Number    650-595-4603

Be sure to give
your daytime
phone number

**CERTIFICATION**  I the undersigned  hereby certify that I am the        ☐ author
(Check only one)        ☐ other copyright claimant
                        ☐ owner of exclusive right(s)
                        ☒ duly authorized agent of
                            South-Western

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant, or owner of exclusive right(s)

**10**

Typed or printed name and date  If this application gives a date of publication in space 3  do not sign and submit it before that date
Tom McDonough                                           date 7/6/2006

Handwritten signature  (X)

**MAIL
CERTIFI
CATE TO**

Name  Tom McDonough
Thomson South-Western

Number/Street/Apartment Number
10 Davis Drive

City/State/ZIP
Belmont, CA 94002

Certificate
will be
mailed in
window
envelope

Complete all necessary spaces
Sign your application in space 10

1  Application form
2  Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3  Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with
the application  shall be fined not more than $2 500                                                          Produced by Brooks/Cole Publishing Co  Dec  1995

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

TX 5-633-122

EFFECTIVE DATE OF REGISTRATION

Dec  6  2001

Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

0534561918

**1** **TITLE OF WORK**

Management of Electronic Media (with InfoTrac)
2nd edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work**

If published in a periodical or serial give:  Volume          Number          Issue Date          On Pages

**2** **a** **NAME OF AUTHOR**

Alan B. Albarran

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of
☐ Domiciled in   USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of
☐ Domiciled i

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2000  Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 8   Day 16   Year 01
USA   Nation

**4** **a** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Wadsworth Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

APPLICATION RECEIVED
DEC 06 2001   OCT 07 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 06 2001

FUNDS RECEIVED

See instructions before completing this space.

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By Written Agreement

**MORE ON BACK**  Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE

Page 1 of _____ pages

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**            **Year of Registration**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before
completing this

---

—space deleted—

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a. ☑ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name                                         Account Number

Wadsworth Publishing                         DAO21385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip    c/o Authorized Agent

Wadsworth Publishing Company       Lace E. Pendleton

511 Forest Lodge Road              Area Code & Telephone Number  (831) 333-3922

Pacific Grove, CA 93950            Fax Number  (800) 730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one):
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of

**10**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Wadsworth Publishing

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lace E. Pendleton                           date  11/25/2001

Handwritten signature (X)

**MAIL
CERTIFI-
CATE TO:**

Name  Lace E. Pendleton

Wadsworth Publishing Company

Number/Street/Apartment Number

511 Forest Lodge Road

City/State/ZIP

Pacific Grove, CA 93950

Certificate
will be
mailed in
window
envelope

**11**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



RE    **TX 6-328-846**

EFFECTIVE DATE OF REGISTRATION

3    15    06
Month    Day    Year

ATE CONTINUATION SHEET.

---

**1**

TITLE OF WORK                                                    0324178298

Fundamentals of Financial Management with Student Resource CD- ROM 10th edition

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work

If published in a periodical or serial give:    Volume        Number        Issue Date        On Pages

---

**2**

**a**

NAME OF AUTHOR
Eugene F. Brigham

DATES OF BIRTH AND DEATH
Year Born        Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
☐ Citizen of _____ Name of Country
OR ☒ Domiciled in USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Editorial revision and Additional text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part.

**b**

NAME OF AUTHOR
Joel F. Houston

DATES OF BIRTH AND DEATH
Year Born        Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
☐ Citizen of _____ Name of Country
OR ☒ Domiciled in USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Editorial revision and Additional text

**c**

NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born        Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
☐ Citizen of _____ Name of Country
OR ☐ Domiciled in

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002    Year
The information must be given in all cases

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month 03    Day 14    Year 2003
USA    Nation

---

**4**

**a**

COPYRIGHT CLAIMANT(S)
Name and address must be given even if the claimant is the same as the author given in space 2.
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space.

APPLICATION RECEIVED
MAR 15 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 15 2006
FUNDS RECEIVED

**b**

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Assignment

---

MORE ON BACK    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number _____    Year of Registration _____

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

Previously published text: permissioned material

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name    South-Western    Account Number    DA084085

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
Name/Address/Apt/City/State/Zip
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Tom McDonough

Area Code & Telephone Number  (650) 413-7483
Fax Number  (650) 595-4603

Be sure to give your daytime phone number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one) ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

South-Western

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Tom McDonough    date 3/6/2006

Handwritten signature (X)

**11**

MAIL
CERTIFI-
CATE TO:

Certificate
will be
mailed in
window
envelope

Name  Tom McDonough
Thomson South-Western
Number/Street/Apartment Number
10 Davis Drive
City/State/ZIP
Belmont, CA 94002

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.    Produced by Brooks/Cole Publishing Co., Dec. 1995

CERTIFICATE OF REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 3 790 957**

TX        TXU



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

3        4        94
Month    Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

OPERATIONS RESEARCH: Applications and Algorithms, Third Edition (text only)

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2** NAME OF AUTHOR ▼

**a** Wayne L. Winston

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
author of revision and additional new material

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1993  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ January  Day ▶ 28  Year ▶ 1994
USA

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Wadsworth, Inc.
Belmont CA 94002

APPLICATION RECEIVED
MAR 04 1994

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 14 1994

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

by assignment

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

DO NOT WRITE HERE
Page 2

EXAMINED BY ✓

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

TX 3 790 957

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ not available    Year of Registration ▼ 1991

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
previous edition; figures and tables from various sources

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revision and additional new material

See instructions before completing this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instruction

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Wadsworth Publishing Co.        Account Number ▼ 021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Wadsworth Publishing Co., Attn: R. Kauser
10 Davis Drive
Belmont CA 94002

Area Code & Telephone Number ▶ (415) 595-2350

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Wadsworth, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert Kauser                              date ▶ Feb. 23, 1994

☞ Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**
Name ▼
Wadsworth Publishing Co., Attn: R. Kauser
Number/Street/Apartment Number ▼
10 Davis Drive
City/State/ZIP ▼
Belmont CA 94002

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1991—100,000                              ☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/40004

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-305-724**

EFFECTIVE DATE OF REGISTRATION

Jun 3 2006
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Global Strategy                                    ISBN 0-32428852-2

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼      Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a**  NAME OF AUTHOR ▼
Mike W. Peng

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ 01    Day ▶ 6    Year ▶ 2005    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Thomson South-Western (part of The Thomson Corporation)
5191 Natorp Blvd.
Mason, OH 45040

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 03 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 03 2006

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                Year of Registration ▶

**6** **DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a Name ▼  South-Western Education        Account Number ▼  ~~DA31690~~  DA084085

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Thomson South-Western        Attn: Debra Roark
5191 Natorp Blvd.
Mason, OH 45040

Area code and daytime telephone number ▶ 513-229-1516        Fax number ▶ 513-229-1021

Email ▶  marcelene.davis@thomson.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Thomson South-Western
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Marcelene A. Davis        Date ▶ 12/30/05

Handwritten signature (X) ▼

X  _[signature]_

**9**
| Certificate will be mailed in window envelope to this address: | Name ▼  Thomson South-Western        Attn: Marcelene A. Davis |
| | Number/Street/Apt ▼  ¼  5191 Natorp Blvd. |
| | City/State/ZIP ▼  Mason, OH 45040 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ⊛ Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021



# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

R

**TX 5-673-286**

**EFFECTIVE DATE OF REGISTRATION**

6  19  03
Month  Day  Year

OFFICIAL SEAL. DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF WORK** ▼                                                                 0534395015
Human Physiology
From Cells to Systems 5th edition

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work** ▼

If published in a periodical or serial give:  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**
**a**
**NAME OF AUTHOR** ▼
Lauralee Sherwood

**DATES OF BIRTH AND DEATH**
Year Born 11/26/1   Year Died

Was this contribution to the work a "work made for hire"?
[ ] Yes  [X] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { [ ] Citizen of
     [X] Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes  [X] No
Pseudonymous?  [ ] Yes  [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Author of entire Revised text & CD-ROM excluding content from other sources.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**
**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a "work made for hire"?
[ ] Yes  [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { [ ] Citizen of
     [ ] Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a "work made for hire"?
[ ] Yes  [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { [ ] Citizen of
     [ ] Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2002  Year
This information must be given in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 05   Day 29   Year 2003
USA  Nation

**4**
**a**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Wadsworth Publishing Company
10 Davis Drive
Belmont, CA 94002

APPLICATION RECEIVED
JUN 1 9 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 1 9 2003
FUNDS RECEIVED

See instructions before completing this

**b**
**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

MORE ON BACK ► • Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of _____ pages

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No      If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number _____    Year of Registration _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Additional Revised Content

—space deleted—

**6**

See instructions
before completing
this space.

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name **Wadsworth**    Account Number **DA021385**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
Name/Address/Apt/City/State/Zip
**Wadsworth Publishing Company**    c/o Authorized Agent **Tom McDonough**
**10 Davis Drive**
**Belmont, CA 94002**    Area Code & Telephone Number **(650) 413-7483**
Fax Number **(650) 593-9043**

**9**

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one): ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of
**Wadsworth**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
**Tom McDonough**    date **6/9/2003**

Handwritten signature (X) _____

**10**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
Register of Copyrights
3. Deposit material

**MAIL
CERTIFI-
CATE TO:**

Name **Tom McDonough**
**Wadsworth Publishing Company**

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number
**10 Davis Drive**

City/State/ZIP
**Belmont, CA 94002**

**11**

Mail to:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.    Produced by Brooks/Cole Publishing Co., Dec 1995

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REG



TXu 998-584

**EFFECTIVE DATE OF REGISTRATION**

MARCH 6, 2001

Month     Day     Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

0534382169

---

**1**

**TITLE OF WORK**

Numerical Analysis
7th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work**

If published in a periodical or serial give:   **Volume**     **Number**     **Issue Date**     **On Pages**

---

**2**

**a**   **NAME OF AUTHOR**
Richard L. Burden

**DATES OF BIRTH AND DEATH**
Year Born     Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____
OR ☐ Domiciled in  Name of Country  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was

**b**   **NAME OF AUTHOR**
J. Douglas Faires

**DATES OF BIRTH AND DEATH**
Year Born     Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____
OR ☐ Domiciled i  Name of Country  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c**   **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born     Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____
OR ☐ Domiciled in  Name of Country

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000  Year
This information must be given in all cases

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month     Day     Year     USA     Nation

---

**4**

**a**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

See instructions before

**b**   **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By assignment

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 06 2001

FUNDS RECEIVED

DO NOT WRITE HERE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this

EXAMINED BY _JT9_

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number    Year of Registration

4-831-906    1998

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before
completing this
space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only    See instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**9**

Name    Account Number

Brooks/Cole Publishing Company    DA021385

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip

Brooks/Cole Publishing Company    c/o Authorized Agent    Lace E. Pendleton

511 Forest Lodge Road    Area Code & Telephone Number    (831) 333-3922

Pacific Grove, CA 93950    Fax Number    (800) 730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
(Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

Brooks/Cole Publishing Company

**10**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lace E. Pendleton    date 2/11/2001

Handwritten signature (X) _Lace Pendleton_

MAIL
CERTIFI-
CATE TO:

Name    Lace E. Pendleton
Brooks/Cole Publishing Company

Number/Street/Apartment Number
511 Forest Lodge Road

City/State/ZIP
Pacific Grove, CA 93950

**11**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C.

Certificate
will be
mailed in
window
envelope

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Produced by Brooks/Cole

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 4-241-945

**EFFECTIVE DATE OF REGISTRATION**

7    16    99
Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1** TITLE OF WORK                                                   0534362982

Calculus: Early Transcendentals

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give:    Volume      Number      Issue Date      On Pages

---

**2** **a** NAME OF AUTHOR
James Stewart

DATES OF BIRTH AND DEATH
Year Born      Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
OR  ☒ Citizen of _____ Name of Country
☐ Domiciled in  USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared)

**b** NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born      Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR  ☐ Citizen of _____ Name of Country
☐ Domiciled in

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

**c** NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born      Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR  ☐ Citizen of _____ Name of Country
☐ Domiciled in

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1998  Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month  June  Day  4  Year  1999
USA  Nation

---

**4** **a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA  93950

APPLICATION RECEIVED
JUL 16 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 16 1999
FUNDS RECEIVED

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By assignment

See instructions before

---

MORE ON BACK    * Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY
CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number**      **Year of Registration**
    TX 3-743-740                      5/18/95

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

**6**

See Instructions
before
completing this

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords      b. ☐ Copies Only      c. ☐ Phonorecords Only

**8**

See Instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name**                                        **Account Number**
Brooks/Cole Publishing Company          DA016764

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
**Name/Address/Apt/City/State/Zip**
Brooks/Cole Publishing Company       c/o Authorized Agent
511 Forest Lodge Road                Donielle Hall
Pacific Grove, CA 93950              **Area Code & Telephone Number**  831-333-3922
                                     **Fax Number**  800-730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
(Check only one):
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Brooks/Cole Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s)

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donielle Hall                              date 7/5/99
Handwritten signature (X)

**10**

**MAIL CERTIFICATE TO:**
Certificate will be mailed in window envelope

**Name** Donielle Hall
Brooks/Cole Publishing Company
**Number/Street/Apartment Number**
511 Forest Lodge Road
**City/State/Zip**
Pacific Grove, CA 93950

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole

**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Mary Beth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
R

**TX 4-899-497**

☐ TX    ☐ TXU

**EFFECTIVE DATE OF REGISTRATION**

Month JAN    Day 2    Year 98

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF WORK**    0-534-26148-5

Group Dynamics, 3/e

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work**

If published in a periodical or serial give:    Volume            Number            Issue Date            On Pages

**2** **a**

**NAME OF AUTHOR**
Donelson R. Forsyth

**DATES OF BIRTH AND DEATH**
Year Born 1953    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of _Name of Country_
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of complete text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of _Name of Country_
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of _Name of Country_
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**3** **a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given in all cases.
1998 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**    Complete this information ONLY if this work has been published.
Month Oct    Day 2    Year 1998
USA    Nation

**4** **a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
A Thomson Holdings, Inc. Company
511 Forest Lodge Road
Pacific Grove, CA 93950

**APPLICATION RECEIVED**
DEC 02 1998
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
DEC 02 1998
**FUNDS RECEIVED**

See instructions before completing this space.

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By assignment

**MORE ON BACK**    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number     Year of Registration

TX 2-779-193     3/23/90

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

**6**

See instructions
before completing
this space.

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name     Account Number

Brooks/Cole Publishing Company     DA016764

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
Name/Address/Apt/City/State/Zip     c/o Authorized Agent

Brooks/Cole Publishing Company     Elaine Jones
511 Forest Lodge Road
Pacific Grove, CA 93950     Area Code & Telephone Number  408-373-0728
    Fax Number  408-648-8421

**9**

Be sure to give
your daytime
phone number

**CERTIFICATION** [1], I, the undersigned,
hereby certify that I am the (Check only one):   ☐ author
    ☐ other copyright claimant
    ☐ owner of exclusive right(s)
    ☒ duly authorized agent of  Brooks/Cole Publishing Company
    Name of author or other copyright claimant, or owner of exclusive right(s)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elaine Jones     date 11/13/98

Handwritten signature (X)

**10**

**MAIL
CERTIFI-
CATE TO:**

Name
Elaine Jones  D. HALL
Brooks/Cole Publishing Company

Number/Street/Apartment Number
511 Forest Lodge Road

City/State/ZIP
Pacific Grove, CA 93950

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



**TX 5-277-566**

EFFECTIVE DATE OF REGISTRATION



| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF WORK**                                                                            0534551076
Theories of Personality (with InfoTrac)
7th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work**

If published in a periodical or serial give: Volume            Number            Issue Date            On Pages

---

**2**

**a**

| NAME OF AUTHOR | DATES OF BIRTH AND DEATH |
|---|---|
| Duane P. Schultz | Year Born        Year Died |

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☒ Citizen of ___ Name of Country
☐ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was

**b**

| NAME OF AUTHOR | DATES OF BIRTH AND DEATH |
|---|---|
| Sydney Elle Schultz | Year Born        Year Died |

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☒ Citizen of ___ Name of Country
☐ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of text

**c**

| NAME OF AUTHOR | DATES OF BIRTH AND DEATH |
|---|---|
|  | Year Born        Year Died |

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of ___ Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 8  Day 17  Year 2000
USA Nation

---

**4**

**a**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
Wadsworth, a division of Thomson Learning
511 Forest Lodge Road
Pacific Grove, CA  93950

See instructions before

**b**
**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By assignment

**FOR COPYRIGHT OFFICE USE ONLY**
APPLICATION RECEIVED
SEP 22 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 22 2000
FUNDS RECEIVED

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No        If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number _____ Year of Registration _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before
completing this

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords        b. ☐ Copies Only        c. ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name        Wadsworth Publishing

Account Number        DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip        Wadsworth, a division of Thomson Learning
511 Forest Lodge Road
Pacific Grove, CA  93950

c/o Authorized Agent        Christina DeVeto

Area Code & Telephone Number        831-333-3922

Fax Number        800-730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
(Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Wadsworth Publishing

Name of author or other copyright claimant, or owner of exclusive right(s)

**10**

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christina DeVeto        date 9/15/2000

Handwritten signature (X)        _Christina DeVeto_  9/15/2000

**MAIL
CERTIFI-
CATE TO:**

Name        Christina DeVeto
Wadsworth, a division of Thomson Learning

Number/Street/Apartment Number

City/State/ZIP        511 Forest Lodge Road
Pacific Grove, CA  93950

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5-827-168



TX00005827168

EFFECTIVE DATE OF REGISTRATION

7-30-03
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF WORK                                                                 0534408966

Classical Dynamics of Particles and Systems
5th edition

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work

| If published in a periodical or serial give | Volume | Number | Issue Date | On Pages |
|---|---|---|---|---|

---

**2 a**

NAME OF AUTHOR
StephenT Thornton

DATES OF BIRTH AND DEATH
Year Born        Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

AUTHOR S NATIONALITY OR DOMICILE
☐ Citizen of ___ Name of Country
OR ☒ Domiciled in USA

THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that

**b**

NAME OF AUTHOR
Jerry B Marion

DATES OF BIRTH AND DEATH
Year Born        Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

AUTHOR S NATIONALITY OR DOMICILE
☐ Citizen of ___ Name of Country
OR ☐ Domiciled in USA

THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

**c**

NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born        Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☐ No

AUTHOR S NATIONALITY OR DOMICILE
☐ Citizen of ___ Name of Country
OR ☐ Domiciled in

THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed

---

**3 a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 Year
This information must be given in all cases

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month 07  Day 07  Year 2003
USA                                      Nation

---

**4 a**

COPYRIGHT CLAIMANT(S)
Name and address must be given even if the claimant is the same as the author given in space 2
Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

See instructions before completing this

APPLICATION RECEIVED
JUL 3 0 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 3 0 2003
FUNDS RECEIVED

**b**

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

---

MORE ON BACK    Complete all applicable spaces (numbers 5-11) on the reverse side of this page    DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ CORRESPONDENCE Yes | | |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No    If your answer is  Yes  why is another registration being sought? (Check appropriate box)

a.  ☐ This is the first published edition of a work previously registered in unpublished form

b.  ☐ This is the first application submitted by this author as copyright claimant

c.  ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number**          **Year of Registration**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work  complete only 6b for a compilation

a  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates

b  Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed

Additional Revised Content

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10  and a check in one of the boxes here in space 8  constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application and (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both

a ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name  Brooks/Cole                  Account Number  DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip
Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Tom McDonough

Area Code & Telephone Number  (650)  413-7483
Fax Number  (650)  593-9043

Be sure to give your daytime phone number

**CERTIFICATION*** I the undersigned  hereby certify that I am the
(Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Brooks/Cole
Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date  If this application gives a date of publication in space 3  do not sign and submit it before that date

Tom McDonough                         date  7/17/2003

Handwritten signature  (X)

**10**

| MAIL CERTIFICATE TO | Name  Tom McDonough |
|---|---|
| | Brooks/Cole Publishing Company |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number  10 Davis Drive |
| | City/State/ZIP  Belmont, CA 94002 |

Complete all necessary spaces
Sign your application in space 10

1  Application form
2  Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3  Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Produced by Brooks/Cole Publishing Co  Dec 1995

**CERTIFICATE OF REGISTRATION**



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



RE⬚ **TX 5-827-380**



EFFECTIVE DATE OF REGISTRATION

8    22    03
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

0534561128

**1**
TITLE OF WORK
Food and Culture
4th edition
PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work

| If published in a periodical or serial give | Volume | Number | Issue Date | On Pages |
|---|---|---|---|---|

---

**2 a**
NAME OF AUTHOR
Pamela Goya Kittler

DATES OF BIRTH AND DEATH
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
☐ Citizen of _____ Name of Country
OR ☒ Domiciled in  USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No  If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?  ☐ Yes  ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**
NAME OF AUTHOR
Kathryn P. Sucher

DATES OF BIRTH AND DEATH
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
☐ Citizen of _____ Name of Country
OR ☐ Domiciled in  USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No  If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?  ☐ Yes  ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

**c**
NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
☐ Citizen of _____ Name of Country
OR ☐ Domiciled in

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No  If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed

---

**3 a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 Year
This information must be given in all cases

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month 07  Day 08  Year 2003
USA  Nation

---

**4 a**
COPYRIGHT CLAIMANT(S)
Name and address must be given even if the claimant is the same as the author given in space 2
Wadsworth Publishing Company
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space

APPLICATION RECEIVED
AUG 2 2 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 2 2 2003
FUNDS RECEIVED

**b**
TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

---

MORE ON BACK    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of __

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number    Year of Registration

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation

a  Preexisting Material Identify any preexisting work or works that this work is based on or incorporates

b  Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed

Additional Revised Content

See instructions before completing this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name
Wadsworth

Account Number
DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip
Wadsworth Publishing Company
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Tom McDonough

Area Code & Telephone Number  (650) 413-7483

Fax Number  (650) 593-9043

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one)  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

Wadsworth

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date

Tom McDonough

date 8/11/2003

Handwritten signature (X)

**10**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name Tom McDonough
Wadsworth Publishing Company

Number/Street/Apartment Number
10 Davis Drive

City/State/ZIP
Belmont, CA 94002

• Complete all necessary spaces
• Sign your application in space 10

1  Application form
2  Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3  Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co  Dec  1995