# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

**TX 5-700-280**

*T.TX05X002-04*



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

NOV 25 2002

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF WORK                                                    0534391818
Biochemistry
4th edition

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:  Volume        Number            Issue Date            On Pages

---

**2**

**a**

NAME OF AUTHOR                                          DATES OF BIRTH AND DEATH
Mary K. Campbell                                        Year Born            Year Died

Was this contribution to the work a "work made for hire"?     AUTHOR'S NATIONALITY OR DOMICILE          THIS AUTHOR'S CONTRIBUTION TO THE WORK
☐ Yes  ☒ No     OR { ☐ Citizen of    Name of Country          Anonymous?  ☐ Yes  ☒ No     If the answer to either
                       ☒ Domiciled in  USA                    Pseudonymous?  ☐ Yes  ☒ No    of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR                                          DATES OF BIRTH AND DEATH
Shawn O Farrell                                         Year Born            Year Died

Was this contribution to the work a "work made for hire"?     AUTHOR'S NATIONALITY OR DOMICILE          THIS AUTHOR'S CONTRIBUTION TO THE WORK
☐ Yes  ☒ No     OR { ☐ Citizen of    Name of Country          Anonymous?  ☐ Yes  ☐ No
                       ☐ Domiciled in                          Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of revised text

**c**

NAME OF AUTHOR                                          DATES OF BIRTH AND DEATH
                                                        Year Born            Year Died

Was this contribution to the work a "work made for hire"?     AUTHOR'S NATIONALITY OR DOMICILE          THIS AUTHOR'S CONTRIBUTION TO THE WORK
☐ Yes  ☐ No     OR { ☐ Citizen of    Name of Country          Anonymous?  ☐ Yes  ☐ No
                       ☐ Domiciled in                          Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001 Year    This information must be given in all cases

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month 10    Day 30    Year 2002
USA    Nation

---

**4**

**a**  COPYRIGHT CLAIMANT(S)
Name and address must be given even if the claimant is the same as the author given in space 2.
Brooks Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

APPLICATION RECEIVED
NOV 25 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 25 2002
FUNDS RECEIVED

**b**  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Assignment

See instructions before completing this space.

---

MORE ON BACK    ▸ Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
See detailed instructions.    ▸ Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM TX

EXAMINED BY _____

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** _____    **Year of Registration** _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

**Additional Revised Content**

**6**

See instructions
before completing
this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of
the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name**                                         **Account Number**
Brooks/Cole                                      DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
Name/Address/Apt/City/State/Zip
Brooks Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Thomas McDonough
Area Code & Telephone Number (650) 413-7483
Fax Number (650) 593-9043

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the    ☐ author
(Check only one) ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☒ duly authorized agent of
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Brooks/Cole
Name of author or other copyright claimant, or owner of exclusive right(s)

**10**

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Thomas McDonough                                    date 11/11/2002

Handwritten signature (X) _____

**MAIL
CERTIFI-
CATE TO:**

Name Thomas McDonough
Brooks Cole Publishing Company
Number/Street/Apartment Number
10 Davis Drive
City/State/ZIP
Belmont, CA 94002

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with
the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

**CERTIFICATE OF REGISTRATION**



FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REG...




TX 5-292-081

*TX0005292081*

EFFECTIVE DATE OF REGISTRATION

**OCT 19 2000**

Month    Day    Year

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL    DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

0534375960

**1**

**TITLE OF WORK**

Principles of Heat Transfer
6th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:    Volume    Number    Issue Date    On Pages

**2**

**a**

**NAME OF AUTHOR**

Frank Kreith

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☒ Citizen of ___
     ☐ Domiciled in   Name of Country USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

Co-author of text

**b**

**NAME OF AUTHOR**

Mark S. Bohn

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes   ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☒ Citizen of ___
     ☐ Domiciled in   Name of Country USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

Co-author of text

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of ___
     ☐ Domiciled in   Name of Country

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.

2000    Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.

Month 9   Day 20   Year 2000
USA
◄ Nation

**4**

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA  93950

See instructions before

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By assignment

APPLICATION RECEIVED
JUL 19 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 19 2000
FUNDS RECEIVED

DO NOT WRITE HERE
Office Use Only

**MORE ON BACK**  ► Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number      Year of Registration

TX 3-616-249                                      1994

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

See instructions
before
completing this

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Brooke/Cole Publishing Company

Account Number

DA016764

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

c/o Authorized Agent
Christina DeVeto

Area Code & Telephone Number    831-333-3922

Fax Number    800-730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
(Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Brooks/Cole Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s)

**10**

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christina DeVeto                    date 10/6/2000

Handwritten signature (X)    Christina I. DeVeto 10/6/00

**MAIL
CERTIFI-
CATE TO:**

Certificate
will be
mailed in
window
envelope

Name Christina DeVeto

Brooks/Cole Publishing Company

Number/Street/Apartment Number

511 Forest Lodge Road

City/State/ZIP

Pacific Grove, CA 93950

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE **TX 4-844-200**



TX | TXU

EFFECTIVE DATE OF REGISTRATION

**Sep   03   1998**
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF WORK**                                                                        0-534-35592-7

Developmental Psychology: Childhood and Adolescence, 5/e

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work**

If published in a periodical or serial give:  Volume ____  Number ____  Issue Date ____  On Pages ____

**2**

**a**

**NAME OF AUTHOR**
David  Shaffer

**DATES OF BIRTH AND DEATH**
Year Born **1946**   Year Died ____

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☒ Citizen of   *Name of Country*
☐ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No   *If the answer to either of these questions is "Yes," see detailed instructions.*
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of complete text, except for contributions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was

**b**

**NAME OF AUTHOR**
David  Bjorklund

**DATES OF BIRTH AND DEATH**
Year Born **1949**   Year Died ____

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☒ Citizen of   *Name of Country*
☐ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No   *If the answer to either of these questions is "Yes," see detailed instructions.*
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Contributor of portions of text

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born ____   Year Died ____

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of   *Name of Country*
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No   *If the answer to either of these questions is "Yes," see detailed instructions.*
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
**1998** Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month **Jul**  Day **31**  Year **1998**
USA  Nation

**4**

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
Brooks/Cole Publishing Company
A Thomson Holdings, Inc. Company
511 Forest Lodge Road
Pacific Grove, CA 93950

See instructions before

APPLICATION RECEIVED
SEP 03 1998
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
SEP 03 1998
FUNDS RECEIVED

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By assignment

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.                                                                              **DO NOT WRITE HERE**

| EXAMINED BY | AD | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☒ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**    **Year of Registration**

TX 4-167-122    11/20/95

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**    **Account Number**

Brooks/Cole Publishing Company    DA016764

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/Zip**

Brooks/Cole Publishing Company    c/o Authorized Agent

511 Forest Lodge Road    Elaine Jones

Pacific Grove, CA 93950

Area Code & Telephone Number    408-373-0728

Fax Number    408-648-8421

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the (Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    Brooks/Cole Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Elaine Jones    date▶ 8/24/98

**Handwritten signature** (X) _Elaine Jones_

**10**

**MAIL CERTIFICATE TO:**

**Name** Elaine Jones
Brooks/Cole Publishing Company

**Number/Street/Apartment Number** 511 Forest Lodge Road

**City/State/ZIP** Pacific Grove, CA 93950

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-547-795**



EFFECTIVE DATE OF REGISTRATION

3-19-07

Month    Day    Year

---

RATE CONTINUATION SHEET.

---

**1**

**TITLE OF WORK**    0324359810

Managerial Economics
A Problem Solving Approach 1st edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work

If published in a periodical or serial give:    Volume          Number          Issue Date          On Pages

---

**2**

**a** **NAME OF AUTHOR**
Luke M. Froeb

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR
☐ Citizen of _____ Name of Country
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b** **NAME OF AUTHOR**
Brian T. McCann

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☒ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR
☐ Citizen of _____ Name of Country
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of text

**c** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR
☐ Citizen of _____ Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2006 Year
This information must be given in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month 3  Day 2  Year 2007
USA  Nation

---

**4**

**a** **COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2.
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

APPLICATION RECEIVED
MAR 19 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 19 2007

FUNDS RECEIVED

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By written contract

---

MORE ON BACK    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    DO NOT WRITE HERE
Page 1 of _____ pages

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number _____  Year of Registration _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before completing
this space.

**6**

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only    See instructions

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name
South-Western

Account Number
DA031690

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Sandra Chang

Area Code & Telephone Number  650-413-7316
Fax Number  650-595-4603

Be sure to give
your daytime
phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
(Check only one): ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

South-Western

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sandra Chang                    date 3/12/2007

Handwritten signature (X)

**10**

MAIL
CERTIFI-
CATE TO:

Certificate
will be
mailed in
window
envelope

Name
Sandra Chang
Thomson South-Western

Number/Street/Apartment Number
10 Davis Drive

City/State/ZIP
Belmont, CA 94002

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
Register of Copyrights
3. Deposit material

Mail to:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-948-682**

**EFFECTIVE DATE OF REGISTRATION**
4 — 06 — 04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**
0534494927

**1**

**TITLE OF WORK**
Analytical Mechanics
7th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give | Volume | Number | Issue Date | On Pages

---

**2**

**a**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part.

**NAME OF AUTHOR**
Grant R Fowles

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

**b**

**NAME OF AUTHOR**
George Cassiday

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003 Year
This information must be given in all cases

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 03  Day 19  Year 2004
USA  Nation

---

**4**

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2
Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

APPLICATION RECEIVED
APR 06 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 06 2004
FUNDS RECEIVED

See instructions before completing this space.

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

---

**MORE ON BACK** Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of ___ pages

FORM TX

EXAMINED BY _____ *180*

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is Yes why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give  Previous Registration Number                      Year of Registration

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed

Additional Revised Content

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both

a. ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name
Brooks/Cole

Account Number
DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip
Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Tom McDonough

Area Code & Telephone Number  (650)  413-7483

Fax Number  (650)  593-9043

Be sure to give
your daytime
phone number

**CERTIFICATION*** I the undersigned  hereby certify that I am the
(Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

Brooks/Cole

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date  If this application gives a date of publication in space 3  do not sign and submit it before that date

Tom McDonough                                date 3/29/2004

Handwritten signature (X) _____

**10**

**MAIL
CERTIFI
CATE TO**

Name  Tom McDonough
Brooks/Cole Publishing Company

Number/Street/Apartment Number
10 Davis Drive

City/State/ZIP
Belmont, CA 94002

Certificate
will be
mailed in
window
envelope

Complete all necessary spaces
Sign your application in space 10

1 Application form
2 Nonrefundable $30 filing fee in
  check or money order payable to
  Register of Copyrights
3 Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Produced by Brooks/Cole Publishing Co  Dec  1995

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-900-590**

EFFECTIVE DATE OF REGISTRATION

3 — 1 — 04
Month — Day — Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼

Accounting Information System

PREVIOUS OR ALTERNATIVE TITLES ▼

0324192029

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**
NAME OF AUTHOR ▼

James A. Hall

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 ◀ Year

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 7    Day ▶ 28    Year ▶ 05
◀ Nation

**4**
COPYRIGHT CLAIMANT(S) the name and address must be given even if the claimant is the same as the author given in space 2. ▼

Thomson South-Western, a part of The Thomson Corporation, 5191 Natorp Blvd., Mason, OH 45040

See instructions before completing this space.

APPLICATION RECEIVED
MAR 01 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 01 2004
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

by author contract

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE

| EXAMINED BY | CAL | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶              Year of Registration ▶

**6** **DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7** **a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ *Thomson South-Western*    Account Number ▼ *DA084085*

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Thomson South-Western, Attn: Marcelene Davis, 5191 Natorp Blvd., Mason, OH 45040

*(513) 229-1516*
Area code and daytime telephone number

Fax number ▶ *(513) 229-1021*

Email ▶ *Marcelene.Davis@Thomson.com*

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of *Thomson South-Western*
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
*Marcelene A Davis*          Date ▶ *2/29/04*

Handwritten signature (X) ▼
X *Marcelene Davis*

**9** **Certificate will be mailed in window envelope to this address:**
Name ▼
Thomson South-Western, Attn: Marcelene Davis, 5191 Natorp Blvd., Mason, OH 45040
Number/Street/Apt ▼
City/State/ZIP ▼

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form TX is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
August 2000—200,000          ☆ U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/20,009

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

TX 5-257-126

*TX0005257126*

EFFECTIVE DATE OF REGISTRATION

1 4 AUG 2000
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

0534379559

**1**

**TITLE OF WORK**

Applied Regression Analysis for Business and Economics
3rd edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work**

If published in a periodical or serial give:  **Volume**    **Number**    **Issue Date**    **On Pages**

---

**2**

**a**

**NAME OF AUTHOR**
Terry E. Dielman

**DATES OF BIRTH AND DEATH**
Year Born ___    Year Died ___

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☒ Citizen of  **Name of Country**
☐ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was

**b**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born ___    Year Died ___

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of  **Name of Country**
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born ___    Year Died ___

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of  **Name of Country**
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000 Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 7  Day 31  Year 2000
USA    Nation

---

**4**

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA  93950

APPLICATION RECEIVED
AUG 1 4 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 1 4 2000
FUNDS RECEIVED

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By assignment

See instructions before

---

MORE ON BACK ►    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No     If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**    **Year of Registration**

TX  3 133 951        1991

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

See instructions
before
completing this

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name        **Account Number**

Brooks/Cole Publishing Company        DA016764

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.        c/o Authorized Agent

Name/Address/Apt/City/State/Zip        Christina DeVeto

Brooks/Cole Publishing Company

511 Forest Lodge Road        Area Code & Telephone Number    831-333-3922

Pacific Grove, CA  93950        Fax Number    800-730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

**10**

Brooks/Cole Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christina DeVeto        date 8/4/2000

Handwritten signature (X)  *Christina I. DeVeto 8/4/00*

**MAIL
CERTIFI-
CATE TO:**

Name  Christina DeVeto

Brooks/Cole Publishing Company

Number/Street/Apartment Number

511 Forest Lodge Road

City/State/ZIP

Pacific Grove, CA  93950

Certificate
will be
mailed in
window
envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C.

Produced by Brooks/Cole

**11**

*U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-116-659**

EFFECTIVE DATE OF REGISTRATION

MAR 09 2005
Month    Day    Year

RATE CONTINUATION SHEET

0534418708

---

**1**

**TITLE OF WORK**
Introduction to Probability and Statistics
12th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   Title of Collective Work

If published in a periodical or serial give   Volume _____ Number _____ Issue Date _____ On Pages _____

---

**2**

**a**

**NAME OF AUTHOR**
William Mendenhall

**DATES OF BIRTH AND DEATH**
Year Born _____ Year Died _____

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____ Name of Country
OR ☐ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-Author of entire Revised text & CD-ROM excluding content from other sources

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part

**b**

**NAME OF AUTHOR**
Robert J  Beaver

**DATES OF BIRTH AND DEATH**
Year Born 3/27/19 Year Died _____

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____ Name of Country
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-Author of entire Revised text & CD-ROM excluding content from other sources

**c**

**NAME OF AUTHOR**
Barbara M  Beaver

**DATES OF BIRTH AND DEATH**
Year Born 10/7/19 Year Died _____

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____ Name of Country
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-Author of entire Revised text & CD-ROM excluding content from other sources

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004 Year
This information must be given in all cases

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month 02 Day 01 Year 2005
USA Nation

---

**4**

**a**

**COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2
Thomson Brooks/Cole
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space

APPLICATION RECEIVED
MAR 0 9 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 0 9 2005
FUNDS RECEIVED

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

---

**MORE ON BACK**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of _____

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number            Year of Registration

TX 5-619-236                                        2002

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates

Introduction to Probability and Statistics, 11th Edition

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed

Additional Revised Content

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name                                               Account Number

Brooks/Cole                                        DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip

Thomson Brooks/Cole
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent

Tom McDonough

Area Code & Telephone Number  (650) 413-7483

Fax Number  (650) 593-9043

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

(Check only one) ☐ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☒ duly authorized agent of

                 Brooks/Cole

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date

Tom McDonough                                      date  2/23/2005

Handwritten signature (X)

**10**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name  Tom McDonough
      Thomson Brooks/Cole

Number/Street/Apartment Number
      10 Davis Drive

City/State/Zip
      Belmont, CA 94002

• Complete all necessary spaces
  Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable $30 filing fee in
  check or money order payable to
  Register of Copyrights
3 Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington D.C. 20559-6000

**11**

*17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with
the application  shall be fined not more than $2,500

Produced by Brooks/Cole Publishing Co  Dec  1995

# CERTIFICATE OF REGISTRATION



**FORM TX**

For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-942-689**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

**Mar. 5, 1999**
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**  **TITLE OF WORK**    0-534-95409-X

Analog and Digital Signal Processing, 2nd ed.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:  Volume ___  Number ___  Issue Date ___  On Pages ___

---

**2**

**a**  **NAME OF AUTHOR**
Ashok Ambardar

**DATES OF BIRTH AND DEATH**
Year Born ___  Year Died ___

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☒ Citizen of ___
☐ Domiciled in **USA**

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as

**b**  **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born ___  Year Died ___

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ___
☐ Domiciled in ___

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c**  **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born ___  Year Died ___

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ___
☐ Domiciled in ___

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month Feb  Day 12  Year 1999
USA  Nation

---

**4**

**a**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
A Thomson Holdings, Inc. Company
511 Forest Lodge Road
Pacific Grove, CA 93950

APPLICATION RECEIVED
MAR 0 5 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 0 5 1999
FUNDS RECEIVED

See instructions before completing this space.

**b**  **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By assignment

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY   *Tm$* | FORM TX |
| --- | --- |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**      **Year of Registration**

TX 3-977-567                                    1995

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

See instructions before completing this

**6**

---

—space deleted—

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☐ Copies and Phonorecords      b. ☐ Copies Only      c. ☐ Phonorecords Only

See instructions.

**8**

---

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**                                    **Account Number**

Brooks/Cole Publishing Company      DA016764

**9**

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip

Brooks/Cole Publishing Company

511 Forest Lodge Road

Pacific Grove, CA 93950

c/o Authorized Agent

Donielle Hall

Area Code & Telephone Number   831-333-3922

Fax Number   800-730-2215

Be sure to give your daytime phone number

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   ☐ author
(Check only one) ☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Brooks/Cole Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s)

**10**

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donielle Hall                        date   2/12/99

Handwritten signature (X)   *Hall*

---

| MAIL<br>CERTIFI-<br>CATE TO: | Name Donielle Hall<br><br>Brooks/Cole Publishing Company<br><br>Number/Street/Apartment Number<br>511 Forest Lodge Road<br><br>City/State/ZIP<br>Pacific Grove, CA 93950 | YOU MUST<br>• Complete all necessary spaces<br>• Sign your application in space 10<br>SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1. Application form<br>2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br>MAIL TO:<br>Register of Copyrights<br>Library of Congress<br>Washington, D.C. |
| --- | --- | --- |

Certificate will be mailed in window envelope

**11**

---

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Produced by Brooks/Cole Publishing Co., Dec.

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RE' **TX 6-116-887**

EFFECTIVE DATE OF REGISTRATION

2 - 7 - 05
Month    Day    Year

RATE CONTINUATION SHEET

---

**1** TITLE OF WORK                                                           0030350840
**Business Research Methods**
**7th edition**
PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work

If published in a periodical or serial give    Volume         Number              Issue Date         On Pages

---

**2** **a** NAME OF AUTHOR                                    DATES OF BIRTH AND DEATH
**William Zikmund**                                          Year Born         Year Died

Was this contribution to the work a    AUTHOR S NATIONALITY OR DOMICILE    THIS AUTHOR S CONTRIBUTION TO THE WORK
work made for hire ?                   ☐ Citizen of  Name of Country        Anonymous?    ☐ Yes  ☒ No
☐ Yes  ☒ No                            OR ☐ Domiciled in  USA               Pseudonymous? ☐ Yes  ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed
Author of revised text

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of the work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that

**b** NAME OF AUTHOR                                          DATES OF BIRTH AND DEATH
                                                             Year Born         Year Died

Was this contribution to the work a    AUTHOR S NATIONALITY OR DOMICILE    THIS AUTHOR S CONTRIBUTION TO THE WORK
work made for hire ?                   ☐ Citizen of  Name of Country        Anonymous?    ☐ Yes  ☐ No
☐ Yes  ☐ No                            OR ☐ Domiciled in                    Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed

**c** NAME OF AUTHOR                                          DATES OF BIRTH AND DEATH
                                                             Year Born         Year Died

Was this contribution to the work    AUTHOR S NATIONALITY OR DOMICILE    THIS AUTHOR'S CONTRIBUTION TO THE WORK
a  work made for hire ?               ☐ Citizen of  Name of Country        Anonymous?    ☐ Yes  ☐ No
☐ Yes  ☐ No                           OR ☐ Domiciled in                    Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed

---

**3** **a** YEAR IN WHICH CREATION OF THIS    **b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
WORK WAS COMPLETED   This information          Month 04   Day 23   Year 2002
**2002**  Year     must be given in all cases              USA                    Nation
                                                     ONLY if the work has been published

---

**4** **a** COPYRIGHT CLAIMANT(S)
Name and address must be given even if the claimant is the same as the author given in space 2
**South Western Publishing Co - Thomson Learning Inc**
**10 Davis Drive**
**Belmont  CA 94002**

See instructions before completing this

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED  FEB 0 7 2005

TWO DEPOSITS RECEIVED  FEB 0 7 2005

FUNDS RECEIVED

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright
**By Assignment**

MORE ON BACK    Complete all applicable spaces (numbers 5 11) on the reverse side of this page    DO NOT WRITE HERE

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☒ Yes  ☐ No      If your answer is  Yes  why is another registration being sought? (Check appropriate box)

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☒ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number**         **Year of Registration**

TX 5-032-641                    1999

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work  complete only 6b for a compilation

a  **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates

Business Research Methods 6th Edition

b  **Material Added to This Work** Give a brief  general statement of the material that has been added to this work and in which copyright is claimed

Additional Revised Content

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A  signature on this form at space 10  and a check in one of the boxes here in space 8  constitutes a non exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both

a  ☒ Copies and Phonorecords       b  ☐ Copies Only       c  ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name                                    Account Number

South-Western                           DA021385

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip

South Western Publishing Co - Thomson Learning Inc
10 Davis Drive
Belmont  CA 94002

c/o Authorized Agent

Tom McDonough

Area Code & Telephone Number  (650)  413-7483

Fax Number  (650)  593-9043

**9**

Be sure to give
your daytime
phone number

**CERTIFICATION*** I  the undersigned  hereby certify that I am the

(Check only one)  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

South-Western

Name of author or other copyright claimant, or owner of exclusive right(s)

**10**

Typed or printed name and date  If this application gives a date of publication in space 3  do not sign and submit it before that date

Tom McDonough                           date  1/11/2005

Handwritten signature  (X)

MAIL
CERTIFI
CATE TO

Certificate
will be
mailed in
window
envelope

Name  Tom McDonough

South Western Publishing Co - Thomson Learning Inc

Number/Street/Apartment Number

10 Davis Drive

City/State/ZIP

Belmont  CA 94002

YOU MUST
Complete all necessary spaces
Sign your application in space 10

SEND ALL ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3  Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington D C  20559-6000

**11**

17 USC § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Produced by Brooks/Cole Publishing Co  Dec  1996

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-110-369**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

DATE CONTINUATION SHEET

---

**1**

**TITLE OF WORK**                                                                 0534491243
Statistics for Management and Economics
7th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work

| If published in a periodical or serial give | Volume | Number | Issue Date | On Pages |

---

**2** **a**

**NAME OF AUTHOR**
Gerald Keller

**DATES OF BIRTH AND DEATH**
Year Born 7/13/19   Year Died

Was this contribution to the work a work made for hire?
☐ Yes   ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of   Name of Country
☒ Domiciled in   Canada

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?   ☐ Yes   ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Author of revised text

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that

**b**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a work made for hire?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of   Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a work made for hire?
☐ Yes   ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of   Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?   ☐ Yes   ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

---

**3** **a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004   Year
This information must be given in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month 12   Day 16   Year 2004
USA   Nation

---

**4** **a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2
Brooks/Cole Publishing Co - Thomson Learning Inc
10 Davis Drive
Belmont  CA 94002

See instructions before completing this

APPLICATION RECEIVED
JAN 12 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 12 2005
FUNDS RECEIVED

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

---

MORE ON BACK      Complete all applicable spaces (numbers 5-11) on the reverse side of this page      DO NOT WRITE HERE

FORM TX

EXAMINED BY $\cancel{AT}$

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is Yes  why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes  give  **Previous Registration Number** _____  **Year of Registration** _____

**5**

---

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work  complete only 6b for a compilation

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates

b  **Material Added to This Work**  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed

Additional Revised Content

**6**

See instructions
before completing
this space

---

**—space deleted—**

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A  signature on this form at space 10  and a check in one of the boxes here in space 8  constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both

a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

---

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name

Brooks/Cole

**Account Number**

DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip
Brooks/Cole Publishing Co - Thomson Learning Inc
10 Davis Drive
Belmont  CA 94002

c/o Authorized Agent

Tom McDonough

Area Code & Telephone Number  (650)  413-7483

Fax Number  (650)  593-9043

Be sure to give
your daytime
phone number

---

**CERTIFICATION\*** I  the undersigned  hereby certify that I am the
(Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

Brooks/Cole

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date  If this application gives a date of publication in space 3  do not sign and submit it before that date

Tom McDonough                                            date  12/28/2004

Handwritten signature  (X) _____

**10**

---

**MAIL
CERTIFI-
CATE TO**

**Certificate
will be
mailed in
window
envelope**

Name  Tom McDonough

Brooks/Cole Publishing Co - Thomson Learning Inc

Number/Street/Apartment Number
10 Davis Drive

City/State/ZIP
Belmont  CA 94002

Complete all necessary spaces
Sign your application in space 10

1  Application form
2  Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3  Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

---

17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500        Produced by Brooks/Cole Publishing Co  Dec  1995

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RE    TX 6-496-094

EFFECTIVE DATE OF REGISTRATION

12/19/06
Month    Day    Year

RATE CONTINUATION SHEET.

---

**1**

TITLE OF WORK                                                          1413017703

Technical Communication
A Reader-Centered Approach 6th edition

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work

If published in a periodical or serial give:   Volume        Number            Issue Date        On Pages

---

**2**

**a**  NAME OF AUTHOR                                         DATES OF BIRTH AND DEATH
Paul V. Anderson                                        Year Born      Year Died

Was this contribution to the work a    AUTHOR'S NATIONALITY OR DOMICILE    THIS AUTHOR'S CONTRIBUTION TO THE WORK
"work made for hire"?                  ☐ Citizen of _____              Anonymous?    ☐ Yes ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.
☐ Yes ☒ No                         OR ☒ Domiciled in  Name of Country USA   Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**  NAME OF AUTHOR                                         DATES OF BIRTH AND DEATH
                                                        Year Born      Year Died

Was this contribution to the work a    AUTHOR'S NATIONALITY OR DOMICILE    THIS AUTHOR'S CONTRIBUTION TO THE WORK
"work made for hire"?                  ☐ Citizen of _____              Anonymous?    ☐ Yes ☐ No
☐ Yes ☐ No                         OR ☐ Domiciled in  Name of Country     Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

**c**  NAME OF AUTHOR                                         DATES OF BIRTH AND DEATH
                                                        Year Born      Year Died

Was this contribution to the work a    AUTHOR'S NATIONALITY OR DOMICILE    THIS AUTHOR'S CONTRIBUTION TO THE WORK
a "work made for hire"?                ☐ Citizen of _____              Anonymous?    ☐ Yes ☐ No
☐ Yes ☐ No                         OR ☐ Domiciled in  Name of Country     Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS      **b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
WORK WAS COMPLETED  This information           Complete this information  Month 4  Day 21  Year 2006
2005        Year    must be given in all           ONLY if this work has been
                    cases                           published         USA                    Nation

---

**4**

**a**  COPYRIGHT CLAIMANT(S)
Name and address must be given even if the claimant is the same as the author given in space 2.

Thomson Wadsworth
10 Davis Drive
Belmont, CA 94002

See instructions before completing this

APPLICATION RECEIVED
DEC 19 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 19 2006
FUNDS RECEIVED

**b**  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By written contract

---

MORE ON BACK ▸   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.      DO NOT WRITE HERE
                                                                                    Page 1 of ___ pages

FORM TX

EXAMINED BY _WBS_

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** _____    **Year of Registration** _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

See instructions
before completing
this space.

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**
Wadsworth

**Account Number**
DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
Thomson Wadsworth
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Sandra Chang

Area Code & Telephone Number    650-413-7316

Fax Number    650-595-4603

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

(Check only one): ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    Wadsworth

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sandra Chang    date 12/1/2006

Handwritten signature (X) _____

**10**

MAIL
CERTIFI-
CATE TO:

Certificate
will be
mailed in
window
envelope

Name Sandra Chang
Thomson Wadsworth

Number/Street/Apartment Number
10 Davis Drive

City/State/ZIP
Belmont, CA 94002

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-804-154**

**EFFECTIVE DATE OF REGISTRATION**
July 7, 2003
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

0534378048

**1**

**TITLE OF WORK**
Fundamentals of Logic Design
5th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give    Volume    Number    Issue Date    On Pages

---

**2**

**a**

**NAME OF AUTHOR**
Charles H. Roth

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a work made for hire?    ☐ Yes    ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { ☐ Citizen of ____
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Author of entire Revised text & CD ROM excluding content from other sources

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part.

**b**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a work made for hire?    ☐ Yes    ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { ☐ Citizen of ____
☐ Domiciled in ____

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a work made for hire?    ☐ Yes    ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { ☐ Citizen of ____
☐ Domiciled in ____

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 2002 Year
This information must be given in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 06    Day 13    Year 2003
USA    Nation

---

**4**

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2
Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space.

APPLICATION RECEIVED
JUL 0 7 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 0 7 2003
FUNDS RECEIVED

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

---

MORE ON BACK    Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of ____ pages