EXAMINED BY **MS**

CHECKED BY

☐ **CORRESPONDENCE**
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is Yes, why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number _____    Year of Registration _____

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed

*Additional Revised* ~~Revised Additional~~ Content

See instructions
before completing
this space

**6**

---

—space deleted—

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols) or (2) phonorecords embodying a fixation of a reading of that work or (3) both

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

See instructions

**8**

---

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name
**Brooks/Cole**

Account Number
**DA021385**

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip
**Brooks/Cole Publishing Company**
**10 Davis Drive**
**Belmont, CA 94002**

c/o Authorized Agent
**Tom McDonough**

Area Code & Telephone Number (650) 413-7483
Fax Number (650) 593-9043

Be sure to give
your daytime
phone number

---

**CERTIFICATION*** I the undersigned hereby certify that I am the
(Check only one)    ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

**Brooks/Cole**

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date If this application gives a date of publication in space 3 do not sign and submit it before that date

**Tom McDonough**    date **6/24/2003**

Handwritten signature (X) _____

**10**

---

MAIL
CERTIFI
CATE TO

Certificate
will be
mailed in
window
envelope

Name **Tom McDonough**
**Brooks/Cole Publishing Company**

Number/Street/Apartment Number
**10 Davis Drive**

City/State/ZIP
**Belmont, CA 94002**

Complete all necessary spaces
Sign your application in space 10

1 Application form
2 Nonrefundable $30 filing fee in
  check or money order payable to
  Register of Copyrights
3 Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U.S.C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

Produced by Brooks/Cole Publishing Co Dec 1995

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**TX 5-818-299**



EFFECTIVE DATE OF REGISTRATION

Aug 28 2003

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF WORK**                                                               0030259827

Invertebrate Zoology
A Functional Evolutionary Approach 7th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give   Volume   Number   Issue Date   On Pages

---

**2**

**a**

**NAME OF AUTHOR**
Edward E Ruppert

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____  Name of Country
OR ☒ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that

**b**

**NAME OF AUTHOR**
Richard S Fox

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____  Name of Country
OR ☒ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

**c**

**NAME OF AUTHOR**
Robert D Barnes

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _____  Name of Country
OR ☐ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of revised text

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2002 Year
This information must be given in all cases

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month 08   Day 07   Year 2003
USA   Nation

---

**4**

**a**

**COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2
Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space

APPLICATION RECEIVED
AUG 2 6 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 2 8 2003

FUNDS RECEIVED

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

---

**MORE ON BACK**  Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | HM | FORM TX |
|---|---|---|
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ CORRESPONDENCE Yes | | |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is Yes why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number _____    Year of Registration _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed

Additional Revised Content

See instructions before completing this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols) or (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name **Brooks/Cole**    Account Number **DA021385**

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip
**Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002**

c/o Authorized Agent
**Tom McDonough** (H)

Area Code & Telephone Number **(650) 413-7483**

Fax Number **(650) 593-9043**

Be sure to give your daytime phone number

**CERTIFICATION\*** I the undersigned hereby certify that I am the
(Check only one) ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

**Brooks/Cole**
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date If this application gives a date of publication in space 3 do not sign and submit it before that date

**Tom McDonough**    date **8/18/2003**

Handwritten signature (X) _____

**10**

| MAIL CERTIFI CATE TO | Name **Tom McDonough** |
|---|---|
| | **Brooks/Cole Publishing Company** |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number **10 Davis Drive** |
| | City/State/ZIP **Belmont, CA 94002** |

Complete all necessary spaces Sign your application in space 10

1 Application form
2 Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Register of Copyrights Library of Congress Washington, D.C. 20559-6000

**11**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Produced by Brooks/Cole Publishing Co Dec 1995

Certificate of Registration

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

TX 6-485-236

EFFECTIVE DATE OF REGISTRATION

Dec 5 2006
Month    Day    Year

**ATE CONTINUATION SHEET.**

032428845X

---

**1**

TITLE OF WORK
Financial Markets and Institutions
7th edition
PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:  Volume    Number    Issue Date    On Pages

---

**2**

**a** NAME OF AUTHOR
Jeff Madura

DATES OF BIRTH AND DEATH
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
OR ☐ Citizen of _Name of Country_
☒ Domiciled in USA

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.
Author of revised text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b** NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR ☐ Citizen of _Name of Country_
☐ Domiciled in

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

**c** NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR ☐ Citizen of _Name of Country_
☐ Domiciled in

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004    Year
This information must be given in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month 1    Day 26    Year 2005
USA    Nation

---

**4**

**a** COPYRIGHT CLAIMANT(S)
Name and address must be given even if the claimant is the same as the author given in space 2.
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By writen contract

APPLICATION RECEIVED
12-5-06
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Dec 5 2006

FUNDS RECEIVED

DO NOT WRITE HERE

MORE ON BACK    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM TX

| | |
|---|---|
| EXAMINED BY | HM |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | |

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** _____   **Year of Registration** _____

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

See instructions before completing this space.

**6**

---

**—space deleted—**

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a.☐ Copies and Phonorecords    b.☐ Copies Only    c.☐ Phonorecords Only

See instructions.

**8**

---

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**   South-Western

**Account Number**   DA084085

**9**

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip

Thomson South-Western
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent

Sandra Chang

Area Code & Telephone Number   650-413-7316

Fax Number   650-595-4603

Be sure to give your daytime phone number

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

(Check only one): ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

South-Western

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Sandra Chang   date 11/15/2006

**Handwritten signature** (X) _____

**10**

---

**MAIL CERTIFICATE TO:**

Name   Sandra Chang

Thomson South-Western

Number/Street/Apartment Number
10 Davis Drive

City/State/ZIP
Belmont, CA 94002

Certificate will be mailed in window envelope

* Complete all necessary spaces
* Sign your application in space 10

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-340-608**

**EFFECTIVE DATE OF REGISTRATION**

| 3 | 14 | 06 |
|---|---|---|
| Month | Day | Year |

...ATE CONTINUATION SHEET.

0324271972

---

**1**

**TITLE OF WORK**
Consumer Behavior
10th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give: Volume        Number        Issue Date        On Pages

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of the work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**a**

**NAME OF AUTHOR**
Roger D. Blackwell

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _Name of Country_
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-Author of revised text except for figures, tables, etc. from other sources

**b**

**NAME OF AUTHOR**
Paul W. Miniard

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _Name of Country_
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-Author of revised text except for figures, tables, etc. from other sources

**c**

**NAME OF AUTHOR**
James F. Engel

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of _Name of Country_
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-Author of revised text except for figures, tables, etc. from other sources

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month 11 Day 29 Year 2005
USA Nation

---

**4**

**a**

**COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2.
Thomson South-Western
10 Davis Drive
Belmont, CA 94002

APPLICATION RECEIVED
MAR 1 4 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 1 4 2006

FUNDS RECEIVED

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Assignment

---

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of the page

DO NOT WRITE HERE
Page 1 of _pages_

FORM TX

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**               **Year of Registration**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

      Previously published text:permissioned material

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

      Text updated and revised throughout

See instructions before completing this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords          b. ☐ Copies Only          c. ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name**                                    **Account Number**

South-Western                          DA084085

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
Name/Address/Apt/City/State/Zip
Thomson South-Western                    c/o Authorized Agent
                                          Tom McDonough
10 Davis Drive
Belmont, CA 94002                        Area Code & Telephone Number (650) 413-7483
                                          Fax Number (650) 595-4603

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the      ☐ author
                                   (Check only one) ☐ other copyright claimant
                                                    ☐ owner of exclusive right(s)
                                                    ☒ duly authorized agent of
                                                                South-Western

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date  If this application gives a date of publication in space 3, do not sign and submit it before that date.

      Tom McDonough                                      date 3/6/2006

Handwritten signature (X)

**10**

MAIL
CERTIFI-
CATE TO:

Name Tom McDonough

      Thomson South-Western

Certificate
will be
mailed in
window
envelope

Number/Street/Apartment Number
      10 Davis Drive

City/State/ZIP
      Belmont, CA 94002

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Produced by Brooks/Cole Publishing Co., Dec. 1993

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Register of Copyrights, United States of America



**Form TX**

TX 6-352-862

**EFFECTIVE DATE OF REGISTRATION**

3  06
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
Statistics for Business and Economics    ISBN 0-324-38025-9

**9th Edition**

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**
**NAME OF AUTHOR ▼**
David R. Anderson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**
Dennis J. Sweeney

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**
Thomas A. Williams

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 11    Day ▶ 28    Year ▶ 2005    Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Thomson South-Western (part of The Thomson Corporation)
5191 Natorp Blvd.
Mason, OH 45040

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Per author's contract

**APPLICATION RECEIVED**
JAN 0 3 2006    APR 2 7 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JAN 0 3 2006

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of **2** pages

✳ Added by C.O. from deposit copy.

EXAMINED BY
CHECKED BY

☑ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6  a**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

South-Western College                     DA84085

**7  a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Thomson South-Western      Attn: Marcelene A. Davis
5191 Natorp Blvd.
Mason, OH 45040

**b**

Area code and daytime telephone number ▶ 513-229-1519          Fax number ▶ 513-229-1021
Email ▶ marcelene.davis@thomson.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Thomson South-Western
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Marcelene A. Davis                                    Date ▶ 12/30/05

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Thomson South-Western      Attn: Marcelene A. Davis
Number/Street/Apt ▼
5191 Natorp Blvd.
City/State/ZIP ▼
Mason, OH 45040

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
Rev. July 2003—xxx   Web Rev: July 2003   ♻ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-196-883

EFFECTIVE DATE OF REGISTRATION

| | 12 | 05 |
| Month | Day | Year |

SEE CONTINUATION SHEET.

0534608590

---

**1**

**TITLE OF WORK**
Psychology Applied to Modern Life Adjustment in the 21st Century 8th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work**

If published in a periodical or serial give:   Volume          Number          Issue Date          On Pages

---

**2**

**a**

**NAME OF AUTHOR**
Wayne Weiten

**DATES OF BIRTH AND DEATH**
Year Born 9/23/19   Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of  Name of Country
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-Author of revised text except for figures, tables, etc. from other sources

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**

**NAME OF AUTHOR**
Margaret A. Lloyd

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of  Name of Country
OR ☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-Author of revised text except for figures, tables, etc. from other sources

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born   Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of  Name of Country
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2004 Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 06  Day 27  Year 2005
USA  Nation

---

**4**

**a**

**COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2.
Thomson Wadsworth
10 Davis Drive
Belmont, CA 94002

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Assignment

APPLICATION RECEIVED
JUL 1 2 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 1 2 2005
FUNDS RECEIVED

---

MORE ON BACK   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page   DO NOT WRITE HERE
Page 1 of

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No      If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**              **Year of Registration**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

        Previously published text

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

        Additional Revised Content

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of
the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords        b. ☐ Copies Only        c. ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**                                              **Account Number**
Wadsworth                                          DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
Thomson Wadsworth                          c/o Authorized Agent
                                                         Tom McDonough
10 Davis Drive
Belmont, CA 94002              Area Code & Telephone Number  (650) 413-7483

                                         Fax Number   (650) 593-9043

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   ☐ author
                        (Check only one): ☐ other copyright claimant
                                                     ☐ owner of exclusive right(s)
                                                     ☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

                                          Wadsworth
                                          Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

     Tom McDonough                                    date  6/29/2005

Handwritten signature (X)

**10**

MAIL
CERTIFI-
CATE TO:

Certificate
will be
mailed in
window
envelope

Name  Tom McDonough
      Thomson Wadsworth

Number/Street/Apartment Number
      10 Davis Drive

City/State/ZIP
      Belmont, CA 94002

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with
the application, shall be fined not more than $2,500.                                            Produced by Brooks/Cole Publishing Co., Dec. 1995

# CERTIFICATE OF REGISTRATION

**FORM TX** TX6C63CA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

**TX 3 749 501**

(TX)    TXU

EFFECTIVE DATE OF REGISTRATION

2        25        94
Month    Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

## 1

**TITLE OF THIS WORK ▼**

ESSENTIALS OF MANAGEMENT, Third Edition    0538829397

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

## 2

**a**  NAME OF AUTHOR ▼

SOUTH-WESTERN PUBLISHING CO.    Andrew J. DuBrin

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A. _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

## 3

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.

1993 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.

Month ▶ July   Day ▶ 12   Year ▶ 1993
USA

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

South-Western Publishing Co.
5101 Madison Road
Cincinnati, Ohio   45227

APPLICATION RECEIVED
FEB. 25.1994
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB. 25.1994

REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE

0538825073

TX 3 749 501

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼
    TX 2-689-858                                                1989

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
   ESSENTIALS OF MANAGEMENT, Second Edition

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   Chpts 6, 7, and 14 are new; other material REVISED THROUGHOUT

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  •  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  South-Western Publishing Co.        Account Number ▼  DA031690

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
   South-Western Publishing Co.
   5101 Madison Road
   Cincinnati, Ohio  45227
                    Area Code & Telephone Number ▶  (513) 527-6379

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                              Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  South-Western Publishing Co.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
   Stephen E. Gillen                                        date ▶  2/21/94

              Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**
Name ▼
   Donna J. Shelton
   South-Western Publishing Co.
Number/Street/Apartment Number ▼
   5101 Madison Road
City/State/Zip ▼
   Cincinnati, Ohio  45227

• Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, DC 20559

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REG  **TX 5-782-689**



EFFECTIVE DATE OF REGISTRATION

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

---

**1**

**TITLE OF WORK**                                                                                    0534395104

Vibrations
1st edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared. Title of Collective Work

| If published in a periodical or serial give | Volume | Number | Issue Date | On Pages |
|---|---|---|---|---|

---

**2**

**a**  **NAME OF AUTHOR**
Balakumar Balachandron

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of text

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**  **NAME OF AUTHOR**
Edward B  Magrab

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-author of text

**c**  **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born          Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2002 Year
This information must be given in all cases

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month 05  Day 05  Year 2003
USA  Nation

---

**4**

**a**  **COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2

Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

**b**  **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Assignment

APPLICATION RECEIVED
JUN 0 6 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 0 6 2003
FUNDS RECEIVED

---

**MORE ON BACK**  Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of

| | |
|---|---|
| EXAMINED BY _TH_ | **FORM TX** |
| CHECKED BY | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ CORRESPONDENCE Yes | |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is Yes why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give Previous Registration Number _____ Year of Registration _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed

**6**

See instructions before completing this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols) or (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.

Name **Brooks/Cole**    Account Number **DA021385**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
**Brooks/Cole Publishing Company**
**10 Davis Drive**
**Belmont, CA 94002**

c/o Authorized Agent
**Tom McDonough**

Area Code & Telephone Number (650) 413-7483
Fax Number (650) 593-9043

**9**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

**Brooks/Cole**

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date If this application gives a date of publication in space 3 do not sign and submit it before that date

**Tom McDonough**    date **5/23/2003**

Handwritten signature (X) _____

**10**

| |
|---|
| MAIL CERTIFI-CATE TO |

Name **Tom McDonough**
**Brooks/Cole Publishing Company**

Number/Street/Apartment Number
**10 Davis Drive**

City/State/ZIP
**Belmont, CA 94002**

Certificate will be mailed in window envelope

Complete all necessary spaces
Sign your application in space 10

1 Application form
2 Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500.    Produced by Brooks/Cole Publishing Co. Dec. 1995

# CERTIFICATE OF REGISTRATION



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

TXu 995-888



EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 3 | 19 | 01 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

0534366031

**1** TITLE OF WORK

Probability:
The Science of Uncertainty with Applications to 1st edition

PREVIOUS OR ALTERNATIVE TITLES

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:   Volume            Number            Issue Date            On Pages

**2** **a** NAME OF AUTHOR
Michael Alan Bean

DATES OF BIRTH AND DEATH
Year Born  **1964**  Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
☐ Citizen of
OR ☐ Domiciled in   Name of Country  Canada

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was

**b** NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born  Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
☐ Citizen of
OR ☐ Domiciled i   Name of Country

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

**c** NAME OF AUTHOR

DATES OF BIRTH AND DEATH
Year Born  Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
☐ Citizen of
OR ☐ Domiciled in   Name of Country

THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed.

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2000 Year
This information must be given in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month            Day            Year
USA            Nation

**4** **a** COPYRIGHT CLAIMANT(S)
Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

See instructions before

APPLICATION RECEIVED
MAR 19 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 19 2001
FUNDS RECEIVED

DO NOT WRITE HERE
O F F I C E  U S E  O N L Y

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By assignment

MORE ON BACK   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

Page 1 of __ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** _____ **Year of Registration** _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before
completing this

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**    Brooks/Cole Publishing Company    **Account Number** DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

**Name/Address/Apt/City/State/Zip**    c/o Authorized Agent    Lace E. Pendleton

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

**Area Code & Telephone Number** (831)333-3922

**Fax Number** (800)730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    Brooks/Cole Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lace E. Pendleton    **date** 2/27/2001

Handwritten signature

**10**

**MAIL
CERTIFI-
CATE TO:**

Certificate
will be
mailed in
window
envelope

**Name** Lace E. Pendleton
Brooks/Cole Publishing Company

**Number/Street/Apartment Number**
511 Forest Lodge Road

**City/State/ZIP**
Pacific Grove, CA 93950

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
*Register of Copyrights*
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-661-123**

EFFECTIVE DATE OF REGISTRATION

**DEC 07 2001**
Month        Day        Year

NTE CONTINUATION SHEET.                                053438742X

---

**1**  **TITLE OF WORK**
Principles of Geotechnical Engineering
5th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:    Volume          Number          Issue Date          On Pages

---

**2**  **a**  **NAME OF AUTHOR**
Braja M. Das

**DATES OF BIRTH AND DEATH**
Year Born 3/2/194    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of _____ Name of Country
☐ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of revised text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of _____ Name of Country
☐ Domiciled it

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**c**  **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of _____ Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**  **a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2000  Year
This information must be given in all cases.

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 9  Day 10  Year 01
USA  Nation

---

**4**  **a**  **COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2.
Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

See instructions before completing this space.

APPLICATION RECEIVED
JAN 21 2003  12-7-01
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
12-7-01
FUNDS RECEIVED

**b**  **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Assignment

---

**MORE ON BACK**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of ___ pages

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No      If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords          b. ☐ Copies Only          c. ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

Brooks/Cole                          DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  **Name/Address/Apt/City/State/Zip** ▼

Brooks/Cole Publishing Company          c/o Authorized Agent  Tom McDonough

511 Forest Lodge Road          **Area Code & Telephone Number**  (831)333-3922

Pacific Grove, CA 93950                    **Fax Number**  (800)730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one) ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Brooks/Cole

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Tom McDonough                              date 11/14/2001

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFI-
CATE TO:**

Certificate
will be
mailed in
window
envelope

**Name** Tom McDonough

Brooks/Cole Publishing Company

**Number/Street/Apartment Number** ▼

511 Forest Lodge Road

**City/State/ZIP** ▼

Pacific Grove, CA 93950

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-051-728

**EFFECTIVE DATE OF REGISTRATION**

Oct 07 2004
Month    Day    Year

---

**ATE CONTINUATION SHEET.**

0534633625

**1**

**TITLE OF WORK**
Abnormal Psychology
An Integrative Approach 4th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:   Volume         Number         Issue Date         On Pages

---

**2**

**a**
**NAME OF AUTHOR**
David H. Barlow

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a "work made for hire"?   ☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR   ☐ Citizen of _____ Name of Country
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-Author of entire Revised text & CD-ROM excluding content from other sources.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**
**NAME OF AUTHOR**
V. Mark Durand

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a "work made for hire"?   ☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR   ☐ Citizen of _____ Name of Country
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-Author of entire Revised text & CD-ROM excluding content from other sources.

**c**
**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born        Year Died

Was this contribution to the work a "work made for hire"?   ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR   ☐ Citizen of _____ Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
2004 Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month 07   Day 20   Year 2004
USA   Nation

---

**4**

**a**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
Wadsworth Publishing Co.- Thomson Learning
10 Davis Drive
Belmont, CA 94002

APPLICATION RECEIVED
OCT 07 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 07 2004

FUNDS RECEIVED

**b**
**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Assignment

---

**MORE ON BACK**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of _____

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No     If your answer is "Yes," why is another registration being sought? (Check appropriate box)

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number _____    Year of Registration _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

        Additional Revised Content

See instructions
before completing
this space.

---

**—space deleted—**

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a. ☒ Copies and Phonorecords     b. ☐ Copies Only     c. ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name                                    Account Number

**9**

Wadsworth                           DA021385

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
Wadsworth Publishing Co.- Thomson Learning
10 Davis Drive
Belmont, CA 94002

c/o Authorized Agent
Tom McDonough

Area Code & Telephone Number  (650) 413-7483

Fax Number  (650) 593-9043

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one): ☐ author
               ☐ other copyright claimant
               ☐ owner of exclusive right(s)
               ☒ duly authorized agent of

**10**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Wadsworth

Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

    Tom McDonough                  date 9/24/2004

Handwritten signature (X)

**MAIL
CERTIFI-
CATE TO:**

Name  Tom McDonough
      Wadsworth Publishing Co.- Thomson Learning

Number/Street/Apartment Number
    10 Davis Drive

City/State/ZIP
    Belmont, CA 94002

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

REGIS

**TX 5-558-657**

EFFECTIVE DATE OF REGISTRATION

DEC 0 6 2001

Month    Day    Year

OFFICIAL SEAL    **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

0534378145

---

**1**

**TITLE OF WORK**

Solid Waste Engineering
1st edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work**

| If published in a periodical or serial give: | Volume | Number | Issue Date | On Pages |
|---|---|---|---|---|

---

**2**

**a**

**NAME OF AUTHOR**

P. Aarne Vesilind

**DATES OF BIRTH AND DEATH**

Year Born 6/13/193   Year Died

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☒ No | OR ☒ Citizen of _Name of Country_ <br> ☐ Domiciled in  USA | Anonymous?  ☐ Yes  ☐ No <br> Pseudonymous?  ☐ Yes  ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

Co-author of text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared)

**b**

**NAME OF AUTHOR**

William Worrell

**DATES OF BIRTH AND DEATH**

Year Born 7/7/195   Year Died

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☒ No | OR ☒ Citizen of _Name of Country_ <br> ☐ Domiciled in  USA | Anonymous?  ☐ Yes  ☐ No <br> Pseudonymous?  ☐ Yes  ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

Co-author of text

**c**

**NAME OF AUTHOR**

Debra Reinhart

**DATES OF BIRTH AND DEATH**

Year Born 9/23/19   Year Died

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☒ No | OR ☒ Citizen of _Name of Country_ <br> ☐ Domiciled in  USA | Anonymous?  ☐ Yes  ☐ No <br> Pseudonymous?  ☐ Yes  ☐ No |

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

Co-author of text

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2000   Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month 11   Day 9   Year 01

USA   Nation

---

**4**

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

See instructions before

APPLICATION RECEIVED

DEC 06 2001 OCT 0 7 200

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

DEC 0 6 2001

FUNDS RECEIVED

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By Written Agreement

FORM TX

EXAMINED BY _WMD_

CHECKED BY

☒ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number _____   Year of Registration _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before completing
this space.

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a. ☒ Copies and Phonorecords     b. ☐ Copies Only     c. ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ___ Brooks/Cole Publishing Company ___   Account Number ___ DA021385 ___

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
Name/Address/Apt/City/State/Zip   c/o Authorized Agent
Brooks/Cole Publishing Company   Lace E. Pendleton
511 Forest Lodge Road
Pacific Grove, CA 93950   Area Code & Telephone Number (831)333-3922
   Fax Number (800)730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the   ☐ author
(Check only one:)   ☐ other copyright claimant
   ☐ owner of exclusive right(s)
   ☒ duly authorized agent of

of the work identified in this application and that the statements made   Brooks/Cole Publishing Company
by me in this application are correct to the best of my knowledge.   Name of author or other copyright claimant, or owner of exclusive right(s)

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lace E. Pendleton   date 11/14/2001

Handwritten signature (X) _Lace E. Pendleton_

**10**

**MAIL
CERTIFI-
CATE TO:**
Name Lace E. Pendleton
Brooks/Cole Publishing Company
Number/Street/Apartment Number
511 Forest Lodge Road
City/State/ZIP
Pacific Grove, CA 93950

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Inc.



# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ ★ THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

**TX 5-800-626**

EFFECTIVE DATE OF REGISTRATION

Aug    28    2003
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

0030355230

**1**

**TITLE OF WORK**
Fundamentals of Analytical Chemistry
8th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give    Volume    Number    Issue Date    On Pages

---

**2**

**a**

**NAME OF AUTHOR**
Douglas A Skoog

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of _____
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-Author of entire Revised text & CD-ROM excluding content from other sources

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**

**NAME OF AUTHOR**
Donald M West

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of _____
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-Author of entire Revised text & CD-ROM excluding content from other sources

**c**

**NAME OF AUTHOR**
F James Holler

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work made for hire?
☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR { ☐ Citizen of _____
☒ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed
Co-Author of entire Revised text & CD-ROM excluding content from other sources

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2002  Year

This information must be given in all cases.

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 08    Day 07    Year 2003
USA    Nation

**4**

**a**

**COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2.
Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright
By Assignment

**MORE ON BACK** Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of

| EXAMINED BY HLM | · FORM TX |
|---|---|
| CHECKED BY | FOR |
| ☐ CORRESPONDENCE<br>Yes | COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is Yes, why is another registration being sought? (Check appropriate box)

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes, give **Previous Registration Number**          **Year of Registration**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed

           Additional Revised Content

**6**

See instructions before completing this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name **Brooks/Cole**    Account Number **DA021385**

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent

Name/Address/Apt/City/State/Zip

**Brooks/Cole Publishing Company**
**10 Davis Drive**
**Belmont, CA 94002**

c/o Authorized Agent
Tom McDonough (H)

Area Code & Telephone Number (650) 413-7483

Fax Number (650) 593-9043

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one) ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

**Brooks/Cole**

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**10**

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date

Tom McDonough    date 8/18/2003

Handwritten signature (X)

MAIL CERTIFICATE TO
Name Tom McDonough
**Brooks/Cole Publishing Company**

Number/Street/Apartment Number
**10 Davis Drive**

City/State/ZIP
**Belmont, CA 94002**

Certificate will be mailed in window envelope

Complete all necessary spaces
Sign your application in space 10

1 Application form
2 Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co.  Dec. 1995