## FORM TX/CON
UNITED STATES COPYRIGHT OFFICE

F

**TX 5-800-626**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|----|----|----|----|----|----|----|

**EFFECTIVE DATE OF REGISTRATION**

8        28        2003

Month        Day        Year

**CONTINUATION SHEET RECEIVED**

Page 3 of 4 pages

- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on basic application  Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1  4  or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms

DO NOT WRITE ABOVE THIS LINE  FOR COPYRIGHT OFFICE USE ONLY

---

**A**

Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET**  This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work

- **TITLE** (Give the title as given under the heading  Title of Work  in Space 1 of the basic form )

0030355230

Fundamentals of Analytical Chemistry
8th edition

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of claimant as given in Space 4 of basic form )

Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

---

**B**

Continuation of Space 2 (Not applicable to Short Forms)

**d**  Stanley R  Crouch

| | |
|---|---|
| **NAME OF AUTHOR** | **DATES OF BIRTH AND DEATH**  Year Born    Year Died |

| Was this contribution to the work a work made for hire ? | AUTHOR S NATIONALITY OR DOMICILE  Name of Country | WAS THIS AUTHOR S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☒ No | OR ☐ Citizen of ___  ☒ Domiciled in ___ USA | Anonymous?  ☐ Yes  ☒ No  Pseudonymous?  ☐ Yes  ☒ No  If the answer to either of these questions is "Yes" see detailed instructions |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed
Co Author of entire revised text & CD ROM excluding content from other sources

**e**

| | |
|---|---|
| **NAME OF AUTHOR** | **DATES OF BIRTH AND DEATH**  Year Born    Year Died |

| Was this contribution to the work a work made for hire ? | AUTHOR S NATIONALITY OR DOMICILE  Name of Country | WAS THIS AUTHOR S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☐ No | OR ☐ Citizen of ___  ☐ Domiciled in ___ | Anonymous?  ☐ Yes  ☐ No  Pseudonymous?  ☐ Yes  ☐ No  If the answer to either of these questions is "Yes" see detailed instructions |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed

**f**

| | |
|---|---|
| **NAME OF AUTHOR** | **DATES OF BIRTH AND DEATH**  Year Born    Year Died |

| Was this contribution to the work a work made for hire ? | AUTHOR S NATIONALITY OR DOMICILE  Name of Country | WAS THIS AUTHOR S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes  ☐ No | OR ☐ Citizen of ___  ☐ Domiciled in ___ | Anonymous?  ☐ Yes  ☐ No  Pseudonymous?  ☐ Yes  ☐ No  If the answer to either of these questions is "Yes" see detailed instructions |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed

**CONTINUATION OF** (Check which) ☐ Space 1 ☐ Space 4 ☐ Space 6    Spaces 4 and 6 are not applicable to Short Forms )

**C**

Continuation
of other

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**

Name TOM McDonough

Brooks/Cole Publishing Company

Number/Street/Apartment Number

10 Davis Drive

City/State/ZIP

Belmont, CA 94002

Complete all necessary spaces
Sign your application

1  Application form
2  Nonrefundable $30 filing fee in
   check or money order payable to
   Register of Copyrights

Register of Copyrights
Library of Congress
Washington D C  20559-6000

**D**

Address for
return of
certificate

Produced by Brooks/Cole Publishing Co  Dec  1995

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

TX 5-267-396

TXU

EFFECTIVE DATE OF REGISTRATION.

Month **Aug** Day **29** Year **2000**

SEE CONTINUATION SHEET.

0534370969

---

**1**

**TITLE OF WORK**
Psychological Testing
Principles, Applications, and Issues (with InfoTrac) 5th edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:  Volume     Number     Issue Date     On Pages

---

**2 a**

**NAME OF AUTHOR**
Robert M. Kaplan

**DATES OF BIRTH AND DEATH**
Year Born      Year Died

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☒ Citizen of  Name of Country
☐ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR**
Dennis P. Saccuzzo

**DATES OF BIRTH AND DEATH**
Year Born      Year Died

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☒ Citizen of  Name of Country
☐ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-author of text

**c**

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born      Year Died

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of  Name of Country
☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3 a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases
2000  Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published
Month 8  Day 7  Year 2000
USA  Nation

---

**4 a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
Wadsworth/Thomson Learning
511 Forest Lodge Road
Pacific Grove, CA  93950

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
AUG 29 2000
TWO DEPOSITS RECEIVED
AUG 29 2000
FUNDS RECEIVED

**b TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By assignment

---

MORE ON BACK ► • Complete all applicable spaces (numbers 5-11) on the reverse side of this page

Page 1 of ___ pages

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**    **Year of Registration**

TX 4-358-758    1996

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously published text

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Text updated and revised throughout

**6**

See instructions
before
completing this

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name    Account Number

Wadsworth Publishing    DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip    c/o Authorized Agent

Wadsworth/Thomson Learning    Christina DeVeto

511 Forest Lodge Road    Area Code & Telephone Number    831-333-3922

Pacific Grove, CA 93950    Fax Number    800-730-2215

Be sure to give
your daytime
phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
(Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

Wadsworth Publishing

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christina DeVeto    date 8/18/2000

Handwritten signature (X)    Christina L. DeVeto 8/18/00

MAIL
CERTIFI-
CATE TO:

Certificate
will be
mailed in
window
envelope

Name Christina DeVeto
Wadsworth/Thomson Learning

Number/Street/Apartment Number
511 Forest Lodge Road

City/State/ZIP
Pacific Grove, CA 93950

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in
check or money order payable to
Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

TX 5-660-599

EFFECTIVE DATE OF REGISTRATION
OCT 22 2002
Month    Day    Year

CONTINUATION SHEET.
0534580955

---

**1**

**TITLE OF WORK**
Employee Selection (with InfoTrac)
1st edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work

If published in a periodical or serial give:    Volume    Number    Issue Date    On Pages

---

**2**

**NAME OF AUTHOR**
a LillyMBerry

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of    Name of Country
OR ☐ Domiciled in  USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Author of text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part.

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of    Name of Country
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born    Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
☐ Citizen of    Name of Country
OR ☐ Domiciled in

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001 Year
This information must be given in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month 8    Day 8    Year 02
USA    Nation

**4**

**COPYRIGHT CLAIMANT(S)**
Name and address must be given even if the claimant is the same as the author given in space 2.
Wadsworth Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

See instructions before completing this space.

APPLICATION RECEIVED
OCT 22 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 22 2002

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By written agreement

MORE ON BACK  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

□ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

- ☐ This is the first published edition of a work previously registered in unpublished form.
- ☐ This is the first application submitted by this author as copyright claimant.
- ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**                **Year of Registration**

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions
before completing
this space.

**6**

---

**—space deleted—**

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords      b. ☐ Copies Only      c. ☐ Phonorecords Only

See instructions.

**8**

---

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name                                                    Account Number
Wadsworth                                               DA021385

**9**

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
Wadsworth Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

c/o Authorized Agent
Lace E. Pendleton

Area Code & Telephone Number    (831)333-3922
Fax Number    (800)730-2215

Be sure to give
your daytime
phone number

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
(Check only one):
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of

Wadsworth

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s)

**10**

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lace E. Pendleton                          date 10/5/2002

Handwritten signature (X)

---

MAIL
CERTIFI-
CATE TO:

Name    Lace E. Pendleton
Wadsworth Publishing Company

Number/Street/Apartment Number
511 Forest Lodge Road

Certificate
will be
mailed in
window
envelope

City/State/ZIP
Pacific Grove, CA 93950

- Complete all necessary spaces
- Sign your application in space 10

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $30 filing fee in
   check or money order payable to
   *Register of Copyrights*
   Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

---

*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

RI

**TX 5-206-416**

*TX5206416*     TXU



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

Month May Day 8 Year 00

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

0534229026

---

## 1

**TITLE OF WORK**

Principles of Biostatistics, Second Edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

If published in a periodical or serial give: Volume ___ Number ___ Issue Date ___ On Pages ___

---

## 2

**a** **NAME OF AUTHOR**

Marcello Pagano

**DATES OF BIRTH AND DEATH**
Year Born ___ Year Died ___

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of Name of Country ___
☐ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

Co-author of text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was

**b** **NAME OF AUTHOR**

Kimberlee Gauvreau

**DATES OF BIRTH AND DEATH**
Year Born ___ Year Died ___

Was this contribution to the work a "work made for hire"?
☐ Yes ☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☒ Citizen of Name of Country ___
☐ Domiciled in USA

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

Co-author of text

**c** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH**
Year Born ___ Year Died ___

Was this contribution to the work a "work made for hire"?
☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
OR ☐ Citizen of Name of Country ___
☐ Domiciled in ___

**THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

---

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**

1999 Year

This information must be given in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**

Complete this information ONLY if this work has been published.

Month 3 Day 9 Year 2000

USA Nation

---

## 4

**a** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA 93950

**See instructions before**

APPLICATION RECEIVED
MAY 08 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 08 2000

FUNDS RECEIVED

**b** **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By assignment

---

**MORE ON BACK**    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number _____    Year of Registration _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions before completing this

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only    See instructions

**8**

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name    Brooks/Cole Publishing Company    Account Number    DA016764

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.

Name/Address/Apt/City/State/Zip
Brooks/Cole Publishing Company
511 Forest Lodge Road
Pacific Grove, CA  93950

c/o Authorized Agent
Christina DeVeto
Area Code & Telephone Number   831-333-3922
Fax Number   800-730-2215

Be sure to give your daytime phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the (Check only one):

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of    Brooks/Cole Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Christina DeVeto    date 4/28/2000

Handwritten signature (X)    Christina I. DeVeto 4/28/00

**10**

**MAIL CERTIFICATE TO:**

Name   Christina DeVeto
Brooks/Cole Publishing Company
Number/Street/Apartment Number
511 Forest Lodge Road
City/State/ZIP
Pacific Grove, CA  93950

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole

# CERTIFICATE OF REGISTRATION





**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

TX 5-735-278

*TX 5005753276*

EFFECTIVE DATE OF REGISTRATION

MAY 01 2003
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF WORK**                                                    0534394655
Introduction to Microbiology
A Case History Approach 3rd edition

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work

If published in a periodical or serial give:   Volume     Number     Issue Date     On Pages

**2**

**a**

| NAME OF AUTHOR | DATES OF BIRTH AND DEATH |
| --- | --- |
| JohnL. Ingraham | Year Born     Year Died |

Was this contribution to the work a "work made for hire"?   ☐ Yes  ☒ No
AUTHOR'S NATIONALITY OR DOMICILE   ☐ Citizen of  Name of Country   OR  ☒ Domiciled in  USA
THIS AUTHOR'S CONTRIBUTION TO THE WORK   Anonymous?  ☐ Yes  ☒ No   Pseudonymous?  ☐ Yes  ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-Author of entire Revised text & CD-ROM excluding content from other sources.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that

**b**

| NAME OF AUTHOR | DATES OF BIRTH AND DEATH |
| --- | --- |
| Catherine A. Ingraham | Year Born     Year Died |

Was this contribution to the work a "work made for hire"?   ☐ Yes  ☒ No
AUTHOR'S NATIONALITY OR DOMICILE   ☐ Citizen of  Name of Country   OR  ☒ Domiciled in  USA
THIS AUTHOR'S CONTRIBUTION TO THE WORK   Anonymous?  ☐ Yes  ☒ No   Pseudonymous?  ☐ Yes  ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Co-Author of entire Revised text & CD-ROM excluding content from other sources.

**c**

| NAME OF AUTHOR | DATES OF BIRTH AND DEATH |
| --- | --- |
|  | Year Born     Year Died |

Was this contribution to the work a "work made for hire"?   ☐ Yes  ☐ No
AUTHOR'S NATIONALITY OR DOMICILE   ☐ Citizen of  Name of Country   OR  ☐ Domiciled in
THIS AUTHOR'S CONTRIBUTION TO THE WORK   Anonymous?  ☐ Yes  ☐ No   Pseudonymous?  ☐ Yes  ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases
2002  Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published
Month  04   Day  14   Year  2003
USA                          Nation

**4**

**a**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
Brooks/Cole Publishing Company
10 Davis Drive
Belmont, CA 94002

See instructions before completing this space.

APPLICATION RECEIVED  MAY 01 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED  MAY 01 2003
FUNDS RECEIVED

**b**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.
By Assignment

**MORE ON BACK**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE
Page 1 of _2_ pages

EXAMINED BY    *WMD*    FORM TX

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** _____    **Year of Registration** _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Additional Revised Content

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

**8**

See Instructions

**DEPOSIT ACCOUNT** If registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name**                                    **Account Number**
Brooks/Cole                                 DA021385

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.
Name/Address/Apt/City/State/Zip
Brooks/Cole Publishing Company        c/o Authorized Agent
10 Davis Drive                        Tom McDonough
Belmont, CA 94002          Area Code & Telephone Number (650) 413-7483
                           Fax Number  (650) 593-9043

Be sure to give
your daytime
phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
(Check only one) ☐ author
                 ☐ other copyright claimant
                 ☐ owner of exclusive right(s)
                 ☒ duly authorized agent of
of the work identified in this application and that the statements made    Brooks/Cole
by me in this application are correct to the best of my knowledge.
                           Name of author or other copyright claimant, or owner of exclusive right(s)

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Tom McDonough                          date  4/23/2003

Handwritten signature (X)

**10**

MAIL
CERTIFI-
CATE TO:

Name Tom McDonough
Brooks/Cole Publishing Company
Number/Street/Apartment Number
10 Davis Drive
City/State/ZIP
Belmont, CA 94002

Certificate
will be
mailed in
window
envelope

YOU MUST
· Complete all necessary spaces
· Sign your application in space 10
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable $30 filing fee in
  check or money order payable to
  Register of Copyrights
3 Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Produced by Brooks/Cole Publishing Co., Dec. 1995