UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,          :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND         :
THE MCGRAW-HILL COMPANIES, INC.,
                                  :
                    Plaintiffs,
                                  :
         -against-                       07 Civ. 9399 (CSH)
                                  :            ECF Case
VINOD KUMAR, VIRENDER YADAV,
SUKHWINDER SINGH AND              :
DART AIR, INC. ALL D/B/A
MODERN BOOKS D/B/A EXPRESS BOOKS  :
D/B/A UNIQUE BOOKS D/B/A
JHON BOOK STORE D/B/A             :
EXPRESSBOOKS06 D/B/A
QUALITYINSTRUMENTS400             :
AND JOHN DOES NOS. 1-5,
                                  :
                    Defendants.
                                  :
- - - - - - - - - - - - - - - - - - x

DECLARATION OF BONNIE BEACHER IN SUPPORT
OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

BONNIE BEACHER hereby declares pursuant to 28

U.S.C. § 1746 that the following is true and correct:

1.    I am Senior Director of Contracts,

Copyrights and Permissions of plaintiff The McGraw-Hill

Companies, Inc. ("McGraw").  I am making this declaration

in support of plaintiffs' motion for summary judgment on

their copyright claims against defendants Vinod Kumar a/k/a

Vinod Nautiyal and Dart Air, Inc.

2.    My responsibilities at McGraw involve the registration of its copyrights, including its copyrights in higher education textbooks.

3.    Annexed as Exhibit D are copies of McGraw's Certificate of United States Copyright Registration for the following works:

Title
Date of Registration
Registration Number

1.    Organic Chemistry:
      A Brief Course,
      Third Edition
      August 8, 2001
      TX0005362457

2.    Production and Operations
      Analysis, Fourth Edition
      February 7, 2001
      TX0005233471

3.    Conducting and Reading Research
      in Health and Human Performance,
      Second Edition
      October 24, 1997
      TX0004574000

4.    Vander's Human Physiology:
      The Mechanisms of Body Language,
      Tenth Edition
      April 26, 2005
      TX0006162292

5.    Intermediate Accounting
      November 12, 1997
      TX0004665617

6.    Atlas of Skeletal Muscles,
      Third Edition
      August 23, 1999
      TX0005047445

7.      Time-saver Standards for
        Interior Design and Space
        Planning, Second Edition
        August 5, 2001
        TX0005427727

8.      Convective Heat and Mass Transfer,
        Third Edition
        March 1, 1993
        TX0003492928

9.      Harrison's Principles of Internal Medicine,
        Fourteenth Edition
        November 24, 1997
        TX0004680455

10.     The Ethics of Management,
        Fourth Edition
        December 20, 2002
        TX0005643484

11.     Essentials of Negotiation,
        Second Edition
        July 14, 2000
        TX0005240870

12.     Interpersonal Skills in Organizations,
        Second Edition
        February 8, 2005
        TX0006142923

13.     Criminal Investigation,
        Seventh Edition
        October 7, 1999
        TX0005064081

14.     The Science and Design
        of Engineering Materials
        February 17, 1995
        TX0003667430

15.     Fundamentals of Vibrations
        June 20, 2000
        TX0005244716

16.    Case Studies in Finance
       Managing for Corporate
       Value Creation, Fourth Edition
       November 20, 2002
       TX0005630838

17.    Discrete Mathematics and
       Its Applications,
       Fifth Edition
       December 20, 2002
       TX0005643474

18.    Strategic Management of
       Technological Innovation
       June 23, 2004
       TX0005986389

19.    Fundamentals of Corporate Finance,
       Standard Edition, Sixth Edition
       March 28, 2003
       TX0005701708

20.    Crafting and Executing Strategy,
       Twelfth Edition
       December 7, 2000
       TX0005201165

21.    Business Communication:
       Basic Critical Skills,
       Second Edition
       May 5, 2003
       TX0005718074

22.    Human Physiology,
       Seventh Edition
       March 19, 2001;
       TX0005361283

23.    Money, Banking and
       Financial Markets
       February 8, 2005
       TX0006613336

24.    Financial Accounting,
       Fourth Edition
       February 28, 2003
       TX0005697734

25.     Statistical Techniques in
        Business and Economics,
        Tenth Edition
        April 10, 2000
        TX0005074606

26.     Organic Chemistry,
        Fourth Edition
        February 9, 2000
        TX0005151331

27.     Transnational Management,
        Third Edition
        September 10, 1999
        TX0005040439

28.     Managerial Accounting,
        Fifth Edition
        June 14, 2001
        TX0005393475

29.     Strategic Management,
        Eighth Edition
        December 19, 2002
        TX0005667198

30.     Vector Mechanics for
        Engineers: Dynamics,
        Sixth Edition
        February 10, 1998
        TX0004709093

31.     Applied Linear Statistical
        Models, Fourth Edition
        March 27, 1996
        TX0004242500

32.     Human Anatomy
        April 27, 2004
        TX0005956415

33.     Managerial Accounting,
        Eighth Edition
        September 18, 1996
        TX0004380077

34.    Marketing Management:
       Knowledge and Skills,
       Seventh Edition
       September 28, 2004
       TX0006049103

35.    Hole's Human Anatomy &
       Physiology, Tenth Edition
       December 15, 2004
       TX0006071274

36.    Operations Management for
       Competitive Advantage,
       Ninth Edition
       August 16, 2000
       TX0005265436

37.    Ecology: Concepts and Applications,
       Second Edition
       July 2, 2001
       TX0005412309

38.    Vector Mechanics for
       Engineers: Statics,
       Seventh Edition
       September 28, 2004
       TX0006037764

39.    Business Driven Technology
       May 5, 2005
       TX0006209520

40.    Principles of Electronic
       Communication Systems,
       Third Edition
       February 15, 2007
       TX0006558927

41.    Introduction to Geographic
       Information Systems,
       Second Edition
       October 27, 2006
       TX0006449794

42.    Vector Mechanics for Engineers,
       Statics and Dynamics,
       Seventh Edition
       December 19, 2005
       TX0006290306

43.    Financial Markets & Institutions
       March 5, 2001
       TX0005356114

44.    Organizational Behavior,
       Third Edition
       June 4, 2004
       TX0005981407

45.    Microelectronic Circuit Design
       February 24, 1997
       TX0004485751

46.    Fundamental Managerial
       Accounting Concepts,
       Third Edition
       February 15, 2005
       TX0006156014

47.    Theories of Personality,
       Sixth Edition
       May 5, 2005
       TX0006218231

48.    New Business Ventures
       and the Entrepreneur,
       Fourth Edition
       January 3, 1994
       TX0003701760

49.    Unit Operations of
       Chemical Engineering,
       Seventh Edition
       December 15, 2004
       TX0006087720

50.    Economics: Principles,
       Problems and Policies,
       Sixteenth Edition
       May 15, 2006
       TX0006361716

51.    Compensation, Eighth Edition
       August 24, 2004
       TX0006017696

52.    Child Psychology, Third Edition
       March 3, 1986
       TX0001772304

53.    Marketing: the Core
       February 4, 2004
       TX0006030091

54.    Advanced Financial Accounting,
       Sixth Edition
       June 21, 2004
       TX0005986569

55.    Economics, Sixth Edition
       July 3, 2001
       TX0005405876

56.    Database Systems Concepts,
       Fourth Edition
       July 31, 2001
       TX0005420188

57.    Environmental Science,
       Ninth Edition
       May 5, 2003
       TX0005733460

58.    Business Communication,
       Fourth Edition
       January 31, 1980
       TX0000407157

59.    Fluid Mechanics, Fifth Edition
       March 10, 2003
       TX0005672904

60.    Business Marketing,
       Second Edition
       July 19, 2001
       TX0005349318

61.    Supervision: Concepts and
       Skill-Building, Third Edition
       August 20, 1999
       TX0005025972

62.    Personal Finance, Third Edition
       March 4, 1994
       TX0003759224

63.    Fundamentals of Selling,
       Fourth Edition
       January 4, 1993
       TX0003463740

64.    Managing Human Resources,
       Fourth Edition
       January 11, 1995
       TX0003967877

65.    Corporate Finance: Core
       Principles and Applications
       March 29, 2006
       TX0006330495

66.    Leadership: Enhancing the
       Lessons of Experience,
       Fourth Edition
       December 27, 2001
       TX0005490584

67.    Contemporary Advertising,
       Sixth Edition
       November 22, 1995
       TX0004168974

68.    Managerial Economics,
       Eighth Edition
       April 27, 2004
       TX0005956482

69.    Benson's Microbiological
       Applications, Ninth Edition
       June 4, 2004
       TX0005989347

70. Formulation, Implementation,
    and Control of Competitive
    Strategy, Ninth Edition
    April 27, 2004
    TX0005956264

71. Fundamental Accounting Principles,
    Fifteenth Edition
    September 13, 1999
    TX0005040468

72. Essentials of Anatomy & Physiology,
    Fifth Edition
    April 27, 2004
    TX0005956204

73. Consumer Behavior and
    Marketing Strategy,
    Fourth Edition
    October 11, 1995
    TX0004143411

74. Perspectives in Business
    Ethics, Third Edition
    April 26, 2004
    TX0005954247

75. Management Control Systems,
    Eleventh Edition
    October 14, 2003
    TX0005824215

76. Negotiation: Readings, Exercises,
    and Cases, Fourth Edition
    October 1, 2002
    TX0005624572

77. Fundamentals of Electric Circuits,
    Second Edition
    February 28, 2003
    TX0005706432

78. Synthesis and Optimization
    of Digital Circuits
    March 22, 1994
    TX0003763958

79.     Organization Development
        and Transformation, Sixth Edition
        April 23, 2004
        TX0005954185

80.     Basic Business Communication,
        Seventh Edition
        October 11, 1995
        TX0004129027

81.     Design of Concrete Structures,
        Thirteenth Edition
        January 30, 2004
        TX0005906750

82.     Health Psychology,
        Fifth Edition
        November 13, 2002
        TX0005608847

83.     Physical Chemistry,
        Fifth Edition
        October 17, 2001
        TX0005470348

84.     Introduction to the
        Finite Element Method,
        Third Edition
        January 25, 2005
        TX0006101281

85.     Principles of Environmental
        Science: Inquiry and
        Applications, Second Edition
        May 7, 2003
        TX0005717755

86.     Human Resource Strategy:
        A Behavioral Perspective
        for the General Manager
        March 15, 2001
        TX0005359597

87.     Human Resource Management,
        Fourth Edition
        October 14, 2003
        TX0005837555

88.    Functional Analysis,
       Second Edition
       September 17, 1990
       TX0002907213

89.    Systems Analysis and
       Design Methods,
       Seventh Edition
       March 17, 2006
       TX0006333132

90.    Juran's Quality Planning
       And Analysis for Enterprise
       Quality, Fifth Edition
       March 3, 2006
       TX0006351562

91.    Design of Machinery,
       Third Edition
       December 15, 2004
       TX0006079800

92.    Financial Markets and
       Corporate Strategy,
       Second Edition
       November 13, 2001
       TX0005471539

93.    A Topical Approach to Life-
       Span Development, Third Edition
       March 17, 2006
       TX0006312113

94.    Real and Complex Analysis,
       Third Edition
       August 11, 1986
       TX0001887185

95.    Microwave Transmission Networks:
       Planning, Design, and Deployment
       April 30, 2004
       TX0005954726

96.   Introduction to Probability and
      Statistics, Third Edition
      April 11, 1995
      TX0004030173

97.   Fundamentals of Digital Logic
      with VHDL Design
      August 20, 1999
      TX0004961919

98.   Adolescence, Eighth Edition
      July 24, 2000
      TX0005249141

99.   Human Resource Management,
      Third Edition
      November 14, 2002
      TX0005635775

100.  Organizational Behavior and
      Management, Sixth Edition
      August 8, 2001
      TX0005423450

101.  Introduction to Operations
      Research, Eighth Edition
      July 28, 2006
      TX0006407273

102.  Grob's Basic Electronics
      May 15, 2006
      TX0006340277

103.  Organizational Behavior:
      Human Behavior at Work,
      Eleventh Edition
      June 14, 2001
      TX0005360845

104.  Marketing, Fifth Edition
      September 18, 1996
      TX0004378194

105.  Fluid Mechanics: Fundamentals
      and Applications
      February 8, 2005
      TX0006164685

106.    Economics, Eighteenth Edition
        August 5, 2004
        TX0006037505

107.    Elementary Number Theory,
        Sixth Edition
        January 3, 2006
        TX0006317490

108.    Heat Transfer, Ninth Edition
        December 6, 2001
        TX0005490794

109.    Ethics in Engineering,
        Fourth Edition
        June 23, 2004
        TX0005986214

110.    Electronic Commerce:
        Security, Risk Management,
        and Control, Second Edition
        December 6, 2001
        TX0005464917

        4.    Although the copyright claimant for some of these works is an entity or name other than McGraw, each is a predecessor or former name of McGraw.

- Richard D. Irwin, Inc. is a company acquired by and merged into McGraw.

- McGraw-Hill, Inc. is a previous corporate name of McGraw.

- McGraw-Hill Book Company is a previous imprint and operating unit of McGraw-Hill, Inc.

5.    It is my understanding that McGraw's Foreign Editions of United States books are essentially identical in basic content to books copyrighted in the United States, except for the quality and color of the printing and the cover, but published outside of the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of July 2008.

_____
Bonnie Beacher