EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶  Not available     Year of Registration ▶  Not available

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous edition; includes some materials from other sources

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Editorial revisions and new and revised material; no claim to CD ROM

See Instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼

The McGraw-Hill Companies, Inc.                                 011878

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
The McGraw-Hill Companies, Inc.
Two Penn Plaza, 9th fl.
New York, NY 10121-2298

Area code and daytime telephone number ▶ 212-904-2783          Fax number ▶ 212-904-2346
Email ▶

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
                                    ☐ author
                                    ☐ other copyright claimant
Check only one ▶                    ☐ owner of exclusive right(s)
                                    ☑ authorized agent of  Copyright Claimant
of the work identified in this application and that the statements made          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Beverley Robertson                                              Date ▶ August 7, 2000

Handwritten signature (X) ▼

X _Beverley Robert_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
The McGraw-Hill Companies, Inc.          Attn: B. Robertson

Number/Street/Apt ▼
Two Penn Plaza, 9th fl.

City/State/ZIP ▼
New York, NY 10121-2298

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



**FORM TX** 239530-3
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REC

**TX 5-265-436**

*TX0005265436*

TAU

EFFECTIVE DATE OF REGISTRATION

**AUG 16 2000**

Month          Day          Year

741

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL — **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

OPERATIONS MANAGEMENT FOR COMPETITIVE ADVANTAGE, NINTH EDITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Richard B. Chase

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of editorial revisions and new and revised material; no claim to CD ROM

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

Nicholas J. Aquilano

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of editorial revisions and new and revised material; no claim to CD ROM

**c**

**NAME OF AUTHOR ▼**

F. Robert Jacobs

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of editorial revisions and new and revised material; no claim to CD ROM

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 31   Year ▶ 2000
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The McGraw-Hill Companies, Inc.
Two Penn Plaza, 9th fl.
New York, NY 10121-2298

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By assignment from the authors

APPLICATION RECEIVED
AUG 16 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 16 2000

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*



**TX 5-412-309**

*·TX000S412300·*

**EFFECTIVE DATE OF REGISTRATION**

JUL - 2 2001

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

0-07-029416-x          ECOLOGY: CONCEPTS AND APPLICATIONS, SECOND EDITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.          **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Manual C. Molles

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Editorial revisions and new and revised material

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May    Day ▶ 7    Year ▶ 2001
USA ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The McGraw-Hill Companies, Inc.
Two Penn Plaza, 9th fl. New York, NY 10121-2298

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By assignment from the author

**APPLICATION RECEIVED**
JUL 02 2001

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUL 02 2001

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY _Cull_    FORM TX

CHECKED BY _____

☐ CORRESPONDENCE    FOR
☐ Yes    COPYRIGHT
    OFFICE
    USE
    ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶    Not available    Year of Registration ▶    Not available

**DERIVATIVE WORK OR COMPILATION**    a    **6**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous edition; includes some figures from other sources

    See instructions
    before completing
    this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    b

Editorial revisions and new and revised material

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    a    **7**
Name ▼    Account Number ▼
The McGraw-Hill Companies, Inc.    011878

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼    b
The McGraw-Hill Companies, Inc.
Two Penn Plaza, 9th fl.
New York, NY 10121-2298

Area code and daytime telephone number ▶ 212-904-2783    Fax number ▶ 212-904-2346
Email ▶

**CERTIFICATION**  I, the undersigned, hereby certify that I am the    **8**
☐ author
Check only one ▶ ☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    Copyright Claimant
of the work identified in this application and that the statements made    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Beverley Robertson    Date ▶ June 5, 2001

        Handwritten signature (X) ▼
👉    X _Beverley Robertson_ _____

Certificate    Name ▼    **9**
will be    The McGraw-Hill Companies, Inc.    Attn: B. Robertson
mailed in    
window    Number/Street/Apt ▼
envelope    Two Penn Plaza, 9th fl.
to this    
address:    City/State/ZIP ▼
    New York, NY 10121-2298

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form    As of
2. Nonrefundable filing fee in check or money order    July 1,
payable to Register of Copyrights    1999,
3. Deposit material    the
MAIL TO    filing
Library of Congress    fee for
Copyright Office    Form TX
101 Independence Avenue, S.E.    is $30.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000    ⊛ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-037-764**

( TX )     ( TXU )

**EFFECTIVE DATE OF REGISTRATION**

**9-28-04**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
0 07 293078 0    VECTOR MECHANICS FOR ENGINEERS STATICS SEVENTH EDITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
E RUSSELL JOHNSTON

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☑ No
Pseudonymous?    ☐ Yes    ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Editorial revisions new and revised material

**NOTE**

Under the law the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
ELLIOT R EISENBERG

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☑ No
Pseudonymous?    ☐ Yes    ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Editorial revisions new and revised material

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2003    ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information only if this work has been published.
Month March    Day 3    Year 2003
USA    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
The McGraw Hill Companies Inc
Two Penn Plaza New York NY 10121 2298

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By assignment

APPLICATION RECEIVED
SEP 28 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 28 2004
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of **2** pages

| EXAMINED BY _E̲25̲_ | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

a

INCLUDES SOME PREEXISTING TEXT

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

b

SOME TEXT

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                                 Account Number ▼

**7**

a

MACMILLAN/McGRAW-HILL                                    074969

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

b

THE McGRAW-HILL COMPANIES, INC.
TWO PENN PLAZA, 9TH FL.
NEW YORK, NY 10121-2298

Area code and daytime telephone number ▶ 212-904-2783          Fax number ▶ 212-904-6285
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   COPYRIGHT CLAIMANT

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

BEVERLEY ROBERTSON                                    Date▶ JUNE 3, 2004

Handwritten signature (X) ▼

X _Beverley Cross_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>THE McGRAW-HILL COMPANIES, INC.  ATTN: B. ROBERTSON<br>Number/Street/Apt ▼<br>TWO PENN PLAZA, 9TH FL.<br>City/State/ZIP ▼<br>NEW YORK, NY 10121-2298 | **9** |
|---|---|---|

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2001—xxxxx   Web Rev: July 2002   ● Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-209-520**

EFFECTIVE DATE OF REGISTRATION

05    05    2005
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**
0-07 298301 9    BUSINESS DRIVEN TECHNOLOGY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** **a** **NAME OF AUTHOR ▼**
STEPHEN HAAG

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    USA
Domiciled in ▶    USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
AUTHOR OF SOME TEXT, ILLUSTRATIONS AND PHOTOGRAPHS NO CLAIM TO CD ROM

**NOTE**
Under the law, the author of a 'work made for hire' is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check 'Yes' in the space provided, give the employer (or other person for whom the work was prepared) as 'Author' of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
PAIGE BALTZAN

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    USA
Domiciled in ▶    USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
AUTHOR OF SOME TEXT, ILLUSTRATIONS AND PHOTOGRAPHS, NO CLAIM TO CD ROM

**c** **NAME OF AUTHOR ▼**
AMY PHILLIPS

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    USA
Domiciled in ▶    USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is 'Yes,' see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
AUTHOR OF SOME TEXT, ILLUSTRATIONS AND PHOTOGRAPHS, NO CLAIM TO CD ROM

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004    ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month▶ JANUARY    Day▶ 31    Year▶ 2005
USA    ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
THE McGRAW-HILL COMPANIES INC
TWO PENN PLAZA NEW YORK NY 10121 2298

**APPLICATION RECEIVED**
MAY 05 2005
ONE DEPOSIT RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
BY ASSIGNMENT

**TWO DEPOSITS RECEIVED**
MAY 05 2005
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 1 pages

EXAMINED BY joe

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give Previous Registration Number ▶                     Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**INCLUDES SOME TEXT AND ILLUSTRATIONS**                                          a

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**SOME TEXT ILLUSTRATIONS AND PHOTOGRAPHS NO CLAIM TO CD ROM**                    b

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                       Account Number ▼

**McGRAW HILL HIGHER EDUCATION**                             080772                 a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

**THE McGRAW HILL COMPANIES INC**                                                  b
**TWO PENN PLAZA 9TH FL**
**NEW YORK, NY 10121 2298**

**7**

Area code and daytime telephone number ▶ 212 904-2783

Email ▶                                              Fax number ▶ 212 904 2390

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **COPYRIGHT CLAIMAN**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

**BEVERLEY ROBERTSON**

Handwritten signature (X) ▼                                  Date ▶ **MARCH 7, 2005**

X _____

**Certificate
will be
mailed in
window
envelope
to this
address**

Name ▼
**THE McGRAW HILL COMPANIES INC**        **ATTN B ROBERTSON**

Number/Street/Apt ▼
**TWO PENN PLAZA 9TH FL**

City/State/ZIP ▼
**NEW YORK, NY 10121 2298**

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev July 2003—xxx  Web Rev July 2003  ⊕ Printed on recycled paper                    U.S. Government Printing Office 2000-461 113/20 021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-558-927**

EFFECTIVE DATE OF REGISTRATION

2 Month 15 Day 07 Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
0-07-322278-X    PRINCIPLES OF ELECTRONIC COMMUNICATION SYSTEMS, THIRD EDITION

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a** NAME OF AUTHOR ▼
LOUIS E. FRENZEL

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
2006 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month▶ DECEMBER  Day▶ 27  Year▶ 2006
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE McGRAW-HILL COMPANIES, INC.
TWO PENN PLAZA, NEW YORK, NY 10121-2298

See instructions before completing this space.

APPLICATION RECEIVED
FEB 15 2007

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 15 2007

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY ASSIGNMENT

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages


| EXAMINED BY | ~~M~~ | FORM TX |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ **N/A**       Year of Registration ▶ **N/A**

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**PREVIOUS EDITION; CONTAINS SOME PHOTOGRAPHS**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**EDITORIAL REVISIONS NEW AND REVISED MATERIAL**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**a**

**HIGHER EDUCATION**                          080772

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / Zip ▼

**b**

**THE McGRAW-HILL COMPANIES, INC.**
**TWO PENN PLAZA, 10TH FL.**
**NEW YORK, NY 10121-2298**

Area code and daytime telephone number ▶ **212-904-2783**       Fax number ▶ **212-904-2346**
Email ▶

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **COPYRIGHT CLAIMANT**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**BEVERLEY ROBERTSON**                          Date ▶ **JANUARY 31, 2007**

Handwritten signature ▼

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
**THE McGRAW-HILL COMPANIES, INC.**   ATTN: B. ROBERTSON
Number/Street/Apt ▼
**TWO PENN PLAZA, 10FL**
City/State/Zip ▼
**NEW YORK, NY 10121-2298**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full   Rev. 11/2006   Print: 11/2006 — 30,000   Printed on recycled paper       U.S. Government Printing Office: 2006-x

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 6-449-794**

EFFECTIVE DATE OF REGISTRATION

**OCT 27 2006**

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

0-07-286121-5    INTRODUCTION TO GEOGRAPHIC INFORMATION SYSTEMS, SECOND EDITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

KANG-TSUNG CHANG

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ SEPTEMBER   Day▶ 8   Year▶ 2004
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE McGRAW-HILL COMPANIES, INC.
TWO PENN PLAZA, NEW YORK, NY 10121-2298

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY ASSIGNMENT

APPLICATION RECEIVED
**OCT 27 2006**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**OCT 27 2006**
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>  Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ N/A        Year of Registration ▶ N/A

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

**PREVIOUS EDITION; CONTAINS SOME TEXT, PHOTOGRAPHS AND ILLUSTRATIONS**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**EDITORIAL REVISIONS NEW AND REVISED MATERIAL**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7**

a

HIGHER EDUCATION                                      080772

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

b

THE McGRAW-HILL COMPANIES, INC.
TWO PENN PLAZA, 10TH FL.
NEW YORK, NY 10121-2298

Area code and daytime telephone number ▶ 212-904-2415                Fax number ▶ 212-904-2346
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                      Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **COPYRIGHT CLAIMANT**

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

LEAH DURNER                                      Date ▶ OCTOBER 16, 2006

Handwritten signature (X) ▼

X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>THE McGRAW-HILL COMPANIES, INC.       ATTN: B. ROBERTSON<br><br>Number/Street/Apt ▼<br>TWO PENN PLAZA, 10TH FL.<br><br>City/State/ZIP ▼<br>NEW YORK, NY 10121-2298 | |

**9**

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX    Rev: 06/2002    Print: 07/2002—30,000   Printed on recycled paper                U.S. Government Printing Office: 2004-000-000/00, 000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-290-306**

EFFECTIVE DATE OF REGISTRATION

12 / 19 / 05
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
0-07 230491 X  VECTOR MECHANICS FOR ENGINEERS STATICS AND DYNAMICS  SEVENTH EDITION COLL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**

If published in a periodical or serial give  Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
E RUSSELL JOHNSTON JR

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
OR Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
CO AUTHOR OF EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼
ELLIOT R EISENBERG

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
CO-AUTHOR OF EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**c** NAME OF AUTHOR ▼
WILLIAM E CLAUSEN

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
CO AUTHOR OF EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ▼ 2004 ◀ Year in all cases

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ AUGUST   Day ▶ 2   Year ▶ 2004   ◀ Nation

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
THE McGRAW-HILL COMPANIES INC
2 PENN PLAZA 9TH FLOOR
NEW YORK NY 10121 2298

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
BY ASSIGNMENT

APPLICATION RECEIVED
DEC 15 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 19 2005
FUNDS RECEIVED

---

MORE ON BACK ▶

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes, give Previous Registration Number ▶ NOT AVAILABLE     Year of Registration ▶ NOT AVAILABLE

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

PREVIOUS EDITION

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**6**
a

b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                         Account Number ▼

McGRAW HILL HIGHER EDUCATION          0800772

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / ZIP ▼

THE McGRAW HILL COMPANIES INC
2 PENN PLAZA 9TH FLOOR
NEW YORK NY 10121 2298

Area code and daytime telephone number ▶ 1 212 904 6594     Fax number ▶ 1 212 904 6285
Email ▶

**7**
a

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  COPYRIGHT CLAIMANT
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Jeanette Cintron                                   Date ▶ December 7, 2005

Handwritten signature (X) ▼

X _____ Jeanette Cintron

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
THE McGRAW HILL COMPANIES INC   Attn Jeanette Cintron

Number/Street/Apt ▼
2 PENN PLAZA 9TH FLOOR

City/State/ZIP ▼
NEW YORK NY 10121 2298

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev July 2003—xxxx   Web Rev July 2003   ☺ Printed on recycled paper

U S Government Printing Office 2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-356-114**

EFFECTIVE DATE OF REGISTRATION

Month **Mar**  Day **5**  Year **01**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼

0-07-234892-5         FINANCIAL MARKETS AND INSTITUTIONS
601                           A MODERN PERSPCTIVE

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**  NAME OF AUTHOR ▼

**a**  Anthony Saunders

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Coauthor of entire work, except some figures from other sources.

**b**  NAME OF AUTHOR ▼
Marcia Million Cornett

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Coauthor of entire work, except some figures from other sources.

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
      Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**  **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀ Year in all cases.
2001

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 3    Year ▶ 2001
United States of America    ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The McGraw-Hill Companies, Inc.
2 Penn Plaza, New York, NY 10121-2298

See instructions before completing this space.

APPLICATION RECEIVED
MAR 05 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 05 2001
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By assignment from the authors.

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                            • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

   Includes figures.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   Entire work, except some figures from other sources.

**6**

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                              Account Number ▼

The McGraw-Hill Companies, Inc.                     011878

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

The McGraw-Hill Companies, Inc.
2 Penn Plaza, 9th Floor
New York, NY 10121-2298

Area code and daytime telephone number ▶ 212 904 2721          Fax number ▶ 212 904 2346

Email ▶ bonita_jasper@mcgraw-hill.com

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   copyright claimant

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

   BONITA JASPER                                    Date ▶ February 26, 2001

☞ X _____ Handwritten signature (X) ▼ _Bonita Jasper_

| Certificate will be mailed in window envelope to this address: | Name ▼ The McGraw-Hill Companies, Inc.        Attn: Bonita Jasper |
|---|---|
| | Number/Street/Apt ▼ 2 Penn Plaza, 9th floor |
| | City/State/ZIP ▼ New York, NY 10121-2298 |

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form TX is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—2(0,000)          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-961-407**

EFFECTIVE DATE OF REGISTRATION

6     4     04
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
0-07-297686-1     ORGANIZATIONAL BEHAVIOR, THIRD EDITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
STEVEN L. McSHANE

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ AUSTRALIA
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
EDITORIAL REVISIONS NEW AND REVISED MATERIAL; NO CLAIM TO CD ROM

**b**

**NAME OF AUTHOR ▼**
MARY ANN VON GLINOW

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
EDITORIAL REVISIONS NEW AND REVISED MATERIAL; NO CLAIM TO CD ROM

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ MARCH    Day ▶ 23    Year ▶ 2004
Nation USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
THE McGRAW-HILL COMPANIES, INC
TWO PENN PLAZA, NEW YORK, NY 10121-2298

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY ASSIGNMENT

APPLICATION RECEIVED JUN 04 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED JUN 0 4 2004

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
　Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▶ N/A             Year of Registration ▶ N/A

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

PREVIOUS EDITION, INCLUDES SOME MATERIAL

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

EDITORIAL REVISIONS NEW AND REVISED MATERIAL ; NO CLAIM TO CD ROM

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                                      Account Number ▼

McGRAW-HILL HIGHER EDUCATION                              080772

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / ZIP ▼

THE McGRAW-HILL COMPANIES, INC
TWO PENN PLAZA
NEW YORK, NY 10121-2298

Area code and daytime telephone number ▶ 212-904-2783          Fax number ▶ 212-904-6285
Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  COPYRIGHT CLAIMANT
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

BEVERLEY ROBERTSON                                   Date ▶ MAY 17, 2004

Handwritten signature (X) ▼

X _____

Certificate will be mailed in window envelope to this address
Name ▼
THE McGRAW-HILL COMPANIES, INC     ATTN B ROBERTSON
Number/Street/Apt ▼
TWO PENN PLAZA, 9TH FL
City/State/ZIP ▼
NEW YORK, NY 10121-2298

*17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev. July 2003—xxx   Web Rev July 2003   ● Printed on recycled paper

U.S. Government Printing Office 2000-461 113

032482-4    063

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 4-485-751**

EFFECTIVE DATE OF REGISTRATION

**FEB 2 4 1997**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

MICROELECTRONIC CIRCUIT DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2    a

**NAME OF AUTHOR ▼**

Richard C. Jaeger

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    USA
Domiciled in ▶    USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law...

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work except some data sheets and figures from other sources

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December    Day ▶ 16    Year ▶ 1996
USA    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

The McGraw-Hill Companies, Inc.
1221 Avenue of The Americas
New York, New York 10020-1095

See instructions before completing this space

**APPLICATION RECEIVED**
FEB 24 1997
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
FEB 24 1997

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By assignment from the author

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions    • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____         FORM TX

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Includes some data sheets and figures from other sources

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Entire work except some data sheets and figures from other sources

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼         Account Number ▼

McGraw-Hill, Inc.         011878

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
The McGraw-Hill Companies, Inc.      Attn: Beverley Robertson
1221 Avenue of the Americas, 13th fl.
New York, New York 10020-1095

Area Code and Telephone Number ▶ (212) 512-2783

**9**

Be sure to
give your
daytime phone
number

**CERTIFICATION** I, the undersigned, hereby certify that I am the —
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights The McGraw-Hill Companies, Inc
☒ authorized agent of    Copyright Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Beverley Robertson      date ▶ February 13, 1997

👉 Handwritten signature (X) ▼    *Beverley Robertson*

**10**

**MAIL
CERTIFI-
CATE TO**
Name ▼
The McGraw-Hill Companies, Inc.      Attn: B. Robertson
Number Street Apartment Number ▼

Certificate
will be
mailed in
window
envelope

1221 Avenue of the Americas, 13th fl.
City State ZIP ▼
New York, New York 10020-1095

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

January 1995—400,000    PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-156-014**

EFFECTIVE DATE OF REGISTRATION

Month **FEB** Day **15** Year **05**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

0-07-299105-4   FUNDAMENTAL MANAGERIAL ACCOUNTING CONCEPTS, THIRD EDITION COLL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a   NAME OF AUTHOR ▼**

THOMAS P. EDMONDS

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b   NAME OF AUTHOR ▼**

CINDY D. EDMONDS

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**c   NAME OF AUTHOR ▼**

BOR-YI TSAY

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
CO-AUTHOR OF EDITORIAL REVISIONS NEW AND REVISED MATERIAL

## 3

**a   YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2004
This information must be given in all cases.

**b   DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ DECEMBER   Day ▶ 21   Year ▶ 2004
ONLY if this work has been published.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE McGRAW-HILL COMPANIES, INC.
2 PENN PLAZA, 9TH FLOOR
NEW YORK, NY 10121-2298

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY ASSIGNMENT

APPLICATION RECEIVED
FEB 15 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 15 2005
FUNDS RECEIVED

See instructions before completing this space.

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE



EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▶ NOT AVAILABLE     Year of Registration ▶ NOT AVAILABLE

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

CONTAIN SOME TEXT, PHOTO  AND ILLUSTRATION

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
EDITORIAL REVISIONS NEW REVISED MATERIAL

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                            Account Number ▼

McGRAW-HILL HIGHER EDUCATION                                                       080772

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / ZIP ▼

THE McGRAW-HILL COMPANIES, INC.
2 PENN PLAZA, 9TH FLOOR
NEW YORK, NY 10121-2298

Area code and daytime telephone number ▶ 1 212 904-6594          Fax number ▶ 1 212 904-6285
Email ▶

**CERTIFICATION*** 1. the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  COPYRIGHT CLAIMANT
Check only one ▶
of the work identified in this application and that the statements made         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeanette Cintron                                                          Date ▶ February 1, 2005

Handwritten signature (X) ▼

X _____

Certificate will be mailed in window envelope to this address:

Name ▼
THE McGRAW-HILL COMPANIES, INC.        Attn: Jeanette Cintron
Number/Street ▼
2 PENN PLAZA, 9TH FLOOR
City/State/ZIP ▼
NEW YORK, NY 10121-2298

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ⊕ Printed on recycled paper                    U.S. Government Printing Office 2000-461-113/9

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**Form** *TX* **/CON**
UNITED STATES COPYRIGHT OFFICE

**TX 6—156—014**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|-----|----|-----|----|-----|

**EFFECTIVE DATE OF REGISTRATION**

*Feb* *15* *05*
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

FEB 1 5 2005

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page __3__ of __4__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

FUNDAMENTAL MANAGERIAL ACCOUNTING CONCEPTS, THIRD EDITION

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

THE McGRAW-HILL COMPANIES, INC., 2 PENN PLAZA, 9TH FLOOR, NEW YORK, NY 10121-2298

---

**B**
Continuation of Space 2

**d**

**NAME OF AUTHOR ▼**

PHILIP R. OLDS

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which):    ❏ Space 1    ❏ Space 4    ❏ Space 6

**C**

Continuation
of other
Spaces

| Certificate will be mailed in window envelope to this address: | Name ▼ | |
|---|---|---|
| | THE McGRAW-HILL COMPANIES, INC. | |
| | Number/Street/Apt ▼ | |
| | 2 PENN PLAZA, 9TH FLOOR | |
| | City/State/ZIP ▼ | |
| | NEW YORK, NEW YORK 10121-2298 | |

**D**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-218-231**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 5 | 5 | 05 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
0-07-319181-7          THEORIES OF PERSONALITY, SIXTH EDITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**a**

**NAME OF AUTHOR ▼**
JESS FEIST

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ USA
     { Domiciled in ▶ _____ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
GREGORY J FEIST

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ USA
     { Domiciled in ▶ _____ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ FEBRUARY    Day ▶ 26    Year ▶ 2005
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
THE McGRAW-HILL COMPANIES, INC
TWO PENN PLAZA, NEW YORK, NY 10121-2298

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
BY ASSIGNMENT

APPLICATION RECEIVED
MAY 05 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 05 2005
FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages