| EXAMINED BY | K | FORM |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FO COPYR OFFI US ON |

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▶ **N/A**    Year of Registration ▶ **N/A**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that the  work is based on or incorporates ▼    **a**

Previous edition  includes some photographs from other sources

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼    **b**

Editorial revisions new and revised material

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                    Account Number ▼    **a**
McGraw Hill Higher Education               080772

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼    **b**
The McGraw Hill Companies  Inc
Two Penn Plaza  9th fl
New York  NY 10121 2298

Area code and daytime telephone number ▶ 212 904 2783    Fax number ▶ 212 904 6285
Email ▶

**CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Copyright Claimant**
Name of author or other copyright claimant, o owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Beverley Robertson                                    Date ▶ April 5, 2004

Handwritten signature (X) ▼
X _____   Beverley Robertson

| Certificate will be mailed in window envelope to this address | Name ▼ The McGraw Hill Companies  Inc |
| | Number/Street/Apt ▼ Two Penn Plaza  9th fl |
| | City/State/ZIP ▼ New York  NY 10121 2298 |

B ROBERTSON

*17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev July 2003—xxxx    Web Rev July 2003    ⊛ Printed on recycled paper                    US Government (P    Reg Office 2000-461 112/2

5

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

# FORM TX



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



TX 4-143-411

| TX | | TXU |

**EFFECTIVE DATE OF REGISTRATION**

OCT 11 1995
Month       Day       Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**  TITLE OF THIS WORK ▼

CONSUMER BEHAVIOR AND MARKETING STRATEGY, Fourth Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**

**a**  NAME OF AUTHOR ▼

J. PAUL PETER

Was this contribution to the work a 'work made for hire'?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Coauthor of new and revised material

**b**  NAME OF AUTHOR ▼

JERRY C. OLSON

Was this contribution to the work a 'work made for hire'?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Coauthor of new and revised material

**c**  NAME OF AUTHOR ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1995 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month▶ August   Day▶ 28   Year▶ 1995
ONLY if this work has been published.   U.S.A   ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼   Richard D. Irwin, a Times Mirror Higher Education Group, Inc. company
1333 Burr Ridge Parkway
Burr Ridge, IL 60521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

by contract

**APPLICATION RECEIVED**
MAY 11 1995
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
OCT 11 1995
**REMITTANCE NUMBER AND DATE**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of _____ pages

93904001

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  TX-3-871-745  Year of Registration ▼  1994

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

previous edition

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

new and revised material

**6**

See instructions
before completing
this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  Richard D. Irwin, a Times Mirror
Higher Education Group, Inc. company

Account Number ▼  64564

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Marjorie Kaplan, Permissions & Copyright Editor
Richard D. Irwin, a Times Mirror Higher Education Group, Inc. company
1333 Burr Ridge Parkway, Burr Ridge, IL  60521

Area Code & Telephone Number ▶ 708-789-5111

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Times Mirror Higher Education Group, Ir

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Marjorie Kaplan                                date ▶ September 26, 1995

☞  Handwritten signature (X) ▼

*Marjorie Kaplan*

**10**

**MAIL
CERTIFICATE TO**

Name ▼ Marjorie Kaplan, Permissions & Copyright Editor
Richard D. Irwin, a Times Mirror Higher Education Group,

Number/Street/Apartment Number ▼  1333 Burr Ridge Parkway

City/State/ZIP ▼  Burr Ridge, IL  60521

Certificate
will be
mailed in
window
envelope

**11**

Complete all necessary spaces
Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ad-
just fees at 5 year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—120,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,501

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST **TX 5-954-247**

EFFECTIVE DATE OF REGISTRATION

4    26    0(
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
0 07 288146 1       PERSPECTIVES IN BUSINESS ETHICS  THIRD EDITION
COLL

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.       Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼          Number ▼                    Issue Date ▼                    On Pages ▼

---

**2**

**a**
NAME OF AUTHOR ▼
LAURA P. HARTMAN

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a
work made for hire ?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION
THE WORK
Anonymous?     ☐ Yes ☒ No    If the answer to either
of these questions is
"Yes," see detailed
Pseudonymous?  ☐ Yes ☒ No    instructions

**NOTE**
Under the law
the author of
a work made
for hire is
generally the
employer not
the employee
(see instruc-
tions). For any
part of this
work that was
made for hire
check "Yes" in
the space
provided give
the employer
(or other
person for
whom the work
was prepared)
as Author of
that part and
leave the
space for dates
of birth and
death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a
work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION
THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a
work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION
THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**
YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED  This information
must be given
▼Year in all cases.
2004

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month▶ FEBRUARY   Day▶ 26   Year▶ 2004
ONLY if this work
has been published.

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as
the author given in space 2 ▼
THE MCGRAW HILL COMPANIES INC
2 PENN PLAZA 9TH FLOOR
NEW YORK NY 10121 2298

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
BY ASSIGNMENT FROM THE AUTHOR

APPLICATION RECEIVED
APR 26 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 26 2004

FUNDS RECEIVED

See instructions
before completing
this space

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions      Sign the form at line 8

DO NOT WRITE
Page 1 of

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM

FOR
COPYRI
OFFI
USE
ONL

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

PREVIOUS REGISTRATION Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes   give  Previous Registration Number ▶ NOT AVAILABLE          Year of Registration ▶

DERIVATIVE WORK OR COMPILATION
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

PREVIOUS EDITION  INCLUDES SOME TEXT AND MATERIAL FROM OTHER SOURCES

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

EDITORIAL REVISIONS NEW AND REVISED MATERIAL

a

b

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                                    Account Number ▼

MCGRAW HILL HIGHER EDUCATION          080772

CORRESPONDENCE Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / ZIP ▼

THE MCGRAW HILL COMPANIES  INC
2 PENN PLAZA  9TH FLOOR
NEW YORK  NY 10121 2298

Area code and daytime telephone number ▶ 1 212 904 6594          Fax number ▶ 1 212 904 6285

Email ▶

a

b

CERTIFICATION*  I, the undersigned  hereby certify that I am the

Check only one ▶
☐ author
☐ ☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  COPYRIGHT CLAIMANT

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Jeanette Cintron                          Date ▶ APRIL 8, 2004

Handwritten signature (X) ▼

X _____ Jeanette Cintron

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼

THE MCGRAW HILL COMPANIES  INC     Attn  Jeanette Cintron

Number/Street/Apt ▼

2 PENN PLAZA  9TH FLOOR

City/State/ZIP ▼

NEW YORK  NY 10121 2298

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev  July 2003—xxx   Web Rev  July 2003   ♻ Printed on recycled paper          U S Government Printing Office 2000-461 113/

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM TX**
For a Non dramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 5-824-215**

TX5824215

Month **Oct** Day **14** Year **03**

---

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
0 07-281931-6    MANAGEMENT CONTROL SYSTEMS ELEVENTH EDITION

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**
NAME OF AUTHOR ▼
Robert N Anthony

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ___ USA
    { Domiciled in ___ USA

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Editorial revisions new and revised material

**NOTE**

Under the law the author of a "work made for hire is generally the employer not the employee (see Instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b**
NAME OF AUTHOR ▼
Vijay Govindarajan

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ___
    { Domiciled in ___

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Editorial revisions new and revised material

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ___
    { Domiciled in ___

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ▼ Year in all cases
2003 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month May    Day 27    Year 2003
USA    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
The McGraw-Hill Companies Inc
Two Penn Plaza, New York NY 10121 2298

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By assignment

APPLICATION RECEIVED OCT 14 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 14 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5 8) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___

| EXAMINED BY | *[signature]* | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ N/A    **Year of Registration** ▶ N/A

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**  **a**

Previous edition; includes some material from other sources

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

Editorial revisions; new and revised material

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**7**  **a**

Name ▼                                                    Account Number ▼

McGraw Hill Higher Education                              080772

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

**b**

The McGraw Hill Companies, Inc
Two Penn Plaza, 9th fl
New York NY 10121 2298

Area code and daytime telephone number ▶ 212 904 2783          Fax number ▶ 212 904 6285

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

**8**

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Copyright Claimant

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Beverley Robertson                                        Date ▶ 7/1/2003

Handwritten signature (X) ▼

X _____ *[signature: Beverley Robertson]* _____

**9**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>The McGraw Hill Companies, Inc | B ROBERTSON |
|---|---|---|
| | Number/Street/Apt ▼<br>Two Penn Plaza, 9th fl | |
| | City/State/ZIP ▼<br>New York NY 10121 2298 | |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461 113/20 021

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
RE

**TX 5-624-572**

EFFECTIVE DATE OF REGISTRATION

| 10 | 1 | 02 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

0-07-242965-8     NEGOTIATION READINGS, EXERCISES, AND CASES, FOURTH EDITION
COLL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**NAME OF AUTHOR ▼**
Roy J. Lewicki

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     [ ] Yes [✗] No
Pseudonymous?  [ ] Yes [✗] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of editorial revisions new and revised compilation and some text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
David M. Saunders

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     [ ] Yes [✗] No
Pseudonymous?  [ ] Yes [✗] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of editorial revisions new and revised compilation and some text

**NAME OF AUTHOR ▼**
John W. Minton

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
[ ] Yes
[✗] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     [ ] Yes [✗] No
Pseudonymous?  [ ] Yes [✗] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of editorial revisions new and revised compilation and some text

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month August  Day 16  Year 2002  Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
The McGraw-Hill Companies, Inc.
2 Penn Plaza, 9th floor
New York, NY 10121

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
by assignment from the authors

APPLICATION RECEIVED
OCT 01 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 01 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                     • See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____                                FORM TX

CHECKED BY _____

☐ CORRESPONDENCE                                         FOR
  Yes                                                    COPYRIGHT
                                                         OFFICE
                                                         USE
                                                         ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶  Not Available     Year of Registration ▶  Not Available

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous edition; includes some text, tables, figures and materials from other sources

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Editorial revisions new and revised compilation and some text

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                            Account Number ▼
The McGraw-Hill Companies, Inc.                   011878

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

The McGraw-Hill Companies, Inc.
2 Penn Plaza, 9th floor
New York, NY 10121

Area code and daytime telephone number ▶ 212 904-6594       Fax number ▶ 212 904-6285

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                        Check only one ▶   ☐ author
                                                           ☐ other copyright claimant
                                                           ☐ owner of exclusive right(s)
                                                           ☑ authorized agent of   COPYRIGHT CLAIMANT
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jeanette Cintron                                          Date ▶ September 27, 2002

Handwritten signature (X) ▼

X _Jeanette Cintron_

Certificate        Name ▼
will be            The McGraw-Hill Companies, Inc.      Attn: Jeanette Cintron
mailed in
window             Number/Street/Apt ▼
envelope              2 Penn Plaza, 9th floor
to this
address:           City/State/ZIP ▼
                      New York, NY 10121

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—30,000   Web Rev. June 2002   ☻ Printed on recycled paper                U.S. Government Printing Office: 2000-461-113/20,021

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-706-432**

EFFECTIVE DATE OF REGISTRATION

**2 8 FEB 2003**

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

TITLE OF THIS WORK ▼

0-07-249380-X    FUNDAMENTALS OF ELECTRIC CIRCUITS, SECOND EDITION

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Charles K Alexander | Year Born ▼  Year Died ▼ |

Was this contribution to the work a work made for hire ?   Yes ☐   No ☑

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous ☐ Yes ☑ No
Pseudonymous ☐ Yes ☑ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Editorial revisions new and revised material, no claim to CD ROM

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| Matthew N O Sadiku | Year Born ▼  Year Died ▼ |

Was this contribution to the work a work made for hire ?   Yes ☐   No ☑

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous ☐ Yes ☑ No
Pseudonymous ☐ Yes ☑ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Editorial revisions new and revised material, no claim to CD ROM

| NAME OF AUTHOR ▼ | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born ▼  Year Died ▼ |

Was this contribution to the work a work made for hire ?   Yes ☐   No ☐

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous ☐ Yes ☐ No
Pseudonymous ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ▼ Year 2002

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published  Month ▶ December  Day ▶ 16  Year ▶ 2002  USA  ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
The McGraw-Hill Companies, Inc
Two Penn Plaza, New York, NY 10121-2298

**FEB 28 2003** ONE DEPOSIT RECEIVED

**FEB 28 2003** TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By assignment

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions        Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY _____    FORM TX

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▶ **Not available**    Year of Registration ▶ **Not available**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**Previous edition**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**Editorial revisions new and revised material  no claim to CD ROM**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ **McGraw-Hill Higher Education**    Account Number ▼ **080772**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
**The McGraw Hill Companies  Inc
Two Penn Plaza, 9th fl
New York, NY 10121-2298**

Area code and daytime telephone number ▶ **212-904-2783**    Fax number ▶ **212-904-6285**
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **COPYRIGHT CLAIMANT**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**Beverley Robertson**    Date ▶ **January 27, 2003**

Handwritten signature (X) ▼
X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼ **The McGraw-Hill Companies, Inc**    Attn B  Robertson
Number/Street/Apt ▼ **Two Penn Plaza, 9th fl**
City/State/ZIP ▼ **New York, NY 10121-2298**

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2002─20,000  Web Rev  June x002  ⊕ Printed on recycled paper    U S Government Printing Office  2000 461 113/20 021

# CERTIFICATE OF REGISTRATION



**FORM TX** 016333-2   063

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



TX 3-763-958

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**ACTING REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

| 3 | 22 | 94 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

SYSTHESIS AND OPTIMIZATION OF DIGITAL CIRCUITS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

## 2

**NAME OF AUTHOR ▼**

Giovanni De Micheli

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ___ Italy ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire work except brief quotes from other sources

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ___
Domiciled in ▶ ___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 4   Year ▶ 1994
USA ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

McGraw-Hill, Inc.
1221 Avenue of the Americas
New York, NY 10020

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By assignment from the - author

APPLICATION RECEIVED
MAR 22 1994
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 22 1994

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
   Brief quotes from other sources

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   Entire work except brief quotes from other sources

See instructions before completing this space

**7** —space deleted—

**8** REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a. ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

See instructions

**9** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
McGraw-Hill, Inc.                               011878

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
McGraw-Hill, Inc.                    Attn: Latanya R. Perry
1221 Avenue of the Americas          28th Floor
New York, NY 10020
                    Area Code & Telephone Number ▶  (212) 512-6935

Be sure to give your daytime phone number

**10** CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  McGraw-Hill, Inc.
                        Copyright Claimant
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Latanya R. Perry                              date ▶  March 16, 1994

Handwritten signature (X) ▼

**11** MAIL CERTIFICATE TO
Name ▼
McGraw-Hill, Inc.                    Attn: Latanya R. Perry
Number/Street/Apartment Number ▼
1221 Avenue of the Americas          28th Floor
City/State/Zip ▼
New York, NY 10020

Certificate will be mailed in window envelope

1. Complete all necessary spaces
2. Sign your application in space 10
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1993—50,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/40,013

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5—954—185

EFFECTIVE DATE OF REGISTRATION
4    23    04

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** **TITLE OF THIS WORK ▼**
0-07 248167-6    ORGANIZATION DEVELOPMENT AND TRANSFORMATION MANAGING
COLL    MANAGING EFFECTIVE CHANGE SIXTH EDITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2** **a** **NAME OF AUTHOR ▼**
Wendell L French

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire'?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☑ No    If the answer to either of these questions is 'Yes' see detailed instructions
Pseudonymous?    ☐ Yes    ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Co author of editorial revisions new and revised material

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**
Cecil H Bell Jr

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☑ No    If the answer to either of these questions is 'Yes' see detailed instructions
Pseudonymous?    ☐ Yes    ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Co-author of editorial revisions new and revised material

**c** **NAME OF AUTHOR ▼**
Robert A Zawacki

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes    ☑ No    If the answer to either of these questions is 'Yes' see detailed instructions
Pseudonymous?    ☐ Yes    ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Co author of editorial revisions new and revised material

---

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2004 ◀Year in all cases

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ February    Day▶ 3    Year▶ 2004 ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
The McGraw Hill Companies Inc
2 Penn Plaza, 9th floor
New York NY 10121 2298

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
by assignment from the authors

APPLICATION RECEIVED
APR 23 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 23 2004

FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶ Not Available    Year of Registration ▶ Not Available

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previous edition includes some text tables figures

**a**

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Editorial revisions new and revised material

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼    Account Number ▼

McGraw Hill Higher Education    080772

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / ZIP ▼

The McGraw Hill Companies Inc
2 Penn Plaza 9th floor
New York NY 10121 2298

Area code and daytime telephone number ▶ 1 212 904 6594    Fax number ▶ 1 212 904 6285
Email ▶

**b**

**7**

**CERTIFICATION*** I the undersigned hereby certify that I am the ☐ author
Check only one ▶ { ☐ other copyright claimant
☐ owner of exclusive rights
☑ authorized agent of **COPYRIGHT CLAIMANT**
Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Jeanette Cintron    Date▶ March 16, 2004

Handwritten signature (X) ▼

X _____ *Jeanette Cintron*

**8**

**Certificate will be mailed in window envelope to this address**

| Name ▼ | |
|---|---|
| The McGraw Hill Companies Inc | Attn Jeanette Cintron |
| Number/Street/Apt | |
| 2 Penn Plaza 9th floor | |
| City/State/ZIP ▼ | |
| New York NY 10121 2298 | |

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev July 2003—xxx  Web Rev July 2003  ☺ Printed on recycled paper    U S Government Printing Office 2000-461 113/20 021

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

TX 4-129-027

EFFECTIVE DATE OF REGISTRATION

*Marybeth Peters*

OCT 11 1995

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**

LESIKAR'S BASIC BUSINESS COMMUNICATION, Seventh Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

**1** RAYMOND V. LESIKAR

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of new and revised material

**NAME OF AUTHOR ▼**

**2** JOHN D. PETTIT, JR.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of new and revised material

**NAME OF AUTHOR ▼**

**C** MARIE E. FLATLTY

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Co-author of new and revised material

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1995 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ July    Day ▶ _____    Year ▶ 1995
Nation ▶ U.S.A.

---

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Richard D. Irwin, a Times Mirror Higher Education Group, Inc. company
1333 Burr Ridge Parkway
Burr Ridge, IL 60521

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
by contract

**APPLICATION RECEIVED**
OCT 11 1995
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
OCT 11 1995
**REMITTANCE NUMBER AND DATE**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____    FORM TX

CHECKED BY

☐ CORRESPONDENCE
  ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

TX-3-423-116                                        1992

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

previous edition

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

new and revised material

See instructions
before completing
this space.

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  Richard D. Irwin, a Times Mirror      Account Number ▼
        Higher Education Group, Inc. company      64564

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / ZIP ▼

Marjorie Kaplan, Permisssions & Copyright Editor
Richard D. Irwin, a Times Mirror Higher Education Group, Inc. company
1333 Burr Ridge Parkway, Burr Ridge, IL 60521

Be sure to
give your
daytime phone
number

Area Code and Telephone Number ▶  708-789-5171

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Times Mirror Higher Education Group, In

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Marjorie Kaplan                                            date ▶ September 27, 1995

Handwritten signature (X) ▼   *Marjorie Kaplan*

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼ Marjorie Kaplan, Permisssions & Copyright Editor
Richard D. Irwin, a Times Mirror Higher Education Group, In

Number/Street/Apartment Number ▼
1333 Burr Ridge Parkway

City/State/ZIP ▼
Burr Ridge, IL 60521

Certificate
will be
mailed in
window
envelope

**• YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to ...

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—120,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,507

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-988-750

EFFECTIVE DATE OF REGISTRATION

JAN 30 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1** TITLE OF THIS WORK ▼

0-07-248305 9    DESIGN OF CONCRETE STRUCTURES THIRTEENTH EDITION

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**  NAME OF AUTHOR ▼    Arthur H. Nilson

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?    ☐ Yes    ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes    ☑ No
Pseudonymous?    ☐ Yes    ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Editorial revisions new and revised material

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼    David Darwin

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?    ☐ Yes    ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes    ☑ No
Pseudonymous?    ☐ Yes    ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼    Charles W. Dolan

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?    ☐ Yes    ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes    ☑ No
Pseudonymous?    ☐ Yes    ☑ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2003    Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 17    Year ▶ 2003
USA    Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
The McGraw-Hill Companies Inc
Two Penn Plaza
New York, NY 10121-2298

JAN 30 2004    ONE DEPOSIT RECEIVED

JAN 30 2004    TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
By assignment

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.    DO NOT WRITE HERE
Page 1 of 2

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box )▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is  Yes  give  Previous Registration Number ▶ N/A          Year of Registration ▶ N/A                **a**

DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previous edition  includes some figures from other sources

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼          **b**

Editorial revisions new and revised material

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account          **a**
Name ▼                                          Account Number ▼
McGraw Hill Higher Education                     080772

CORRESPONDENCE Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼          **b**
The McGraw Hill Companies, Inc
Two Penn Plaza
New York, NY 10121-2298

Area code and daytime telephone number ▶ 212 904 2783          Fax number ▶ 212 9046285
Email ▶

CERTIFICATION* I the undersigned, hereby certify that I am the          ☐ author
Check only one ▶          ☐ other copyright claimant
                                 ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made          ☑ authorized agent of  Copyright Claimant
by me in this application are correct to the best of my knowledge          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
          Beverley Robertson                                          Date ▶ July 29, 2003

Handwritten signature (X) ▼
X _____

Certificate          Name ▼
will be          The McGraw Hill Companies  Inc          Attn  B  Robertson
mailed in
window          Number/Street ▼
envelope          Two Penn Plaza, 9th fl
to this
address          City/State/ZIP ▼
          New York  NY 10121 2298

*17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000  Web Rev  June 2002  ℗ Printed on recycled paper          U S  Government Printing Office  2000-461

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**

**THE LIBRARY OF CONGRESS**

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

**TX 5-608-847**

EFFECTIVE DATE OF REGISTRATION

Nov 13 2002

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
0-07-241297-6    HEALTH PSYCHOLOGY, FIFTH EDITION, by Shelley E. Taylor

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**
The McGraw-Hill Companies, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Editorial revisions new and revised material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ September    Day ▶ 5    Year ▶ 2002
USA    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
The McGraw-Hill Companies, Inc.
Two Penn Plaza, New York, NY 10121-2298

APPLICATION RECEIVED
NOV 1 3 2002
ONE DEPOSIT RECEIVED
NOV 1 3 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By contractual agreement

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | *(signature)* | FORM 1 |
|---|---|---|
| CHECKED BY | | |

☐ CORRESPONDENCE
 Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▶**  Not available     **Year of Registration ▶**  Not available

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous edition; includes some text, figures, photographs, tables and illustrations from other sources

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Editorial revisions new and revised material

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼                                             Account Number ▼

The McGraw-Hill Companies, Inc.                    011878

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name / Address / Apt / City / State / ZIP ▼

The McGraw-Hill Companies, Inc.
Two Penn Plaza, 9th fl.
New York, NY 10121-2298

Area code and daytime telephone number ▶ 212-904-2783        Fax number ▶ 212-904-6285

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Copyright Claimant
 Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Beverley Robertson                                         Date ▶ October 29, 2002

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ The McGraw-Hill Companies, Inc.    Attn: B. Robertson |
|---|---|
| | Number/Street/Apt ▼ Two Penn Plaza, 9th fl. |
| | City/State/ZIP ▼ New York, NY 10121-2298 |

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ● Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-470-348

EFFECTIVE DATE OF REGISTRATION

Month 10   Day 17   Year 01

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

0-07-253495-8
764      PHYSICAL CHEMISTRY, Fifth Edition

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
Ira N. Levine

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
      Domiciled in ▶____USA____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe the nature of material created by this author in which copyright is claimed ▼
Editorial revisions, new and revised material.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
      Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
      Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2001 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 13   Year ▶ 2001
United States of America ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The McGraw-Hill Companies, Inc.
2 Penn Plaza, New York, NY 10121-2298

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By assignment from the author.

APPLICATION RECEIVED
OCT 17 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT 17 2001
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____                                    FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ **N/A**      Year of Registration ▶ **N/A**

**DERIVATIVE WORK OR COMPILATION**    **6**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
Previous Edition

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Editorial revisions, new and revised material.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **7**
Name ▼                                        Account Number ▼
The McGraw-Hill Companies, Inc.              011878

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
The McGraw-Hill Companies, Inc.
2 Penn Plaza, 9th Floor
New York, NY 10121-2298

Area code and daytime telephone number ▶ 212 904 2721      Fax number ▶ 212 904 2346
Email ▶ bonita_jasper@mcgraw-hill.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the    **8**
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  copyright claimant
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
BONITA JASPER                                      Date ▶ October 15, 2001

Handwritten signature (X) ▼
X _Bonita Jasper_

Certificate
will be
mailed in
window
envelope
to this
address:    **9**
Name ▼
The McGraw-Hill Companies, Inc.      Attn: Bonita Jasper
Number/Street/Apt ▼
2 Penn Plaza, 9th Floor
City/State/ZIP ▼
New York, NY 10121-2298

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV. June 1999                                   ✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-101-281**

EFFECTIVE DATE OF REGISTRATION

Jan 25 2005

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
0-07 246685 5    AN INTRODUCTION TO THE FINITE ELEMENT METHOD THIRD EDITION

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a**    **NAME OF AUTHOR ▼**
J N REDDY

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004    ◀ Year

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ NOVEMBER    Day ▶ 22    Year ▶ 2004    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
THE McGRAW HILL COMPANIES INC
2 PENN PLAZA 9TH FLOOR
NEW YORK, NY 10121 2298

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY ASSIGNMENT

**APPLICATION RECEIVED**
JAN 2 5 2005
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
JAN 2 5 2005
FUNDS RECEIVED

MORE ON BACK ▶    Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
See detailed instructions.    Sign the form at line 8    Page 1 of _____ page

EXAMINED BY Pox Km        FORM TX

CHECKED BY

□ CORRESPONDENCE                  FOR
  Yes                           COPYRIGHT
                                  OFFICE
                                  USE
                                  ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is Yes, give: Previous Registration Number ▶ NOT Available Year of Registration ▶ NOT Available

**6** **DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

a PREVIOUS EDITION

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

EDITORIAL REVISIONS NEW AND REVISED MATERIAL

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

a Name ▼                      Account Number ▼
McGRAW-HILL HIGHER EDUCATION      080772

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name / Address / Apt / City / State / ZIP ▼
THE McGRAW HILL COMPANIES INC
2 PENN PLAZA 9TH FLOOR
NEW YORK, NY 10121 2298

Area code and daytime telephone number ▶ 1 212 904-6594      Fax number ▶ 1 212 904-6285
Email ▶

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶ ☐ author
                    ☐ other copyright claimant
                    ☐ owner of exclusive rights)
of the work identified in this application and that the statements made  ☑ authorized agent of COPYRIGHT CLAIMANT
by me in this application are correct to the best of my knowledge.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Jeanette Cintron                  Date ▶ January 4, 2005

    Handwritten signature (X) ▼
X             _Jeanette Cintron_

**9** Certificate will be mailed in window envelope to this address

Name ▼
THE McGRAW HILL COMPANIES, INC    Attn Jeanette Cintron

Number/Street/Apt ▼
2 PENN PLAZA 9TH FLOOR

City/State/ZIP ▼
NEW YORK, NY 10121 2298

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx   Web Rev: July 2003   ⊕ Printed on recycled paper           U.S. Government Printing Office 2000-461 113/20 021