UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x



PEARSON EDUCATION, INC.,             :
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND            :
THE MCGRAW-HILL COMPANIES, INC.,
                                     :
                    Plaintiffs,
                                     :

        -against-                    :

                                     07 Civ. 9399 (CSH)
VINOD KUMAR, VIRENDER YADAV,         ECF Case
SUKHWINDER SINGH AND                 :
DART AIR, INC. ALL D/B/A
MODERN BOOKS D/B/A EXPRESS BOOKS :
D/B/A UNIQUE BOOKS D/B/A
JHON BOOK STORE D/B/A                :
EXPRESSBOOKS06 D/B/A
QUALITYINSTRUMENTS400                :
AND JOHN DOES NOS. 1-5,
                                     :
                    Defendants.
                                     :

- - - - - - - - - - - - - - - - - x

## AMENDED COMPLAINT

Plaintiffs Pearson Education, Inc. ("Pearson"), John
Wiley & Sons, Inc. ("Wiley"), Cengage Learning Inc. ("Cengage")
and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their
undersigned attorneys, for their amended complaint against
defendants Vinod Kumar, Virender Yadav, Sukhwinder Singh and
Dart Air, Inc. all d/b/a Modern Books d/b/a Express Books d/b/a
Unique Books d/b/a Jhon Book Store d/b/a ExpressBooks06 d/b/a
QualityInstruments400 and John Doe Nos. 1 through 5, aver:

<u>Nature of the Action</u>

     1.   Plaintiffs are bringing this action to enforce their copyrights and trademarks against defendants' unlawful sale in the United States of non-United States versions of plaintiffs' educational books.

<u>Jurisdiction and Venue</u>

     2.   This Court has subject matter jurisdiction over the first two claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. § 101 <u>et seq</u>., or the Lanham Act, 15 U.S.C. § 1051 <u>et seq</u>. This Court has subject matter jurisdiction over the third claim in this action pursuant to 28 U.S.C. § 1367 because it is so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy within the meaning of Article III of the United States Constitution.

     3.   Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391.

<u>Parties</u>

     4.   Pearson is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5. Wiley is a corporation organized and existing under the laws of the State of New York with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6. Cengage is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 200 First Stamford Place, 4th Floor, Stamford, Connecticut 06902.

7. McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

8. Upon information and belief, defendant Vinod Kumar is a natural person residing at 39/4 Mohmad Pur, Near Bikaji Cama Place, New Delhi 110066, India.

9. Upon information and belief, defendant Virender Yadav is a natural person residing at 10433 92nd Avenue, South Richmond Hill, New York 11418-2923.

10. Upon information and belief, defendant Sukhwinder Singh is a natural person residing at 94-18 109th Street, South Richmond Hill, New York 11419.

11. Upon information and belief, defendant Dart Air, Inc. is a corporation located at 155 West 29th Street, Suite 9B, New York, New York 10001.

12.  Upon information and belief, defendants John Doe Nos. 1-5 are associates of Vinod Kumar, Virender Yadav, Sukhwinder Singh, and Dart Air, Inc. whose identities are presently unknown to plaintiffs.

### The Businesses of Plaintiffs

13.  Each plaintiff publishes a variety of works, including educational books.

14.  As a standard practice, each plaintiff requires its authors to assign the copyright to them or grant them the exclusive rights of reproduction and distribution in the United States.  This practice enables each plaintiff to maximize dissemination of each work.

15.  Plaintiffs invest significant monies to publish their copyrighted works.  Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, and promotion.

16.  Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced.  A substantial decline in their income could cause plaintiffs to cease publishing one or more deserving books or journals.  This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

4

17.   Plaintiffs' educational books authorized for sale
in the United States are of the highest quality (the "United
States Editions").   These books are generally printed with
strong, hard-cover bindings with glossy protective coatings and,
in some cases, contain extra features such as sewn ribbon
bookmarks.   Plaintiffs frequently offer academic supplements,
such as CD-ROMs, computer passwords that provide purchasers with
access to academic websites corresponding to the textbooks, and
study guides with the United States Editions.

18.   Plaintiffs generally create different versions of
their educational books that are intended for sale in specific
geographic markets outside of the United States (the "Foreign
Editions").   The Foreign Editions materially differ from the
United States Editions.   The Foreign Editions have thinner paper
and different bindings, different cover and jacket designs,
fewer internal ink colors, if any, lower quality photographs and
graphics, and generally lower prices than the United States
Editions.   Also, the Foreign Editions often lack academic
supplements, such as CD-ROMs, website passwords, or study
guides.   The Foreign Editions are generally marked to
indicate their lower cost by a legend indicating, in substance,
that the title is a "Low Price Edition" and/or authorized for
sale only in a particular country or geographic region.   The

5

Foreign Editions are uniformly manufactured outside of the
United States.

### Plaintiffs' Copyrights and Trademarks

19.  Plaintiffs routinely register their copyrights.
Pearson has generally registered its copyrights in its works
(the "Pearson Copyrights") including those identified on
Schedule A.  Wiley has generally registered its copyrights in
its works (the "Wiley Copyrights") including those identified on
Schedule B.  Cengage has generally registered its copyrights in
its works (the "Cengage Copyrights") including those identified
on Schedule C.  McGraw-Hill has generally registered its
copyrights in its works (the "McGraw-Hill Copyrights") including
those identified on Schedule D.

20.  Plaintiffs also own, themselves or through their
parent or affiliate companies, trademarks that they use to
differentiate their products from those of their competitors.

21.  Pearson PLC, Pearson's ultimate parent company,
is the owner of and Pearson is an exclusive licensee of, with
the accompanying right and duty to protect and enforce Pearson's
rights therein, the well-known trademarks "Pearson," "Pearson
Education" and "Prentice Hall."  Pearson is the direct holder of
the well-known trademark "Benjamin Cummings."  Pearson's
affiliate corporation Addison Wesley Longman, Inc., is the owner
of, and Pearson is the exclusive licensee of, with the

6

accompanying right and duty to protect and enforce its and its affiliate company's rights therein, the well known trademarks "Addison Wesley" or "Addison-Wesley" (the "Pearson Trademarks"). The United States Registrations for the Pearson Trademarks are identified on Schedule E.

22. Among Wiley's well-known trademarks are "John Wiley & Sons," "Wiley," and the "John Wiley Colophon" (the "Wiley Trademarks"). The United States Registrations for the Wiley Trademarks are identified on Schedule F.

23. Among McGraw-Hill's well-known trademarks are "McGraw-Hill," "The McGraw-Hill Companies" and "Irwin" (the "McGraw-Hill Trademarks"). The United States Registrations for the McGraw-Hill Trademarks are identified on Schedule G.

<u>The Infringing Acts of Defendants</u>

24. Defendants have without permission purchased Foreign Editions of plaintiffs' books manufactured outside of the United States and resold them to purchasers in the United States through the Internet at the websites including, but not limited to, AbeBooks.com, Alibris.com, AlBooks.com, A Book Company, LLC, Bookbyte.com, ValoreBooks.com, and Textbookx.com using the usernames including, but not limited to, "Modern Books," "Express Books," "Unique Books," "Jhon Book Store," "ExpressBooks06," and "QualityInstruments400."

## FIRST CLAIM FOR RELIEF
(Copyright Infringement - 17 U.S.C. § 501)

25.  Plaintiffs repeat the averments contained in paragraphs 1 through 24 as if set forth in full.

26.  Pearson has received United States Certificates of Copyright Registration for the Pearson Copyrights.

27.  Wiley has received United States Certificates of Copyright Registration for the Wiley Copyrights.

28.  Cengage has received United States Certificates of Copyright Registration for the Cengage Copyrights.

29.  McGraw-Hill has received United States Certificates of Copyright Registration for the McGraw-Hill Copyrights.

30.  The Pearson, Wiley, Cengage and McGraw-Hill Copyrights are valid and enforceable.

31.  Defendants have infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501.

32.  Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage plaintiffs. Plaintiffs have no adequate remedy at law for these wrongs and injuries.  Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all

8

persons acting in concert with them, from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

33. Defendants have willfully infringed the Pearson, Wiley, Cengage and McGraw-Hill Copyrights.

34. Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively (3) statutory damages.

### SECOND CLAIM FOR RELIEF
(Trademark Infringement - 15 U.S.C. § 1114(a))

35. Plaintiffs repeat the averments contained in paragraphs 1 through 34 above as if set forth in full.

36. Pearson is the exclusive licensee of the Pearson Trademarks, with the accompanying right and duty to protect and enforce Pearson's rights therein. Pearson's licensor parent and affiliate companies have obtained United States Trademark Registrations for the Pearson Trademarks.

37. Wiley owns the Wiley Trademarks, for which it has obtained United States Trademark Registrations.

38. McGraw-Hill owns the McGraw-Hill Trademarks, for which it has obtained United States Trademark Registrations.

39. The Pearson, Wiley and McGraw-Hill Trademarks are valid and enforceable.

9

40.  Defendants have infringed the Pearson, Wiley and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a) by using them on and/or in connection with the works that they have sold.

41.  Defendants' acts complained of herein have irreparably damaged plaintiffs and may continue to do so.  The damage to plaintiffs includes harm to their good will and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley and McGraw-Hill Trademarks or any colorable imitation of them.

42.  Defendants have willfully infringed the Pearson, Wiley and McGraw-Hill Trademarks.

43.  Plaintiffs are entitled to recover (1) defendants' profits from the infringing books, (2) plaintiffs' damages, (3) the costs of the suit, and (4) reasonable attorneys' fees.

### THIRD CLAIM FOR RELIEF
(Common Law Unfair Competition Under State Law)

44.  Plaintiffs repeat the averments contained in paragraphs 1 through 43 above as if set forth in full.

10

45. Defendants' acts complained of herein have damaged and may continue to damage plaintiffs irreparably. The damage to plaintiffs includes harm to their goodwill and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs and injuries. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley and McGraw-Hill Trademarks or any colorable imitation of them, to restitution of defendants' ill-gotten gains, and to punitive damages in an amount to be determined by the trier of fact in this action.

WHEREFORE, plaintiffs demand judgment:

A.    Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley, Cengage and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B.    Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willful infringement of the Pearson, Wiley, Cengage and McGraw-Hill Copyrights;

C.    Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a);

D.    Awarding plaintiffs their damages and/or defendants' profits from their willful infringement of the Pearson, Wiley and McGraw-Hill Trademarks pursuant to 15 U.S.C. § 1117(a);

E.    Directing that defendants engage in such additional activities, including, but not limited to, recalls of products and corrective advertising, as may be necessary and appropriate to mitigate the damage defendants have caused;

F.    Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505 and 15 U.S.C. § 1117;

G.    Awarding plaintiffs punitive damages in an amount to be determined by the trier of fact in this action; and

H.    Granting such other and further relief as to this

Court seems just and proper.

Dated:  New York, New York
        April 28, 2008

                        DUNNEGAN LLC

                        By *William Dunnegan*
                        William Dunnegan (WD9316)
                        Megan L. Martin (MM4396)
                        Attorneys for Plaintiffs
                          Pearson Education, Inc.,
                          John Wiley & Sons, Inc.,
                          Cengage Learning Inc., and
                          The McGraw-Hill Companies, Inc.
                        350 Fifth Avenue
                        New York, New York 10118
                        (212) 332-8300

13

Schedule A
"Pearson Copyrights"

<u>Title</u>
<u>Date of Registration</u>
<u>Registration #</u>

1.  Electronic Commerce:
    A Managerial Perspective
    December 2, 1999
    TX0005110454

2.  Probability and Random
    Process for Electrical
    Engineering
    August 3, 1993
    TX0003590606

3.  Organic Chemistry
    July 20, 2000
    TX0005141194

4.  Training in Interpersonal Skills:
    Tips for Managing People at Work
    November 7, 1996
    TX0004405435

5.  Compensation Management in a
    Knowledge-Based World
    April 7, 1997
    TX0004511421

6.  Process Control: Modeling,
    Design and Simulation
    April 29, 2003
    TX0005736756

7.  From ASICs to SOCs: A
    Practical Approach
    August 12, 2003
    TX0005806238

8.  Strategic Human Resource
    Management
    April 26, 2001
    TX0005374633

9.  Marketing Management
    February 13, 1997
    TX0004478935

10. Understanding Financial
    Statements
    December 10, 1997
    TX0004674181

11. Linear Algebra with
    Applications
    April 7, 1997
    TX0004511390

12. Operating System Concepts
    December 7, 1993
    TX0003699560

13. Security in Computing
    February 4, 2003
    TX0005677562

14. A First Course in Abstract
    Algebra
    February 11, 1999
    TX0004939856

15. Advertising: Principles and
    Practice
    March 23, 2001
    TX0005368142

16. Data Structures and Algorithm
    Analysis in C++
    December 3, 1993
    TX0003678100

17. Operations Management
    May 5, 2003
    TX0005748096

18. Fashion Retailing: A
    Multi-Channel Approach
    March 9, 2005
    TX0006119688

19.  Semiconductor Device
     Fundamentals
     February 28, 1996
     TX0004201811

20.  Corporate Computer and
     Network Security
     April 29, 2003
     TX0005738767

21.  Event Management
     October 1, 2004
     TX0006037669

22.  Introduction to Hydrology
     October 31, 2002
     TX0005643126

23.  Elements of Chemical
     Reaction Engineering
     June 16, 1999
     TX0004938289

24.  Quality Control,
     Seventh Edition
     October 10, 2003
     TX0005960545

25.  Discovering Genomics,
     Proteomics and Bioinformatics
     October 29, 2002
     PA0001111777

26.  An Introduction to the
     Mechanics of Solids
     March 7, 1980
     TX0000425326

27.  Organic Chemistry
     June 27, 2006
     TX0006400788

28.  Essentials of Strategic
     Management
     July 30, 2002
     TX0005588793

29.  Algorithm Design
     March 29, 2005
     TX0006145191

30.  Hartmann and Kester's Plant
     Propagation Principles and
     Practices
     January 15, 2002
     TX0005460783

31.  Media Ethics: Cases and
     Moral Reasoning
     February 20, 1998
     TX0004727444

32.  A History of Psychology:
     Main Currents in Psychological
     Thought
     August 19, 2003
     TX0005808783

33.  Consumer Behavior In Fashion
     March 24, 2003
     TX0005719039

34.  Business Ethics: Concepts
     and Cases
     July 26, 2001
     TX0005361630

35.  Microeconomics
     March 21, 2005
     TX0006156330

36.  Leadership in Organizations
     March 29, 1994
     TX0003790540

37.  Marketing Research:
     An Applied Orientation
     December 15, 2006
     TX0006494520

38.  Consumer Behavior
     April 7, 1997
     TX0004511384

39.  Aerodynamics for Engineers
     January 15, 2002
     TX0005475774

40.  Introduction to Logic
     August 22, 2001
     TX0005429425

41.  Operations Management
     July 1, 2002
     TX0005563556

42.  Quality Management:
     Creating and Sustaining
     Organizational Effectiveness
     June 1, 2004
     TX0005967702

43.  Retail Management:
     A Strategic Approach
     December 2, 1997
     TX0004674080

44.  Marketing Research
     January 19, 2000
     TX0005031651

45.  Introduction to Econometrics
     December 20, 2002
     TX0005659183

46.  Statistics for Psychology
     August 24, 1998
     TX0004838804

47.  Adaptive Control (2nd Edition)
     May 2, 1995
     TX0004042910

48.  Market-Based Management
     January 17, 2003
     TX0005673666

49.  International Management:
     Managing Across Borders
     March 9, 2005
     TX0006124995

50.  Speech and Language Processing
     March 15, 2000
     TX0005070379

51.  Abnormal Psychology:
     The Problem of Maladaptive Behavior
     August 30, 2004
     TX0006018766

52.  The C Answer Book
     January 23, 1989
     TX0002494608

53.  Management
     December 8, 2004
     TX0006082707

54.  Digital Fundamentals
     July 30, 2002
     TX0005581507

55.  Water Works Engineering:
     Planning, Design, and Operation
     May 30, 2000
     TX0005236267

56.  Human Resource Management
     September 26, 2001
     TX0005446188

57.  Knowledge Management
     March 24, 2003
     TX0005720736

58.  Enterprise Resource Planning
     December 8, 2004
     TX0006084449

59.  Marketing Of High-technology
     Products And Innovations
     August 27, 2004
     TX0006018157

60.   Logistics Engineering
      and Management
      October 15, 2003
      TX0005822830

61.   Manufacturing Organization
      and Management
      December 22, 1992
      TX0003453188

62.   Continuous and Discrete
      Signals and Systems
      January 15, 1998
      TX0004700761

63.   Essentials of Computer
      Architecture
      October 13, 2004
      TX0006028951

64.   Modern C++ Design
      April 13, 2001
      TX0005286330

65.   Entrepreneurship:
      Strategies and Resources
      April 22, 2002
      TX0005584353

66.   International Organizational
      Behavior: Text, Cases, and
      Exercises
      October 15, 2004
      TX0006055255

67.   E-marketing
      January 17, 2003
      TX0005673663

68.   Organization Development
      January 6, 1999
      TX0004925649

69.   Linear Algebra And It's
      Applications
      December 20, 2002
      TX0005659182

70. Understanding And Managing
    Diversity: Readings, Cases,
    and Exercises
    March 15, 2006
    TX0006326758

71. High-Speed Digital Design:
    A Handbook of Black Magic
    May 11, 1993
    TX0003556188

72. Introduction to Counseling
    and Guidance
    July 30, 2002
    TX0005584585

73. Management of Organizational
    Behavior: Leading Human Resources;
    January 5, 2001
    TX0005323917

74. Managerial Economics:
    Economic Tools for Today's
    Decision Makers
    September 18, 2002
    TX0005617948

75. Options, Futures And
    Other Derivatives
    September 10, 1996
    TX0004380815

76. Philosophy of Religion
    January 24, 1990
    TX0002741881

77. Computer Networks and Internets
    with Internet Applications
    October 15, 2003
    TX0005822829

78. Financial Management:
    Principles and Applications
    March 26, 2002
    TX0005505825

79.  Introduction to Quantum Mechanics
     May 4, 2004
     TX0005959250

80.  Mastering Matlab 7
     February 1, 2005
     TX0006101499

81.  Modern Control Systems
     October 25, 2000
     TX0005183216

82.  Operations Management
     January 28, 2002
     TX0005473252

83.  Introduction to Mathematical
     Statistics
     July 22, 2004
     TX0006003451

84.  Digital Image Processing
     Using MATLAB
     March 9, 2004
     TX0005919455

85.  Java: How To Program;
     March 11, 2003
     TX0005690665

86.  Quantitative Analysis
     For Management
     April 7, 2005
     TX0006107136

87.  Investments
     March 14, 2000
     TX0005160815

88.  Strategy and the Business
     Landscape: Core Concepts
     April 5, 2001
     TX0005285666

89.  Modern Management
     April 22, 2002
     TX0005529504

90.  Digital Signal Processing
     May 23, 2006
     TX0006347802

91.  Organizations: Structure,
     Processes, and Outcomes
     January 7, 1987
     TX0001976276

92.  John E. Freund's Mathematical
     Statistics with Applications
     November 10, 2003
     TX0005834468

93.  Principles of Risk Management
     and Insurance
     August 20, 2004
     TX0006059440

94.  Probability And Statistical
     Inference
     September 13, 2000
     TX0005258643

95.  Modern Control Engineering
     June 2, 1997
     TX0004542404

96.  An Introduction to Database
     Systems
     September 8, 2003
     TX0005814575

97.  RF Circuit Design: Theory
     & Applications
     March 14, 2000
     TX0005148992

98.  Statistics for Managers
     Using Microsoft Excel
     April 5, 2004
     TX0005941475

99.  Law and Economics
     October 6, 2003
     TX0005832415

100. Patternmaking for
     Fashion Design
     April 5, 2001
     TX0005345783

101. Radar: Principles, Technology,
     Applications
     November 2, 1992
     TXu000542158

102. Foundations of Financial
     Markets and Institutions
     October 9, 2001
     TX0005447065

103. Human-Computer Interaction
     June 8, 1998
     TX0004801248

104. Machines & Mechanisms
     Applied Kinematic Analysis
     August 27, 2004
     TX0006031292

105. Windows System Programming
     November 24, 2004
     TX0006073875

106. Object-Oriented Software
     Engineering: Using UML,
     Patterns, and Java
     October 15, 2003
     TX0005822836

107. C++ Solutions: Companion to
     the C++ Programming Language
     October 19, 1998
     TX0004880404

108. The Mathematics of
     Coding Theory
     February 4, 2004
     TX0005904263

109. Global Marketing Management;
     September 19, 2001
     TX0005450507

110. Capital Markets: Institutions
     and Instruments
     May 15, 1996
     TX0004294129

111. Differential Equations:
     Computing and Modeling
     July 29, 2003
     TX0005758361

112. Business Logistics Management
     February 18, 2000
     TX0005132090

113. Introduction to Management
     Accounting
     January 17, 2006
     TX0006305778

114. Manufacturing Processes
     for Engineering Materials
     September 6, 2002
     TX0005608352

115. Game Theory With Economic
     Applications
     February 10, 1998
     TX0004712799

116. Introduction to Hospitality
     Management
     April 11, 2003
     TX0005713660

117. Computer Ethics
     December 7, 2000
     TX0005201121

118. Geotechnical Engineering:
     Principles and Practices
     July 31, 1998
     TX0004828742