119. Advanced Engineering Mathematics
     January 22, 1998
     TX0004699356

120. Introduction to Digital
     Communications
     October 13, 2004
     TX0006037806

121. Design of Aircraft
     November 26, 2002
     TX0005645510

122. Partial Differential Equations:
     Methods and Applications
     November 26, 2002
     TX0005645499

123. Fundamentals of Management:
     Essential Concepts and
     Applications
     February 1, 2005
     TX0003126727

124. Introduction to Operations
     and Supply Chain Management
     April 7, 2005
     TX0006148566

125. Psychological Testing
     April 7, 1997
     TX0004514941

126. Remote Sensing of the
     Environment: An Earth Resource
     Perspective
     February 18, 2000
     TX0005136418

127. The Knowledge Management Toolkit
     January 18, 2000
     TX0005031577

128. Electromagnetics For Engineers
     March 9, 2005
     TX0006116685

129. Calculus and Analytic Geometry
     October 24, 1995
     TX0004143028

130. Introductory Quantum Mechanics
     September 6, 2002
     TX0005595628

131. Distributed Computing:
     Principles and Applications
     July 7, 2003
     TX0005770757

132. Data Abstraction And Problem
     Solving With Java
     August 15, 2000
     TX0005324372

133. Introduction to Thermal Physics;
     September 7, 1999
     TX0005040436

134. Numerical Methods Using MATLAB
     February 27, 2004
     TX0005917228

135. Introduction to Geographical
     Information Systems
     May 4, 2000
     TX0005212048

136. Modern Systems Analysis and Design
     September 19, 2001
     TX0005443672

137. Wireless Communications
     and Networking
     October 31, 2002
     TX0005663526

138. Social Psychology
     August 29, 2002
     TX0005604956

139. Fundamentals of Neural Networks
     March 29, 1994
     TX0003734012

140. Parallel Programming:
     Techniques and Applications
     July 20, 2000
     TX0005246705

141. Understanding Biotechnology
     April 11, 2003
     TX0005729664

142. Managing Software Requirements:
     A Use Case Approach
     June 25, 2003
     TX0005825137

143. Product Design
     April 5, 2001
     TX0005308096

144. Electrical Power Distribution
     and Transmission
     June 6, 1996
     TX0004302396

145. Essentials of Computer Architecture
     October 13, 2004
     TX0006028951

146. Organizational Behavior
     February 4, 2003
     TX0005668575

147. Operations Management Processes and Value Chains
     May 5, 2004
     TX0005926751

148. Bioprocess Engineering Basic Concepts
     November 7, 2001
     TX0005462906

149. Understanding Financial Statements
     June 12, 2003
     TX0005738540

150. Philosophy of Religion
     January 24, 1990
     TX0002741881

151. Biostatistics How It Works
     August 19, 2003
     TX0005799190

152. Introduction to Mathematical Statistics
     July 22, 2004
     TX0006003451

153. Data and Computer Communications
     June 6, 2003
     TX0005741420

154. Polymer Science and Technology
     August 12, 2003
     TX0005806255

155. Circuit Analysis a Systems Approach
     October 6, 2005
     TX0006244827

156. 8088 and 8086 Microprocessors Programming,
     Interfacing, Software, Hardware, and Applications
     February 24, 1998
     TX0004610331

157. Strategic Marketing for Nonprofit Organizations
     October 31, 2002
     TX0005643074

158. Strategic Compensation a
     Human Resource Management Approach
     April 29, 2003
     TX0005738267

159. Inorganic Chemistry
     September 22, 2003
     TX0005816657

160. Wireless Communications and Networks
     December 15, 2006
     TX0006495035

161. Management Information Systems
     March 25, 2003
     TX0005725172

162. Engineering Fundamentals of the
     Internal Combustion Engine
     July 29, 2003
     TX0005756799

163. Signals & Systems
     January 10, 1997
     TX0004445749

164. Design of Machine Elements
     January 5, 2004
     TX0005854453

165. Solid State Electronic Devices
     January 6, 2000
     TX0005113596

166. Management Information Systems
     Managing the Digital Firm
     March 25, 2003
     TX0005725172

167. Decision Support Systems
     In The 21st Century
     September 18, 2002
     TX0005617857

168. Discrete Mathematics Graph Theory
     August 29, 2001
     TX0005433777

169. Principles of Marketing
     January 15, 2002
     TX0005733315

170. Software Architecture Perspectives
     on an Emerging Discipline
     January 10, 1997
     TX0004446955

Schedule B
"Wiley Copyrights"

<u>Title</u>
<u>Date of Registration</u>
<u>Registration #</u>

1.  Abstract Algebra
    August 26, 2003
    TX0005800163

2.  Principles of Highway
    Engineering and Traffic
    Analysis
    March 8, 1990
    TX0002767694

3.  Introductory Functional
    Analysis with Applications
    January 30, 1978
    TX0000001189

4.  Continuous Multivariate
    Distributions: Vol. 1:
    Models and Applications
    May 26, 2000
    TX0005223473

5.  Introduction to Information
    Systems: Supporting and
    Transforming Business
    April 25, 2006
    TX0006344390

6.  Control Systems Engineering
    October 3, 2003
    TX0005800945

7.  Embedded System Design:
    A Unified Hardware/Software
    Introduction
    December 12, 2001
    TX0005465293

8.    Data Structures and Algorithms
      with Object-Oriented Design
      Patterns in Java
      October 29, 1999
      TX0005079800

9.    Foundations of Multinational
      Financial Management
      November 5, 2004
      TX0006065751

10.   Fundamentals of Risk and
      Insurance
      July 23, 2002
      TX0005568767

11.   Organizational Behavior
      October 24, 2002
      TX0005660467

12.   Medical Instrumentation:
      Application and Design
      May 14, 1998
      TX0004737716

13.   Fundamentals of Physics
      September 16, 1993
      TX0003611651

14.   Algorithm Design: Foundations,
      Analysis, and Internet Examples
      December 12, 2001
      TX0005410276

15.   The Finite Element Method
      for Engineers
      November 16, 2001
      TX0005461355

16.   Practical Nonparametric
      Statistics
      February 22, 1999
      TX0004934566

17.   Experiments: Planning,
      Analysis and Parameter

Design Optimization
May 22, 2000
TX0005216930

18. Elementary Principles Of
Chemical Processes
February 17, 2005
TX0006116656

19. Elementary Numerical Analysis;
December 5, 2003
TX0005839199

20. Fundamentals of Fluid Mechanics
October 14, 2003
TX0005811029

21. Systems Analysis and
Design With UML Version 2.0
October 22, 2004
TX0006029397

22. Kinematics, Dynamics and
Design of Machinery
December 16, 2003
TX0005875266

23. Transport Phenomena
October 11, 2001
TX0005459935

24. Management
October 11, 2001
TX0005447807

25. Continuous Univariate
Distributions
July 14, 1995
TX0004097696

26. Discrete Multivariate
Distributions
May 14, 1997
TX0004529928

27. Successful Project Management:
A step-by-step Approach

with Practical Examples;
October 24, 2005
TX0006257806

28. Quantum Physics of Atoms,
Molecules, Solids, Nuclei,
and Particles
July 2, 1985
TX0001604801

29. Internal Combustion Engines:
Applied Thermosciences
January 22, 2001
TX0005332515

30. Microwave Engineering
March 12, 2004
TX0005939958

31. Strategic Management
January 2, 2001
TX0005304984

32. Organizational Psychology:
A Scientist-Practitioner Approach
June 20, 2002
TX0005550396

33. Device Electronics for
Integrated Circuits
January 16, 2003
TX0005654600

34. Systems Engineering Principles
and Practice
February 7, 2003
TX0005671870

35. Incompressible Flow
February 9, 1996
TX0004186842

36. Fundamentals of Heat
and Mass Transfer
October 25, 2001
TX0005457784

37. Linear Programming
    and Network Flows
    January 26, 1990
    TX0002731856

38. Stochastic Processes
    March 28, 1996
    TX0004217487

39. Basic Engineering Circuit Analysis
    April 19, 2004
    TX0005973103

40. Chemical, Biochemical
    and Engineering Thermodynamics
    April 25, 2006
    TX0006328844

41. Introduction to Theories
    of Personality
    July 17, 1985
    TX0001614104

42. Introductory Mining Engineering
    September 23, 2002
    TX0005618963

43. Theory and Practice of
    Water and Wastewater Treatment
    February 25, 1997
    TX0004489595

44. Applied Combinatorics
    October 11, 2001
    TX0005461877

45. Analog Signal Processing
    April 21, 1999
    TX0004971708

46. International Business
    January 19, 2006
    TX0006274479

47. Applied Econometric Times Series
    September 5, 2003
    TX0005818578

48. Highway Engineering
    January 9, 2004
    TX0005906002

49. Separation Process Principles
    April 28, 1998
    TX0004761248

50. Classical Electrodynamics
    August 5, 1998
    TX0004828741

51. Remote Sensing and Image
    Interpretation
    November 26, 2003
    TX0005857396

52. Information Technology
    Project Management
    February 19, 2003
    TX0005667483

53. Probability and Statistics
    in Engineering
    March 19, 2003
    TX0005696729

54. Fundamentals of Queueing Theory
    January 13, 1998
    TX0004732675

55. Fundamentals of Ground Water
    February 26, 2003
    TX0005703722

56. Global Operations and Logistics:
    Text and Cases
    August 13, 1998
    TX0004835959

57. Convection Heat Transfer
    August 9, 2004
    TX0006009806

58. Introduction to Computer Theory
    February 24, 1997
    TX0004478675

59. Automatic Control Systems
    November 20, 2002
    TX0005622535

60. Software Quality Engineering
    April 11, 2005
    TX0006143947

61. Data Structures and
    Algorithms in C++
    May 13, 2003
    TX0005744148

62. Principles of Communication Systems,
    Modulation and Noise
    October 25, 2001
    TX0005444005

63. Basic Animal Nutrition and Feeding
    February 25, 2005
    TX0006161977

64. Bioinstrumentation
    October 10, 2003
    TX0005824247

65. Operating System Concepts
    June 25, 2003
    TX0005739634

66. Thermodynamics and an
    Introduction to Thermostatistics
    October 28, 1985
    TX0001684782

67. Systems Analysis and Design
    March 7, 2000
    TX0005152449

68. Fundamentals of Physics Extended
    March 7, 1997
    TX0004493075

69.  Managerial Economics Analysis, Problems, Cases
     August 29, 2003
     TX0005796634

70.  Corporate Finance Theory and Practice
     February 28, 1997
     TX0004482886

71.  Statistical Digital Signal Processing and Modeling
     May 23, 1996
     TX0004294661

```
                        Schedule C
                   "Cengage Copyrights"

Title
Date of Registration
Registration #

     1.   Managing: A Competency-Based
          Approach
          April 20, 2007
          TX0006565634

     2.   Advanced Engineering
          Mathematics
          August 22, 2002
          TX0005625435

     3.   Organization Theory
          and Design
          September 29, 2006
          TX0006443003

     4.   Organizational Behavior
          October 2, 2006
          TX0006433256

     5.   Principles of Instrumental
          Analysis
          January 16, 2007
          TX0006499740

     6.   Psychopathology: A Competency-Based
          Assessment Model for Social Workers
          December 14, 2000
          TX0005196411

     7.   Biology: Concepts and Applications
          February 8, 1991
          TX0002997814

     8.   Animal Physiology
          September 30, 2004
          TX0006037766
```

9.  A First Course in the Finite
    Element Method
    May 29, 2007
    TX0006577547

10. Human Resource Development
    January 12, 2006
    TX0006303352

11. Cognitive Psychology
    October 22, 2002
    TX0005665400

12. Engineering Ethics:
    Concepts and Cases
    January 19, 2000
    TX0005056029

13. Principles of Microeconomics
    September 29, 2006
    TX0006437003

14. Principles of Macroeconomics
    September 29, 2006
    TX0006437004

15. Mechanics of Materials
    January 9, 2004
    TX0005903143

16. Principles of Economics
    September 29, 2006
    TX00064334553

17. Management Information Systems
    October 25, 2006
    TX0006441215

18. Electronic Commerce
    October 24, 2006
    TX0006451224

19. Management of Electronic Media
    December 6, 2001
    TX0005633122

20. Fundamentals of Financial
    Management
    March 15, 2006
    TX0006328846

21. Operations Research:
    Applications and Algorithms
    March 4, 1994
    TX0003790957

22. Introduction to the Theory
    to Computation
    January 14, 1997
    TX0004456335

23. Global Strategy
    January 3, 2006
    TX0006305724

24. Human Physiology: From
    Cells to Systems
    June 19, 2003
    TX0005673286

25. Numerical Analysis
    March 6, 2001
    TXu000998584

26. Calculus: Early
    Transcendentals
    July 16, 1999
    TX0004241945

27. Group Dynamics
    December 2, 1998
    TX0004899497

28. Information Technology
    Project Management
    August 8, 2007
    TX0006813393

29. Theories of Personality
    September 22, 2000
    TX0005277566

30. Ethics in Information
    Technology
    September 29, 2006
    TX0006441519

31. Classical Dynamics of
    Particles and Systems
    July 30, 2003
    TX0005827168

32. Food and Culture
    August 22, 2003
    TX0005827380

33. Biochemistry
    November 25, 2002
    TX0005700280

34. Principles of Heat
    Transfer
    October 19, 2000
    TX0005292081

35. Database Systems: Design,
    Implementation, and
    Management
    February 18, 1993
    TX0003484811

36. A+ Guide to Managing and
    Maintaining Your PC
    July 28, 2004
    TX0006003920

37. Developmental Psychology:
    Childhood and Adolescence
    September 3, 1998
    TX0004844200

38. Managerial Economics:
    A Problem Solving Approach
    March 19, 2007
    TX0006547795

39.  Quantitative Methods
     for Business
     April 24, 2003
     TX0005719469

40.  Analytical Mechanics
     April 6, 2004
     TX0005948682

41.  Accounting Information
     Systems
     March 1, 2004
     TX0005900590

42.  Applied Regression Analysis
     for Business and Economics
     August 14, 2000
     TX0005257126

43.  Programming Logic
     and Design
     February 21, 2007
     TX0006514989

44.  Introduction to Probability
     and Statistics
     March 9, 2005
     TX0006116659

45.  Analog and Digital Signal
     Processing
     March 5, 1999
     TX0004942689

46.  Business Research Methods
     February 7, 2005
     TX0006116887

47.  Statistics for Management
     and Economics
     January 12, 2005
     TX0006110369

48. Technical Communication:
    A Reader-Centered Approach
    December 19, 2006
    TX0006496094

49. Principles of Foundation
    Engineering
    January 22, 2007
    TX0006505845

50. Systems Analysis & Design
    in a Changing World
    February 21, 2007
    TX0006521414

51. Fundamentals of Logic Design
    July 7, 2003
    TX0005804154

52. Invertebrate Zoology
    August 28, 2003
    TX0005818299

53. Financial Markets and
    Institutions
    December 5, 2006
    TX0006485236

54. Consumer Behavior
    March 14, 2006
    TX0006340608

55. Statistics for Business
    and Economics
    January 3, 2006
    TX0006352862

56. Psychology Applied to
    Modern Life: Adjustment
    in the 21st Century
    July 12, 2005
    TX0006196883

57. C++ Programming
    October 25, 2006
    TX0006445014

58. Essentials of Management
    February 25, 1994
    TX0003749501

59. Vibrations
    June 26, 2003
    TX0005782689

60. Probability:
    The Science of Uncertainty
    March 19, 2001
    TXu000995888

61. Principles of Geotechnical
    Engineering
    December 7, 2001
    TX0005661123

62. Abnormal Psychology
    October 7, 2004
    TX0006051728

63. Solid Waste Engineering
    December 6, 2001
    TX0005558657

64. Oracle 10g SQL
    October 25, 2006
    TX0006441228

65. Fundamentals of Analytical
    Chemistry
    August 28, 2003
    TX0005800626

66. Concepts of Database Management
    September 24, 2007
    TX0006818729

67. Psychological Testing Principles,
    Applications, and Issues
    March 19, 2001
    TX0006016017

68. Employee Selection
    October 22, 2002
    TX0005660599

69.  Principles of Biostatistics
     May 8, 2000
     TX0005206416

70.  Introduction to Microbiology:
     A Case-Study Approach
     May 1, 2003
     TX0005735278

Schedule D
"McGraw-Hill Copyrights"

Title
Date of Registration
Registration #

1.  Organic Chemistry:
    A Brief Course
    August 8, 2001
    TX0005362457

2.  Production and Operation
    Analysis
    February 7, 2001
    TX0005233471

3.  Conducting and Reading
    Research in Health and Human
    Performance
    October 24, 1997
    TX0004574000

4.  Vander's Human Physiology
    April 26, 2005
    TX0006162292

5.  Intermediate Accounting
    November 12, 1997
    TX0004665617

6.  Atlas of skeletal muscles
    August 23, 1999
    TX0005047445

7.  Time-saver Standards for
    Interior design and Space
    Planning
    August 5, 2001

8.  Convective Heat and Mass
    Transfer
    March 1, 1993
    TX0003492928

9.    Harrison's Principles of
      Internal Medicine
      November 24, 1997
      TX0004680455

10.   Power System Analysis
      February 25, 1994
      TX0003815506

11.   The Ethics of Management
      December 20, 2002
      TX0005643484

12.   Essentials of Negotiation
      July 14, 2000
      TX0005240870

13.   Measuring and Managing
      Knowledge
      April 25, 2001
      TX0005342175

14.   Interpersonal Skills in
      Organizations
      February 8, 2005
      TX0006142923

15.   Criminal Investigation
      October 7, 1999
      TX0005064081

16.   The Science and Design of
      Engineering Materials
      February 17, 1995
      TX0003667430

17.   Fundamentals of Cost
      Accounting
      January 21, 2005
      TX0006096947

18.   Fundamentals of Vibrations
      June 20, 2000
      TX0005244716

19. Case Studies in Finance:
    Managing for Corporate Value
    Creation
    November 20, 2002
    TX0005630838

20. Discrete Mathematics and
    Its Applications
    December 20, 2002
    TX0005643474

21. Strategic Management of
    Technological Innovation
    June 23, 2004
    TX0005986389

22. Fundamentals of Corporate
    Finance
    March 28, 2003
    TX0005701708

23. Crafting and Executing Strategy
    December 7, 2000
    TX0005201165

24. Business Communication:
    Building Critical Skills
    May 5, 2003
    TX0005718074

25. Human Physiology
    March 19, 2001
    TX0005361283

26. Money, Banking and Financial
    Markets
    February 8, 2005
    TX0006613336

27. Financial Accounting
    February 28, 2003
    TX0005697734

28. Statistical Techniques in
    Business and Economics
    April 10, 2000
    TX0005074606

29. Organic Chemistry
    February 9, 2000
    TX0005151331

30. Transnational Management
    September 10, 1999
    TX0005040439

31. Managerial Accounting
    June 14, 2001
    TX0005393475

32. Strategic Management
    December 19, 2002
    TX0005667198

33. Vector Mechanics for Engineers:
    Dynamics
    February 10, 1998
    TX0004709093

34. Applied Linear Statistical Models
    March 27, 1996
    TX0004242500

35. Cost Management
    June 21, 2004
    TX0005988372

36. Human Anatomy
    April 27, 2004
    TX0005956415

37. Managerial Accounting
    September 18, 1996
    TX0004380077

38. Marketing Management: Knowledge
    and Skills
    September 28, 2004
    TX0006049103