39.  Hole's Human Anatomy &
     Physiology
     December 15, 2004
     TX0006071274

40.  Operations Management for
     Competitive Advantage
     August 16, 2000
     TX0005265436

41.  Ecology: Concepts and
     Applications
     July 2, 2001
     TX0005412309

42.  Arnheim's Principles of
     Athletic Training
     December 19, 2002
     TX0005626361

43.  Vector Mechanics for Engineers:
     Statics
     September 28, 2004
     TX0006037764

44.  Business Driven Technology
     May 5, 2005
     TX0006209520

45.  Principles of Electronic
     Communication Systems
     February 15, 2007
     TX0006558927

46.  Introduction to Geographic
     Information Systems
     October 27, 2006
     TX0006449794

47.  Vector Mechanics for Engineers,
     Statics and Dynamics
     December 19, 2005
     TX0006290306

48.  Financial Markets & Institutions
     March 5, 2001
     TX0005356114

49.  Organizational Behavior
     June 4, 2004
     TX0005981407

50.  Microelectronic Circuit
     Design
     February 24, 1997
     TX0004485751

51.  Fundamental Managerial
     Accounting Concepts
     February 15, 2005
     TX0006156014

52.  Theories of Personality
     May 5, 2005
     TX0006218231

53.  New Business Ventures and
     The Entrepreneur
     January 3, 1994
     TX0003701760

54.  Unit Operations of Chemical
     Engineering
     December 15, 2004
     TX0006087720

55.  Economics: Principles,
     Problems and Policies
     May 15, 2006
     TX0006361716

56.  Compensation
     August 24, 2004
     TX0006017696

57.  Child Psychology
     March 3, 1986
     TX0001772304

58.  Marketing: the Core
     February 4, 2004
     TX0006030091

59.  Advanced Financial Accounting
     June 21, 2004
     TX0005986569

60.  Understanding Business
     November 24, 2006
     TX0006467295

61.  Economics
     July 3, 2001
     TX0005405876

62.  Database Systems Concepts
     July 31, 2001
     TX0005420188

63.  Environmental Science
     May 5, 2003
     TX0005733460

64.  Animal Diversity
     May 16, 2006
     TX0006355819

65.  Business Communication
     January 31, 1980
     TX0000407157

66.  Fluid Mechanics
     March 10, 2003
     TX0005672904

67.  Business Marketing
     July 19, 2001
     TX0005349318

68.  Marketing
     May 3, 2005
     TX0006211692

69. Supervision: Concepts and
    Skill-Building
    August 20, 1999
    TX0005025972

70. Personal Finance
    March 4, 1994
    TX0003759224

71. Fundamentals of Selling
    January 4, 1993
    TX0003463740

72. Managing Human Resources
    January 11, 1995
    TX0003967877

73. Corporate Finance: Core
    Principles and Applications
    March 29, 2006
    TX0006330495

74. Leadership : Enhancing the
    Lessons of Experience
    December 27, 2001
    TX0005490584

75. Sports in Society
    July 23, 2003
    TX0005789952

76. Contemporary Advertising
    November 22, 1995
    TX0004168974

77. Contemporary Management
    June 22, 2006
    TX0006392655

78. Managerial Economics
    April 27, 2004
    TX0005956482

79. Fundamental Accounting
    Principles
    September 13, 1999
    TX0005040468

80.  Essentials of Anatomy &
     Physiology
     April 27, 2004
     TX0005956204

81.  Consumer Behavior and
     Marketing Strategy
     October 11, 1995
     TX0004143411

82.  Perspectives in Business
     Ethics
     April 26, 2004
     TX0005954247

84.  Management Control Systems
     October 14, 2003
     TX0005824215

85.  Project Management:
     The Managerial Process
     May 5, 2005
     TX0006212962

86.  Negotiation: Readings,
     Exercises, and Cases
     October 1, 2002
     TX0005624572

87.  Fundamentals of Electric
     Circuits
     February 28, 2003
     TX0005706432

88.  Synthesis and Optimization
     of Digital Circuits
     March 22, 1994
     TX0003763958

89.  Human Resource Management:
     Gaining A Competitive Advantage
     May 5, 2005
     TX0006214764

90.  Managing Change: A Multiple
     Perspectives Approach
     May 5, 2005
     TX0006220852

91.  Organization Development
     and Transformation
     April 23, 2004
     TX0005954185

92.  Principles Of Advertising & IMC
     April 23, 2004
     TX0005954714

93.  Basic Business Communication
     October 11, 1995
     TX0004129027

94.  Design of Concrete Structures
     January 30, 2004
     TX0005906750

95.  Health Psychology
     November 13, 2002
     TX0005608847

96.  Physical Chemistry
     October 17, 2001
     TX0005470348

97.  Introduction To The Finite
     Element Method
     January 25, 2005
     TX0006101281

98.  Principles of Environmental
     Science: Inquiry and
     Applications
     May 7, 2003
     TX0005717755

99.  Human Resource Strategy:
     A Behavioral Perspective
     For the General Manager
     March 15, 2001
     TX0005359597

100. Fundamentals of Human
     Resource Management
     October 14, 2003
     TX0005837555

101. Functional Analysis
     September 17, 1990
     TX0002907213

102. Systems Analysis and
     Design Methods
     March 17, 2006
     TX0006333132

103. Juran's Quality Planning
     And Analysis for Enterprise
     Quality
     March 3, 2006
     TX0006351562

104. Managerial Economics and
     Organizational Architecture
     July 24, 2003
     TX0005801563

105. Engineering Circuit Analysis
     August 1, 2001
     TX0005361603

106. Design of Machinery
     December 15, 2004
     TX0006079800

107. Financial Markets and
     Corporate Strategy
     November 13, 2001
     TX0005471539

108. A Topical Approach to
     Life-Span Development
     March 17, 2006
     TX0006312113

109. Real and Complex Analysis
     August 11, 1986
     TX0001887185

110. International Management:
     Culture, Strategy And Behavior
     October 22, 2002
     TX0005658674

111. Microwave Transmission
     Networks: Planning,
     Design, and Deployment
     April 30, 2004
     TX0005954726

112. Introduction to Probability
     and Statistics
     April 11, 1995
     TX0004030173

113. Fundamentals of Digital Logic
     with VHDL Design
     August 20, 1999
     TX0004961919

114. Adolescence
     July 24, 2000
     TX0005249141

115. Human Resource Management
     November 14, 2002
     TX0005635775

116. Organizational Behavior
     And Management
     August 8, 2001
     TX0005423450

117. Peter Norton's Intro To
     Computers MS Excel for
     Windows IMK
     May 15, 1995
     TX0004033120

118. Introduction To Operations
     Research
     July 28, 2006
     TX0006407273

119. Grob's Basic Electronics
     May 15, 2006
     TX0006344085

120. Organizational Behavior:
     Human Behavior at Work
     June 14, 2001
     TX0005360845

121. Marketing
     September 18, 1996
     TX0004378194

122. Fluid Mechanics:
     Fundamentals and Applications
     February 8, 2005
     TX0006164685

129. Economics
     August 5, 2004
     TX0006037505

130. Elementary Number Theory
     January 3, 2006
     TX0006317490

131. Heat Transfer
     December 6, 2001
     TX0005490794

132. Ethics in Engineering
     June 23, 2004
     TX0005986214

133. Electronic Commerce:
     Security, Risk Management,
     and Control
     December 6, 2001
     TX0005464917

Schedule E
Pearson Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Pearson" | 2,599,724 | 009, 016, 035, 042 |
| 2. "Pearson" | 2,600,081 | 041 |
| 3. "Pearson" | 2,652,792 | 009, 016 |
| 4. "Pearson" | 2,679,355 | 016 |
| 5. "Pearson" | 2,691,830 | 041 |
| 6. "Pearson" | 2,694,359 | 009 |
| 7. "Prentice-Hall" | 1,332,044 | 016 |
| 8. "Prentice-Hall" | 1,332,639 | 042 |
| 9. "Prentice-Hall" | 1,375,654 | 009 |
| 10. "Addison Wesley" | 2,188,798 | 016 |
| 11. "Addison-Wesley" | 2,400,130 | 016 |
| 12. "Benjamin Cummings" | 2,674,589 | 016 |
| 13. "Benjamin Cummings" | 2,671,773 | 041 |
| 14. "Benjamin Cummings" | 2,671,772 | 041 |
| 15. "Benjamin Cummings" | 2,621,299 | 016 |
| 16. "Benjamin Cummings" | 1,189,279 | 016 |

Schedule F
Wiley Trademarks

|    | U.S. Trademark | Registration Number | Class |
|----|----------------|---------------------|-------|
| 1. | "JW" Colophon | 2,168,941 | 009, 042 |
| 2. | "Wiley" | 1,003,988 | 009, 016, 036, 038 |
| 3. | "Wiley" | 2,159,987 | 009, 042 |

Schedule G
McGraw-Hill Trademarks

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "McGraw-Hill" | 1,350,345 | 16 |
| 2. "McGraw-Hill" | 2,899,528 | 16, 41 |
| 3. "The McGraw-Hill Companies" | 3,103,212 | 9,16,35,36,37, 38,39,40,41,42 |
| 4. "Irwin" | 1,718,118 | 16 |