UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—   —   —   —   —   —

| | |
|---|---|
| PEARSON EDUCATION, INC., JOHN WILEY & SONS, INC., CENGAGE LEARNING, INC., AND THE MCGRAW-HILL COMPANIES, INC., | : <br> : <br> : <br> : <br> :   96 Civ 6354 (JSR) <br> : |
|     Plaintiffs, | : <br> : |
|     vs. | : <br> : |
| VINOD KUMAR, VIRENDER YADAV, SUKHWINDER SINGH AND DART AIR, INC. ALL D/B/A MODERN BOOKS D/B/A EXPRESS BOOKS D/B/A UNIQUE BOOKS D/B/A JHON BOOK STORE D/B/A EXPRESSBOOKS06 D/B/A QUALITYINSTRUMENTS400 AND JOHN DOES NOS. 1-5, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
|     Defendants. | : <br> : |

—   —   —   —   —   —

EXAMINATION BEFORE TRIAL of the testimony of

VIRENDER YADAV as taken by and before BETH J.

SPINNER, a Certified Shorthand Reporter and Notary

Public of the State of New York at the law offices

of WILLIAM DUNNEGAN, ESQ., The Empire State

Building, 350 Fifth Avenue, Suite 4908, New York,

New York, 10118, on Wednesday, May 7, 2008,

commencing at 10:00 a.m.

B. SPINNER ASSOCIATES

CERTIFIED SHORTHAND REPORTERS

477 SOUTH HORIZON WAY, NESHANIC STATION, NEW JERSEY 08853

TELEPHONE (908) 369-3931

Yadav - direct

1    A.    Local packages where they can reach

2    physically, they can go.

3        Q.    Got it.

4    A.    States they go through DHL, Fed-Ex, whatever.

5        Q.    Now, is that the way that Dart Air

6    operated?

7    A.    Operates, that's right.

8        Q.    After the two or three months, you

9    told Niurka to operate the business, is that fair?

10   A.    Yes, there were two reasons.  My business, I

11   cannot give my time to the Dart Air operation

12   because they need some direction, they send across

13   the state.

14            Secondly, I wanted Niurka that sees

15   interest to having business, and sees doing

16   something her own.  So I give this business to

17   Niurka.

18       Q.    After you gave it to Niurka, did Mr.

19   Malik continue with the business?

20   A.    Yes.

21       Q.    Did you actually change ownership of

22   the shares of the company?

23   A.    Yes, I transferred everything.

24       Q.    Do you have the documents that showed

25   that at some point?

B. SPINNER ASSOCIATES

Yadav - direct

1    A.    There should be.

2         Q.    You should have those documents?

3    A.    Should be with Dart Air.  Because Dart Air

4    should have those documents or C.P.A.s should have

5    those documents.

6         Q.    You actually signed formal papers

7    transferring ownership of Dart Air?

8    A.    Of course.  Of course.  Of course.

9         Q.    That is to transfer, you signed formal

10   papers to transfer to Niurka?

11   A.    Right.

12        Q.    Now, how long did Niurka own Dart Air?

13   A.    Until the time she transferred these.

14        Q.    When was that?

15   A.    I think maybe when your books and things

16   started, during that time.

17        Q.    When you say things started, you mean

18   this lawsuit?

19   A.    When we came to about your books, that these

20   are illegally traded.

21        Q.    That is after this lawsuit had

22   started, right?

23   A.    Yes, yes.

24        Q.    So after this lawsuit had started --

25   A.    Yes.

B. SPINNER ASSOCIATES

Yadav - direct

Q.      -- Niurka transferred Dart Air to?

A.      We asked Vinod, because Vinod handle the Dart Air company in India.  His name is also Dart Air Service in India.  He also owns a courier business.

Q.      About when did you transfer Dart Air Inc. to Vinod Kumar?

A.      I think it has been four months, five months. I don't remember dates but during this time.  I mean, Niurka transferred.

Q.      Got you.

A.      We asked him what is this business we had been notified, what is this business.  He sent some papers, this is legal, this is this, this is reference of this and this and this.  He tried to told us that this is not a problem.  But we did not listen and we told him that we want to shut down this or we don't want to be part of any responsibility of this.

We don't want to listen anything you want to do, anything to deal with you.  We don't want to be part of this business at all.  We don't understand this isn't right business.  We understand what you are saying is right.  What you are saying, we are not satisfied with you.  So you want to shut down or you want to have this business

Yadav - direct

1    your own.

2        Q.    So the business was, the business of

3    Dart Air was transferred to Vinod Kumar --

4    A.    Yes.

5        Q.    -- after this lawsuit was started?

6    A.    That's right.

7        Q.    At that point did you receive any

8    money for it?

9    A.    It was, I told you, it was only an operation.

10        Q.    But did you --

11    A.    No.

12        Q.    For transferring the business, did you

13    receive anything from Mr. Kumar?

14    A.    No.

15        Q.    Zero?

16    A.    No.  We did not have anything.  We did not

17    have that kind of account, anything at all.

18    Whatever this pack is, like from India it comes,

19    okay.  You send here to the customers, shipping,

20    whatever, there are some CODs money against it, it

21    meets the expenses, it is nothing.  We did not

22    receive on that account any single penny.

23        Q.    When did you first realize that Dart

24    Air was distributing books that were shipped from

25    India?

B. SPINNER ASSOCIATES

Yadav - direct

1    A.    No, books and packages, but they were coming.

2        Q.    Right.  When did you first realize

3    that Dart Air was picking up books as opposed to

4    other types of merchandise from Kennedy Airport?

5    A.    Books and all these merchandise?

6        Q.    Yes.

7    A.    This has always been books and we don't know

8    it is books or package, they have been coming from

9    day one.  But we realized that this is a wrong

10   business, you want to say that.

11       Q.    Let me try to explain my question a

12   little bit better and then I will ask one very

13   precisely.

14   A.    Please.

15       Q.    From day one of Dart Air books may

16   have been in the packages that were picked up at

17   Kennedy Airport, right?

18   A.    I don't think this kind of many books.  They

19   were packages but these kind of packages, like

20   books packages, it was not that during that time.

21   There were packages like letters and other things

22   and small envelope.

23       Q.    During what period of time did you

24   personally first realize that there were books in

25   the packages that were being picked up from Kennedy

B. SPINNER ASSOCIATES

Yadav - direct

1    Airport?

2    A.    We did not want it to pay attention that

3    books or merchandise or anything, we had no idea.

4    When you notified -- no, not you notified, some

5    other attorney, he had sent a kind of pamphlet or

6    something that there will be a case against you and

7    it is a books case that we inquire about it.

8    Somebody else had sent some, that he will help us

9    in this case and cases coming against us.

10        Q.    So --

11   A.    We realized what are these books.  Then we

12   realized that these are these books.

13        Q.    Well, do you remember being served

14   with a summons and complaint?

15   A.    Yes.

16        Q.    In this case?

17   A.    Yes.

18        Q.    How long before you received that

19   summons and complaint did you receive the notice?

20   A.    About 15 days before, maybe 10, 15, 20 days

21   before.

22        Q.    Who sent you that notice?

23   A.    There was an attorney.  I don't remember the

24   name.  But there was an attorney.  I spoke to him.

25        Q.    Did you receive anything from that

                 B. SPINNER ASSOCIATES

Yadav - direct

1    merchandise that was shipped from India to Kennedy

2    Airport to anyone in the United States?

3    A.    No..

4    Q.    Do you know anybody other than the two

5    drivers for Dart Air who would do that?

6    A.    Sometime Malik.  Malik or manager, they go

7    sometime with that.

8              (Priority Mail Envelope received and

9    marked Plaintiff's Exhibit B for Identification.

10             Book entitled "Computer Ethics"

11   received and marked Plaintiff's Exhibit C for

12   Identification.)

13   Q.    Now, I'd like to show you both Exhibit

14   B and Exhibit C. I am going to ask you have you

15   seen any of those or either of those before today?

16   A.    These packages?

17   Q.    Yes, have you seen Exhibit B before

18   today?

19   A.    You mean the contents or you mean the

20   package?

21   Q.    I mean the package.

22   A.    Yes, I have seen.

23   Q.    You understand that Exhibit B was

24   addressed to Kim Banks, 353 West 56th Street?

25   A.    No, I don't know about the address and these

B. SPINNER ASSOCIATES

Yadav - direct

1    thing.  I know about the package.  This kind of

2    packages, I used to see my -- sometime they used to

3    come by the mail to my home and my office, but

4    address, etcetera, we never saw these addresses.

5        Q.    So you have no recollection of seeing

6    Exhibit B before today?

7    A.    We never tried to read the addresses because

8    we had no linking business that we need these

9    addresses.

10        Q.    When you say we, who do you mean?

11    A.    My office, my staff also when I am all the

12    time not in my office, my office, also when postman

13    delivers.

14        Q.    When you say your office, do you mean

15    Tradex?

16    A.    Yes, Tradex.

17        Q.    Do you know whether or not this

18    envelope came from Tradex?

19    A.    From Tradex?

20        Q.    Yes.

21    A.    From Tradex, no.  To Tradex address.  To the

22    Tradex address, postman sometime deliver those

23    packages.

24        Q.    Did you ever hear of a company called

25    Express Books?

B. SPINNER ASSOCIATES

Yadav - direct

1  A.      Only after you notified.

2          Q.      And after we notified, how did you

3  learn of Express Books?

4  A.      How did I?

5          Q.      How did you learn of Express Books?

6  A.      These are kind of some thing, that we know

7  that it is going on.  I have no knowledge who is

8  Express, who is owner, who is sending.  I have

9  nothing beyond that.

10          Q.      Did you ever have a discussion with

11  Vinod Kumar about who was Express Books?

12  A.      He just agreed that he owns business.

13          Q.      He agreed that he was doing Express

14  Books?

15  A.      This business about the books business.

16          Q.      Did Vinod Kumar ever mention Express

17  Books to you?

18  A.      Never.

19          Q.      Now, did Dart Air ever use, to your

20  knowledge, the United States Postal Service to

21  deliver packages within Manhattan?

22  A.      I just know because the post, the supervisor

23  came many times because the registered address of

24  the Dart Air was 146 West and he told me that these

25  guys, they put in the post box, these heavy

B. SPINNER ASSOCIATES

Yadav - direct

1    package, they are not supposed to be delivered

2    there because they are for the small packets and

3    Dart Air people, they put in, this would go

4    directly to the post office.  I conveyed to them

5    that the supervisor from the post office, he

6    complain about it.  He came to my address.  So do

7    not do that.  They told me after that, they deliver

8    to the post office.

9         Q.    When did the supervisor from the post

10   office come to you?

11   A.    Maybe during six month, one year, I don't

12   remember.

13        Q.    When you say six months, one year, can

14   you be any more specific?

15   A.    I have no knowledge.

16        Q.    Do you know the name of the person who

17   came to visit you from the post office?

18   A.    Sitting over there on the Seventh Avenue, I

19   know the person.  I know the main person, he is

20   with the van, he brings the van on the Seventh

21   Avenue.

22        Q.    Seventh Avenue and what?

23   A.    Seventh Avenue and 29th Street.  They have

24   the post office van.  And my regular postman, when

25   he comes, then he say today you have got a lot of

B. SPINNER ASSOCIATES

Yadav - direct

1   books.  He will bring today.  And the same guy, he

2   come with his other postman, and he used to

3   complain.  I have seen him personally.

4        Q.    Okay.

5             Now, your usual postman said you have

6   a lot of books?

7   A.    Yes.

8        Q.    He would complain about the fact --

9   A.    I mean books, packages, books mean these kind

10  of packages, heavy packages.  Now we know they are

11  books.

12       Q.    You didn't know that there were books

13  in them at the time?

14  A.    No, we did not know.  He said heavy packages

15  like that.  After that, now we call them books.

16            Before that we did not know they are

17  books until lawsuit notified to us.  Now we are

18  calling them books.  Before we were calling them

19  packages.

20            (Priority Mail Envelope received and

21  marked Plaintiff's Exhibit D for Identification.)

22       Q.    Let me show you what I have just

23  marked as Exhibit D. Have you seen that before

24  today?

25  A.    These packages I told you.

B. SPINNER ASSOCIATES

Yadav - direct

1          Q.        Inside they were big?

2     A.     When you open the door, there were so many

3     collected like this and nobody knew that, whose

4     mail they are.  They asked me, I said no, I don't

5     get my mail.  So they garbaged.

6               But these, when I come out, sometime I

7     go ten, 12, from my home, and I found that these

8     are same thing, the garbage, I also garbaged when I

9     found.

10         Q.     Did you also receive at the offices of

11    Tradex at 146 West 29th Street packages which

12    looked similar to Exhibit D, except for the

13    address, of course?

14    A.     Nobody bothered about that at all.  But these

15    similar packages we used to receive, I told you, my

16    mailman used to tell me that they are coming and

17    not the regular mailman who has a van, he used to

18    bring and used to -- so we were thinking that they

19    put less tickets, somebody's package, or they made

20    something wrong delivery, or because the postman is

21    pissed off because they put in the box instead of

22    the -- to the main office.  So it should go back,

23    they will take care.  We did not know about that.

24         Q.     Sometimes people from Dart Air were

25    picking up these packages that looked like Exhibit

                    B. SPINNER ASSOCIATES

Yadav - direct

1    D, right?

2    A.    Yeah, they were all D or, they were kind of

3    similar.   Sometime in these, sometime in these.

4    Sometime they had a bulletin kind of bag.

5         Q.    But people from Dart Air would from

6    time to time come to the offices of Tradex at 146

7    West 29th Street --

8    A.    No, we used to call them.

9         Q.    You used to call them, they would come

10   and pick up packages that looked like this?

11   A.    Yes.   Not only this, because that is the

12   regular process.   Sometimes the package is a big

13   box, sometimes somebody deliver, sometime DHL

14   because they have a register office there, they

15   deliver so...

16        Q.    Did you ever ask anyone why these

17   packages were being delivered to the office at

18   Tradex at 146 West 29th Street?

19   A.    Because the address is there.   Return address

20   is there.   We presume that Dart Air got registered

21   office, so that is why they check that they came

22   from there so they deliver to the registered

23   office.   We presumed like that.

24        Q.    Did you make any effort to change the

25   registered office?

Yadav - direct

1    A.    Because once we, in the good faith, we did

2    not know that this is -- every day mailing is

3    there.  It is only because of the registered

4    sometime came.  Now everything is changed once we

5    know about that.

6         Q.    Everything is what?

7    A.    Changed.  The registered office or this,

8    everything, we have changed.

9         Q.    After the lawsuit arose you changed

10   everything?

11   A.    Yes.  To my personal knowledge I do not know

12   they are a corporation, they are a provider, they

13   are a company, they are individual or whatever.

14   Because Vinod admitted straight away, he is doing

15   this business.

16        Q.    Say that again.

17   A.    Vinod straight away admitted it is his

18   business, and he is doing this business.

19        Q.    Can you look at Exhibit B, any of the

20   information on it, and tell me if you see anything

21   which suggests to you the identity of the person

22   that delivered it to the United States Postal

23   Service?

24   A.    I do not know about addresses at all.  I have

25   no knowledge.

                    B. SPINNER ASSOCIATES

Yadav - direct

1      Q.      Does it strike you as out of the

2   ordinary course of business of Dart Air to deliver

3   packages to addresses in Manhattan by using the

4   United States Postal Service?

5   A.      Whatever I have knowledge, I tell you.  The

6   one guy, he used to cry and Malik used to tell him

7   that he can press the button, he has got the power

8   to cry.  And he said, "sir, night I went ten

9   o'clock.  Sir, I am tired.  So many package.  I am

10  doing this.  I am doing this.  All everything."

11          So I told him about these people are

12  crying, it is extra job and too much hard working

13  job, they put these.

14          So I think later on these things,

15  before they were putting the labels as per their

16  instructions because they have in this office, then

17  they were sending from the India as it is.  These

18  things.  Why they were using these, I never tried

19  to inquire.  Never, nobody, we don't know.

20          Yes, yes, I think this was cheaper

21  because of the DHL, I think.  They that rate to

22  take from DHL, Fed-Ex, and everything, and because

23  of the -- this is somehow cheaper, I guess.

24      Q.      So are you telling me that it is your

25  understanding that the envelope which is marked as

B. SPINNER ASSOCIATES

Yadav - direct

1   Plaintiff's Exhibit B was shipped from India with

2   United States postage already on it?

3   A.    No, no, not about this.  I am talking about

4   this, about this thing.  This address.  Because

5   they used to cry they have to put these labels on

6   this here.  It is too much work.  They have to work

7   hard.  This is so many things, small, small, and

8   everything.

9          So I think later on they made a system

10  that they were sending these from India, as it is,

11  only postage they were putting here, I think like

12  that.

13          I guess.

14  Q.    Who would put the postage on it?

15  A.    Staff of the Dart.

16  Q.    The drivers?

17  A.    No, not drivers, they don't do that.  Office

18  staff.  Drivers don't do that.  Drivers are

19  running, that are not their job, they hardly stay.

20  This was the office boys who work.  And from India

21  when they come, these are big big bags.  They don't

22  come like, there are so many inside.

23          I mean, to our knowledge and

24  everything we try to find the everything he was

25  operating from India, everything, selling, doing,

B. SPINNER ASSOCIATES

77

Yadav - direct

1    States delivery confirmation --

2    A.    Before.

3        Q.    -- bar code on it?

4    A.    Before they were doing here in the computer.

5    They said this is extra work for us, they were

6    tired.

7        Q.    Have you ever seen anyone from Dart

8    Air deliver any packages to the postal service

9    outside of Manhattan?

10   A.    No, not outside Manhattan.  Manhattan I have

11   seen.  Outside, I don't know, maybe the drivers,

12   they know.  But outside Manhattan, I don't think

13   they give the delivery of the books.  I never seen

14   them.  This was for the time period something extra

15   burden on them.  On the Dart.  This is not the

16   regular business.  The entire staff is tied up with

17   the regular business.

18       Q.    What makes you think books are not the

19   regular business of Dart Air?

20   A.    Because they started last year only.  This is

21   too much headache and work.

22       Q.    When you say last year only, when, to

23   your knowledge, did Dart Air start selling the

24   books?

25   A.    Because the other courier company, they had

B. SPINNER ASSOCIATES

Yadav - direct

1   also started that.

2         Q.      Other courier company, what do you

3   mean?

4   A.      I mean NYC Courier, I know it.  They were

5   talking in general, they are carrying load of

6   stuff, lot of clothes, then they said they switch

7   over to their customer, like you are Dart Air

8   customer, they come and tell you, can you switch

9   over to our business, we give you good rates.

10  Sometimes handicrafts come, some time glass come,

11  sometimes books come.  It is a boom sometime of the

12  business, you know.  So people, they switch over to

13  the customers and they ask us, that is what I

14  overheard.  And this is a cheap business, you don't

15  make good money on this.  You get very very less

16  money.  But this is bulk business, you get lot of

17  packages, but it is like you bring one to some

18  student send in an application form, they send $15.

19  Maybe this they got $100 or 50 cents to carry from

20  India.  They say we will give you this much of

21  books.

22         So the other company was also carrying

23  the books one time.  So I overheard all these

24  times.

25         Q.      At some point --

                    B. SPINNER ASSOCIATES

Yadav - direct

1   A.      To my knowledge I think you understand little

2   better because I can tell you about their operation

3   so you can link, okay.

4           Fortunately or unfortunately Vinod

5   being in the courier business is using this, okay.

6   But there are other players of the books, okay.

7   Let us say it is not Vinod, somebody is using Dart.

8   Please carry my these 2,000 packages in one week.

9   Every packet this much, this much weight.  Usually

10  they carry by weight.  So any carrier can pick up.

11      Q.      When you say any courier can pick up,

12  I am not following you.  In India, any courier can

13  pick up or in the United States?

14  A.      In India.  In India I am talking.  This is a

15  business.  They need a business to carry them.

16  Vinod maybe he stayed in this.

17      Q.      He what?

18  A.      Vinod is a courier guy, he is not a book guy,

19  so maybe he got this some, I mean, temptation or

20  some weak point that he can, others are selling the

21  book, so better he can sell the books.  He can get

22  better mileage because he will be having the

23  courier profit and he will be having the book

24  profit.  So he is not a book person, he is a

25  courier person.

B. SPINNER ASSOCIATES

Yadav - direct

1      Q.      But he owns the books he is shipping,

2  right?

3  A.      No, no, no.   That is what I'm telling you.

4  You are not trying to understand that.

5      Q.      He owns some of the books that he is

6  shipping?

7  A.      I never heard about that.   He buys the books

8  from somebody.   He is a middle man.

9      Q.      Right, but at some point he owns the

10  books that he is shipping to the United States,

11  right?

12  A.      I never heard about it.   If you come to the

13  Dart office now, they are scared of you, they are

14  scared of me, and they clean it.   And I kick them.

15  Otherwise you had tons of them.   You sit them.   You

16  throw them.   If he owns, he should have been

17  paying.   He should have been paying for these

18  books.   He is not paying.   They were garbage like.

19  When packages come, they are polybags, this size.

20  And the, all the packages, they are put in the

21  bags.

22      Q.      When you say bags, what do you mean

23  bags?

24  A.      That is what I am explaining, they are

25  politan bags, very thick politan bag.   Politan

B. SPINNER ASSOCIATES

Yadav - direct

1    means, not the plastic but --

2         Q.    Bubble wrap?

3    A.    Not the bubble wrap.  It is not plastic bag,

4    they are bags of the, very strong plastics.  It is

5    in Dart.  Maybe 20 bags comes every day.  They are

6    full of merchandise.  When they come from India.

7              And if one book or ten book I have

8    seen in the Dart office, you are using for as a

9    waste, you are eating on them food, you are doing

10   that.  If it is his books, he should have pain.

11        Q.    I can't understand you.  He should

12   have what?

13   A.    He should have some pain.  Some pain off his

14   merchandise.  If they could cost him, let us say, I

15   sent my son will be appearing, he is doing M.B.A.

16   from India, he will be appearing for FCA, FIC, or

17   some financial course maybe in July.  I forgotten

18   name.  There is one financial post graduate course.

19   I paid though $1,200 for him here in U.S.  That is

20   a United States course.  I send the same books for

21   $800, seven books.  Then I asked my son, he said

22   no, papa, they are part of the fees and part of the

23   books, they are together.  Books themselves cost

24   about $500, six books, okay.

25              Let us say they are not $600, let's

B. SPINNER ASSOCIATES