**From:** Vinod Kumar [vn1991@hotmail.com]
**Sent:** Tuesday, February 05, 2008 6:26 PM
**To:** Laura Scileppi
**Subject:** RE: correct document relating to my account

**Attachments:** abe1.xls

Dear Ms Laura,

as discussed, please find the correct sales documents, in my account. Rest of the documents do not belong to me. as they have given all the documents of all the sellers /complaints by the name of vinod kumar.

thanks/Vinod Kumar

---

Subject: Pearson Ed. v. Modern Books - Discovery Plan - Draft
Date: Mon, 28 Jan 2008 19:25:33 -0500
From: ls@Dunnegan.com
To: tradex.usa@conversent.net; vn1991@hotmail.com
CC: wd@Dunnegan.com

Dear Mr. Yadav and Mr. Kumar,

Thank you for your calls today. Wednesday afternoon looks like the best time to meet. I will leave it to you to pick an exact time.

Attached is a draft of a discovery plan. Please review it and be prepared to discuss it on Wednesday.

Very truly yours,

Laura Scileppi

---

**From:** Laura Scileppi
**Sent:** Thu 1/24/2008 1:38 PM
**To:** tradex.usa@conversent.net; vn1991@hotmail.com
**Cc:** William Dunnegan
**Subject:** Abebooks Subpoenaed Documents - 1

Dear Mr. Yadav and Mr. Kumar,

Attached are the documents Abebooks, Inc. e-mailed to us in compliance with the subpoena. I will send the documents in 3 e-mails since the files are large.

Very truly yours,

Laura Scileppi
(admission pending)
Dunnegan LLC

---

Post free auto ads on Yello Classifieds now! Try it now!