AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

| | |
|---|---|
| PEARSON EDUCATION, INC., ET AL., <br> V. <br> VINOD KUMAR, VIRENDER YADAV, AND SUKWINDER SINGH D/B/A MODERN BOOKS | **SUBPOENA IN A CIVIL CASE** <br><br> Case Number:[1] 07 Civ 9399 (SDNY) (CSH) |

**TO:**
Akademos, Inc.
25 Van Zant St
Norwalk, CT 06855

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see Schedule A.

| PLACE Dunnegan LLC, 350 Fifth Avenue Suite 4908, New York, New York, 10118 | DATE AND TIME <br> 4/8/2008 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) <br> *William Dunnegan* Attorney for Plaintiff | DATE <br> 3/19/2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
William Dunnegan, 350 Fifth Avenue Suite 4908, New York, New York 10118, 212-332-8300

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## Schedule A

1. All documents that constitute, refer, or relate to the Akademos, Inc. and/or Textbookx ("Akademos") account of Vinod Kumar.

2. All documents that constitute, refer, or relate to the Akademos account of Virender Yadav.

3. All documents that constitute, refer, or relate to the Akademos account of Sukwinder Singh.

4. All documents that constitute, refer, or relate to the Akademos account of Modern Books.

5. All documents that constitute, refer, or relate to the Akademos account of Express Books.

6. All documents that constitute, refer, or relate to the Akademos account of Unique Books.

7. All documents that constitute, refer, or relate to the Akademos account of Tradex USA Corp.

8. All documents that constitute, refer, or relate to the Akademos account of Expressbooks06.

9. All documents that constitute, refer, or relate to the Akademos account of John Book Store.

10. All documents that constitute, refer, or relate to the Akademos account of any individuals or businesses using the physical address of 146 West 29th St, # 3W1, New York, New York 10001.

11. All documents that constitute, refer, or relate to the Akademos account of an individual or business with the physical address of 94-18 109 Street, South Richmond Hill, New York 11419.

12. All documents that constitute, refer, or relate to the Akademos account of an individual or business with the physical address of 1023 110th Street, South Richmond Hill, New York 11419.

13. All documents that constitute, refer, or relate to the Akademos account of an individual or business with the physical address of 10433 92nd Avenue, Richmond Hill, New York 11418.

14. All documents that constitute, refer, or relate to the Akademos account of an individual or business with the physical address of 39/4 Mohmad Pur, Near Bikaji Cama Place, New Delhi 110066, India.

15. All documents that constitute, refer, or relate to the Akademos account of an individual or business with the email address of modernbookusa@gmail.com.

16. All documents that constitute, refer, or relate to the Akademos account of an individual or business with the email address of tradex.usa@conversent.net.

17. All documents that constitute, refer, or relate to the Akademos account of an individual or business with the email address of vn1991@hotmail.com.

18. All documents that constitute, refer, or relate to correspondence between Akademos and

(1) Vinod Kumar;

(2) Virender Yadav;

(3) Sukwinder Singh;

(4) Modern Books;

(5) Express Books;

(6) Unique Books;

(7) Tradex USA Corp.;

(8) Expressbooks06;

(9) John Book Store;

(10) anyone at the physical address 146 West 29th St, # 3W1, New York, New York 10001;

(11) anyone at the physical address 94-18 109 Street, South Richmond Hill, New York 11419;

(12) anyone at the physical address 1023 110th Street, South Richmond Hill, New York 11419;

(13) anyone at the physical address 10433 92nd Avenue, Richmond Hill, New York 11418.

(14) anyone at the physical address 39/4 Mohmad Pur, Near Bikaji Cama Place, New Delhi 110066, India;

(15) anyone using the email address modernbookusa@gmail.com;

(16) anyone using the email address of tradex.usa@conversent.net;

(17) anyone using the email address of vn1991@hotmail.com.