DECLARATION OF
CUSTODIAN OF RECORDS
OF AKADEMOS, INC.

RE: <u>Pearson Education, Inc., et al., v. Vinod Kumar, et al.,</u>
07 Civ. 9399 (CSH)(SDNY)

I, Geoffrey Katz, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am over the age of 18 years and not a party to this action. I am employed by Akademos, Inc. in the position of Director of Operations. My business address is 25 Van Zant Street, Norwalk, Connecticut 06855.

2. I am duly authorized as a custodian of the enclosed business records, consisting of 20 pages, concerning the accounts of the sellers "Expressbooks06," "Jhonbooks," and "Textbookx Financial."

3. These documents were prepared by Akademos, Inc. personnel (a) in the ordinary course of their duties; (b) at or near the time of the events; and (c) from information transmitted by a person with knowledge of those matters. These documents have been kept in the ordinary course of Akademos, Inc.'s business. It was the regular practice of Akademos, Inc. to make the enclosed business records.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 22 day of May 2008.

_____
Geoffrey Katz
TITLE

AK_000001