Pearson Copyrights and Sales

| Title<br>Date of Registration<br>Registration Number | Source<br>Date of Sale<br>Row Number |
|---|---|
| Electronic Commerce: A<br>Managerial Perspective<br>December 2, 1999<br>TX0005110454 | CID 52803897<br>November 30, 2007<br>15 |
| Probability and Random<br>Processes for Electrical<br>Engineering<br>August 3, 1993<br>TX0003590606 | CID 52803897<br>December 3, 2007<br>30 |
| Organic Chemistry<br>July 20, 2000<br>TX0005141194 | CID 52803897<br>December 4, 2007<br>39 |
| Training in Interpersonal Skills:<br>Tips for Managing People at Work<br>November 7, 1996<br>TX0004405435 | CID 52803897<br>December 28, 2007<br>82 |
| Compensation Management in<br>a Knowledge-Based World<br>April 7, 1997<br>TX0004511421 | CID 52803897<br>December 28, 2007<br>85 |
| Process Control: Modeling,<br>Design and Simulation<br>April 29, 2003<br>TX0005736756 | CID 52803897<br>December 28, 2007<br>86 |
| From ASICs to SOCs:<br>A Practical Approach<br>August 12, 2003<br>TX0005806238 | CID 52803897<br>January 3, 2008<br>87 |

Strategic Human
Resource Management             CID 52803897
April 26, 2001                  December 31, 2007
TX0005374633                    100

Marketing Management            CID 52803897
February 13, 1997               December 31, 2007
TX0004478935                    101

                                Jhonbooks
                                December 29, 2007
                                AK18

Understanding Financial
Statements                      CID 52803897
December 10, 1997               December 31, 2007
TX0004674181                    102

Linear Algebra with
Applications                    CID 52803897
April 7, 1997                   January 6, 2008
TX0004511390                    268

A First Course in Abstract
Algebra                         CID 52803897
February 11, 1999               January 1, 2008
TX0004939856                    138

Advertising:
Principles and Practice         CID 52803897
March 23, 2001                  January 2, 2008
TX0005368142                    145

Operations Management           CID 52803897
May 5, 2003                     January 4, 2008
TX0005748096                    210

Fashion Retailing:
A Multi-Channel Approach         CID 52803897
March 9, 2005                   January 5, 2008
TX0006119688                    217

Semiconductor Device Fundamentals  CID 52803897
February 28, 1996               January 7, 2008
TX0004201811                    233

| | |
|---|---|
| Corporate Computer and Network Security<br>April 29, 2003<br>TX0005738767 | CID 52803897<br>January 7, 2008<br>264 |
| Introduction to Hydrology<br>October 31, 2002<br>TX0005643126 | CID 52803897<br>January 8, 2008<br>280 |
| Elements of Chemical Reaction Engineering<br>June 16, 1999<br>TX0004938289 | CID 52803897<br>January 10, 2008<br>306 |
| Quality Control, Seventh Edition<br>October 15, 2003<br>TX0005960545 | CID 52803897<br>January 9, 2008<br>319 |
| | Jhonbooks<br>August 23, 2007<br>AK21 |
| An Introduction to the Mechanics of Solids<br>March 7, 1980<br>TX0000425326 | CID 52803897<br>January 9, 2008<br>331 |
| Organic Chemistry<br>June 27, 2006<br>TX0006400788 | CID 52803897<br>January 10, 2008<br>345 |
| Essentials of Strategic Management<br>July 30, 2002<br>TX0005588793 | CID 52803897<br>January 11, 2008<br>373 |
| | Jhonbooks<br>January 25, 2008<br>AK18 |
| Algorithm Design<br>March 29, 2005<br>TX0006145191 | CID 52803897<br>January 11, 2008<br>385 |

Plant Propagation Principles
and Practices                          CID 52803897
January 15, 2002                       January 12, 2008
TX0005460783                           412

                                       Jhonbooks
                                       January 14, 2008
                                       AK18

A History of Psychology: Main
Currents in Psychological Thought      CID 52803897
August 19, 2003                        January 16, 2008
TX0005808783                           424

Consumer Behavior In Fashion           CID 52803897
March 24, 2003                         January 15, 2008
TX0005719039                           443

Business Ethics:
Concepts and Cases                     CID 52803897
July 26, 2001                          January 15, 2008
TX0005361630                           460

Microeconomics                         CID 52803897
March 21, 2005                         January 15, 2008
TX0006156330                           476

Leadership in Organizations            CID 52803897
March 29, 1994                         January 15, 2008
TX0003790540                           477

                                       Jhonbooks
                                       December 28, 2007
                                       AK18

Marketing Research:
An Applied Orientation                 CID 52803897
December 15, 2006                      January 16, 2008
TX0006494520                           511

Consumer Behavior                      CID 52803897
April 7, 1997                          January 16, 2008
TX0004511384                           514

Aerodynamics for Engineers             CID 52803897
January 15, 2002                       January 16, 2008
TX0005475774                           521

Introduction to Logic
August 22, 2001
TX0005429425

CID 52803897
January 16, 2008
530

Jhonbooks
September 28, 2007
AK19

Operations Management
July 1, 2002
TX0005563556

CID 52803897
January 16, 2008
548

Quality Management: Creating
and Sustaining
Organizational Effectiveness
June 1, 2004
TX0005967702

CID 52803897
January 16, 2008
557

Retail Management:
A Strategic Approach
December 2, 1997
TX0004674080

CID 52803897
January 17, 2008
594

Marketing Research
January 19, 2000
TX0005031651

CID 52803897
January 17, 2008
626

Introduction to Econometrics
December 20, 2002
TX0005659183

CID 52803897
January 16, 2008
655

Statistics for Psychology
August 24, 1998
TX0004838804

CID 52803897
January 17, 2008
668

Adaptive Control (2nd Edition)
May 2, 1995
TX0004042910

CID 52803897
January 17, 2008
676

Market-Based Management
January 17, 2003
TX0005673666

CID 52803897
January 17, 2008
678

International Management:
Managing Across Borders
March 9, 2005
TX0006124995

CID52296192
May 12, 2007
2

Abnormal Psychology: The
Problem of Maladaptive Behavior           CID52296192
August 30, 2004                           May 15, 2007
TX0006018766                              6

                                          Jhonbooks
                                          August 31, 2007
                                          AK20

The C Answer Book                         CID52296192
January 23, 1989                          May 15, 2007
TX0002494608                              12

Management                                CID52296192
December 8, 2004                          May 21, 2007
TX0006082707                              13

Digital Fundamentals                      CID52296192
July 30, 2002                             May 16, 2007
TX0005581507                              14

Water Works Engineering:
Planning, Design, and Operation           CID52296192
May 30, 2000                              May 16, 2007
TX0005236267                              17

Human Resource Management                 CID52296192
September 26, 2001                        May 16, 2007
TX0005446188                              23

Knowledge Management                      CID52296192
March 24, 2003                            May 21, 2007
TX0005720736                              26

Enterprise Resource Planning              CID52296192
December 8, 2004                          May 23, 2007
TX0006084449                              57

Marketing Of High-technology
Products And Innovations                  CID52296192
August 27, 2004                           May 23, 2007
TX0006018157                              58

Logistics Engineering
and Management                            CID52296192
October 15, 2003                          May 23, 2007
TX0005822830                              61

```
Manufacturing
Organization and Management          CID52296192
December 22, 1992                     May 23, 2007
TX0003453188                         62

Continuous and Discrete
Signals and Systems                  CID52296192
January 15, 1998                     May 24, 2007
TX0004700761                         64

Essentials of
Computer Architecture                CID52296192
October 13, 2004                     May 24, 2007
TX0006028951                         70

Modern C++ Design                    CID52296192
April 13, 2001                       May 24, 2007
TX0005286330                         71

Entrepreneurship:
Strategies and Resources             CID52296192
April 22, 2002                       May 25, 2007
TX0005584353                         72

International Organizational
Behavior: Text,
Cases, and Exercises                 CID52296192
October 15, 2004                     May 25, 2007
TX0006055255                         73

E-marketing                          CID52296192
January 17, 2003                     May 28, 2007
TX0005673663                         81

Linear Algebra And
It's Applications                    CID52296192
December 20, 2002                    May 30, 2007
TX0005659182                         90

High-Speed Digital Design:
A Handbook of Black Magic            CID52296192
May 11, 1993                         June 9, 2007
TX0003556188                         114
```

Introduction to
Counseling and Guidance          CID52296192
July 30, 2002                    June 7, 2007
TX0005584585                     119

Management of Organizational
Behavior: Leading Human Resources  CID52296192
January 5, 2001                  June 11, 2007
TX0005323917                     125

Managerial Economics: Economic
Tools for Today's Decision Makers  CID52296192
September 18, 2002               June 12, 2007
TX0005617948                     130

                                 Jhonbooks
                                 September 19, 2007
                                 AK19

Options, Futures And
Other Derivatives                CID52296192
September 10, 1996               June 12, 2007
TX0004380815                     131

                                 Jhonbooks
                                 December 31, 2007
                                 AK18

Philosophy of Religion           CID52296192
January 24, 1990                 June 14, 2007
TX0002741881                     140

Computer Networks and Internets
with Internet Applications       CID52296192
October 15, 2003                 June 16, 2007
TX0005822829                     149

Financial Management:
Principles and Applications      CID52296192
March 26, 2002                   June 18, 2007
TX0005505825                     153

Introduction to Quantum Mechanics  CID52296192
May 4, 2004                      June 19, 2007
TX0005959250                     164

Mastering Matlab 7                    CID52296192
February 1, 2005                      June 20, 2007
TX0006101499                          170

Operations Management                 CID52296192
January 28, 2002                      June 20, 2007
TX0005473252                          185

Introduction to
Mathematical Statistics               CID52296192
July 22, 2004                         June 21, 2007
TX0006003451                          192

Digital Image
Processing Using MATLAB               CID52296192
March 9, 2004                         June 22, 2007
TX0005919455                          201

Java: How To Program                  CID52296192
March 11, 2003                        June 22, 2007
TX0005690665                          203

Quantitative Analysis
For Management                        CID52296192
April 7, 2005                         June 22, 2007
TX0006107136                          207

Investments                           CID52296192
March 14, 2000                        June 23, 2007
TX0005160815                          212

Strategy and the Business
Landscape                             CID52296192
April 5, 2001                         June 25, 2007
TX0005285666                          215

Modern Management                     CID52296192
April 22, 2002                        June 23, 2007
TX0005529504                          217

Digital Signal Processing             CID52296192
May 23, 2006                          June 23, 2007
TX0006347802                          218

Organizations: Structures,
Processes, and Outcomes          CID52296192
January 7, 1987                  June 23, 2007
TX0001976276                    220

John E. Freund's Mathematical
Statistics with Applications     CID52296192
November 10, 2003               June 25, 2007
TX0005834468                    226

Principles of Risk
Management and Insurance         CID52296192
August 20, 2004                 June 26, 2007
TX0006059440                    243

Probability And
Statistical Inference            CID52296192
September 13, 2000              June 26, 2007
TX0005258643                    244

Modern Control Engineering       CID52296192
June 2, 1997                    June 26, 2007
TX0004542404                    250

RF Circuit Design:
Theory & Applications            CID52296192
March 14, 2000                  June 27, 2007
TX0005148992                    260

Statistics for Managers
Using Microsoft Excel            CID52296192
April 5, 2004                   June 28, 2007
TX0005941475                    262

Law and Economics                CID52296192
October 6, 2003                 June 29, 2007
TX0005832415                    286

Patternmaking for Fashion Design CID52296192
April 5, 2001                   June 30, 2007
TX0005345783                    289

Radar: Principles,
Technology, Applications         CID52296192
November 2, 1992                July 2, 2007
TXu000542158                    299

10

Foundations of Financial
Markets and Institutions
October 9, 2001
TX0005447065

CID52296192
July 2, 2007
303

Human-Computer Interaction
June 8, 1998
TX0004801248

CID52296192
July 4, 2007
314

Machines & Mechanisms:
Applied Kinematic Analysis
August 27, 2004
TX0006031292

CID52296192
July 6, 2007
335

Windows System Programming
November 24, 2004
TX0006073875

CID52296192
July 7, 2007
344

Object-Oriented Software
Engineering: Using UML,
Patterns, and Java
October 15, 2003
TX0005822836

CID52296192
July 7, 2007
347

C++ Solutions
October 19, 1998
TX0004880404

CID52296192
July 9, 2007
349

The Mathematics of
Coding Theory
February 4, 2004
TX0005904263

CID52296192
July 10, 2007
362

Global Marketing Management
September 19, 2001
TX0005450507

CID52296192
July 10, 2007
366

Capital Markets:
Institutions and Instruments
May 15, 1996
TX0004294129

CID52296192
July 11, 2007
369

Business Logistics Management
February 18, 2000
TX0005132090

CID52296192
July 13, 2007
388

Introduction to Management
Accounting                          CID52296192
January 17, 2006                    July 16, 2007
TX0006305778                       402

Manufacturing Processes
for Engineering Materials           CID52296192
September 6, 2002                   July 18, 2007
TX0005608352                       417

Game Theory With
Economic Applications               CID52296192
February 10, 1998                   July 19, 2007
TX0004712799                       436

Introduction to
Hospitality Management              CID52296192
April 11, 2003                      July 20, 2007
TX0005713660                       437

Computer Ethics                     CID52296192
December 7, 2000                    July 20, 2007
TX0005201121                       449

Geotechnical Engineering:
Principles and Practices            CID52296192
July 31, 1998                       July 21, 2007
TX0004828742                       459

Advanced Engineering Mathematics    CID52296192
January 22, 1998                    July 21, 2007
TX0004699356                       461

                                    Jhonbooks
                                    August 13, 2007
                                    AK21

Introduction to
Digital Communications              CID52296192
October 13, 2004                    July 23, 2007
TX0006037806                       473

Design of Aircraft                  CID52296192
November 26, 2002                   July 23, 2007
TX0005645510                       474

```
Partial Differential Equations:
Methods and Applications          CID52296192
November 26, 2002                 July 23, 2007
TX0005645499                      481

Fundamentals of Management:
Essential Concepts
and Applications                  CID52296192
February 1, 2005                  July 23, 2007
TX0006126727                      483

                                  Jhonbooks
                                  September 20, 2007
                                  AK19

Psychological Testing             CID52296192
April 7, 1997                     July 30, 2007
TX0004514941                      559

Remote Sensing of the Environment:
An Earth Resource Perspective     CID52296192
February 18, 2000                 August 2, 2007
TX0005136418                      565

                                  Jhonbooks
                                  August 21, 2007
                                  AK21

The Knowledge Management Toolkit  CID52296192
January 18, 2000                  July 31, 2007
TX0005031577                      573

Distributed Computing:
Principles and Applications       CID52296192
July 7, 2003                      August 1, 2007
TX0005770757                      600

Data Abstraction And
Problem Solving With Java          CID52296192
August 15, 2000                   August 6, 2007
TX0005324372                      651

Introduction to
Geographical Information Systems  CID52296192
May 4, 2000                       August 8, 2007
TX0005212048                      695
```

13

Modern Systems Analysis and Design     CID52296192
September 19, 2001                      August 8, 2007
TX0005443672                           727

Wireless Communications
and Networking                         CID52296192
October 31, 2002                       August 9, 2007
TX0005663526                           741

Social Psychology                      CID52296192
August 29, 2002                        August 9, 2007
TX0005604956                           747

                                       Jhonbooks
                                       August 18, 2007
                                       AK21

Fundamentals of Neural Networks        CID52296192
March 29, 1994                         August 9, 2007
TX0003734012                           759

Parallel Programming:
Techniques and Applications            CID52296192
July 20, 2000                          August 9, 2007
TX0005246705                           760

Understanding Biotechnology            CID52296192
April 11, 2003                         August 10, 2007
TX0005729664                           779

Managing Software Requirements:
A Use Case Approach                    CID52296192
June 25, 2003                          August 10, 2007
TX0005825137                           782

Product Design                         CID52296192
April 5, 2001                          August 14, 2007
TX0005308096                           824

Electrical Power
Distribution and Transmission          CID52296192
June 6, 1996                           August 16, 2007
TX0004302396                           828

Organizational Behavior                Jhonbooks
February 4, 2003                       August 17, 2007
TX0005668575                           AK21

14

Operations Management
Processes and Value Chains          Jhonbooks
May 5, 2004                         August 18, 2007
TX0005926751                        AK21

Bioprocess Engineering
Basic Concepts                      Jhonbooks
November 7, 2001                    August 21, 2007
TX0005462906                        AK21

Biostatistics How It Works          Jhonbooks
August 19, 2003                     August 21, 2007
TX0005799190                        AK21

Polymer Science and Technology      Jhonbooks
August 12, 2003                     August 23, 2007
TX0005806255                        AK20

Circuit Analysis a
Systems Approach                    Jhonbooks
October 6, 2005                     September 2, 2007
TX0006244827                        AK20

8088 and 8086 Microprocessors
Programming, Interfacing, Software,
Hardware, and Applications          Jhonbooks
February 24, 1998                   September 4, 2007
TX0004610331                        AK20

Strategic Marketing for
Nonprofit Organizations             Jhonbooks
October 31, 2002                    September 5, 2007
TX0005643074                        AK20

Strategic Compensation a Human
Resource Management Approach        Jhonbooks
April 29, 2003                      September 7, 2007
TX0005738267                        AK20

Inorganic Chemistry                 Jhonbooks
September 22, 2003                  September 12, 2007
TX0005816657                        AK20

Wireless Communications
and Networks                        Jhonbooks
December 15, 2006                   September 15, 2007
TX0006495035                        AK19

Management Information Systems
March 25, 2003
TX0005725172

Jhonbooks
September 17, 2007
AK19


Engineering Fundamentals of the
Internal Combustion Engine
July 29, 2003
TX0005756799

Jhonbooks
December 4, 2007
AK19


Design of Machine Elements
January 5, 2004
TX0005854453

Jhonbooks
December 20, 2007
AK19


Solid State Electronic Devices
February 24, 1995
TX0003996564

Jhonbooks
December 24, 2007
AK19


Decision Support Systems
In The 21st Century
September 18, 2002
TX0005617857

Jhonbooks
December 28, 2007
AK18


Discrete Mathematics With
Graph Theory
August 29, 2001
TX0005433777

Jhonbooks
January 3, 2008
AK18


Principles of Marketing
April 8, 2003
TX0005733315

Jhonbooks
January 13, 2008
AK18


Software Architecture Perspectives
on an Emerging Discipline
January 10, 1997
TX0004446955

Jhonbooks
January 24, 2008
AK18