Wiley Copyrights and Sales

| Title<br>Date of Registration<br>Registration Number | Source<br>Date of Sale<br>Row Number |
|---|---|
| Abstract Algebra<br>August 26, 2003<br>TX0005800163 | CID 52803897<br>December 28, 2007<br>83 |
| Principles of Highway Engineering and Traffic Analysis<br>March 8, 1990<br>TX0002767694 | CID 52803897<br>December 28, 2007<br>90 |
| Introductory Functional Analysis with Applications<br>January 30, 1978<br>TX0000001189 | CID 52803897<br>December 31, 2007<br>120 |
| Continuous Multivariate Distributions: Vol. 1: Models and Applications<br>May 26, 2000<br>TX0005223473 | CID 52803897<br>January 4, 2008<br>161 |
| Introduction to Information Systems: Supporting and Transforming Business<br>April 25, 2006<br>TX0006344390 | CID 52803897<br>January 3, 2008<br>184 |
|  | Jhonbooks<br>August 18, 2007<br>AK21 |
| Control Systems Engineering<br>October 3, 2003<br>TX0005800945 | CID 52803897<br>January 8, 2008<br>292 |
| Embedded System Design: A Unified Hardware/Software Introduction<br>December 12, 2001<br>TX0005465293 | CID 52803897<br>January 8, 2008<br>293 |

```
Data Structures and Algorithms
with Object-Oriented
Design Patterns in Java            CID 52803897
October 29, 1999                   January 8, 2008
TX0005079800                       295


Foundations of Multinational
Financial Management               CID 52803897
November 5, 2004                   January 12, 2008
TX0006065751                       415


Fundamentals of Risk and Insurance CID 52803897
July 23, 2002                      January 15, 2008
TX0005568767                       444


Organizational Behavior            CID 52803897
October 24, 2002                   January 17, 2008
TX0005660467                       591


                                   Jhonbooks
                                   August 21, 2007
                                   AK21


Medical Instrumentation:
Application and Design             CID 52803897
May 14, 1998                       January 17, 2008
TX0004737716                       646


Fundamentals of Physics            CID 52803897
September 16, 1993                 January 17, 2008
TX0003611651                       696


Algorithm Design: Foundations,
Analysis, and Internet Examples    CID52296192
December 12, 2001                  May 15, 2007
TX0005410276                       5


The Finite Element
Method for Engineers               CID52296192
November 16, 2001                  May 15, 2007
TX0005461355                       7


Practical Nonparametric Statistics CID52296192
February 22, 1999                  May 15, 2007
TX0004934566                       9
```

| Title | ID |
|---|---|
| Experiments: Planning, Analysis and Parameter Design Optimization<br>May 22, 2000<br>TX0005216930 | CID52296192<br>May 15, 2007<br>11 |
| Elementary Principles Of Chemical Processes<br>February 17, 2005<br>TX0006116656 | CID52296192<br>May 16, 2007<br>18 |
|  | Jhonbooks<br>August 13, 2007<br>AK21 |
| Elementary Numerical Analysis<br>December 5, 2003<br>TX0005839199 | CID52296192<br>May 16, 2007<br>21 |
| Fundamentals of Fluid Mechanics<br>October 14, 2003<br>TX0005811029 | CID52296192<br>May 19, 2007<br>28 |
| Systems Analysis and Design With UML: Version 2.0<br>October 22, 2004<br>TX0006029397 | CID52296192<br>May 17, 2007<br>30 |
|  | Jhonbooks<br>August 28, 2007<br>AK20 |
| Kinematics, Dynamics and Design of Machinery<br>December 16, 2003<br>TX0005875266 | CID52296192<br>May 17, 2007<br>32 |
| Transport Phenomena<br>October 11, 2001<br>TX0005459935 | CID52296192<br>May 19, 2007<br>40 |
| Management<br>October 11, 2001<br>TX0005447807 | CID52296192<br>May 19, 2007<br>41 |

```
Continuous
Univariate Distributions            CID52296192
July 14, 1995                       May 23, 2007
TX0004097696                        44

Discrete
Multivariate Distributions          CID52296192
May 14, 1997                        May 23, 2007
TX0004529928                        45

Successful Project Management:
A step-by-step Approach
with Practical Examples             CID52296192
October 24, 2005                    May 24, 2007
TX0006257806                        65

Quantum Physics of Atoms,
Molecules, Solids, Nuclei,
and Particles                       CID52296192
July 2, 1985                        May 24, 2007
TX0001604801                        66

Internal Combustion Engines:
Applied Thermosciences              CID52296192
January 22, 2001                    May 24, 2007
TX0005332515                        69

Microwave Engineering               CID52296192
March 12, 2004                      May 30, 2007
TX0005939958                        91

Strategic Management                CID52296192
January 2, 2001                     June 4, 2007
TX0005304984                        107

                                    Jhonbooks
                                    September 1, 2007
                                    AK20

Organizational Psychology:
A Scientist-Practitioner Approach   CID52296192
June 20, 2002                       June 4, 2007
TX0005550396                        109
```

| Book | CID / Date / Ref |
|------|------------------|
| Device Electronics for Integrated Circuits<br>January 16, 2003<br>TX0005654600 | CID52296192<br>June 7, 2007<br>115 |
| | Jhonbooks<br>September 6, 2007<br>AK20 |
| Systems Engineering Principles and Practice<br>February 7, 2003<br>TX0005671870 | CID52296192<br>June 11, 2007<br>127 |
| Incompressible Flow<br>February 9, 1996<br>TX0004186842 | CID52296192<br>June 13, 2007<br>133 |
| Fundamentals of Heat and Mass Transfer<br>October 25, 2001<br>TX0005457784 | CID52296192<br>June 18, 2007<br>143 |
| | Jhonbooks<br>August 22, 2007<br>AK21 |
| Linear Programming And Network Flows<br>January 26, 1990<br>TX0002731856 | CID52296192<br>June 18, 2007<br>157 |
| | Jhonbooks<br>August 31, 2007<br>AK20 |
| Stochastic Processes<br>March 28, 1996<br>TX0004217487 | CID52296192<br>June 19, 2007<br>160 |
| Basic Engineering Circuit Analysis<br>April 19, 2004<br>TX0005973103 | CID52296192<br>June 21, 2007<br>176 |
| | Jhonbooks<br>August 20, 2007<br>AK21 |

| Work | Registration Date | TX Number | CID | Date | No. |
|---|---|---|---|---|---|
| Chemical, Biochemical And Engineering Thermodynamics | April 25, 2006 | TX0006328844 | CID52296192 | June 20, 2007 | 177 |
| Introduction to Theories of Personality | July 17, 1985 | TX0001614104 | CID52296192 | June 20, 2007 | 183 |
| Introductory Mining Engineering | September 23, 2002 | TX0005618963 | CID52296192 | June 25, 2007 | 229 |
| Theory and Practice of Water and Wastewater Treatment | February 25, 1997 | TX0004489595 | CID52296192 | June 28, 2007 | 271 |
| Applied Combinatorics | October 11, 2001 | TX0005461877 | CID52296192 | July 7, 2007 | 342 |
| Analog Signal Processing | April 21, 1999 | TX0004971708 | CID52296192 | July 12, 2007 | 375 |
| International Business | January 19, 2006 | TX0006274479 | CID52296192 | July 12, 2007 | 376 |
| Applied Econometric Times Series | September 5, 2003 | TX0005818578 | CID52296192 | July 18, 2007 | 418 |
| Highway Engineering | January 9, 2004 | TX0005906002 | CID52296192 | July 19, 2007 | 435 |
| Separation Process Principles | April 28, 1998 | TX0004761248 | CID52296192 | July 20, 2007 | 450 |
| Classical Electrodynamics | August 5, 1998 | TX0004828741 | CID52296192 | July 26, 2007 | 512 |

| | |
|---|---|
| Remote Sensing and Image Interpretation November 26, 2003 TX0005857396 | CID52296192 July 30, 2007 525 |
| Information Technology Project Management February 19, 2003 TX0005667483 | CID52296192 August 1, 2007 570 |
| Probability and Statistics in Engineering March 19, 2003 TX0005696729 | CID52296192 August 2, 2007 612 |
| Fundamentals of Queueing Theory March 13, 1998 TX0004732675 | CID52296192 August 7, 2007 692 |
| Fundamentals of Ground Water February 26, 2003 TX0005703722 | CID52296192 August 8, 2007 718 |
| Global Operations and Logistics: Text and Cases August 13, 1998 TX0004835959 | CID52296192 August 9, 2007 720 |
| Convection Heat Transfer August 11, 2004 TX0006009806 | CID52296192 August 8, 2007 723 |
| Introduction to Computer Theory February 24, 1997 TX0004478675 | CID52296192 August 11, 2007 768 |
| Automatic Control Systems November 20, 2002 TX0005622535 | CID52296192 August 11, 2007 794 |
| Software Quality Engineering April 11, 2005 TX0006143947 | CID52296192 August 13, 2007 799 |

| | |
|---|---|
| Data Structures and Algorithms in C++<br>May 13, 2003<br>TX0005744148 | CID52296192<br>August 13, 2007<br>804 |
| Principles of Communication Systems, Modulation and Noise<br>October 25, 2001<br>TX0005444005 | Jhonbooks<br>August 13, 2007<br>AK21 |
| Basic Animal Nutrition and Feeding<br>February 25, 2005<br>TX0006161977 | Jhonbooks<br>August 21, 2007<br>AK21 |
| Bioinstrumentation<br>October 10, 2003<br>TX0005824247 | Jhonbooks<br>August 23, 2007<br>AK21 |
| Operating System Concepts<br>June 25, 2003<br>TX0005739634 | Jhonbooks<br>August 29, 2007<br>AK20 |
| Thermodynamics and an Introduction to Thermostatistics<br>October 28, 1985<br>TX0001684782 | Jhonbooks<br>August 31, 2007<br>AK20 |
| Systems Analysis and Design<br>March 7, 2000<br>TX0005152449 | Jhonbooks<br>August 31, 2007<br>AK20 |
| Fundamentals of Physics Extended<br>March 7, 1997<br>TX0004493075 | Jhonbooks<br>August 31, 2007<br>AK20 |
| Managerial Economics Analysis, Problems, Cases<br>August 29, 2003<br>TX0005796634 | Jhonbooks<br>September 7, 2007<br>AK20 |
| Corporate Finance Theory and Practice<br>February 28, 1997<br>TX0004482886 | Jhonbooks<br>September 12, 2007<br>AK20 |

Statistical Digital Signal
Processing and Modeling
May 23, 1996
TX0004294661

Jhonbooks
September 28, 2007
AK19