Cengage Copyrights and Sales

| Title<br>Date of Registration<br>Registration Number | Source<br>Date of Sale<br>Row Number |
|---|---|
| Advanced Engineering Math<br>August 22, 2002<br>TX0005625435 | CID 52803897<br>December 1, 2007<br>25 |
| Organization Theory and Design<br>September 29, 2006<br>TX0006443003 | CID 52803897<br>December 4, 2007<br>48 |
| Organizational Behavior<br>October 2, 2006<br>TX0006433256 | CID 52803897<br>December 13, 2007<br>58 |
| Principles of<br>Instrumental Analysis<br>January 16, 2007<br>TX0006499740 | CID 52803897<br>December 14, 2007<br>61 |
| Psychopathology: A<br>Competency-Based Assessment<br>Model for Social Workers<br>December 14, 2000<br>TX0005196411 | CID 52803897<br>December 19, 2007<br>67 |
| Biology: Concepts and Applications<br>February 8, 1991<br>TX0002997814 | CID 52803897<br>December 22, 2007<br>72 |
| Animal Physiology<br>September 30, 2004<br>TX0006037766 | CID 52803897<br>December 24, 2007<br>74 |
| Human Resource Development<br>October 1, 2001<br>TX0005421778 | CID 52803897<br>December 28, 2007<br>84 |
| Cognitive Psychology<br>October 22, 2002<br>TX0005665400 | CID 52803897<br>December 29, 2007<br>91 |

| Title | CID | Date | Page |
|---|---|---|---|
| Engineering Ethics: Concepts and Cases<br>January 19, 2000<br>TX0005056029 | CID 52803897 | December 29, 2007 | 96 |
| Principles of Microeconomics<br>September 29, 2006<br>TX0006437003 | CID 52803897 | December 28, 2007 | 98 |
| Brief Principles of Macroeconomics<br>September 29, 2006<br>TX0006437004 | CID 52803897 | December 30, 2007 | 99 |
| Mechanics of Materials<br>January 9, 2004<br>TX0005903143 | CID 52803897 | December 31, 2007 | 104 |
| Principles of Economics<br>September 29, 2006<br>TX0006434553 | CID 52803897 | December 31, 2007 | 107 |
| Electronic Commerce<br>October 24, 2006<br>TX0006451224 | CID 52803897 | January 4, 2008 | 154 |
| Management of Electronic Media<br>December 6, 2001<br>TX0005633122 | CID 52803897 | January 5, 2008 | 164 |
| Fundamentals of Financial Management<br>March 15, 2006<br>TX0006328846 | CID 52803897 | January 5, 2008 | 165 |
| Operations Research: Applications and Algorithms<br>March 4, 1994<br>TX0003790957 | CID 52803897 | January 5, 2008 | 172 |
| Global Strategy<br>January 3, 2006<br>TX0006305724 | CID 52803897 | January 4, 2008 | 193 |

| | |
|---|---|
| Human Physiology:<br>From Cells to Systems<br>June 19, 2003<br>TX0005673286 | CID 52803897<br>January 4, 2008<br>197 |
| Numerical Analysis<br>March 6, 2001<br>TXu000998584 | CID 52803897<br>January 5, 2008<br>206 |
| Calculus: Early Transcendentals<br>July 16, 1999<br>TX0004241945 | CID 52803897<br>January 4, 2008<br>209 |
| Group Dynamics<br>December 2, 1998<br>TX0004899497 | CID 52803897<br>January 4, 2008<br>213 |
| Theories of Personality<br>September 22, 2000<br>TX0005277566 | CID 52803897<br>January 5, 2008<br>221 |
| Classical Dynamics of<br>Particles and Systems<br>July 30, 2003<br>TX0005827168 | CID 52803897<br>January 7, 2008<br>234 |
| Food and Culture<br>August 22, 2003<br>TX0005827380 | CID 52803897<br>January 7, 2008<br>263 |
| Biochemistry<br>November 25, 2002<br>TX0005700280 | CID 52803897<br>January 7, 2008<br>275 |
| | Jhonbooks<br>January 14, 2008<br>AK18 |
| Principles of Heat Transfer<br>October 19, 2000<br>TX0005292081 | CID 52803897<br>January 8, 2008<br>276 |
| Developmental Psychology:<br>Childhood and Adolescence<br>September 3, 1998<br>TX0004844200 | CID 52803897<br>January 8, 2008<br>289 |

Managerial Economics: A
Problem Solving Approach                CID 52803897
March 19, 2007                          January 8, 2008
TX0006547795                            296

Analytical Mechanics                    CID 52803897
April 6, 2004                           January 8, 2008
TX0005948682                            321

Accounting Information System           CID 52803897
March 1, 2004                           January 9, 2008
TX0005900590                            323

Applied Regression Analysis
for Business and Economics              CID 52803897
August 14, 2000                         January 11, 2008
TX0005257126                            347

Introduction to Probability
and Statistics                          CID 52803897
March 9, 2005                           January 12, 2008
TX0006116659                            416

Analog and Digital
Signal Processing                       CID 52803897
March 5, 1999                           January 16, 2008
TX0004942689                            422

Business Research Methods               CID 52803897
February 7, 2005                        January 14, 2008
TX0006116887                            437

Statistics for Management
and Economics                           CID 52803897
January 12, 2005                        January 14, 2008
TX0006110369                            438

                                        Jhonbooks
                                        August 16, 2007
                                        AK21

Technical Communication:
A Reader-Centered Approach              CID 52803897
December 19, 2006                       January 15, 2008

| | |
|---|---|
| TX0006496094 | 447 |
| Fundamentals of Logic Design<br>July 7, 2003<br>TX0005804154 | CID 52803897<br>January 15, 2008<br>474 |
| | Jhonbooks<br>December 31, 2007<br>AK18 |
| Invertebrate Zoology<br>August 28, 2003<br>TX0005818299 | CID 52803897<br>January 15, 2008<br>486 |
| Financial Markets and Institutions<br>December 5, 2006<br>TX0006485236 | CID 52803897<br>January 17, 2008<br>620 |
| Consumer Behavior<br>March 14, 2006<br>TX0006340608 | CID 52803897<br>January 17, 2008<br>649 |
| Statistics for<br>Business and Economics<br>January 3, 2006<br>TX0006352862 | CID 52803897<br>January 17, 2008<br>661 |
| Psychology Applied to Modern Life:<br>Adjustment in the 21st Century<br>July 12, 2005<br>TX0006196883 | CID 52803897<br>January 17, 2008<br>679 |
| | Jhonbooks<br>October 13, 2007<br>AK19 |
| Essentials of Management<br>February 25, 1994<br>TX0003749501 | CID52296192<br>June 19, 2007<br>151 |
| Vibrations<br>June 6, 2003<br>TX0005782689 | CID52296192<br>June 19, 2007<br>162 |

| | |
|---|---|
| Probability: The Science of Uncertainty<br>March 19, 2001<br>TXu000995888 | CID52296192<br>June 25, 2007<br>227 |
| | Jhonbooks<br>December 1, 2007<br>AK19 |
| Principles of Geotechnical Engineering<br>December 7, 2001<br>TX0005661123 | CID52296192<br>July 6, 2007<br>320 |
| Abnormal Psychology<br>October 7, 2004<br>TX0006051728 | CID52296192<br>July 19, 2007<br>433 |
| | Jhonbooks<br>August 22, 2007<br>AK21 |
| Solid Waste Engineering<br>December 6, 2001<br>TX0005558657 | CID52296192<br>July 27, 2007<br>520 |
| Fundamentals of Analytical Chemistry<br>August 28, 2003<br>TX0005800626 | CID52296192<br>August 9, 2007<br>755 |
| Psychological Testing Principles, Applications, and Issues<br>August 29, 2000<br>TX0005267396 | Jhonbooks<br>December 20, 2007<br>AK19 |
| Employee Selection<br>October 22, 2002<br>TX0005660599 | Jhonbooks<br>January 2, 2008<br>AK18 |
| Principles of Biostatistics<br>May 8, 2000<br>TX0005206416 | Jhonbooks<br>January 13, 2008<br>AK18 |

| | |
|---|---|
| Introduction to Microbiology: A Case-Study Approach May 1, 2003 TX0005735278 | Jhonbooks January 14, 2008 AK18 |