McGraw-Hill Copyrights and Sales

| Title<br>Date of Registration<br>Registration Number | Source<br>Date of Sale<br>Row Number |
|---|---|
| Organic Chemistry: A Brief Course,<br>Third Edition<br>August 8, 2001<br>TX0005362457 | CID 52803897<br>November 22, 2007<br>2 |
| Production and Operations Analysis,<br>Fourth Edition<br>February 7, 2001<br>TX0005233471 | CID 52803897<br>November 27, 2007<br>11 |
| Conducting and Reading Research<br>in Health and Human Performance,<br>Second Edition<br>October 24, 1997<br>TX0004574000 | CID 52803897<br>December 1, 2007<br>14 |
| Vander's Human Physiology:<br>The Mechanisms of Body Language,<br>Tenth Edition<br>April 26, 2005<br>TX0006162292 | CID 52803897<br>December 3, 2007<br>16 |
| Intermediate Accounting<br>November 12, 1997<br>TX0004665617 | CID 52803897<br>November 29, 2007<br>17 |
| Atlas of Skeletal Muscles,<br>Third Edition<br>August 23, 1999<br>TX0005047445 | CID 52803897<br>December 3, 2007<br>19 |
| Time-saver Standards for Interior<br>Design and Space Planning,<br>Second Edition<br>August 5, 2001<br>TX0005427727 | CID 52803897<br>December 1, 2007<br>20 |

Convective Heat and Mass Transfer,
Third Edition
March 1, 1993
TX0003492928

CID 52803897
December 1, 2007
23

Harrison's Principles of Internal
Medicine, Fourteenth Edition
November 24, 1997
TX0004680455

CID 52803897
December 3, 2007
28

The Ethics of Management,
Fourth Edition
December 20, 2002
TX0005643484

CID 52803897
December 4, 2007
41

Essentials of Negotiation,
Second Edition
July 14, 2000
TX0005240870

CID 52803897
December 4, 2007
45

Interpersonal Skills in
Organizations, Second Edition
February 8, 2005
TX0006142923

CID 52803897
December 10, 2007
54

Criminal Investigation,
Seventh Edition
October 7, 1999
TX0005064081

CID 52803897
December 13, 2007
59

The Science and Design
of Engineering Materials
February 17, 1995
TX0003667430

CID 52803897
December 18, 2007
63

Fundamentals of Vibrations
June 20, 2000
TX0005244716

CID 52803897
December 19, 2007
66

Case Studies in Finance Managing
for Corporate Value Creation,
Fourth Edition
November 20, 2002
TX0005630838

CID 52803897
December 21, 2007
69

Discrete Mathematics and Its
Applications, Fifth Edition
December 20, 2002
TX0005643474

CID 52803897
December 28, 2007
80

Strategic Management of
Technological Innovation
June 23, 2004
TX0005986389

CID 52803897
December 29, 2007
88

Fundamentals of Corporate Finance,
Standard Edition, Sixth Edition
March 28, 2003
TX0005701708

CID 52803897
December 28, 2007
97

Crafting and Executing Strategy,
Twelfth Edition
December 7, 2000
TX0005201165

CID 52803897
January 1, 2008
106

Business Communication: Basic
Critical Skills, Second Edition
May 5, 2003
TX0005718074

CID 52803897
December 31, 2007
112

Human Physiology, Seventh Edition
March 19, 2001
TX0005361283

CID 52803897
January 1, 2008
121

Money, Banking and
Financial Markets
February 8, 2005
TX0006613336

CID 52803897
December 31, 2007
123

Financial Accounting,
Fourth Edition
February 28, 2003
TX0005697734

CID 52803897
January 1, 2008
137

Statistical Techniques in
Business and Economics,
Tenth Edition
April 10, 2000
TX0005074606

CID 52803897
January 1, 2008
141

| | |
|---|---|
| Organic Chemistry, Fourth Edition<br>February 9, 2000<br>TX0005151331 | CID 52803897<br>January 2, 2008<br>147 |
| Transnational Management,<br>Third Edition<br>September 10, 1999<br>TX0005040439 | CID 52803897<br>January 2, 2008<br>150 |
| Managerial Accounting,<br>Fifth Edition<br>June 14, 2001<br>TX0005393475 | CID 52803897<br>January 3, 2008<br>155 |
| Strategic Management,<br>Eighth Edition<br>December 19, 2002<br>TX0005667198 | CID 52803897<br>January 4, 2008<br>158 |
| Vector Mechanics for Engineers:<br>Dynamics, Sixth Edition<br>February 10, 1998<br>TX0004709093 | CID 52803897<br>January 3, 2008<br>175 |
| Applied Linear Statistical Models,<br>Fourth Edition<br>March 27, 1996<br>TX0004242500 | CID 52803897<br>January 3, 2008<br>176 |
| Human Anatomy<br>April 27, 2004<br>TX0005956415 | CID 52803897<br>January 3, 2008<br>186 |
| Managerial Accounting,<br>Eighth Edition<br>September 18, 1996<br>TX0004380077 | CID 52803897<br>January 3, 2008<br>190 |
| Marketing Management: Knowledge and Skills, Seventh Edition<br>September 28, 2004<br>TX0006049103 | CID 52803897<br>January 4, 2008<br>194 |
| Hole's Human Anatomy & Physiology,<br>Tenth Edition<br>December 15, 2004<br>TX0006071274 | CID 52803897<br>January 4, 2008<br>195 |

| | |
|---|---|
| Operations Management for Competitive Advantage, Ninth Edition<br>August 16, 2000<br>TX0005265436 | CID 52803897<br>January 3, 2008<br>196 |
| Ecology: Concepts and Applications, Second Edition<br>July 2, 2001<br>TX0005412309 | CID 52803897<br>January 4, 2008<br>202 |
| Vector Mechanics for Engineers: Statics, Seventh Edition<br>September 28, 2004<br>TX0006037764 | CID 52803897<br>January 5, 2008<br>224 |
| Business Driven Technology<br>May 5, 2005<br>TX0006209520 | CID 52803897<br>January 5, 2008<br>236 |
| Principles of Electronic Communication Systems, Third Edition<br>February 15, 2007<br>TX0006558927 | CID 52803897<br>January 7, 2008<br>245 |
| Introduction to Geographic Information Systems, Second Edition<br>October 27, 2006<br>TX0006449794 | CID 52803897<br>January 7, 2008<br>247 |
| Vector Mechanics for Engineers, Statics and Dynamics, Seventh Edition<br>December 19, 2005<br>TX0006290306 | CID 52803897<br>January 9, 2008<br>309 |
| Financial Markets & Institutions<br>March 5, 2001<br>TX0005356114 | CID 52803897<br>January 9, 2008<br>310 |
| Organizational Behavior, Third Edition<br>June 4, 2004<br>TX0005981407 | CID 52803897<br>January 9, 2008<br>329 |

| | |
|---|---|
| Microelectronic Circuit Design<br>February 24, 1997<br>TX0004485751 | CID 52803897<br>January 10, 2008<br>348 |
| Fundamental Managerial<br>Accounting Concepts,<br>Third Edition<br>February 15, 2005<br>TX0006156014 | CID 52803897<br>January 11, 2008<br>377 |
| Theories of Personality,<br>Sixth Edition<br>May 5, 2005<br>TX0006218231 | CID 52803897<br>January 11, 2008<br>380 |
| New Business Ventures and The<br>Entrepreneur, Fourth Edition<br>January 3, 1994<br>TX0003701760 | CID 52803897<br>January 12, 2008<br>401 |
| Unit Operations of Chemical<br>Engineering, Seventh Edition<br>December 15, 2004<br>TX0006087720 | CID 52803897<br>January 14, 2008<br>427 |
| Economics: Principles, Problems<br>and Policies, Sixteenth Edition<br>May 15, 2006<br>TX0006361716 | CID 52803897<br>January 15, 2008<br>445 |
| Compensation, Eighth Edition<br>August 24, 2004<br>TX0006017696 | CID 52803897<br>January 15, 2008<br>464 |
| Child Psychology, Third Edition<br>March 3, 1986<br>TX0001772304 | CID 52803897<br>January 15, 2008<br>480 |
| Marketing: the Core<br>February 4, 2004<br>TX0006030091 | CID 52803897<br>January 15, 2008<br>484 |
| Advanced Financial Accounting,<br>Sixth Edition<br>June 21, 2004<br>TX0005986569 | CID 52803897<br>January 15, 2008<br>485 |

Economics, Sixth Edition  
July 3, 2001  
TX0005405876  

CID 52803897  
January 16, 2008  
501  

Database Systems Concepts,  
Fourth Edition  
July 31, 2001  
TX0005420188  

CID 52803897  
January 17, 2008  
505  

Environmental Science,  
Ninth Edition  
May 5, 2003  
TX0005733460  

CID 52803897  
January 16, 2008  
517  

Business Communication,  
Fourth Edition  
January 31, 1980  
TX0000407157  

CID 52803897  
January 16, 2008  
536  

Fluid Mechanics, Fifth Edition  
March 10, 2003  
TX0005672904  

CID 52803897  
January 16, 2008  
540  

Business Marketing, Second Edition  
July 19, 2001  
TX0005349318  

CID 52803897  
January 16, 2008  
541  

Supervision: Concepts and Skill-Building, Third Edition  
August 20, 1999  
TX0005025972  

CID 52803897  
January 16, 2008  
550  

Personal Finance, Third Edition  
March 4, 1994  
TX0003759224  

CID 52803897  
January 17, 2008  
568  

Fundamentals of Selling,  
Fourth Edition  
January 4, 1993  
TX0003463740  

CID 52803897  
January 16, 2008  
570  

Managing Human Resources,  
Fourth Edition  
January 11, 1995  
TX0003967877  

CID 52803897  
January 16, 2008  
574

Corporate Finance: Core
Principles and Applications            CID 52803897
March 29, 2006                         January 17, 2008
TX0006330495                           586

Leadership: Enhancing the Lessons
of Experience, Fourth Edition          CID 52803897
December 27, 2001                      January 17, 2008
TX0005490584                           598

Contemporary Advertising,
Sixth Edition                          CID 52803897
November 22, 1995                      January 17, 2008
TX0004168974                           613

Managerial Economics,
Eighth Edition                         CID 52803897
April 27, 2004                         January 17, 2008
TX0005956482                           643

Benson's Microbiological
Applications, Ninth Edition            CID 52803897
June 4, 2004                           January 17, 2008
TX0005989347                           650

Formulation, Implementation, and
Control of Competitive Strategy,
Ninth Edition                          CID 52803897
April 27, 2004                         January 17, 2008
TX0005956264                           667

Fundamental Accounting Principles,
Fifteenth Edition                      CID 52803897
September 13, 1999                     January 17, 2008
TX0005040468                           672

Essentials of Anatomy &
Physiology, Fifth Edition              CID 52803897
April 27, 2004                         January 17, 2008
TX0005956204                           680

Consumer Behavior and Marketing
Strategy, Fourth Edition               CID 52803897
October 11, 1995                       January 17, 2008
TX0004143411                           697


Perspectives in Business Ethics,
Third Edition
April 26, 2004
TX0005954247
CID52296192
May 16, 2007
16

Management Control Systems,
Eleventh Edition
October 14, 2003
TX0005824215
CID52296192
May 16, 2007
19

Negotiation: Readings, Exercises,
and Cases, Fourth Edition
October 1, 2002
TX0005624572
CID52296192
May 17, 2007
27

Fundamentals of Electric Circuits,
Second Edition
February 28, 2003
TX0005706432
CID52296192
May 21, 2007
36

Synthesis and Optimization
of Digital Circuits
March 22, 1994
TX0003763958
CID52296192
May 21, 2007
49

Organization Development and
Transformation, Sixth Edition
April 23, 2004
TX0005954185
CID52296192
May 28, 2007
79

Basic Business Communication,
Seventh Edition
October 11, 1995
TX0004129027
CID52296192
June 5, 2007
112

Design of Concrete Structures,
Thirteenth Edition
January 30, 2004
TX0005906750
CID52296192
June 12, 2007
128

Health Psychology, Fifth Edition
November 13, 2002
TX0005608847
CID52296192
June 16, 2007
148

Physical Chemistry, Fifth Edition
October 17, 2001
TX0005470348
CID52296192
June 19, 2007
161

| | | |
|---|---|---|
| Introduction to The Finite Element Method, Third Edition<br>January 25, 2005<br>TX0006101281 | CID52296192<br>June 21, 2007<br>193 | |
| Principles of Environmental Science: Inquiry and Applications, Second Edition<br>May 7, 2003<br>TX0005717755 | CID52296192<br>June 21, 2007<br>200 | |
| Human Resource Strategy: A Behavioral Perspective For the General Manager<br>March 15, 2001<br>TX0005359597 | CID52296192<br>June 22, 2007<br>209 | |
| Human Resource Management, Fourth Edition<br>October 14, 2003<br>TX0005837555 | CID52296192<br>June 23, 2007<br>219 | |
| Functional Analysis, Second Edition<br>September 17, 1990<br>TX0002907213 | CID52296192<br>June 25, 2007<br>224 | |
| Systems Analysis and Design Methods, Seventh Edition<br>March 17, 2006<br>TX0006333132 | CID52296192<br>June 26, 2007<br>234 | |
| Juran's Quality Planning And Analysis for Enterprise Quality, Fifth Edition<br>March 3, 2006<br>TX0006351562 | CID52296192<br>June 26, 2007<br>239 | |
| Design of Machinery, Third Edition<br>December 15, 2004<br>TX0006079800 | CID52296192<br>July 2, 2007<br>278 | |
| Financial Markets and Corporate Strategy, Second Edition<br>November 13, 2001<br>TX0005471539 | CID52296192<br>June 30, 2007<br>292 | |

| Title / Date / Registration | Identifier / Date / Item |
|---|---|
| A Topical Approach to Life-Span Development, Third Edition<br>March 17, 2006<br>TX0006312113 | CID52296192<br>July 4, 2007<br>326 |
| Real and Complex Analysis, Third Edition<br>August 11, 1986<br>TX0001887185 | CID52296192<br>July 11, 2007<br>370 |
| Microwave Transmission Networks: Planning, Design, and Deployment<br>April 30, 2004<br>TX0005954726 | CID52296192<br>July 20, 2007<br>416 |
| Introduction to Probability and Statistics, Third Edition<br>April 11, 1995<br>TX0004030173 | CID52296192<br>July 19, 2007<br>448 |
| Fundamentals of Digital Logic with VHDL Design<br>August 20, 1999<br>TX0004961919 | CID52296192<br>July 25, 2007<br>506 |
| Adolescence, Eighth Edition<br>July 24, 2000<br>TX0005249141 | CID52296192<br>July 26, 2007<br>518 |
| Human Resource Management, Third Edition<br>November 14, 2002<br>TX0005635775 | CID52296192<br>July 28, 2007<br>542 |
| Organizational Behavior and Management, Sixth Edition<br>August 8, 2001<br>TX0005423450 | CID52296192<br>July 28, 2007<br>544 |
| Introduction to Operations Research, Eighth Edition<br>July 28, 2006<br>TX0006407273 | CID52296192<br>July 31, 2007<br>576 |
| Grob's Basic Electronics<br>May 15, 2006<br>TX0006340277 | CID52296192<br>July 31, 2007<br>579 |

Organizational Behavior: Human
Behavior at Work, Eleventh Edition        CID52296192
June 14, 2001                             August 1, 2007
TX0005360845                              584

Marketing, Fifth Edition                  CID52296192
September 18, 1996                        August 1, 2007
TX0004378194                              589

Fluid Mechanics:
Fundamentals and Applications             CID52296192
February 8, 2005                          August 2, 2007
TX0006164685                              629

Economics, Eighteenth Edition             CID52296192
August 5, 2004                            August 4, 2007
TX0006037505                              656

Elementary Number Theory,
Sixth Edition                             CID52296192
January 3, 2006                           August 4, 2007
TX0006317490                              665

Heat Transfer, Ninth Edition              CID52296192
December 6, 2001                          August 9, 2007
TX0005490794                              693

Ethics in Engineering,
Fourth Edition                            CID52296192
June 23, 2004                             August 7, 2007
TX0005986214                              694

Electronic Commerce: Security,
Risk Management, and Control,
Second Edition                            CID52296192
December 6, 2001                          August 9, 2007
TX0005464917                              767