UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC.,                :
CENGAGE LEARNING INC. AND               :
THE MCGRAW-HILL COMPANIES, INC.,        :

     Plaintiffs,         :

  -against-                          :          07 Civ. 9399 (CSH)
                                        :              ECF Case
VINOD KUMAR, VIRENDER YADAV,            :
SUKHWINDER SINGH AND                    :
DART AIR, INC. ALL D/B/A                :
MODERN BOOKS D/B/A EXPRESS              :
BOOKS D/B/A UNIQUE BOOKS                :
D/B/A JHON BOOK STORE D/B/A             :
EXPRESSBOOKS06 D/B/A                    :
QUALITYINSTRUMENTS400                   :
AND JOHN DOES NOS. 1-5,                 :

     Defendants.         :

- - - - - - - - - - - - - - - - - x

## STATEMENT OF PLAINTIFFS PURSUANT TO RULE 56.1
## OF THE CIVIL RULES OF THIS COURT

  Pursuant to Rule 56.1 of the Civil Rules of this Court, plaintiffs Pearson Education, Inc. ("Pearson"), John Wiley & Sons, Inc. ("Wiley"), Cengage Learning Inc. ("Cengage") and The McGraw-Hill Companies, Inc. ("McGraw") respectfully submit that there is no genuine issue as to the truth of the following facts.

### Plaintiffs' Ownership of Valid Copyrights

  1. Pearson owns the copyright in the following works, which have received the following Certificates of

United States Copyright Registration, on the following

dates:

Title
Date of Registration
Registration Number

1.    Electronic Commerce:
      A Managerial Perspective
      December 2, 1999
      TX0005110454

2.    Probability and Random
      Processes for Electrical
      Engineering
      August 3, 1993
      TX0003590606

3.    Organic Chemistry
      July 20, 2000
      TX0005141194

4.    Training in Interpersonal Skills:
      Tips for Managing People at Work
      November 7, 1996
      TX0004405435

5.    Compensation Management in a
      Knowledge-Based World
      April 7, 1997
      TX0004511421

6.    Process Control: Modeling,
      Design and Simulation
      April 29, 2003
      TX0005736756

7.    From ASICs to SOCs: A
      Practical Approach
      August 12, 2003
      TX0005806238

8.    Strategic Human Resource
      Management
      April 26, 2001
      TX0005374633

9.  Marketing Management
    February 13, 1997
    TX0004478935

10. Understanding Financial
    Statements
    December 10, 1997
    TX0004674181

11. Linear Algebra with
    Applications
    April 7, 1997
    TX0004511390

12. A First Course in Abstract
    Algebra
    February 11, 1999
    TX0004939856

13. Advertising: Principles and
    Practice
    March 23, 2001
    TX0005368142

14. Operations Management
    May 5, 2003
    TX0005748096

15. Fashion Retailing: A
    Multi-Channel Approach
    March 9, 2005
    TX0006119688

16. Semiconductor Device
    Fundamentals
    February 28, 1996
    TX0004201811

17. Corporate Computer and
    Network Security
    April 29, 2003
    TX0005738767

18. Introduction to Hydrology
    October 31, 2002
    TX0005643126

19. Elements of Chemical
    Reaction Engineering
    June 16, 1999
    TX0004938289

20. Quality Control,
    Seventh Edition
    October 15, 2003
    TX0005960545

21. An Introduction to the
    Mechanics of Solids
    March 7, 1980
    TX0000425326

22. Organic Chemistry
    June 27, 2006
    TX0006400788

23. Essentials of Strategic
    Management
    July 30, 2002
    TX0005588793

24. Algorithm Design
    March 29, 2005
    TX0006145191

25. Plant Propagation Principles
    and Practices
    January 15, 2002
    TX0005460783

26. A History of Psychology:
    Main Currents in Psychological
    Thought
    August 19, 2003
    TX0005808783

27. Consumer Behavior In Fashion
    March 24, 2003
    TX0005719039

28. Business Ethics: Concepts
    and Cases
    July 26, 2001
    TX0005361630

29. Microeconomics
    March 21, 2005
    TX0006156330

30. Leadership in Organizations
    March 29, 1994
    TX0003790540

31. Marketing Research:
    An Applied Orientation
    December 15, 2006
    TX0006494520

32. Consumer Behavior
    April 7, 1997
    TX0004511384

33. Aerodynamics for Engineers
    January 15, 2002
    TX0005475774

34. Introduction to Logic
    August 22, 2001
    TX0005429425

35. Operations Management
    July 1, 2002
    TX0005563556

36. Quality Management:
    Creating and Sustaining
    Organizational Effectiveness
    June 1, 2004
    TX0005967702

37. Retail Management:
    A Strategic Approach
    December 2, 1997
    TX0004674080

38. Marketing Research
    January 19, 2000
    TX0005031651

39. Introduction to Econometrics
    December 20, 2002
    TX0005659183

40. Statistics for Psychology
    August 24, 1998
    TX0004838804

41. Adaptive Control (2nd Edition)
    May 2, 1995
    TX0004042910

42. Market-Based Management
    January 17, 2003
    TX0005673666

43. International Management:
    Managing Across Borders
    March 9, 2005
    TX0006124995

44. Abnormal Psychology:
    The Problem of Maladaptive Behavior
    August 30, 2004
    TX0006018766

45. The C Answer Book
    January 23, 1989
    TX0002494608

46. Management
    December 8, 2004
    TX0006082707

47. Digital Fundamentals
    July 30, 2002
    TX0005581507

48. Water Works Engineering:
    Planning, Design, and Operation
    May 30, 2000
    TX0005236267

49. Human Resource Management
    September 26, 2001
    TX0005446188

50. Knowledge Management
    March 24, 2003
    TX0005720736

51. Enterprise Resource Planning
    December 8, 2004
    TX0006084449

52. Marketing Of High-technology
    Products And Innovations
    August 27, 2004
    TX0006018157

53. Logistics Engineering
    and Management
    October 15, 2003
    TX0005822830

54. Manufacturing Organization
    and Management
    December 22, 1992
    TX0003453188

55. Continuous and Discrete
    Signals and Systems
    January 15, 1998
    TX0004700761

56. Essentials of Computer
    Architecture
    October 13, 2004
    TX0006028951

57. Modern C++ Design
    April 13, 2001
    TX0005286330

58. Entrepreneurship:
    Strategies and Resources
    April 22, 2002
    TX0005584353

59.  International Organizational
     Behavior: Text, Cases, and
     Exercises
     October 15, 2004
     TX0006055255

60.  E-marketing
     January 17, 2003
     TX0005673663

61.  Linear Algebra and It's
     Applications
     December 20, 2002
     TX0005659182

62.  High-Speed Digital Design:
     A Handbook of Black Magic
     May 11, 1993
     TX0003556188

63.  Introduction to Counseling
     and Guidance
     July 30, 2002
     TX0005584585

64.  Management of Organizational
     Behavior: Leading Human Resources;
     January 5, 2001
     TX0005323917

65.  Managerial Economics:
     Economic Tools for Today's
     Decision Makers
     September 18, 2002
     TX0005617948

66.  Options, Futures And
     Other Derivatives
     September 10, 1996
     TX0004380815

67.  Philosophy of Religion
     January 24, 1990
     TX0002741881

68. Computer Networks and Internets
    with Internet Applications
    October 15, 2003
    TX0005822829

69. Financial Management:
    Principles and Applications
    March 26, 2002
    TX0005505825

70. Introduction to Quantum Mechanics
    May 4, 2004
    TX0005959250

71. Mastering Matlab 7
    February 1, 2005
    TX0006101499

72. Operations Management
    January 28, 2002
    TX0005473252

73. Introduction to Mathematical
    Statistics
    July 22, 2004
    TX0006003451

74. Digital Image Processing
    Using MATLAB
    March 9, 2004
    TX0005919455

75. Java: How To Program
    March 11, 2003
    TX0005690665

76. Quantitative Analysis
    For Management
    April 7, 2005
    TX0006107136

77. Investments
    March 14, 2000
    TX0005160815

78. Strategy and the Business
    Landscape
    April 5, 2001
    TX0005285666

79. Modern Management
    April 22, 2002
    TX0005529504

80. Digital Signal Processing
    May 23, 2006
    TX0006347802

81. Organizations: Structures,
    Processes, and Outcomes
    January 7, 1987
    TX0001976276

82. John E. Freund's Mathematical
    Statistics with Applications
    November 10, 2003
    TX0005834468

83. Principles of Risk Management
    and Insurance
    August 20, 2004
    TX0006059440

84. Probability And Statistical
    Inference
    September 13, 2000
    TX0005258643

85. Modern Control Engineering
    June 2, 1997
    TX0004542404

86. RF Circuit Design: Theory
    & Applications
    March 14, 2000
    TX0005148992

87. Statistics for Managers
    Using Microsoft Excel
    April 5, 2004
    TX0005941475

88. Law and Economics
    October 6, 2003
    TX0005832415

89. Patternmaking for
    Fashion Design
    April 5, 2001
    TX0005345783

90. Radar: Principles, Technology,
    Applications
    November 2, 1992
    TXu000542158

91. Foundations of Financial
    Markets and Institutions
    October 9, 2001
    TX0005447065

92. Human-Computer Interaction
    June 8, 1998
    TX0004801248

93. Machines & Mechanisms
    Applied Kinematic Analysis
    August 27, 2004
    TX0006031292

94. Windows System Programming
    November 24, 2004
    TX0006073875

95. Object-Oriented Software
    Engineering: Using UML,
    Patterns, and Java
    October 15, 2003
    TX0005822836

96. C++ Solutions
    October 19, 1998
    TX0004880404

97. The Mathematics of
    Coding Theory
    February 4, 2004
    TX0005904263

98. Global Marketing Management;
    September 19, 2001
    TX0005450507

99. Capital Markets: Institutions
    and Instruments
    May 15, 1996
    TX0004294129

100. Business Logistics Management
     February 18, 2000
     TX0005132090

101. Introduction to Management
     Accounting
     January 17, 2006
     TX0006305778

102. Manufacturing Processes
     for Engineering Materials
     September 6, 2002
     TX0005608352

103. Game Theory With Economic
     Applications
     February 10, 1998
     TX0004712799

104. Introduction to Hospitality
     Management
     April 11, 2003
     TX0005713660

105. Computer Ethics
     December 7, 2000
     TX0005201121

106. Geotechnical Engineering:
     Principles and Practices
     July 31, 1998
     TX0004828742

107. Advanced Engineering Mathematics
     January 22, 1998
     TX0004699356

108. Introduction to Digital
     Communications
     October 13, 2004
     TX0006037806

109. Design of Aircraft
     November 26, 2002
     TX0005645510

110. Partial Differential Equations:
     Methods and Applications
     November 26, 2002
     TX0005645499

111. Fundamentals of Management:
     Essential Concepts and
     Applications
     February 1, 2005
     TX0006126727

112. Psychological Testing
     April 7, 1997
     TX0004514941

113. Remote Sensing of the
     Environment: An Earth Resource
     Perspective
     February 18, 2000
     TX0005136418

114. The Knowledge Management Toolkit
     January 18, 2000
     TX0005031577

115. Distributed Computing:
     Principles and Applications
     July 7, 2003
     TX0005770757

116. Data Abstraction And Problem
     Solving With Java
     August 15, 2000
     TX0005324372

117. Introduction to Geographical
     Information Systems
     May 4, 2000
     TX0005212048

118. Modern Systems Analysis and Design
     September 19, 2001
     TX0005443672

119. Wireless Communications
     and Networking
     October 31, 2002
     TX0005663526

120. Social Psychology
     August 29, 2002
     TX0005604956

121. Fundamentals of Neural Networks
     March 29, 1994
     TX0003734012

122. Parallel Programming:
     Techniques and Applications
     July 20, 2000
     TX0005246705

123. Understanding Biotechnology
     April 11, 2003
     TX0005729664

124. Product Design
     April 5, 2001
     TX0005308096

125. Electrical Power Distribution
     and Transmission
     June 6, 1996
     TX0004302396

126. Organizational Behavior
     February 4, 2003
     TX0005668575

127. Operations Management Processes and Value Chains
     May 5, 2004
     TX0005926751

128. Bioprocess Engineering Basic Concepts
     November 7, 2001
     TX0005462906

129. Biostatistics How It Works
     August 19, 2003
     TX0005799190

130. Polymer Science and Technology
     August 12, 2003
     TX0005806255

131. Circuit Analysis a Systems Approach
     October 6, 2005
     TX0006244827

132. 8088 and 8086 Microprocessors Programming,
     Interfacing, Software, Hardware, and Applications
     February 24, 1998
     TX0004610331

133. Strategic Marketing for Nonprofit Organizations
     October 31, 2002
     TX0005643074

134. Strategic Compensation a
     Human Resource Management Approach
     April 29, 2003
     TX0005738267

135. Inorganic Chemistry
     September 22, 2003
     TX0005816657

136. Wireless Communications and Networks
     December 15, 2006
     TX0006495035

137. Management Information Systems
     March 25, 2003
     TX0005725172

138. Engineering Fundamentals of the
     Internal Combustion Engine
     July 29, 2003
     TX0005756799

139. Design of Machine Elements
     January 5, 2004
     TX0005854453

140. Solid State Electronic Devices
     February 24, 1995
     TX0003996564

141. Decision Support Systems
     In The 21st Century
     September 18, 2002
     TX0005617857

142. Discrete Mathematics With
     Graph Theory
     August 29, 2001
     TX0005433777

143. Principles of Marketing
     April 8, 2003
     TX0005733315

144. Software Architecture Perspectives
     on an Emerging Discipline
     January 10, 1997
      TX0004446955

(Essig Dec. ¶ 3; Ex. A)

2. Wiley owns the copyright in the following works, which have received the following Certificates of United States Copyright Registration, on the following dates:

Title
Date of Registration
Registration Number

1.   Abstract Algebra
     August 26, 2003
     TX0005800163

2.   Principles of Highway
     Engineering and Traffic
     Analysis
     March 8, 1990
     TX0002767694

3.   Introductory Functional
     Analysis with Applications
     January 30, 1978
     TX0000001189

4.   Continuous Multivariate
     Distributions: Vol. 1:
     Models and Applications
     May 26, 2000
     TX0005223473

5.   Introduction to Information
     Systems: Supporting and
     Transforming Business
     April 25, 2006
     TX0006344390

6.   Control Systems Engineering
     October 3, 2003
     TX0005800945

7.  Embedded System Design:
    A Unified Hardware/Software
    Introduction
    December 12, 2001
    TX0005465293

8.  Data Structures and Algorithms
    with Object-Oriented Design
    Patterns in Java
    October 29, 1999
    TX0005079800

9.  Foundations of Multinational
    Financial Management
    November 5, 2004
    TX0006065751

10. Fundamentals of Risk and
    Insurance
    July 23, 2002
    TX0005568767

11. Organizational Behavior
    October 24, 2002
    TX0005660467

12. Medical Instrumentation:
    Application and Design
    May 14, 1998
    TX0004737716

13. Fundamentals of Physics
    September 16, 1993
    TX0003611651

14. Algorithm Design: Foundations,
    Analysis, and Internet Examples
    December 12, 2001
    TX0005410276

15. The Finite Element Method
    for Engineers
    November 16, 2001
    TX0005461355

16. Practical Nonparametric
    Statistics
    February 22, 1999
    TX0004934566

17. Experiments: Planning,
    Analysis and Parameter
    Design Optimization
    May 22, 2000
    TX0005216930

18. Elementary Principles Of
    Chemical Processes
    February 17, 2005
    TX0006116656

19. Elementary Numerical Analysis;
    December 5, 2003
    TX0005839199

20. Fundamentals of Fluid Mechanics
    October 14, 2003
    TX0005811029

21. Systems Analysis and
    Design With UML Version 2.0
    October 22, 2004
    TX0006029397

22. Kinematics, Dynamics and
    Design of Machinery
    December 16, 2003
    TX0005875266

23. Transport Phenomena
    October 11, 2001
    TX0005459935

24. Management
    October 11, 2001
    TX0005447807

25. Continuous Univariate
    Distributions
    July 14, 1995
    TX0004097696

26. Discrete Multivariate
    Distributions
    May 14, 1997
    TX0004529928

27. Successful Project Management:
    A step-by-step Approach
    with Practical Examples;
    October 24, 2005
    TX0006257806

28. Quantum Physics of Atoms,
    Molecules, Solids, Nuclei,
    and Particles
    July 2, 1985
    TX0001604801

29. Internal Combustion Engines:
    Applied Thermosciences
    January 22, 2001
    TX0005332515

30. Microwave Engineering
    March 12, 2004
    TX0005939958

31. Strategic Management
    January 2, 2001
    TX0005304984

32. Organizational Psychology:
    A Scientist-Practitioner Approach
    June 20, 2002
    TX0005550396

33. Device Electronics for
    Integrated Circuits
    January 16, 2003
    TX0005654600

34. Systems Engineering Principles
    and Practice
    February 7, 2003
    TX0005671870

35. Incompressible Flow
    February 9, 1996
    TX0004186842

36. Fundamentals of Heat
    and Mass Transfer
    October 25, 2001
    TX0005457784

37. Linear Programming
    and Network Flows
    January 26, 1990
    TX0002731856

38. Stochastic Processes
    March 28, 1996
    TX0004217487

39. Basic Engineering Circuit Analysis
    April 19, 2004
    TX0005973103

40. Chemical, Biochemical
    and Engineering Thermodynamics
    April 25, 2006
    TX0006328844

41. Introduction to Theories
    of Personality
    July 17, 1985
    TX0001614104

42. Introductory Mining Engineering
    September 23, 2002
    TX0005618963

43. Theory and Practice of
    Water and Wastewater Treatment
    February 25, 1997
    TX0004489595

44. Applied Combinatorics
    October 11, 2001
    TX0005461877

45. Analog Signal Processing
    April 21, 1999
    TX0004971708

46. International Business
    January 19, 2006
    TX0006274479

47. Applied Econometric Times Series
    September 5, 2003
    TX0005818578

48. Highway Engineering
    January 9, 2004
    TX0005906002

49. Separation Process Principles
    April 28, 1998
    TX0004761248

50. Classical Electrodynamics
    August 5, 1998
    TX0004828741

51. Remote Sensing and Image
    Interpretation
    November 26, 2003
    TX0005857396

52. Information Technology
    Project Management
    February 19, 2003
    TX0005667483

53. Probability and Statistics
    in Engineering
    March 19, 2003
    TX0005696729

54. Fundamentals of Queueing Theory
    March 13, 1998
    TX0004732675

55. Fundamentals of Ground Water
    February 26, 2003
    TX0005703722

56.  Global Operations and Logistics:
     Text and Cases
     August 13, 1998
     TX0004835959

57.  Convection Heat Transfer
     August 11, 2004
     TX0006009806

58.  Introduction to Computer Theory
     February 24, 1997
     TX0004478675

59.  Automatic Control Systems
     November 20, 2002
     TX0005622535

60.  Software Quality Engineering
     April 11, 2005
     TX0006143947

61.  Data Structures and
     Algorithms in C++
     May 13, 2003
     TX0005744148

62.  Principles of Communication Systems,
     Modulation and Noise
     October 25, 2001
     TX0005444005

63.  Basic Animal Nutrition and Feeding
     February 25, 2005
     TX0006161977

64.  Bioinstrumentation
     October 10, 2003
     TX0005824247

65.  Operating System Concepts
     June 25, 2003
     TX0005739634

66.  Thermodynamics and an
     Introduction to Thermostatistics
     October 28, 1985
     TX0001684782

67.  Systems Analysis and Design
     March 7, 2000
     TX0005152449

68.  Fundamentals of Physics Extended
     March 7, 1997
     TX0004493075

69.  Managerial Economics Analysis, Problems, Cases
     August 29, 2003
     TX0005796634

70.  Corporate Finance Theory and Practice
     February 28, 1997
     TX0004482886

71.  Statistical Digital Signal Processing and Modeling
     May 23, 1996
     TX0004294661

(Murphy Dec. ¶ 3; Ex. B)

        3.    Cengage owns the copyright in the following

works, which have received the following Certificates of

United States Copyright Registration, on the following

dates:

Title
Date of Registration
Registration Number

1.    Advanced Engineering
      Math
      August 22, 2002
      TX0005625435

2.    Organization Theory
       and Design
      September 29, 2006
      TX0006443003

3.   Organizational Behavior
     October 2, 2006
     TX0006433256

4.   Principles of Instrumental
     Analysis
     January 16, 2007
     TX0006499740

5.   Psychopathology: A Competency-Based
     Assessment Model for Social Workers
     December 14, 2000
     TX0005196411

6.   Biology: Concepts and Applications
     February 8, 1991
     TX0002997814

7.   Animal Physiology
     September 30, 2004
     TX0006037766

8.   Human Resource Development
     January 12, 2006
     TX0006303352

9.   Cognitive Psychology
     October 22, 2002
     TX0005665400

10.  Engineering Ethics:
     Concepts and Cases
     January 19, 2000
     TX0005056029

11.  Principles of
     Microeconomics
     September 29, 2006
     TX0006437003

12.  Brief Principles of Macroeconomics
     September 29, 2006
     TX0006437004

13.  Mechanics of Materials
     January 9, 2004
     TX0005903143

14.  Principles of Economics
     September 29, 2006
     TX0006434553

15.  Management of Electronic Media
     December 6, 2001
     TX0005633122

16.  Fundamentals of Financial
     Management
     March 15, 2006
     TX0006328846

17.  Operations Research:
     Applications and Algorithms
     March 4, 1994
     TX0003790957

18.  Global Strategy
     January 3, 2006
     TX0006305724

19.  Human Physiology: From
     Cells to Systems
     June 19, 2003
     TX0005673286

20.  Numerical Analysis
     March 6, 2001
     TXu000998584

21.  Calculus: Early
     Transcendentals
     July 16, 1999
     TX0004241945

22.  Group Dynamics
     December 2, 1998
     TX0004899497

23.  Theories of Personality
     September 22, 2000
     TX0005277566

24. Classical Dynamics of
    Particles and Systems
    July 30, 2003
    TX0005827168

25. Food and Culture
    August 22, 2003
    TX0005827380

26. Biochemistry
    November 25, 2002
    TX0005700280

27. Principles of Heat
    Transfer
    October 19, 2000
    TX0005292081

28. Developmental Psychology:
    Childhood and Adolescence
    September 3, 1998
    TX0004844200

29. Managerial Economics:
    A Problem Solving Approach
    March 19, 2007
    TX0006547795

30. Analytical Mechanics
    April 6, 2004
    TX0005948682

31. Accounting Information
    Systems
    March 1, 2004
    TX0005900590

32. Applied Regression Analysis
    for Business and Economics
    August 14, 2000
    TX0005257126

33. Introduction to Probability
    and Statistics
    March 9, 2005
    TX0006116659

34. Analog and Digital Signal
    Processing
    March 5, 1999
    TX0004942689

35. Business Research Methods
    February 7, 2005
    TX0006116887

36. Statistics for Management
    and Economics
    January 12, 2005
    TX0006110369

37. Technical Communication:
    A Reader-Centered Approach
    December 19, 2006
    TX0006496094

38. Fundamentals of Logic Design
    July 7, 2003
    TX0005804154

39. Invertebrate Zoology
    August 28, 2003
    TX0005818299

40. Financial Markets and
    Institutions
    December 5, 2006
    TX0006485236

41. Consumer Behavior
    March 14, 2006
    TX0006340608

42. Statistics for Business
    and Economics
    January 3, 2006
    TX0006352862

43. Psychology Applied to
    Modern Life: Adjustment
    in the 21st Century
    July 12, 2005
    TX0006196883

44.  Essentials of Management
     February 25, 1994
     TX0003749501

45.  Vibrations
     June 26, 2003
     TX0005782689

46.  Probability:
     The Science of Uncertainty
     March 19, 2001
     TXu000995888

47.  Principles of Geotechnical
     Engineering
     December 7, 2001
     TX0005661123

48.  Abnormal Psychology
     October 7, 2004
     TX0006051728

49.  Solid Waste Engineering
     December 6, 2001
     TX0005558657

50.  Fundamentals of Analytical
     Chemistry
     August 28, 2003
     TX0005800626

51.  Psychological Testing Principles,
     Applications, and Issues
     August 29, 2000
     TX0005267396

52.  Employee Selection
     October 22, 2002
     TX0005660599

53.  Principles of Biostatistics
     May 8, 2000
     TX0005206416

54.    Introduction to Microbiology:
       A Case-Study Approach
       May 1, 2003
       TX0005735278

(Sampson Dec. ¶ 3; Ex. C)

       4. McGraw owns the copyright in the following

works, which have received the following Certificates of

United States Copyright Registration, on the following

dates:

Title
Date of Registration
Registration Number

1.    Organic Chemistry:
      A Brief Course,
      Third Edition
      August 8, 2001
      TX0005362457

2.    Production and Operations
      Analysis, Fourth Edition
      February 7, 2001
      TX0005233471

3.    Conducting and Reading Research
      in Health and Human Performance,
      Second Edition
      October 24, 1997
      TX0004574000

4.    Vander's Human Physiology:
      The Mechanisms of Body Language,
      Tenth Edition
      April 26, 2005
      TX0006162292

5.    Intermediate Accounting
      November 12, 1997
      TX0004665617

6.  Atlas of Skeletal Muscles,
    Third Edition
    August 23, 1999
    TX0005047445

7.  Time-saver Standards for
    Interior Design and Space
    Planning, Second Edition
    August 5, 2001
    TX0005427727

8.  Convective Heat and Mass Transfer,
    Third Edition
    March 1, 1993
    TX0003492928

9.  Harrison's Principles of Internal Medicine,
    Fourteenth Edition
    November 24, 1997
    TX0004680455

10. The Ethics of Management,
    Fourth Edition
    December 20, 2002
    TX0005643484

11. Essentials of Negotiation,
    Second Edition
    July 14, 2000
    TX0005240870

12. Interpersonal Skills in Organizations,
    Second Edition
    February 8, 2005
    TX0006142923

13. Criminal Investigation,
    Seventh Edition
    October 7, 1999
    TX0005064081

14. The Science and Design
    of Engineering Materials
    February 17, 1995
    TX0003667430

15.     Fundamentals of Vibrations
        June 20, 2000
        TX0005244716

16.     Case Studies in Finance
        Managing for Corporate
        Value Creation, Fourth Edition
        November 20, 2002
        TX0005630838

17.     Discrete Mathematics and
        Its Applications,
        Fifth Edition
        December 20, 2002
        TX0005643474

18.     Strategic Management of
        Technological Innovation
        June 23, 2004
        TX0005986389

19.     Fundamentals of Corporate Finance,
        Standard Edition, Sixth Edition
        March 28, 2003
        TX0005701708

20.     Crafting and Executing Strategy,
        Twelfth Edition
        December 7, 2000
        TX0005201165

21.     Business Communication:
        Basic Critical Skills,
        Second Edition
        May 5, 2003
        TX0005718074

22.     Human Physiology,
        Seventh Edition
        March 19, 2001;
        TX0005361283

23.     Money, Banking and
        Financial Markets
        February 8, 2005
        TX0006613336

24.     Financial Accounting,
        Fourth Edition
        February 28, 2003
        TX0005697734

25.     Statistical Techniques in
        Business and Economics,
        Tenth Edition
        April 10, 2000
        TX0005074606

26.     Organic Chemistry,
        Fourth Edition
        February 9, 2000
        TX0005151331

27.     Transnational Management,
        Third Edition
        September 10, 1999
        TX0005040439

28.     Managerial Accounting,
        Fifth Edition
        June 14, 2001
        TX0005393475

29.     Strategic Management,
        Eighth Edition
        December 19, 2002
        TX0005667198

30.     Vector Mechanics for
        Engineers: Dynamics,
        Sixth Edition
        February 10, 1998
        TX0004709093

31.     Applied Linear Statistical
        Models, Fourth Edition
        March 27, 1996
        TX0004242500

32.     Human Anatomy
        April 27, 2004
        TX0005956415

33.    Managerial Accounting,
       Eighth Edition
       September 18, 1996
       TX0004380077

34.    Marketing Management:
       Knowledge and Skills,
       Seventh Edition
       September 28, 2004
       TX0006049103

35.    Hole's Human Anatomy &
       Physiology, Tenth Edition
       December 15, 2004
       TX0006071274

36.    Operations Management for
       Competitive Advantage,
       Ninth Edition
       August 16, 2000
       TX0005265436

37.    Ecology: Concepts and Applications,
       Second Edition
       July 2, 2001
       TX0005412309

38.    Vector Mechanics for
       Engineers: Statics,
       Seventh Edition
       September 28, 2004
       TX0006037764

39.    Business Driven Technology
       May 5, 2005
       TX0006209520

40.    Principles of Electronic
       Communication Systems,
       Third Edition
       February 15, 2007
       TX0006558927

41.   Introduction to Geographic
      Information Systems,
      Second Edition
      October 27, 2006
      TX0006449794

42.   Vector Mechanics for Engineers,
      Statics and Dynamics,
      Seventh Edition
      December 19, 2005
      TX0006290306

43.   Financial Markets & Institutions
      March 5, 2001
      TX0005356114

44.   Organizational Behavior,
      Third Edition
      June 4, 2004
      TX0005981407

45.   Microelectronic Circuit Design
      February 24, 1997
      TX0004485751

46.   Fundamental Managerial
      Accounting Concepts,
      Third Edition
      February 15, 2005
      TX0006156014

47.   Theories of Personality,
      Sixth Edition
      May 5, 2005
      TX0006218231

48.   New Business Ventures
      and the Entrepreneur,
      Fourth Edition
      January 3, 1994
      TX0003701760

49.   Unit Operations of
      Chemical Engineering,
      Seventh Edition
      December 15, 2004
      TX0006087720

50.    Economics: Principles,
       Problems and Policies,
       Sixteenth Edition
       May 15, 2006
       TX0006361716

51.    Compensation, Eighth Edition
       August 24, 2004
       TX0006017696

52.    Child Psychology, Third Edition
       March 3, 1986
       TX0001772304

53.    Marketing: the Core
       February 4, 2004
       TX0006030091

54.    Advanced Financial Accounting,
       Sixth Edition
       June 21, 2004
       TX0005986569

55.    Economics, Sixth Edition
       July 3, 2001
       TX0005405876

56.    Database Systems Concepts,
       Fourth Edition
       July 31, 2001
       TX0005420188

57.    Environmental Science,
       Ninth Edition
       May 5, 2003
       TX0005733460

58.    Business Communication,
       Fourth Edition
       January 31, 1980
       TX0000407157

59.    Fluid Mechanics, Fifth Edition
       March 10, 2003
       TX0005672904

60.   Business Marketing,
      Second Edition
      July 19, 2001
      TX0005349318

61.   Supervision: Concepts and
      Skill-Building, Third Edition
      August 20, 1999
      TX0005025972

62.   Personal Finance, Third Edition
      March 4, 1994
      TX0003759224

63.   Fundamentals of Selling,
      Fourth Edition
      January 4, 1993
      TX0003463740

64.   Managing Human Resources,
      Fourth Edition
      January 11, 1995
      TX0003967877

65.   Corporate Finance: Core
      Principles and Applications
      March 29, 2006
      TX0006330495

66.   Leadership: Enhancing the
      Lessons of Experience,
      Fourth Edition
      December 27, 2001
      TX0005490584

67.   Contemporary Advertising,
      Sixth Edition
      November 22, 1995
      TX0004168974

68.   Managerial Economics,
      Eighth Edition
      April 27, 2004
      TX0005956482

69.     Benson's Microbiological
        Applications, Ninth Edition
        June 4, 2004
        TX0005989347

70.     Formulation, Implementation,
        and Control of Competitive
        Strategy, Ninth Edition
        April 27, 2004
        TX0005956264

71.     Fundamental Accounting Principles,
        Fifteenth Edition
        September 13, 1999
        TX0005040468

72.     Essentials of Anatomy & Physiology,
        Fifth Edition
        April 27, 2004
        TX0005956204

73.     Consumer Behavior and
        Marketing Strategy,
        Fourth Edition
        October 11, 1995
        TX0004143411

74.     Perspectives in Business
        Ethics, Third Edition
        April 26, 2004
        TX0005954247

75.     Management Control Systems,
        Eleventh Edition
        October 14, 2003
        TX0005824215

76.     Negotiation: Readings, Exercises,
        and Cases, Fourth Edition
        October 1, 2002
        TX0005624572

77.     Fundamentals of Electric Circuits,
        Second Edition
        February 28, 2003
        TX0005706432

78.    Synthesis and Optimization
       of Digital Circuits
       March 22, 1994
       TX0003763958

79.    Organization Development
       and Transformation, Sixth Edition
       April 23, 2004
       TX0005954185

80.    Basic Business Communication,
       Seventh Edition
       October 11, 1995
       TX0004129027

81.    Design of Concrete Structures,
       Thirteenth Edition
       January 30, 2004
       TX0005906750

82.    Health Psychology,
       Fifth Edition
       November 13, 2002
       TX0005608847

83.    Physical Chemistry,
       Fifth Edition
       October 17, 2001
       TX0005470348

84.    Introduction to the
       Finite Element Method,
       Third Edition
       January 25, 2005
       TX0006101281

85.    Principles of Environmental
       Science: Inquiry and
       Applications, Second Edition
       May 7, 2003
       TX0005717755

86.    Human Resource Strategy:
       A Behavioral Perspective
       for the General Manager
       March 15, 2001
       TX0005359597

87.    Human Resource Management,
       Fourth Edition
       October 14, 2003
       TX0005837555

88.    Functional Analysis,
       Second Edition
       September 17, 1990
       TX0002907213

89.    Systems Analysis and
       Design Methods,
       Seventh Edition
       March 17, 2006
       TX0006333132

90.    Juran's Quality Planning
       And Analysis for Enterprise
       Quality, Fifth Edition
       March 3, 2006
       TX0006351562

91.    Design of Machinery,
       Third Edition
       December 15, 2004
       TX0006079800

92.    Financial Markets and
       Corporate Strategy,
       Second Edition
       November 13, 2001
       TX0005471539

93.    A Topical Approach to Life-
       Span Development, Third Edition
       March 17, 2006
       TX0006312113

94.    Real and Complex Analysis,
       Third Edition
       August 11, 1986
       TX0001887185

95.     Microwave Transmission Networks:
        Planning, Design, and Deployment
        April 30, 2004
        TX0005954726

96.     Introduction to Probability and
        Statistics, Third Edition
        April 11, 1995
        TX0004030173

97.     Fundamentals of Digital Logic
        with VHDL Design
        August 20, 1999
        TX0004961919

98.     Adolescence, Eighth Edition
        July 24, 2000
        TX0005249141

99.     Human Resource Management,
        Third Edition
        November 14, 2002
        TX0005635775

100.    Organizational Behavior and
        Management, Sixth Edition
        August 8, 2001
        TX0005423450

101.    Introduction to Operations
        Research, Eighth Edition
        July 28, 2006
        TX0006407273

102.    Grob's Basic Electronics
        May 15, 2006
        TX0006340277

103.    Organizational Behavior:
        Human Behavior at Work,
        Eleventh Edition
        June 14, 2001
        TX0005360845

104.    Marketing, Fifth Edition
        September 18, 1996
        TX0004378194

105.    Fluid Mechanics: Fundamentals
        and Applications
        February 8, 2005
        TX0006164685

106.    Economics, Eighteenth Edition
        August 5, 2004
        TX0006037505

107.    Elementary Number Theory,
        Sixth Edition
        January 3, 2006
        TX0006317490

108.    Heat Transfer, Ninth Edition
        December 6, 2001
        TX0005490794

109.    Ethics in Engineering,
        Fourth Edition
        June 23, 2004
        TX0005986214

110.    Electronic Commerce:
        Security, Risk Management,
        and Control, Second Edition
        December 6, 2001

(Beacher Dec. ¶ 3; Ex. D)

## Defendants Vinod Kumar and Dart Air, Inc.'s
## Infringing Activities

5.    Foreign Editions of United States books are identical in content to books copyrighted in the United States, except for the quality of the printing, but published outside of the United States. (Essig Dec. ¶ 5; Murphy Dec. ¶ 4; Sampson Dec. ¶ 6; Beacher Dec. ¶ 5)

6.    Defendants Vinod Kumar ("Kumar") and Dart Air Inc. ("Dart") have engaged in the business of purchasing

Foreign Editions of United States educational books and reselling them, using Internet websites, such as Abebooks and Akademos. (Dunnegan Dec. Ex. F at 63:10-15, 72:17-18; Banks Dec. ¶ 3)

7.   Kumar and Dart sold in the United States a Foreign Edition of each of Pearson's works listed in paragraph 3 of the Essig Declaration after Pearson registered the respective works. (Dunnegan Dec. Ex. M)

8.   Kumar and Dart sold in the United States a Foreign Edition of each of Wiley's works listed in paragraph 3 of the Murphy Declaration after Wiley registered the respective works. (Dunnegan Dec. Ex. N)

9.   Kumar and Dart sold in the United States a Foreign Edition of Cengage's works listed in paragraph 3 of the Sampson Declaration after Cengage registered the respective works. (Dunnegan Dec. Ex. O)

10.   Kumar and Dart sold in the United States a Foreign Edition of each of McGraw's works listed in paragraph 3 of the Beacher Declaration after McGraw

registered the respective works. (Dunnegan Dec. Ex. P)

Dated:  New York, New York
        July 28, 2008

                        DUNNEGAN LLC


                    By _William Dunnegan_
                        William Dunnegan (WD9316)
                    Attorneys for Plaintiffs
                      Pearson Education, Inc.,
                      John Wiley & Sons, Inc.,
                      Cengage Learning Inc., and
                      The McGraw-Hill Companies, Inc.
                    350 Fifth Avenue
                    New York, New York 10118
                    (212) 332-8300