Declaration of Service

JENNIFER SIEWERT hereby declares pursuant to 28 U.S.C. § 1746 that on July 31, 2008, she caused a true copy of the 56.1 Statement, to be served U.S. Express Mail on:

>   Vinod Kumar
>   39/4 Mohmad Pur
>   Near Bikaji Cama Place, New Delhi 110066
>   India
>
>   Virender Yadav
>   10433 92nd Avenue
>   South Richmond Hill, NY 11418-2923

And Hand to:

>   Dart Air, Inc.
>   155 W. 29th Street, Suite 9B
>   New York, New York 10001

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31th day of July, 2008.

*Jennifer Siewert*