Dated : 08.07.2008

To,

Hon .charles S.Haight

United State District Judge

Daniel Patrick Moynihan

United States courthouse

500 Pearl Street ,Room 1940

New York, New York 10007-1312.

**Sub : Pearson Education ,et at. V Vinod Kumar etc. <u>Case No : 07 Civ. 9399 (CSH)</u>**

Respected Sir,

I would like to bring in your kind notice that the charges labeled against me or dart air Inc are false and incorrect. I admit I sold these textbooks thru abebooks.com and textbookx.com. M/s Dart Air Inc. is a registered express distribution company in US and has nothing to do with selling books .

Sir , I live in India and one of my friend gave me the idea of this business as I was frequent traveler to US , I never knew that selling these books is illegal, because also abebooks.com send me a leaflet saying selling international editions is legal and actually service to the poor students who cannot afford expensive textbooks. I sold these books and thru these site and got various positive remarks from the buyers. I exported these books thru abebooks.com and textbooks.com directly to the end users mainly to the students, These books were legally sourced from the publishers here in India and I clearly described these books as International editions and the complete description was given to the buyers. I am really surprised how come books which are printed by the same publishers in India can be illegal. The Publisher has already taken royalty on these books still they are claiming damages.

I will also to like bring in your kind notice that I exported these books thru Dart Air Inc and arranged the transfer of the payment directly into the account of M/S Dart Air Inc. This payment was adjusted towards freight charges of the merchandise shipped. That's the reason Dart Air Inc has also been sued by the publishing house . I will once again like to reiterate that M/s Dart Air has not sourced or sold these books.

Your Majesty, under above mentioned circumstances I have not committed any offence willfully. Sir , as I have stated above I live in India and cannot afford the legal fees in US to appoint an attorney , so I would request if you could give me a chance to appear personally in the court and keep the facts in front of the learned court. I can come to attend this suit in the month of September, I would be obliged if your office can give me time to appear before the court between 5th to 15th September.

Look forward to hear from your good office.

Thanks & regards,

Respectfully yours.

*[signature]*
Vinod Kumar

Vn1991@haotmail.com

39/4 Mohammadpur, behind Bhikaji cama place

New Delhi -110066


CC: Dunnigan LLC
350 Fifth Ave, Newyork 10118

Enclosures:

1. Leaflet of Abe books
2. Copy of Newyork Times reports supplied by abe books



## What might be some differences with international Edition Textbooks?

The vast majority of content is identical. The cover will be paperback rather than hardcover; the content may be printed solely in black and white or printed on lower quality paper; they might not include accompanying CDs, charts, or DVDs; and the page numbers might not match the North American Editions. But most importantly, their price is significantly cheaper!

## Can I re-Sell my International Edition Textbooks?

yes! you can re-sell used International Edition Textbook just like you would any North American Edition Textbooks, and the demand for used copies is just as strong.

## Are International Edition Textbooks recommended?

yes! By very reputable sources such as :

Washington Post July 2006
"Buying international version of textbooks could save in some cases up to 90 percent of the U.S. retail price."

Chicago Tribune July 2006
International editions are usually the same books but cheaper and wildly cheaper if used."

San Francisco Chronicle August 2006
"You can often save a bundle buying international editions."



AbeBooks.com®



# You can save up to 90% when you buy International Edition textbooks from AbeBooks.com

## What are International Edition Textbooks?

Many major North American textbook publishers sell their textbooks worldwide, and often sell them at much lower prices to respond to economic conditions in countries such as India or Bangladesh. These textbooks sold overseas are referred to as International Editions, and their content is exactly the same as the regular North American Editions.

## Are International Editions Textbooks Legal?

Yes! Some publishers will apply prominent warnings on these textbooks with phrases such as "Not for sale within the USA" or "Restricted! For sale only in India, Pakistan etc."

AbeBooks' booksellers source their books by legally buying them from retailers in countries such as India and Pakistan. They then list the book for sale, usually still in its protective wrapping on the AbeBooks global marketplace.



AbeBooks.com®



www.nytimes.com
The New York Times ON THE WEB

Tuesday, October 21, 2003

## Students Find $100 Textbooks Cost $50, Purchased Overseas

By Tamar Lewin

Richard Sarkis and David Kinsley were juniors at Williams College, surfing the net for a cheap source for their economics textbook, when they discovered a little known economic fact: the very same college textbooks used in the United States sell for half price — or less — in England.

Just like prescription drugs, textbooks cost far less overseas than they do in the United States. The publishing industry defends its pricing policies, saying that foreign sales would be impossible if book prices were not pegged to local market conditions.

But many Americans do not see it that way. The National Association of College Stores has written to all the leading publishers asking them to end a practice they see as an unfa9ir to American students.

"We think it's frightening, and it's wrong, that the same American textbooks our stores buy here for $100 can be shipped in from some other country for $50," said Laura Nakoneczny, a spokeswoman for the association. "It represents price-gouging of the American public generally and college students in particular."

But thanks to the Internet, more and more individual students and college bookstores are starting to order textbooks from abroad — and a few entrepreneurs, including Mr. Sarkis and his friends, have begun what are essentially arbitrage businesses to exploit the price differentials.

"We couldn't understand why what costs $120 here should cost $50-something there," said Mr. Sarkis, who, with Mr. Kinsley and another classmate, has spent three years building a Web-based company, BookCentral.com, selling textbooks from abroad to students in the United States. "It seemed so sleazy of the publishers. We were sure that college students would be shocked and outraged if they knew about the foreign prices. But it's been this big secret."

That is changing, though. To the despair of the textbook publishers who are still trying to block such sales, the reimporting of American texts from overseas has become far easier in recent years, thanks both to Internet sites that offer instant access to foreign book prices, and to a 1998 Supreme Court ruling that federal copyright law does not protect American manufacturers from having the products they arranged to sell overseas at a discount shipped back for sale in the United States.

Before the Supreme Court decision, Americans could not take advantage of the discounts abroad without violating the copyright law.

Now, however, "gray market" sales are taking off on campuses.

At one prestigious university, a sophomore imported 30 biology books from England this fall and sold them outside his classroom for less than the campus-bookstore price, netting a $1,200 profit. Next semester, if all goes well, he plans to expand the operation.

"The only difference is that they say 'international edition' in little print on the cover," said the student, who added that he was not certain whether his project raised any legal issues, and therefore asked that neither he nor his college be identified.

At other colleges, Asian students have banded together to take advantage of textbook prices in Taiwan, Singapore and Malaysia, which are even lower than those in Europe.

Many students, individually, have begun to compare the textbook prices posted on American sites like Amazon.com, with the lower prices for the same books on foreign sites like Amazon.co.uk.

The differences are often significant: "Lehninger Principles of Biochemistry, Third Edition," for example, lists for $146.15 on the American Amazon site, but can be had for $63.48, plus $8.05 shipping, from the British one. And "Linear System Theory and Design, Third Edition" is $110 in the United States, but $41.76, or $49.81 with shipping, in Britain.

PTO



# FAQ

### What is the condition of the textbook? What edition it is? Is it hardcover?

It is "BRAND NEW", international "Softcover" edition" printed in black and white or also known as "Low Price" edition, and it is the latest edition. It is not "HARDCOVER"! However, the contents are the same, pages by pages with U.S. hardcover latest edition. No difference at all.

### I receive international soft cover edition. Why?

As advertised in our listing, we sell only "SOFTCOVER EDITION PRINTED IN BLACK AND WHITE ". You can view this from the link where you purchased the books. There is no false advertisement! Please read the description carefully !

### Are there any legal issues with purchasing international editions ?

Please read the New York Times article --- International Editions are Cheap, Identical and Legal

**The New York Times** NY Times writes our items are identical to US Editions and sales are legal

http://www.uh.edu/ednews/2003/nytimes/200310/20031021books.html

Also check out the following link:

http://answers.google.com/answers/threadview?id=295219

## If you still have any complain email us for a resolution in 24 hours:

## EMAIL:    contact@123textbooks.com